# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**THE STATANIC TEMPLE**,　　　　　　**NOTICE OF WITHDRAWAL**
　　　　　　　　　　　　　　　　　　**AS COUNSEL OF RECORD**
　　　　　Plaintiff

v.　　　　　　　　　　　　　　　　　Case No: 19-CV-01122-WMW-LIB

**CITY OF BELLE PLAINE, MN., et al**.,

　　　　　Defendants.

　　　Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby gives notice to the Court and all counsel of record that Bruce Fein, Esquire of the law firm of Fein & DelValle, PLLC, currently listed as counsel of record for Plaintiff The Satanic Temple, hereby withdraws as counsel for Plaintiff in this case for the following reason(s): Plaintiff terminated the representation and instructed Bruce Fein, Esquire and the law firm of Fein & DelValle PLLC that the legal services of the firm will no longer be needed.

Dated: February 15, 2020.

　　　　　　　　　　　　　　　　　　*/s/ Bruce Fein*
　　　　　　　　　　　　　　　　　　Bruce Fein, a*dmitted pro hac vice*
　　　　　　　　　　　　　　　　　　**FEIN & DELVALLE PLLC**
　　　　　　　　　　　　　　　　　　300 New Jersey Avenue NW, Suite 900
　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　Tele: (202) 465-8729/ Fax: (202) 347-0130
　　　　　　　　　　　　　　　　　　Email: *brucedelvalle@gmail.com*

## CERTIFICATE OF SERVICE

　　　I hereby certify that on February 15, 2020, I electronically filed a copy of the foregoing Notice of Withdrawal as Counsel of Record in **Case No: 19-CV001122 (WMW/LIB)** by using the CM/ECF system, which will serve all registered CM/ECF users.

　　　　　　　　　　　　　　　　　　*/s/ W. Bruce DelValle*
　　　　　　　　　　　　　　　　　　W. Bruce DelValle, Esquire.