Exhibit 1
Proposed limited public forum policy

**City of Belle Plaine – Veterans Memorial Park**
**Limited Public Forum Policy**

WHEREAS, the City of Belle Plaine, Minnesota owns and maintains Veterans Memorial Park to honor veterans who have served and sacrificed to protect the freedoms enjoyed by the citizens of this City; and

WHEREAS, a stone monument is located on the grounds of the park, constructed on public land, listing the names of Belle Plaine residents who gave their lives in service to their country in foreign wars from the Spanish American War through the Vietnam War; and

WHEREAS, the Council of the City of Belle Plaine recognizes that various contentions have recently arisen between residents of this City with respect to Veterans Memorial Park, and the City's goal is to promote harmony and allow citizens to utilize Veterans Memorial Park for the purpose of honoring and memorializing veterans; and

WHEREAS, the Council wishes to allow residents of the City access to Veterans Memorial Park for the purpose of erecting displays in keeping with the purpose of honoring and memorializing veterans; and

WHEREAS, the Council now desires to adopt this formal, written policy to codify the procedure for residents of the City to recognize, honor, and memorialize veterans by erecting displays appropriate to that purpose within a portion of Veterans Memorial Park; and

WHEREAS, the Supreme Court of the United States has found that governmental entities are permitted to establish limited public forums by opening property limited to use by certain groups or dedicated solely to the discussion of certain subjects, and that in such limited public forums a governmental entity may impose restrictions on speech that are reasonable in view of the purposes of the forum. *See Capitol Square Rev. and Advisory Bd. v. Pinette*, 515 U.S. 753 (1995); *Powell v. Noble*, 798 F.3d 690 (8th Cir. 2015); *Victory Through Jesus Sports Ministry Found. v. Lee's Summit R-7 Sch. Dist.*, 640 F.3d 329 (8th Cir. 2011).

WHEREAS, the Council recognizes its constitutional duty to interpret, construe, and amend it policies and ordinances to comply with constitutional requirements as they are announced; and

WHEREAS, the Council accepts as binding the applicability of general principles of law and all the rights and obligations afforded under the United States and Minnesota Constitutions.

1

CITY000134

NOW, THEREFORE, BE IT RESOLVED by the Council of the City of Belle Plaine, Minnesota, that the following written policy regarding Veterans Memorial Park is hereby adopted, to wit:

1. For the express purpose of honoring veterans and memorializing those who have paid the ultimate sacrifice in the service of their country in foreign wars, particularly those veterans whose home town is the City of Belle Plaine, the City designates a limited public forum in Veterans Memorial Park open to residents of Belle Plaine to erect displays in keeping with the purpose of honoring or memorializing veterans.

2. The area for the public forum shall be that portion of Veterans Memorial Park that lies to the northwest of a line parallel to and three feet to the rear of the rear face of the existing stone memorial, and bounded on to north and west by the inside edges of the existing paved pathways that run parallel to Commerce Drive East and South Meridian Street, respectively, except that no display may be placed within one foot from any edge of the foundation of the existing stone memorial or within two feet of the edge of a paved pathway.

3. Any citizen who is domiciled in Belle Plaine, Minnesota, or any organization comprised of members the majority of whom are domiciled in Belle Plaine, Minnesota, may submit a written request to the City to erect a display within the limited public forum, which display must be in keeping with the purpose of the forum. The request must include a detailed description of the display, including its dimensions and materials. The requester must certify in writing that they are domiciled in the City of Belle Plaine or, in the case of a request submitted by an organization, that the majority of the organization's members are domiciled in the City of Belle Plaine.

4. The City shall approve in writing without delay any request to erect a display that conforms to the following requirements, except that the City shall not allow more than five displays in the limited public forum at any given time:

   a. Displays must be no larger than three feet wide by two feet deep by three feet tall.

   b. Displays must be constructed of stone, concrete, metal, or some combination thereof.

   c. All aspects of a display must be consistent with the purpose of the forum to honor and/or memorialize veterans.

CITY000135

    d.    In keeping with the solemn nature of a memorial honoring those who gave their lives for our nation, displays must be respectful and consistent with displays generally associated with monuments or memorials that honor veterans such as would be customarily found at similar veterans memorials.

5.    There shall be no more than five displays in the limited public forum at any time. Once the forum is full, no displays may be approved until the owner of an existing display chooses to remove their display from the forum.

6.    The City shall adopt a neutral method for determining which requests receive priority in the event that the City receives more requests than there are slots available for displays, except that requests submitted by veterans' organizations shall be given priority over all other requests. A veterans' organization is any organization whose purposes include providing support or benefits to veterans, their dependents, or their families.

7.    It shall be the responsibility of the requesting party to erect the display upon approval from the City and to keep the display in good repair at all times.

8.    The requesting party and not the City shall own any display erected in the limited public forum.

9.    In the event of damage to a display, or if a display is in a state of disrepair, the City may give the owner of the display notice of said damage or disrepair and require the owner to repair the display within 30 days. If the owner fails to repair the display within the notice period, the City may remove the display.

10.    Displays constitute the speech of the individual or organization erecting the display and not the speech of the City.

11.    The City shall erect a prominent disclaimer near or inside the limited public forum stating as follows: "The City of Belle Plaine has set up this area of Veterans Memorial Park as a limited public forum to accommodate displays that honor and memorialize veterans. Displays constitute the speech of the owners of the display and not the City."

    NOW, THEREFORE, BE IT FURTHER RESOLVED that this policy shall become effective immediately upon adoption by the Council.

    THUS INTRODUCED at the regular meeting of the City Council of Belle Plaine, Minnesota, on February 6th, 2017.

    For: _____   Against: _____

3

CITY000136

THUS ADOPTED at the regular meeting of the City Council of Belle Plaine, Minnesota, on _____, 2017.

_____          _____
City Clerk                                      Chris Meyer, Mayor

(SEAL)

4

Exhibit 2
Closed session notice

**BELLE PLAINE CITY COUNCIL**
**CLOSED SESSION**
**JANUARY 3, 2017**

The Belle Plaine City Council conducted a closed session on Tuesday, January 3, 2017. Mayor Chris Meyer announced the closed session at 7:18 p.m. with Councilmembers Cary Coop, Ben Stier and Paul Chard present. Also present were City Administrator Mike Votca, Finance Director Dawn Meyer and City Attorney Bob Vose.

Mayor Meyer announced the purpose of the closed session is to discuss private structures on public property. The Council gave direction to Staff.

MOTION by Councilmember Coop, second by Councilmember Chard, to adjourn the closed session at 7:47 p.m. ALL VOTED AYE. MOTION CARRIED.

Respectfully submitted,

Patricia Krings
Recording Secretary

Exhibit 3
Email adding the kill switch

# Administrator

| | |
|---|---|
| **From:** | Michael Votca |
| **Sent:** | Thursday, February 09, 2017 3:13 PM |
| **To:** | Vose, Robert J. |
| **Subject:** | RE: cross; resolution |
| **Attachments:** | 8.2 Resolution Veterans Memorial Park Limited Public Forum Policy.docx; 4.4.2. Private Use of Public Property Agreement Meadow Park by Baseball Association.docx |

Bob,

It is attached. I am also attaching an agreement that we have with the amateur baseball association. I think that items 2, 4, and 5 may have some applicability in this case. I have been hearing that we should have a clause that allows us to terminate this agreement immediately from numerous people.

Thanks,
Mike

**Michael Votca**
City Administrator
City of Belle Plaine
218 N. Meridian Street | Belle Plaine, MN 56011
P: 952.873.5498   | F: 952.873.5509

www.belleplainemn.com



---

**From:** Vose, Robert J. [mailto:rvose@Kennedy-Graven.com]
**Sent:** Thursday, February 09, 2017 1:54 PM
**To:** Michael Votca <mvotca@ci.belleplaine.mn.us>
**Cc:** Lehinger, Brian D. <BLehinger@Kennedy-Graven.com>
**Subject:** cross; resolution

Mike,
Could you forward an electronic copy of the resolution you drafted?  We have Parrish's electronically but not yours.
Thanks

Bob Vose
Kennedy & Graven
470 US Bank Plaza
200 S. 6th Street
Minneapolis, MN 55402
(p) 612.337.9275
(f) 612.337.9310
(c) 612.481.3210

Exhibit 4
Email indicating the Cty knew that TST would be placing a monument

## Administrator

| | |
|---|---|
| **From:** | Christopher Moore <cmoore234@gmail.com> |
| **Sent:** | Wednesday, February 08, 2017 2:54 PM |
| **To:** | Christopher Meyer; Cary Coop; Paul Chard; Theresa McDaniel; Ben Stier |
| **Cc:** | Michael Votca |
| **Subject:** | (POSSIBLE SPAM OR DANGEROUS ATTACHMENT - SCL: 4) Re: Monday Council Meeting |

I'm sure you're all very busy, so I understand why I haven't received a reply to yesterday's request for clarification of the motion that passed Monday. However, can someone kindly take a moment confirm that this is the Limited Public Forum Policy you voted to approve: https://www.facebook.com/notes/defend-veterans-park/limited-public-forum-proposal/1631785920461976 ?

According to the BP Vet's Club "The Grave marker of the Fallen Soldier will not be reattached until the city gets their new policy in place (which will happen at the next council meeting on Feb. 21st)."

So to keep my request as simple as possible: What is your "new policy"? Will it be enacted Feb. 21?

I am considering publicly responding to what is going on, but I'd like to know the facts first.

Respectfully,

Chris Moore


On Tue, Feb 7, 2017 at 3:24 PM, Christopher Moore <cmoore234@gmail.com> wrote:
  Greetings Mr. Mayor and Councilors ~

  I watched Monday's meeting on local access TV. Reception wasn't great, so I'm not sure I saw and heard what I thought I saw and heard. It appeared to me that the Council was badgered by a vocal minority of citizens to do something the Council didn't really want to do.

  I was amazed that there was no one there -- other than the city attorney-- willing to take on the arguments of the two pro-cross speakers and the vociferous crowd behind them. Several of you spoke of the possible problems of allowing the crowd to have their way, but then you seemed to turn 180° and supported the motion. Perhaps everything went as you had planned, and I missed the subtlety of some sort of stalling tactic. If that's the case, please let me know.

  In any case, I was perplexed by what happened. It was never clear to me just what the motion was. I spoke with CA Votca this morning requesting a copy of the Vets' Park motion you passed: he said that it won't be available until your next meeting. He tried to clarify for me just what the Council passed but admitted the motion was made "on the fly" from the floor. As I understand it now, it is essentially to consider the crowd's proposal to create a special zone of some sort to allow outside monuments as long as they conform to certain regulations to be determined by . . . well, I'm not sure who.

  Can one of you please clarify for me just what you voted for? Several media sources have reported that you voted to return the cross to the park. Is that a fact? I certainly do not envy the position you've been put in. I also hope that you do your duty as representatives of government and follow the dictates of law rather than those of

Exhibit 5
Email adding the 1-year limit

**Administrator**

| | |
|---|---|
| **From:** | Michael Votca |
| **Sent:** | Monday, February 13, 2017 12:20 PM |
| **To:** | C.G. Meyer |
| **Subject:** | Re: Proposed Policy Regarding Limited Public Forum in Veterans Memorial Park |

Chris,

The number 18 was determined by myself, because there is so much room in the park. I used the maximum size of the monument and 7 feet on each side to leave room to mow around the displays. If the City limits the forum to a small number like 5 will definitely cause the City Council to have too deny a display.

The one year requirement came from the attorneys. They felt that permanent monuments could be assumed as government speech. Temporary displays would be see more likely as the speech of others. Maybe we would want to reduce the more permanent requirements. Such as a concrete base.

I think a fee would be allowed. I think that it needs to reflect the cost to the city, so I could come up with a rate based on the work we would need to do to process the request.

Thanks,
Mike

On Feb 13, 2017, at 11:08 AM, C.G. Meyer <cgmcompanies@gmail.com> wrote:

Good Morning Michael,

In looking at this proposal I have a few questions/clarifications.

1.) How was it determined that there will be up to 18 displays (item 4.3)?  This seems like a large number from the 5 that we had originally discussed.

2.) Regarding item #6.5 in which the time frame of 1 year is referenced.  This does not make sense to me that a person would go through all of these requirements to have to remove the display in one year.  We are requiring cement bases etc. so this will be to much tearing up and disruption to the park.  How did this time frame come into the equation?

3.) In my opinion there defiantly needs to be a permit fee included in this process.  This will be a time consuming process for several staff and departments and there needs to be a fee to offset this.  I would suggest somewhere in the $300 - $500.00 range.

Please advise on these questions.

Thanks,

Chris

Christopher G. Meyer - President/CEO
Capital Growth Management, Inc.


On Fri, Feb 10, 2017 at 2:43 PM, Michael Votca <mvotca@ci.belleplaine.mn.us> wrote:

Mayor and City Council,


Attached is the second draft of a limited public forum policy.  Please take some time to review and make some comments the beginning of next week. I have been advised that this policy could be challenged regardless of the language. However, we have tried to mitigate our risks as much as possible.


Thanks,

Mike


Michael Votca

City Administrator

City of Belle Plaine

218 N. Meridian Street | Belle Plaine, MN 56011

P: 952.873.5498  | F: 952.873.5509


www.belleplainemn.com

Exhibit 6
Email requesting correction of "the sticking points"

**Administrator**

| | |
|---|---|
| **From:** | Christopher Meyer |
| **Sent:** | Monday, February 20, 2017 5:23 PM |
| **To:** | Michael Votca; rvose@kennedy-graven.com |
| **Subject:** | FW: Limited Public Forum Policy (revisions) (2017.2.17) |
| **Attachments:** | Limited Public Forum Policy (revisions) (2017.2.17).docx |

Mike,

I has a very good conversation with Andy today regarding the policy.  I also reviewed Cynthia's comments which also have a lot of merit in terms of clarification.  I would like to have this in a format that is ready to vote on tomorrow night.  If we have to come back and make some minor clarification changes down the road that would be fine.

Please review the changes that are proposed.  I also agree that 10 displays are plenty and if this needs to increase for some reason again that can happen at a later time.

I have included Mr. Vose in the email in hopes that he can give this a quick review.  These are the sticking points for the Veterans and also the Defend Group so I am hoping that it is acceptable language that was added as we first discussed when planning the open forum.

Thanks,

Chris

---

**From:** Andy Parrish [andyparrishmn@gmail.com]
**Sent:** Monday, February 20, 2017 12:55 PM
**To:** Christopher Meyer; Doug Wardlow
**Subject:** Fwd: Limited Public Forum Policy (revisions) (2017.2.17)

Chris -

Attached is a copy of the city proposal with the changes you and I discussed. Doug is going to call you to tell you how you can move this tomorrow night.

We're so close I can taste it.  The Veterans already have $1,000,000 liability just need to add the city as insured and have the monument "endorsed".

Andy
---------- Forwarded message ----------
From: **Doug Wardlow** <dwardlow@adflegal.org>
Date: Mon, Feb 20, 2017 at 10:36 AM
Subject: Limited Public Forum Policy (revisions) (2017.2.17)
To: Andy Parrish <andyparrishmn@gmail.com>


Here are my suggested revisions.



Doug Wardlow
Legal Counsel
480-444-0020 (Office)
480-388-8191 (Direct Dial)
480-444-0028 (Fax)
dwardlow@ADFlegal.org
ADFlegal.org

This e-mail message from Alliance Defending Freedom and any accompanying documents or embedded messages is intended for the named recipients only. Because Alliance Defending Freedom is a legal entity engaged in the practice of law, this communication contains information, which may include metadata, that is confidential, privileged, attorney work product, or otherwise protected from disclosure under applicable law. If you have received this message in error, are not a named recipient, or are not the employee or agent responsible for delivering this message to a named recipient, be advised that any review, disclosure, use, dissemination, distribution, or reproduction of this message or its contents is strictly prohibited. If you have received this message in error, please immediately notify the sender and permanently delete the message. PRIVILEGED AND CONFIDENTIAL - ATTORNEY-CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT.

Exhibit 7
Resolution 17-020 (the "Enacting Resolution")

**BELLE PLAINE CITY COUNCIL**
**RESOLUTION 17-020**

**ESTABLISHING A POLICY REGARDING A LIMITED PUBLIC FORUM IN**
**VETERANS MEMORIAL PARK**

WHEREAS, the City of Belle Plaine, Minnesota (the "City") owns and maintains Veterans Memorial Park to honor veterans who have served and sacrificed to protect the freedoms enjoyed by the citizens of this City; and

WHEREAS, the City Council (the "Council") adopted Resolution 09-74 Approving A Concept Plan for Veterans Park on August 3, 2009; and

WHEREAS, a stone monument is located on the grounds of the park, constructed on public land, listing the names of Belle Plaine residents who gave their lives in service to their country in wars from the Indian War of 1812 through the Vietnam War; and

WHEREAS, the Council wishes to allow private parties access to Veterans Memorial Park for the purpose of erecting displays in keeping with the purpose of honoring and memorializing veterans; and

WHEREAS, the Council now desires to adopt this formal, written policy to codify the procedure for private parties to recognize, honor, and memorialize veterans by erecting displays at Veterans Memorial Park; and

WHEREAS, the Supreme Court of the United States has found that governmental entities are permitted to establish limited public forums permitting restrictions on speech that are reasonable in view of the purposes of the forum. *See, e.g., Capitol Square Rev. and Advisory Bd. v. Pinette*, 515 U.S. 753 (1995); and

WHEREAS, the Council accepts as binding the applicability of general principles of law and all the rights and obligations afforded under the United States and Minnesota Constitutions.

NOW, THEREFORE, BE IT RESOLVED by the Council of the City of Belle Plaine, Minnesota, that the following written policy regarding Veterans Memorial Park is hereby adopted, to wit:

1. The City designates a limited public forum in Veterans Memorial Park for the express purpose of allowing individuals or organizations to erect and maintain privately owned displays that honor and memorialize living or deceased veterans, branch of military and Veterans organizations affiliated with Belle Plaine. This is an amendment to the concept plan approved on August 4, 2009.

2. Definitions. The following terms have the meanings attributed to them in this paragraph.

   a. "Veterans' Organization" is any organization whose purposes include providing support or benefits to veterans, their dependents, or their families.

   b. "Branch of Military" refers to Army, Navy, Marines, Air Force, Coast Guard, National Guard, Reserves and any other designated armed services of the United States of America.

3. Interested parties must submit an application to the City Administrator to erect a display within the limited public forum. The fee for the application shall be set at $100 for 2017. Starting in 2018, this fee shall be included in the City's Fee Schedule as set annually by

CITY000153

Resolution 17-020
Limited Public Forum Policy

Council resolution. The application fee shall not be pro-rated and is non-refundable. The application must include a description of the display, including its dimensions and construction materials.

4.    The area for the limited public forum shall be that portion of Veterans Memorial Park that lies to the South of the Veterans Park Landscaping Sign. The area shall be 84 feet by 42 feet with lines parallel to the southernmost portion of the Veterans Park Landscaping Sign outer edge. No display may be placed within seven feet from any edge of the Veterans Park Landscaping sign, the edge of a paved pathway, or any other memorial or display. Interested parties must submit an application to the City Administrator to erect a display within the limited public forum. The application must include a description of the display, including its dimensions and construction materials. <u>No display may be installed without first obtaining a permit from the City</u>.

5.    The City shall approve in writing and grant a permit to any party requesting to erect a display if and only if the display conforms to the following requirements, except that the City shall not allow more than <u>ten (10) displays</u> in the limited public forum at any given time:

a.    Displays must be no larger than three feet wide by two feet deep by three feet tall.

b.    Displays must be constructed of stone, concrete, metal, or some combination thereof.

c.    Displays must serve the purpose of honoring and memorializing living or deceased veterans, military branch or Veterans organization affiliated with Belle Plaine, Minnesota.

d.    Displays must be respectful and conform to Statues and City Code pertaining to public nuisance and decency.

6.    The City shall process requests in the order that they are received.

7.    Displays must be removed within a period of one (1) year from the date of approval. Prior to the expiration of the display period, the owner of the display may apply for another permit to display in the limited public forum. Such application will be treated the same as any other application, without any preference given.

8.    It shall be the responsibility of the requesting party to erect the display upon approval from the City and to keep the display in good repair at all times.

9.    The requesting party and not the City shall own any display erected in the limited public forum. The display must have liability coverage of $1,000,000, as per city procedure, which coverage must list the City as an additional insured. A copy of the policy must be provided to the City prior to installation of the display.

10.   In the event of damage to a display, or if a display is in a state of disrepair, the City Administrator will give the owner of the display notice of said damage or disrepair and require the owner to repair the display within 30 days. If the owner fails to repair the display within the notice period, the City Administrator will order removal of the display.

11.   Displays constitute the speech of the individual or organization erecting the display and not the speech of the City.

CITY000154

Resolution 17-020
Limited Public Forum Policy

12.     The City shall erect a prominent disclaimer near or inside the limited public forum stating as follows: "The City of Belle Plaine has designated this area of Veterans Memorial Park a limited public forum, in order to accommodate privately owned displays that honor and memorialize veterans. Displays constitute the speech of the owners of the display, and not the City. The City does not endorse any speech, message or display herein."

13.     In the event the City desires to close the limited public forum or rescind this policy, the City, through its City Administrator, may terminate all permits by giving ten (10) days' written notice of termination to Owner, within which period the owner must remove their display from city property.

The adoption of the foregoing resolution was duly moved by Mayor Meyer, and seconded by Councilmember Stier, and after full discussion thereof and upon a vote being taken thereon, the following Councilmembers voted in favor thereof: Meyer, Stier and McDaniel. Councilmember Chard was not present.

and the following voted against the same: Coop.

Whereupon said resolution was declared duly passed and adopted. Dated this 21st day of February, 2017.


Christopher G. Meyer
Mayor

ATTEST:

Michael J. Votca
City Administrator

CITY000155

Exhibit 8
TST's application



**City of Belle Plaine**          Phone: 952-873-5553          Fee: **$100.00**
218 N. Meridian Street     Fax:    952-873-5509
P.O. Box 129
Belle Plaine, MN  56011                              PERMIT # LPF 17-02

# Veterans Memorial Park Display Permit Application

**Date: February 23, 2017**

| **Applicant** | Individual or Organizations Name: **Reason Alliance Ltd.** |

Address: **c/o The Satanic Temple**      **64 Bridge Street**          City: **Salem**

State: **MA**          Zip Code: **01970**              Phone: **617-863-6660**

E-mail: **info@thesatanictemple.com**

**Description of Display**     Dimensions: Height: **36 inches**   Width: **23 inches**   Length: **23 inches**

Construction Materials: **Steel**

General Description of display: **Black steel cube with embossed inverted pentagrams with inlaid gold on four sides. An inverted helmet rests on the top of the cube. A plaque on one side of the cube reads: "In honor of Belle Plaine veterans who fought to defend the United States and its Constitution"**

**Please include a drawing or picture of the display.**

Intended Veteran, Branch of Military, or Veterans Organization honored by display: **All Belle Plaine veterans**

If this display request is intended to honor and memorialize a veteran or veterans' organization associated with Belle Plaine, please provide a description of the association to Belle Plaine and documentation regarding veteran status. **All Belle Plaine veterans are explicitly honored.**

CITY000012

DOUGLAS MESNER

I ~~LUCIEN GREAVES~~ _____ hereby affirm that I will comply with the Limited Public Forum Policy of the City of Belle Plaine, Minnesota, that any display that is erected upon approval of this permit is my property and constitutes speech of myself or my organization and not that of the City of Belle Plaine, and that I will indemnify the City against any and all claims, demands or liabilities arising from the issuance of this permit, or performance of or failure to perform in accordance with the Limited Public Forum Policy.

Applicant Signature: _____   Date: __2/23/17__

STATE OF NEW YORK

COUNTY OF BRONX

This instrument was acknowledged before me on 23rd day of February, 2017 by

DOUGLAS MESNER

***Notary Public

My Commission Expires: __7/20/17__

CEVIN SOLING
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SO6209140
Qualified In Bronx County
My Commission Expires July 20, 2017

****Notary Stamp

---

FOR OFFICE USE ONLY

**APPROVAL OF PERMIT**

Approved on this 29th day of _March_, 20 17

_____
City Administrator

[X] Application Fee Paid

[X] Copy of Certificate of Liability Insurance Provided

[X] Concept sketch or drawing of display

[X] Copy mailed to applicant on _29 March 2017_

TST Veterans Memorial

Veterans Memorial Park
Belle Plaine, Minnesota

Black Steel Rectangle with embossed inverted
Petagrams with inlaid gold on four sides
Inverted              Helmet in black steel



COPYWRITE C.ANDRES

 **ACORD**®

# CERTIFICATE OF LIABILITY INSURANCE

| DATE (MM/DD/YYYY) |
|---|
| 02/28/17 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Ron Murray | | |
|---|---|---|---|
| MURRAY INSURANCE SERVICES<br>591 Sugar Road #2<br>Bolton, MA 01740                              MA  01740 | PHONE (A/C, No, Ext): (408)272-7981 | | FAX (A/C, No): (408)272-9543 |
| | E-MAIL ADDRESS: ronaldimurray@gmail.com | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : Philadelphia Insurance Company | | |
| INSURED | INSURER B : | | |
| Reason Alliance, Ltd | INSURER C : | | |
| | INSURER D : | | |
| 519 Somerville Ave #288 | INSURER E : | | |
| Somerville, MA 02143                          MA  02143 | INSURER F : | | |

| COVERAGES | CERTIFICATE NUMBER: | REVISION NUMBER: |
|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | [X] COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS-MADE [X] OCCUR | Y | | PHPK1557167 | 09/27/16 | 09/27/17 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>[X] POLICY [ ] PRO-JECT [ ] LOC<br>[ ] OTHER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY<br>[ ] ANY AUTO<br>[ ] OWNED AUTOS ONLY [ ] SCHEDULED AUTOS<br>[ ] HIRED AUTOS ONLY [ ] NON-OWNED AUTOS ONLY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | [ ] UMBRELLA LIAB [ ] OCCUR<br>[ ] EXCESS LIAB [ ] CLAIMS-MADE | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | [ ] DED [ ] RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY            Y / N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N / A | | | | | [ ] PER STATUTE [ ] OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | **Abuse & Molestation** | Y | | PHPK1557167 | 09/27/16 | 09/27/17 | Per Occurence | 1,000,000 |
| | | | | | | | Aggregate | 2,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

**The Certificate Holder is also Named as Additional Insured.**

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| **City of Belle Plaine<br>218 North Meridian St<br>PO Box 129<br>Belle Plaine, MN 56011** | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE |

© 1988-2015 ACORD CORPORATION.  All rights reserved.

**ACORD 25 (2016/03)**          The ACORD name and logo are registered marks of ACORD

CITY000015

Exhibit 9
Veteran's Group's application



**City of Belle Plaine**       Phone: 952-873-5553       Fee: **$100.00**
218 N. Meridian Street    Fax:    952-873-5509
P.O. Box 129
Belle Plaine, MN  56011                                 PERMIT # LPF  17-01

---

# Veterans Memorial Park Display Permit Application

Date: 2-25-17

**Applicant**    Individual or Organizations Name: _Belle Plaine Vets Club_

Address: _221 N. Meridian_                        City: _Belle Plaine_

State: _MN._         Zip Code: _56011_          Phone: _952-873-4669_

E-mail: _Krisie @frontier.com_

**Description of Display**   Dimensions: Height: _24"_   Width: _31 1/8"_   Length: _36"_

Construction Materials: _Steel_

General Description of display: _See below_

_Soldier Kneeling at grave Marker of fallen Comomrade._

**Please include a drawing or picture of the display.**

Intended Veteran, Branch of Military, or Veterans Organization honored by display _Joe Gregory-Veteran_

If this display request is intended to honor and memorialize a veteran or veterans' organization associated with Belle Plaine, please provide a description of the association to Belle Plaine and documentation regarding veteran status. _Belle Plain resident_

_Creator of the memorial, (now deceased)_



CITY000017

I *Larry Ruehling* _____ hereby affirm that I will comply with the Limited Public Forum Policy of the City of Belle Plaine, Minnesota, that any display that is erected upon approval of this permit is my property and constitutes speech of myself or my organization and not that of the City of Belle Plaine, and that I will indemnify the City against any and all claims, demands or liabilities arising from the issuance of this permit, or performance of or failure to perform in accordance with the Limited Public Forum Policy.

Applicant Signature: *Larry Ruehling* _____       Date: *2/27/17* _____

STATE OF MINNESOTA
COUNTY OF *Scott* _____
This instrument was acknowledged before me on *27* day of
*February* _____, 20*17* by *Debra Glowicki* _____.


*Debra Gumann* _____
***Notary Public

My Commission Expires: *1/31/19* _____

DEBRA M GLOWICKI
Notary Public
Minnesota
My Comm. Exp. Jan. 31, 2019
****Notary

---

FOR OFFICE USE ONLY

**APPROVAL OF PERMIT**

Approved on this *27* day of *Frebruary* , 20 *17*

_____
City Administrator

[✓] Application Fee Paid

[✓] Copy of Certificate of Liability Insurance Provided

[✓] Concept sketch or drawing of display

[✓] Copy mailed to applicant on *3/29/2017* _____.       *Receipt pd. # 142661*
                                                                    *2/22/17*

**ACORD®**

# CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 02/22/2017 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Brad Goetsch | | |
|---|---|---|---|
| Goetsch Insurance Agency | PHONE (A/C, No, Ext): 507-237-4215 | | FAX (A/C, No): 507-237-4176 |
| 315 4th St, PO Box 355 | E-MAIL ADDRESS: brad@goetschinsurance.com | | |
| Gaylord MN 55334 | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : Auto Owners | | 18988 |
| INSURED | INSURER B : | | |
| Belle Plaine Vets Club | INSURER C : | | |
| 221 N Meridian St | INSURER D : | | |
| Belle Plaine MN 56011-1827 | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES    CERTIFICATE NUMBER: 20170222084018469    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| **A** | X COMMERCIAL GENERAL LIABILITY | Y | N | 08939763 | 11/01/2016 | 11/01/2017 | EACH OCCURRENCE | $ 1,000,000 |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 300,000 |
| | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | OTHER: | | | | | | Fire Legal Liability | |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED ☐ RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N | | | | | | ☐ PER STATUTE ☐ OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

Certificate holder is listed as an additional insured.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| City of Belle Plaine<br>218 North Meridian Street<br>Belle Plaine MN 56011 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE *Brad Goetsch* |

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)          The ACORD name and logo are registered marks of ACORD

Exhibit 10
Email from Stier to City Administrator

## Administrator

| | |
|---|---|
| **From:** | Michael Votca |
| **Sent:** | Thursday, March 09, 2017 11:27 AM |
| **To:** | Christopher Meyer; Paul Chard; Cary Coop; Theresa McDaniel; Ben Stier; C.G. Meyer; Cary G Coop (carygcoop@gmail.com); Theresa (topdobermans@gmail.com); bjstier |
| **Subject:** | Veterans Park Limited Public Forum Update |

Mayor and City Council,

I received a few questions from Ben Stier regarding the Limited Public Forum at Veterans Memorial Park, so I guess I need to give you all an update, in case questions are asked.

I have ordered two signs from Twistwire with the disclaimer regarding public vs. private speech. These signs will be in sometime next week. Once we get the signs installed and the area marked, we will be ready to allow displays to be placed in the park.

We have received two applications at my office one from the Belle Plaine Vets Club and one from Reason Alliance Ltd. The memorial for the Belle Plaine Vets club is to honor Joe Gregory. The memorial for the Reason Alliance Ltd. Is to honor all Belle Plaine Veterans. The policy states:

        a.    Displays must serve the purpose of honoring and memorializing living or deceased veterans, military branch or Veterans organization affiliated with Belle Plaine, Minnesota.

In my opinion both displays are honoring living or deceased veterans. Both displays conform with size and material requirements. Both groups have insurance and have paid the application fee.

Once the display area is ready for displays I will issue permits for both displays and we will have them placed in the park.

If you have any questions, please let me know.

Thanks,
Mike

Michael Votca
City Administrator
City of Belle Plaine
218 N. Meridian Street | Belle Plaine, MN 56011
P: 952.873.5498  | F: 952.873.5509

www.belleplainemn.com



---

**From:** Ben Stier [mailto:bjstier@frontiernet.net]
**Sent:** Thursday, March 09, 2017 8:30 AM

**To:** Michael Votca <mvotca@ci.belleplaine.mn.us>
**Subject:** Vets Park

Good Morning Mike,

Could you tell me how many people have applied to put a monument in at Vets Park?

I know as of now two have applied.  The non-religious group and the cross with the Vets Club.  Also, is the non-religious group honoring a particular soldier from Belle Plaine?  If not, isn't that a condition listed in our policy?

Thank you,

*Ben Stier*
Stier Transportation Services Co., Inc.
406 South Meridian Street
Belle Plaine, MN  56011

952-873-2362
bjstier@frontiernet.net

Exhibit 11
Email from City Administrator explaining why all qualifications were removed

**Administrator**

| | |
|---|---|
| **From:** | Ben Stier |
| **Sent:** | Wednesday, May 03, 2017 9:42 AM |
| **To:** | Michael Votca |
| **Subject:** | Re: Monument Requirements |

Looks good. Thank you for doing that.

Sent from my Sprint Samsung Galaxy S7.

-------- Original message --------
From: Michael Votca <mvotca@ci.belleplaine.mn.us>
Date: 5/3/17 9:15 AM (GMT-06:00)
To: dannyecole@yahoo.com
Cc: Ben Stier <bstier@ci.belleplaine.mn.us>, Christopher Meyer <cmeyer@ci.belleplaine.mn.us>, Paul Chard <pchard@ci.belleplaine.mn.us>, Cary Coop <ccoop@ci.belleplaine.mn.us>, Theresa McDaniel <tmcdaniel@ci.belleplaine.mn.us>
Subject: RE: Monument Requirements

Mr. Cole,

Your message to Council Member Stier was passed along to me to provide a response. The limited public forum provided for by policy in Veteran's Memorial Park was established to only limit the content of speech in the forum. The limit on the speech is that it must pertain to honoring of veterans. Our legal council did not feel that we should limit who could "speak" by placing a display in the park. By placing a residency requirement on who can place a display would limit whom could speak. Residency requirements would also limit members of our community that live in the townships surrounding Belle Plaine from participating in the limited public forum. Additionally, the City of Belle Plaine has never limited who can use our city parks and this played in to the limited public forum as well.
I hope this answers your question.

Thanks,
Mike

**Michael Votca**
City Administrator
City of Belle Plaine
218 N. Meridian Street | Belle Plaine, MN 56011
P: 952.873.5553  | F: 952.873.5509

www.belleplainemn.com
https://www.facebook.com/City-of-Belle-Plaine-290209567707123/



**From:** Ben Stier
**Sent:** Wednesday, May 03, 2017 8:58 AM
**To:** Michael Votca <mvotca@ci.belleplaine.mn.us>
**Subject:** Fwd: Monument Requirements


Sent from my Sprint Samsung Galaxy S7.


-------- Original message --------
From: Dan Cole <dannyecole@yahoo.com>
Date: 5/2/17 4:11 PM (GMT-06:00)
To: Ben Stier <bstier@ci.belleplaine.mn.us>
Subject: Monument Requirements

Mr Stier:


As a member of our City Council can you please tell me why the city's version of the
proposal for placement of monuments did not include the residency requirement as was
stated in Mr. Wardlow's proposal? The residency requirement closed the door to outside
groups coming in and dictating to our city what can and cannot be placed in public squares
by our citizens.


Sincerely,


Daniel E. Cole
929 Deer Creek Parkway
Belle Plaine, MN 56011

Exhibit 12
City notice of acceptance to TST



**Belle Plaine**

A CITY THAT WORKS

March 29, 2017

Reason Alliance Ltd.
c/o The Satanic Temple
64 Bridge Street
Salem, MA 01970

**RE: Veterans Memorial Park Display Permit**

Mr. Mesner:

The City of Belle Plaine has approved your request for a permit to emplace a display within the Limited Public Forum at Veterans Memorial Park. As a reminder, the display must be placed by the owner of the display under the supervision of the public works department. The limited public forum area will be fully marked by April 3, 2017. Once the area is marked, we will be ready to supervise placement. Please make contact with me via e-mail at mvotca@ci.belleplaine.mn.us or by phone at (952) 873-5553 to arrange a time for placement. All displays must be marked with a visible name of the owner and the permit number. Your permit number is LPF 17-02. This permit is good for one year from the date of this letter. You may reapply to place another display once the display under this permit is removed. Please contact me if you have any questions.

Best regards,

Michael J. Votca
City Administrator

Enlcosures

CITY000011

Exhibit 13
City notice of acceptance to Veteran's Group



March 29, 2017

Belle Plaine Vets Club
221 N. Meridian Street
Belle Plaine, MN 56011

**RE: Veterans Memorial Park Display Permit**

Mr. Ruehling:

The City of Belle Plaine has approved your request for a permit to emplace a display within the Limited Public Forum at Veterans Memorial Park. As a reminder, the display must be placed by the owner of the display under the supervision of the public works department. The limited public forum area will be fully marked by April 3, 2017. Once the area is marked, we will be ready to supervise placement. Please make contact with me via e-mail at mvotca@ci.belleplaine.mn.us or by phone at (952) 873-5553 to arrange a time for placement. All displays must be marked with a visible name of the owner and the permit number. Your permit number is LPF 17-01. This permit is good for one year from the date of this letter. You may reapply to place another display once the display under this permit is removed. Please contact me if you have any questions.

Best regards,

Michael J. Votca
City Administrator

Enlcosures

CITY000016

Exhibit 14
Religious objection emails (compilation)

**Administrator**

| | |
|---|---|
| **From:** | kathy meyer <kathym1146@gmail.com> |
| **Sent:** | Thursday, June 08, 2017 4:53 PM |
| **To:** | Michael Votca |
| **Subject:** | monument |

Please reject the proposed monument of satin proposed for Belle Plane. There is no good to come from honoring the devil.

I am Catholic, a 70 year old veteran and registered voter.

Giving in to crack pot splinter groups is a slap in the face to all of us.

Mike Meyer

11

PLF000146

## Administrator

| | |
|---|---|
| **From:** | Mark Holliday <markholliday1@gmail.com> |
| **Sent:** | Monday, June 05, 2017 11:09 AM |
| **To:** | Michael Votca |
| **Subject:** | Please, no satanic statue in the park |

Mr. Votca,

For the love of God, please don't allow a satanic statue to be placed in the memorial park in your city.  In my opinion, this conflicts with everything our great nation stands for.  No threats here, for those who are Christian Jesus calls on us to love even our enemies.  But I don't think that means we have to allow evil some sort of equal representation.  Please don't play any part in making enemies with God.  Relatedly, I feel the statue would be very harmful to the people of Belle Plaine.  Since you are in a powerful position to care for and serve the residents of Belle Plaine, please carefully consider all the negative consequences of allowing evil to (further?) take hold in your city.

"...one nation, under God, indivisible, with liberty and justice for all."

May God bless you and your city of Belle Plaine!


Sincerely,
Mark W. Holliday

PLF000148

**Administrator**

| | |
|---|---|
| **From:** | Theresa Solomonson <tsolomonson@gmail.com> |
| **Sent:** | Monday, June 05, 2017 7:03 AM |
| **To:** | Michael Votca |
| **Subject:** | Proposed Monument |

Dear Mr. Votca,

I am writing you to express my opposition to the Satanists Monument proposed in Belle Plaine. I would like to tell you my feelings and beliefs resonate with Father Brian Lynch who wrote a very good letter to you recently. As I have said to one of my friends who also opposes this proposal, I won't even drive through the town, let alone visit it should this abomination take place.

This is still "One Nation Under God."

Thank you for taking the time to read my email.

Christ's Peace,

Theresa Solomonson
Gaylord, MN

15

PLF000150

**Administrator**

| | |
|---|---|
| **From:** | Harry Roberts <harryroberts53@yahoo.com> |
| **Sent:** | Sunday, June 04, 2017 2:40 PM |
| **To:** | Michael Votca |
| **Subject:** | (POSSIBLE SPAM OR DANGEROUS ATTACHMENT - SCL: 4) Satanic Temple Monument |

Dear Mr. Votca:

It has come to my attention that the Satanic Temple has approached the city to erect a monument in the city's Veterans Memorial Park.  I wish to express my opposition to such a monument.  Monuments in this park dedicated to the veterans who have served to defend our country from the evils in the world should only reflect the values that our country was founded on and the values of those who defended it.  Our country's founders state quite clearly that God gave them the rights to become the United States of America and not Satan, the enemy of God.  This monument would fly right into the face of our founders and, I believe, the far majority of the citizens of Belle Plaine, today.  This is plain not a good idea!

Harry Roberts
Red Wing, Minnesota

16

PLF000151

**Administrator**

| | |
|---|---|
| **From:** | Andy Teubert <andy.teubert@gmail.com> |
| **Sent:** | Sunday, June 04, 2017 12:09 AM |
| **To:** | Michael Votca |
| **Subject:** | Satanic temple Statue |

Dear Mr. Votca, l was informed of this and am clearly dismayed and frustrated that you would consider a statue of that sort anywhere In Minnesota, especially in a city that is known for its share of hardworking folks that are God based, not satan, especially in a Memorial Park for those that fought to save and make our United States what it is today. Including but not limited to present and  past wars, even fought in these Blessed United States. Remember 9/11/2001? l will never forget it. How many Graduating Seniors are going into the Service?  How many of your family are Vets? l have family in wars for many Centuries. l am a retired FireFighter from a local town and  God is with us always. Satan was thrown out of Heaven by Saint Michael, an Arch Angel, for good reason. l pray you will seriously consider all that l have written. ln Gods name, Andrew Teubert

PLF000152

**Administrator**

| | |
|---|---|
| **From:** | Jenni Fuchs <jennilynn633@gmail.com> |
| **Sent:** | Saturday, June 03, 2017 11:20 PM |
| **To:** | Michael Votca |
| **Subject:** | No Satanic Monument |

Mr. Mike Votca
City Administrator of Belle Plaine
218 N. Meridian St.
Belle Plaine, MN  56011

Dear Mr. Votca:

The purpose of this letter is to let you know of my opposition to the monument proposed by the Satanic Temple and my desire that you will stop it from being placed in the limited public forum of Veterans Memorial Park.  As a citizen of the United States of America and a Catholic Christian, I think that the purpose of the limited public forum in Belle Plaine's Veterans Memorial Park is to allow residents of Belle Plaine to erect tasteful memorials that not only honor veterans of the armed forces of the United States of America, but also, respect the principles upon which our great nation was founded.

In my mind, the monument proposed by the Satanic Temple does not meet the reasonable criteria of respecting the principles upon which our nation was founded and for which our veterans have fought and died.  The monument proposed by the Satanic Temple honors Satan, the enemy of the Creator God that the very founding document of our great nation, the Declaration of Independence, recognizes as the source of our nation's very right to exist.  By erecting a monument to Satan in Belle Plaine, we are mocking the God who, according to the Declaration of Independence, has given us our unalienable rights of life, liberty, and the pursuit of happiness.

Some are likely to claim that the monument proposed by the Satanic Temple is protected by freedom of speech, freedom of religion, or freedom of expression.  I submit that this is simply not the case.  We are all aware of limits to our freedom of religion (polygamy), freedom of speech (profanity in broadcasting), and other freedoms of expression (indecent exposure).  These limits on individual freedoms protect the common good and allow us to live together peacefully.  I claim that the monument proposed by the Satanic Temple exceeds the reasonable limits of freedom of speech, freedom of religion, and freedom of expression because the monument will cause spiritual and moral harm to Belle Plaine; spiritual and moral harm that will result in economic harm when ethical businesses and patriotic citizens choose to avoid a community that mocks the God who has blessed us all.

For the good of Belle Plaine and its residents, please reject the monument proposed by the Satanic Temple.

Sincerely,

Mr. & Mrs Jeffrey & Jennifer Fuchs

*"The actions of your life are determined by your most dominant thoughts.  So turn your mind to those things that are good, true, beautiful, and noble, and your life will be a reflection of these things."  - Matthew Kelly*

PLF000153

**Administrator**

| | |
|---|---|
| **From:** | Ken Burns <burnskc2@gmail.com> |
| **Sent:** | Saturday, June 03, 2017 9:01 PM |
| **To:** | Michael Votca |
| **Subject:** | Memorial Park in Belle Plaine |

Dear Mike

Please do not allow installation of the proposed monument by the Satanic Temple at Veterans Memorial Park.

Regards
Kenneth R Burns

19

PLF000154

**Administrator**

| | |
|---|---|
| **From:** | Justin Krutza <krutza.justin@gmail.com> |
| **Sent:** | Saturday, June 03, 2017 1:47 PM |
| **To:** | Christopher Meyer; Cary Coop; Paul Chard; Ben Stier; Michael Votca |
| **Subject:** | Stop the Satanic Monument in Veterans Memorial Park |

Mayor, City Administrator, and Council Members of Belle Plaine:

I am writing you in strong opposition to the monument proposed by the Satanic Temple and to stop it from being placed in the limited public forum of Veterans Memorial Park.  I am appalled this monument was even considered.  This is a call to an evil that mocks soldiers who fought to defend this country, many giving their lives to support the freedoms we are all privileged to have in this country.  As a neighboring Minnesotan and citizen of the United States of America I am disgusted at this attempt to honor our veterans.

By supporting this monument to evil, you are inviting Satan and all the evil spirits that crawl about the world into your community, businesses, schools, and homes.  If this were to be placed, I will guarantee my family and I along with others will never visit or support the economy of Belle Plaine.

I urge you to strongly oppose this monument on behalf of all veterans and fallen heroes, Minnesotans, and citizens of this nation.  The City of Belle Plaine deserves much better.

I am praying for your conversion and your city in this troubling time.

May God bless Belle Plaine.

Sincerely,
Justin Krutza

PLF000155

**Administrator**

| | |
|---|---|
| **From:** | Mike Van Grunsven <mvangru@charter.net> |
| **Sent:** | Saturday, June 03, 2017 12:49 PM |
| **To:** | Michael Votca |
| **Subject:** | Satanic Monument in Memorial Park |

Mike, I find it hard to believe that the city is considering putting a Satanic monument at Memorial Park.  This park is to honor our veterans and those who gave their life for our country. It is disrespectful to put such an offensive monument in the park. A line needs to be drawn for free speech. If someone wanted to put a Hitler or Osama bin Laden monument, would that be also allowed?  I would hope not since it serves no purpose and is disruptive.  Satan is the king of all evil and I can't imagine why a monument to honor evil would be put in a Memorial Park.  Makes no sense at all.
If this occurred, it would put a dark cloud over Belle Plain. People would think of it as the city that has a Satanic monument which will keep businesses and people away and also bring in others who want to see the monument and are drawn to evil.

21

PLF000156

**Administrator**

| | |
|---|---|
| From: | Loree Heinkel <loree@live.com> |
| Sent: | Friday, June 02, 2017 11:27 PM |
| To: | Michael Votca |
| Subject: | Letter opposing monument |

June 2, 2017

Mr. Mike Votca
City Administrator of Belle Plaine
218 N. Meridian St.
Belle Plaine, MN  56011

Dear Mr. Votca:

The purpose of this letter is to let you know of my opposition to the monument proposed by the Satanic Temple and my desire that you will stop it from being placed in the limited public forum of Veterans Memorial Park.  As a citizen of the United States of America and a Catholic Christian, I think that the purpose of the limited public forum in Belle Plaine's Veterans Memorial Park is to allow residents of Belle Plaine to erect tasteful memorials that not only honor veterans of the armed forces of the United States of America, but also, respect the principles upon which our great nation was founded.

In my mind, the monument proposed by the Satanic Temple does not meet the reasonable criteria of respecting the principles upon which our nation was founded and for which our veterans have fought and died.  The monument proposed by the Satanic Temple honors Satan, the enemy of the Creator God that the very founding document of our great nation, the Declaration of Independence, recognizes as the source of our nation's very right to exist.  By erecting a monument to Satan in Belle Plaine, we are mocking the God who, according to the Declaration of Independence, has given us our unalienable rights of life, liberty, and the pursuit of happiness.

Some are likely to claim that the monument proposed by the Satanic Temple is protected by freedom of speech, freedom of religion, or freedom of expression.  I submit that this is simply not the case.  We are all aware of limits to our freedom of religion (polygamy), freedom of speech (profanity in broadcasting), and other freedoms of expression (indecent exposure).  These limits on individual freedoms protect the common good and allow us to live together peacefully.  I claim that the monument proposed by the Satanic Temple exceeds the reasonable limits of freedom of speech, freedom of religion, and freedom of expression because the monument will cause spiritual and moral harm to Belle Plaine; spiritual and moral harm that will result in economic harm when ethical businesses and patriotic citizens choose to avoid a community that mocks the God who has blessed us all.

For the good of Belle Plaine and its residents, please reject the monument proposed by the Satanic Temple.

Sincerely,
Steve and Loree Heinkel

PLF000157

*"Be living witnesses of the greatness and beauty of Christianity." - Saint Gianna Beretta Molla (1922-1962)*

PLF000158

**Administrator**

| | |
|---|---|
| **From:** | Mark Simone <simonefam@usfamily.net> |
| **Sent:** | Friday, June 02, 2017 6:27 PM |
| **To:** | Michael Votca |
| **Subject:** | monument |

Dear Mr. Votca:

All good Christians know it is true that when Jesus knocks on your door and you let Him in He will bring into your house good gifts.  Gifts like love, joy, peace, patience, kindness, goodness, faithfulness, gentleness, and self-control. It is also true that when Satan knocks at your door and you let him in he will bring bad gifts. Gifts like immorality, impurity, sensuality, idolatry, sorcery, enmities, strife, jealousy, outbursts of anger, disputes, dissensions, factions, envying, drunkenness, and death. Mr. Votca you have been given the responsibility of the wellbeing of your community. Please do not invite Satan in to your beautiful city. Please reject the Satanist monument in memorial park.

Good Health and God Bless,

Mark Simone

---

 Virus-free. www.avast.com

PLF000159

**Administrator**

| | |
|---|---|
| **From:** | Teresa Sundermeyer <tsundermeyer@hotmail.com> |
| **Sent:** | Friday, June 02, 2017 4:49 PM |
| **To:** | Michael Votca |
| **Subject:** | Satanic Statue |

Dear Mr. Mike Votca,

Please do not let a Satanic Statue be put up in your town.  This is not what America is about
our country was founded by Christians who believed in God.

It would be a great disservice to our Veterans who fought for our freedom.

I'll be praying for you.

Sincerely,
Teresa

25

PLF000160

**Administrator**

| | |
|---|---|
| **From:** | Joseph Block <joseph.d.block@gmail.com> |
| **Sent:** | Friday, June 02, 2017 1:51 PM |
| **To:** | Michael Votca |
| **Subject:** | No Satanic Statue |

For the love of God and for respect for the men and women buried in this cemetery, it is vital you do not allow this Satanic Statue to be erected.  We are all sinners and need the mercy of Jesus Christ, but what will you say to God when you stand before him in judgment if you allow this idolatrous and blasphemous statute to be erected in the cemetery?

The Constitution means nothing if the rights they protect are not initially granted to us by God.  To mock the God who granted us life and liberty is to mock the very foundation upon which our Constitution is built.

Any one who plays a part in a Satanic Statue being erected in a public place is guilty of idolatry and blasphemy.  Be courageous and brave, and stand up for the true God.  I am praying for you brother.  God be with you.

Joseph Block

PLF000162

**Administrator**

| | |
|---|---|
| **From:** | worldnut <worldnut@aol.com> |
| **Sent:** | Friday, June 02, 2017 12:46 PM |
| **To:** | Michael Votca |
| **Subject:** | Satanist monument |

I am shocked to hear that the city of Belle Plaine is planning to allow a satanist monument erected in your town.I am a Navy veteran and a resident of LeSueur, and if this obsenity is ro occur, I will never enter you city again. I have enjoyed stopping at Emmas and Coburns on my way to and from Mpls.and am interested in your new medical fascility.I will truly miss these pleasant stops.

     Marion Peck
Sent via the Samsung Galaxy S7 edge, an AT&T 4G LTE smartphone

28

PLF000163

**Administrator**

| | |
|---|---|
| **From:** | russiahome@aol.com |
| **Sent:** | Friday, June 02, 2017 12:25 PM |
| **To:** | Michael Votca |
| **Subject:** | monument |

Not sure what quirk of twisted logic would lead anyone to erect a monument to satan.  Since satan stands for rebellion, deception, murder, stealing, accusing, and destroying, what place do these values have at a park honoring veterans?  The cross, star of David, the American flag, or other similar symbols not only reflect the values on which our country is based, they represent positive values such as honor, sacrifice, duty, and protecting the innocent.  Even something like a scale promotes thoughts of justice and equal protection under the law, or a memorial tree denotes the ongoing effect of the life of the person for which the tree was planted.  So we return to the question, "What possible positive values can a satanic symbol promote"?

In America, people are free to worship the devil and believe in rebellion, deception, murder, stealing, etc. if they want, but why would any public entity build a monument to honor these values?  Simply use your authority to deny building the monument to satan, based on the fact that the values this religion represent are contrary to the laws of our country.  If a group from Massachusetts threatens to sue, let them do it; it is a fight worth having.  God knows that the "values that have made America great" seem to have eroded.  Please do not make the park in Belle Plaine a place where honor, sacrifice, duty, and protecting the innocent are made equivalent to rebellion, deception, murder, stealing, accusing, and destroying.  We have way too much of the latter already.

Joseph E. Schiller

Shakopee, MN 55379

PLF000164

**Administrator**

| | |
|---|---|
| **From:** | burnsannmike@comcast.net |
| **Sent:** | Friday, June 02, 2017 11:47 AM |
| **To:** | Michael Votca |
| **Subject:** | Satanic statue |

Dear Mike,

I'm a Minnesota resident who cares deeply about our state and country.  Please help uphold the integrity of our nation by honoring our Vets with only memorials that represent the values our country was founded on.  Namely, please do not allow a statue representing satanic worship to be erected in your town.

Thank you in advance for your action in this matter.

Sincerely,

Ann Burns

30

PLF000165

**Administrator**

| | |
|---|---|
| **From:** | Karen Loome <karenloome@gmail.com> |
| **Sent:** | Friday, June 02, 2017 10:06 AM |
| **To:** | Michael Votca |
| **Subject:** | (POSSIBLE SPAM OR DANGEROUS ATTACHMENT - SCL: 4) Monument |

Dr. Mr. Votca,

I agree with the contents of the letter you received from Fr. Brian Lynch of your city. Even the thought of a monument to Satan is shocking.  The horror of honoring Satan, the father of lies, the evil one, the enemy of mankind is truly beyond my ability to articulate.

Please do not bend to some aberrant minority to appease them.  To place such a monument would be a serious and dangerous undertaking.

Setting aside the spiritual question, who would ever want to go visit Belle Plaine if it is a place that invites in evil and darkness? I enjoy taking trips within our state to see new places, but I would absolutely steer clear of Belle Plaine.

Respectfully,

Karen Loome
Stillwater, MN

31

## Administrator

| | |
|---|---|
| **From:** | Tom Kraus <tom.kraus@comcast.net> |
| **Sent:** | Friday, June 02, 2017 10:00 AM |
| **To:** | Michael Votca |
| **Subject:** | Satanist Statue in Memorial Park |

Dear Mr. Votka,

Throughout last week I listened with amazement and disbelief to daily news stories about the dismantlement of four Confederate monuments in the City of New Orleans. It was stunning to me to think that 152 years after the end of the Civil War, a war in which at least 620,000 lives were lost in battle and hundreds of thousands more were wounded (to say nothing of the loss to property and the broader economy), our society is still "at battle" about the acceptance of discrimination against people of color. The campaign to have these monuments removed was arduous, and yet these particular monuments represent just the tip of the iceberg in terms of the public sights and symbols scattered throughout New Orleans — and the nation generally — that continue to recall and reinforce the mindset of oppression in our society.

Yesterday I learned about the decision by the City of Belle Plaine to allow a satanist monument to be erected in the city's Memorial Park. Such a statue would represent an endorsement of an even broader and greater evil even than the horrible evils of slavery and discrimination, in as far as an endorsement of satan is an endorsement of evil itself. Irrespective of any beliefs one might have about the reality of satan as an actual person or being, there is no denying that the personification of satan is meant to represent the force behind everything that is evil in the universe.

In much the same way that it is astounding to me that it has been so difficult to remove four monuments in New Orleans that celebrate the darker parts of our human nature, I'm even more shocked and dismayed to learn that a satanist statue is even being considered in Belle Plaine. It is especially jarring in light of the fact that, in contrast to the stain of oppression and slavery that sadly marks our nation's past, there is no history of celebrating and elevating satan and the forces of evil in our broader culture and society.

I understand that we live in an age in which every individual feels that it is his or her constitutional right to express themselves in any manner that they choose, and I can appreciate the challenge that comes with trying to satisfy many differing viewpoints. However, this decision to allow a satanist statue to be erected is patently absurd. There is no place for such a monument in a public park. If the Satanic Temple wishes to erect a statue on its own property, as reprehensible as that may be, I could at least accept the legal basis for allowing this. Allowing it in a city park reflects flawed thinking and a failure on the part of city leadership.

I strongly encourage you to reconsider the decision allow a satanist statue in Memorial Park. As the experience in New Orleans demonstrates, your decisions could have implications that will last for generations. It is much easier to prevent a monument from being erected in the first place than it is to take it down.

Respectfully,

Tom Kraus
Resident of Mendota Heights, MN

PLF000167

## Administrator

| | |
|---|---|
| **From:** | Pat Krings |
| **Sent:** | Friday, June 02, 2017 9:32 AM |
| **To:** | Michael Votca |
| **Subject:** | FW: Belle Plaine Information Request From Web Page |

-----Original Message-----
From: cityhall@ci.belleplaine.mn.us [mailto:cityhall@ci.belleplaine.mn.us]
Sent: Thursday, June 01, 2017 5:19 PM
To: Pat Krings <pkrings@ci.belleplaine.mn.us>
Subject: Belle Plaine Information Request From Web Page

Submitted on Thursday, June 1, 2017 - 5:19pm

Submitted values are:

Name: KENNETH J. WARRAS
Address: 4000 GOLFVIEW DRIVE
City: JORDAN
State: Minnesota
Zip: 55352
Email Home: kenj4206@aol.com
Email: kenj4206@aol.com
Phone: 952-500-3809
Date Needed: June 1, 2017
How may we help you?
A note to Mr. Votca Belle Plain City Administrator:

Dear Sir,
Although I am not a resident of the city of Belle Plain, I am an American and a US Military veteran. I fought for this country which we all pledged to fight for as "One Nation Under God". Let us not forget our own Pledge of Allegiance. Satanic emblems have no place in our public properties. Please refuse to allow this to occur in the Veteran's Park ion Belle Plain.
Thank you.

Ken Warras

The results of this submission may be viewed at:
http://www.belleplainemn.com/node/13/submission/847

PLF000168

**Administrator**

---

| | |
|---|---|
| **From:** | Pat Krings |
| **Sent:** | Friday, June 02, 2017 9:27 AM |
| **To:** | Michael Votca |
| **Subject:** | FW: Belle Plaine Information Request From Web Page |

-----Original Message-----
From: cityhall@ci.belleplaine.mn.us [mailto:cityhall@ci.belleplaine.mn.us]
Sent: Thursday, June 01, 2017 4:39 PM
To: Pat Krings <pkrings@ci.belleplaine.mn.us>
Subject: Belle Plaine Information Request From Web Page

Submitted on Thursday, June 1, 2017 - 4:39pm

Submitted values are:

Name: Jim Schmidt
Address:
City:
State: Minnesota
Zip:
Email Home:
Email: luke17@q.com
Phone:
Date Needed: June 1, 2017
How may we help you? Just to let you know. If your City allows the satanic statue. I will never support you or never spend a penny in a town such as Satan. thanks

The results of this submission may be viewed at:
http://www.belleplainemn.com/node/13/submission/846

34

PLF000169

**Administrator**

| | |
|---|---|
| From: | Sh Ak <steveshalikow@gmail.com> |
| Sent: | Friday, June 02, 2017 8:52 AM |
| To: | Michael Votca |
| Subject: | (POSSIBLE SPAM OR DANGEROUS ATTACHMENT - SCL: 4) Satanic Temple |

Mr. Votca,

I am sure that you are receiving an abundance of emails these days so I will keep it short and sweet.  Take of it for whatever its worth.  I am opposed to the "evil" monument being proposed.  And frankly, extremely concerned that I am even having to weigh in on this subject matter at all.  As a United States Marine Corps veteran and more importantly as a citizen of this great nation; I stand by our Declaration of Independence, our US Constitution, AND our Pledge of Allegiance.  Yes, I am aware that the First Amendment guarantees freedoms concerning religion, expression, assembly, and the right to petition.  I am also aware that some of these GREAT Founding Fathers who contributed to the US Constitution reference God in the Declaration of Independence.  We are one nation under God!  Let me end by including two video clips from one of our GREAT American leaders, Ronald Reagan who says it way better then I can...

**If we ever forget that we're one nation under God...**

**President Reagan's Remarks at an Ecumenical Prayer Breakfast in Dallas, Texas - 8/23/84**

Thank you for your time and God bless,
Steve Shalikow
SLS



PLF000170

**Administrator**

| | |
|---|---|
| **From:** | Paul Onken <onken1@comcast.net> |
| **Sent:** | Friday, June 02, 2017 8:44 AM |
| **To:** | Michael Votca |
| **Subject:** | Satanist monument |

Are you nuts or just plane dumb, why would anyone want to subject their community to this kind of notoriety. Communities all over the country are taking down statues of people with questionable moral beliefs, such as confederate generals etc, while you are contemplating a memorial to what a vast number of people believed is the father of all lies and moral depravity.

Sent from my iPhone

PLF000171

**Administrator**

| | |
|---|---|
| **From:** | Wade Lovelette <wlovelette@gmail.com> |
| **Sent:** | Friday, June 02, 2017 6:53 AM |
| **To:** | Michael Votca |
| **Subject:** | Satanic monument |

I pray that you will never allow a satanic monument to be built in the city park. It is against our Divine Creator and our founding fathers.
Thank you.
Wade

Sent from my iPhone

PLF000173

## Administrator

**From:**          Jackie Valerius <jpvalerius@gmail.com>
**Sent:**          Friday, June 02, 2017 12:15 AM
**To:**            Michael Votca
**Subject:**       Monument


Dear Mike Votca,
Please do not allow a Satanic monument in the Belle Plaine Memorial Park. That park is to honor our Veterans who fought so bravely for our freedom. Any statue, monument or reference to Satan in that park is making a mockery to the men and women who we will always remember.
Please do not make the choice to dishonor our Veterans.
Sincerely,
Jackie Valerius

PLF000174

**Administrator**

| | |
|---|---|
| **From:** | Jackie Valerius <jpvalerius@gmail.com> |
| **Sent:** | Friday, June 02, 2017 12:15 AM |
| **To:** | Michael Votca |
| **Subject:** | Monument |

Dear Mike Votca,

Please do not allow a Satanic monument in the Belle Plaine Memorial Park. That park is to honor our Veterans who fought so bravely for our freedom. Any statue, monument or reference to Satan in that park is making a mockery to the men and women who we will always remember.

Please do not make the choice to dishonor our Veterans.

Sincerely,

Jackie Valerius

40

PLF000175

**Administrator**

| | |
|---|---|
| **From:** | Susan Stanich <ssstillh2o@gmail.com> |
| **Sent:** | Thursday, June 01, 2017 11:53 PM |
| **To:** | Michael Votca |
| **Subject:** | Monument |

Dear Sir,
I am writing regarding the proposed satanic monument that some are equating with a Christian memorial which honors veterans in your fair city. Unless there were active members of this satanist group who willingly served their country, I cannot understand why they would be given the privilege of erecting something so contrary to the values of those being honored.

Please, stand for truth and decency, and stop this farcical monument from tarnishing an otherwise worthy veteran's memorial.

Thank you.
Sincerely,
Susan Stanich
Concerned Citizen of Minnesota USA

Sent from my iPhone

PLF000176

## Administrator

**From:** Adrian Fischer <adrianfischer206@yahoo.com>
**Sent:** Thursday, June 01, 2017 10:55 PM
**To:** Michael Votca
**Subject:** Monument

JMJ

I humbly request that a Satanic Monument not be erected at Belle Paine Park. I am deeply offended and saddened. Not only is this offensive to our Veterans but truly an offense to God, by whom American values was founded on. I will continue to pray for you and all the council that you will seriously consider what this represents to our community and country.

God bless you
Mr. and Mrs. Scott Fischer

42

PLF000177

## Administrator

| | |
|---|---|
| **From:** | Dennis Brummel <skiandcrboy@yahoo.com> |
| **Sent:** | Thursday, June 01, 2017 10:07 PM |
| **To:** | Michael Votca |
| **Subject:** | Satanic monument |

As a man that respects all that served our country and makes sure to say Thank you whenever I meet them, it is very disappointing to hear that your city is open to allow a satanic monument.  How often have you talked with those that have served in a dangerous area?  All of the ones I talk to believe in a God that will have mercy on their souls.  A God of Love. Satan stands for the opposite, lies and evil.  When I look around the world and can't believe how crazy it has gotten, I can't help but think about situations like this. Where people in power that have the ability to stand up for what is right and fail to listen to their conscience. I pray that you allow the overwhelming number of people that oppose this sort of thing to persuade your stance.  Do the right thing.
Thank you and God bless,
Dennis Brummel

Sent from my iPhone

PLF000178

**Administrator**

---

**From:**          Ron Nichols <snowflyr@hotmail.com>
**Sent:**          Thursday, June 01, 2017 9:17 PM
**To:**            Michael Votca
**Subject:**       Satan Statue


Mike,  Please do not allow a satanic statue in the park in Belle Plain.  It is not something that would show are American values.  Ron Nichols, Richfield

"Liberty cannot be established without morality, nor without faith."
Alexis de Tocqueville 1835

PLF000179

## Administrator

| | |
|---|---|
| **From:** | OUTREACH ASIA <outreachasia@msn.com> |
| **Sent:** | Thursday, June 01, 2017 8:34 PM |
| **To:** | Michael Votca |
| **Subject:** | Satanic statue |

Mr. Mike Votca
City Administrator of Belle Plaine
218 N. Meridian St.
Belle Plaine, MN  56011

June 1, 2017

Mike Peck
5608 Benton Ave
Edina, MN 55436

Dear Mr. Votca,

I was born and raised in Le Sueur and have a great respect for the Southern Minnesota towns and their people. When I was notified of this pending Satanic statue for Veterans Memorial Park in Belle Plaine, I was not that surprised because I understand the power of Satan.

As a US Navy Veteran and a God fearing practicing Christian, I ask you to reconsider any approval for this Satanic statute.

I will assist you with my prayers, poor as they are.

May God Bless you,

Mike Peck

PLF000180

**Administrator**

---

**From:**       Sam Mulcahy <smulcahy104@gmail.com>
**Sent:**       Thursday, June 01, 2017 6:43 PM
**To:**         Michael Votca
**Subject:**    Ashamed in this city

Dear Mr. Votca,

I can not tell you how disappointed I am in your city. To allow a satanic monument in a veterans park. I'm ashamed that the administrators of the city will not take a stand on such a thing. Once again, freedom of speech going too far. Just because we can do something, doesn't mean we should. This is clearly something that the residents of Minnesota do not want. So why continue on? Eventually, we will lose all our values and it's acts like this that will cause it.

You know what is right and I urge you to take action. I hope God will guide you and the city on the future. It is never to late to repent and stop this atrocity. I will pray for you and your city.

Regards,
Sam Mulcahy

PLF000181

**Administrator**

**From:** sjbjordanff@gmail.com
**Sent:** Thursday, June 01, 2017 5:28 PM
**To:** Michael Votca
**Subject:** Fwd: Belle Plaine
**Attachments:** Letter.pdf


Please see attached letter regarding the satanist monument.
Thank you for your time,
Tina Goetz
Waconia, MN

PLF000182

**Administrator**

| | |
|---|---|
| **From:** | Lisa Whitaker <LWhitaker6@yahoo.com> |
| **Sent:** | Thursday, June 01, 2017 5:28 PM |
| **To:** | Michael Votca |
| **Subject:** | (POSSIBLE SPAM OR DANGEROUS ATTACHMENT - SCL: 4) Oppose the Satanic Temple Monument |

Dear Mr. Votca:

The purpose of this email is to let you know that I oppose the monument proposed by the Satanic Temple.

Please do not place in the Veterans Memorial Park.  I am a citizen of the United States and a Catholic.

I believe that the purpose of the Belle Plaine's Veterans Memorial Park is to allow residents of Belle Plaine to showcase memorials that honor veterans of the armed forces of the United States of America, and respect the principles upon which our great nation was founded.

I do not think that the monument proposed by the Satanic Temple meets  the reasonable criteria of respecting the principles upon which our country was founded.  That does not sound like our country, a country that believes in "One Nation Under God."

I do come to Belle Plaine to eat and shop but if the city erects this monument I will take my business elsewhere.

Sincerely,

Lisa Whitaker
Norwood Young America, MN

PLF000183

## Administrator

| | |
|---|---|
| **From:** | Paul Rennerfeldt <paulrennerfeldt@gmail.com> |
| **Sent:** | Thursday, June 01, 2017 5:28 PM |
| **To:** | Michael Votca |
| **Subject:** | Satanic statue |

Mike,

I'm reaching out in regards to your city's decision to put up a message from the devil/satan in my surrounding community of the south metro.

I encourage you to reflect long and hard and ask yourself a question; what message will this send to the families of Belle Plaine and the surrounding communities in Minnesota?

Here's the definition of satan:

**Satan** (Hebrew: שָׂטָן‎ *satan*, meaning "enemy" or "adversary";[1] Arabic: شيطان *shaitan*, meaning; "astray", "distant", or sometimes "devil") is a figure appearing in the texts of the Abrahamic religions[2][3] ***who brings evil and temptation, and is known as the deceiver who leads humanity astray.***

So regardless of any type of justification, pressure (legal or otherwise) the RESULT of you deciding to move forward with this plan will indeed be promoting "evil, temptation, deceit, and leading those in YOUR community astray.."

Is that in the best interests of your citizens that you represent?  Is this what they elected you to do?

It goes against the Christian faith that our great country was the founded upon.  Please listen to your conscience and avoid moving forward with this plan.

I will be praying for you and the entire city of Belle Plaine as well as the surrounding communities.  I also will attend the council meeting on Monday to demonstrate the strong opposition to this Satanic monument.

If there is anything else I can do please let me know.

Thank you and God Bless,
Paul Rennerfeldt

49

**Administrator**

| | |
|---|---|
| **From:** | JNewman@phi.com |
| **Sent:** | Thursday, June 01, 2017 5:25 PM |
| **To:** | Michael Votca |
| **Subject:** | Satanic monument |

Dear Mr. Votca:

I would like to express my opposition to the Satanic Temple placing a satanic monument in Veterans Memorial Park. Our country is based on "In God we Trust" and to place a satanic monument in a park that honors veterans would be a huge dishonor to the sacrifices our veterans have made to allow this great country to be free. We would not allow a monument that uses profane language to be erected in the park and, while their monument may not use profane language, the message it portrays is truly profane in the eyes of those that both served our country and those who would like to honor them. Please help us take a stand at keeping some semblance of morality in our country!

Thank you,
In God we Trust

John Newman

PLF000185

## Administrator

| | |
|---|---|
| **From:** | Stuart Walker <stu1938@gmail.com> |
| **Sent:** | Thursday, June 01, 2017 4:38 PM |
| **To:** | Michael Votca |
| **Subject:** | (POSSIBLE SPAM OR DANGEROUS ATTACHMENT - SCL: 4) satanic memorial |

The purpose of this letter is to let you know of my opposition to the monument proposed by the Satanic Temple and my desire that you will stop it from being placed in the limited public forum of Veterans Memorial Park.  As a citizen of the United States of America and a Catholic Christian, I think that the purpose of the limited public forum in Belle Plaine's Veterans Memorial Park is to allow residents of Belle Plaine to erect tasteful memorials that not only honor veterans of the armed forces of the United States of America, but also, respect the principles upon which our great nation was founded.

Mr. Votca,

With all due respect and in the Love of Christ, do you really want to stand before the Throne of God one day, (which we all will do), and proclaim, " "Nothing is bulletproof, that's for sure," Votca said of the limited public forum policy. "But I think it's as fair as it can be, which is really what we're trying to achieve to eliminate the chance of lawsuits." Is your defense that you are more afraid of lawsuits, (afraid of man) than you are afraid of God's judgement?

Somewhere in your city there must be a quote stating "In *God"* we trust! Do you? Mine is not to judge, mine is simply to observe.

Please sir, search you heart...I beg you not to commit this sin of rejecting God's Love.

In the Love of Christ,

Stuart Walker

```
--
Stu Walker,
952-835-0365
 The Lord bless you and keep you!
 The Lord let his face shine upon you, and be gracious to you!
 The Lord look upon you kindly and give you peace!
 We stand with you, We pray for you, O Holy child of God!
```

51

PLF000186

**Administrator**

| | |
|---|---|
| **From:** | Maria Boecker <boeckerclan@gmail.com> |
| **Sent:** | Thursday, June 01, 2017 4:35 PM |
| **To:** | Michael Votca |
| **Subject:** | Satanic monument do not allow in BP |

Dear Mr. Votca:

The purpose of this letter is to state our displeasure and anger as parents, Catholic Christians, and community members that sent our 4 children to the Belle Plaine public schools  for their entire K-12 experience and To be heard by you as citizen of the United States of America!   We think that the purpose of the limited public forum in Belle Plaine's Veterans Memorial Park is to allow residents of Belle Plaine to erect tasteful memorials that not only honor veterans of the armed forces of the United States of America, but also, respect the principles upon which our great nation was founded. We sent our children to Belle Plaine because we felt it also held these values to be strong and true!

In our opinion the monument proposed by the Satanic Temple does not meet the reasonable criteria of respecting the principles upon which our nation was founded and for which our veterans have fought and died for. The monument proposed by the Satanic Temple honors Satan, it  is not from anyone in our community and its sole purpose is to cause trouble in our community and world! This is Satans work and if you allow this to be put up, he wins and we and our children, and our children's children lose! By allowing this to be  put in we lose our Independence  as a Christian community. By allowing this monument in you are allowing Satan to live in Belle Plaine in full view, how embarrassing and how ashamed We would be to call this community our home! You should care about our rights in THIS community not from those in other cities let alone some trouble makers in other states! This monument is mocking the God who, according to the Declaration of Independence, has given us our unalienable rights of life, liberty, and the pursuit of happiness.
   It is sad that one could equate the name Belle Plain with Satan as that is what will happen if you allow this monument to be placed. Belle Plaine the community that allowed a satanic monument, not Belle Plaine a Christian community! Please We ask you to not let Satan win! It's a long road to heaven as it is with the immorality that already exists, do you really want to put Belle Plaine and its community that much more at risk and closer evil??!!!! Please protect our freedom of speech, freedom of religion, and freedom of expression by saying "NO" we still have morals and respect in Belle Plaine.    We agree with the Catholic priest in Belle Plaine when he states in his letter to you "We are all aware of limits to our freedom of religion (polygamy), freedom of speech (profanity in broadcasting), and other freedoms of expression (indecent exposure).  These limits on individual freedoms protect the common good and allow us to live together peacefully.  I claim that the monument proposed by the Satanic Temple exceeds the reasonable limits of freedom of speech, freedom of religion, and freedom of expression because the monument will cause spiritual and moral harm to Belle Plaine; spiritual and moral harm that will result in economic harm when ethical businesses and patriotic citizens choose to avoid a community that mocks the God who has blessed us all.

For the good of Belle Plaine and its residents, please reject the monument proposed by the Satanic Temple." For this to even be an issue in Belle Plaine right now is very sad and tells us morals are not what they once were and people are choosing to let Satan in!!!! Please the original vets park was to honor all vets and show community pride in God and our country! Don't let Satan win by allowing the monument or taking down the cross!

Sincerely,
Bill and Maria Boecker

PLF000187

## Administrator

| | |
|---|---|
| **From:** | Maria Boecker <boeckerclan@gmail.com> |
| **Sent:** | Thursday, June 01, 2017 4:35 PM |
| **To:** | Michael Votca |
| **Subject:** | Satanic monument do not allow in BP |

Dear Mr. Votca:

The purpose of this letter is to state our displeasure and anger as parents, Catholic Christians, and community members that sent our 4 children to the Belle Plaine public schools  for their entire K-12 experience and To be heard by you as citizen of the United States of America!   We think that the purpose of the limited public forum in Belle Plaine's Veterans Memorial Park is to allow residents of Belle Plaine to erect tasteful memorials that not only honor veterans of the armed forces of the United States of America, but also, respect the principles upon which our great nation was founded. We sent our children to Belle Plaine because we felt it also held these values to be strong and true!

In our opinion the monument proposed by the Satanic Temple does not meet the reasonable criteria of respecting the principles upon which our nation was founded and for which our veterans have fought and died for. The monument proposed by the Satanic Temple honors Satan, it  is not from anyone in our community and its sole purpose is to cause trouble in our community and world! This is Satans work and if you allow this to be put up, he wins and we and our children, and our children's children lose! By allowing this to be  put in we lose our Independence  as a Christian community. By allowing this monument in you are allowing Satan to live in Belle Plaine in full view, how embarrassing and how ashamed We would be to call this community our home! You should care about our rights in THIS community not from those in other cities let alone some trouble makers in other states! This monument is mocking the God who, according to the Declaration of Independence, has given us our unalienable rights of life, liberty, and the pursuit of happiness.
  It is sad that one could equate the name Belle Plain with Satan as that is what will happen if you allow this monument to be placed. Belle Plaine the community that allowed a satanic monument, not Belle Plaine a Christian community! Please We ask you to not let Satan win! It's a long road to heaven as it is with the immorality that already exists, do you really want to put Belle Plaine and its community that much more at risk and closer evil??!!!! Please protect our freedom of speech, freedom of religion, and freedom of expression by saying "NO" we still have morals and respect in Belle Plaine.   We agree with the Catholic priest in Belle Plaine when he states in his letter to you "We are all aware of limits to our freedom of religion (polygamy), freedom of speech (profanity in broadcasting), and other freedoms of expression (indecent exposure).  These limits on individual freedoms protect the common good and allow us to live together peacefully.  I claim that the monument proposed by the Satanic Temple exceeds the reasonable limits of freedom of speech, freedom of religion, and freedom of expression because the monument will cause spiritual and moral harm to Belle Plaine; spiritual and moral harm that will result in economic harm when ethical businesses and patriotic citizens choose to avoid a community that mocks the God who has blessed us all.

For the good of Belle Plaine and its residents, please reject the monument proposed by the Satanic Temple." For this to even be an issue in Belle Plaine right now is very sad and tells us morals are not what they once were and people are choosing to let Satan in!!!! Please the original vets park was to honor all vets and show community pride in God and our country! Don't let Satan win by allowing the monument or taking down the cross!

Sincerely,
Bill and Maria Boecker

PLF000188

**Administrator**

| | |
|---|---|
| **From:** | Tom Meier <tmeier@treehouseyouth.org> |
| **Sent:** | Thursday, June 01, 2017 4:28 PM |
| **To:** | Michael Votca |
| **Subject:** | Statue |

I am deeply concerned about the installation of a satanic statue. You are inviting evil into our community of a nature that will destroy many people. How absurd. You must put an end to this attack on all that is good.

PLF000189

**Administrator**

| | |
|---|---|
| **From:** | Tom Meier <tmeier@treehouseyouth.org> |
| **Sent:** | Thursday, June 01, 2017 4:28 PM |
| **To:** | Michael Votca |
| **Subject:** | Statue |

I am deeply concerned about the installation of a satanic statue. You are inviting evil into our community of a nature that will destroy many people. How absurd. You must put an end to this attack on all that is good.

PLF000190

## Administrator

| | |
|---|---|
| **From:** | Dan Selner <dans@selner.org> |
| **Sent:** | Thursday, June 01, 2017 4:19 PM |
| **To:** | Michael Votca |
| **Subject:** | Monument |

Dear Mr. Votca:

Thank you for your service to the community of Belle Plaine. I am writing to you to let you know of my opposition to the monument proposed by the Satanic Temple and my desire that you will stop it from being placed in the limited public forum of Veterans Memorial Park. As a citizen of the United States of America and a Catholic Christian, I think that the purpose of the limited public forum in Belle Plaine's Veterans Memorial Park is to allow residents of Belle Plaine to erect tasteful memorials that not only honor veterans of the armed forces of the United States of America, but also, respect the principles upon which our great nation was founded.

I feel that allowing a monument to Satan would be a contradiction to the intent of the founders of our nation and a great majority of the people in our community.

For the good of Belle Plaine and its residents, please reject the monument proposed by the Satanic Temple.

Sincerely,

Dan Selner

---
This email has been checked for viruses by Avast antivirus software.
https://www.avast.com/antivirus

PLF000191

**Administrator**

| | |
|---|---|
| **From:** | Tracy Chessen <tlchessen@gmail.com> |
| **Sent:** | Wednesday, May 31, 2017 9:47 PM |
| **To:** | Michael Votca |
| **Subject:** | Veterans Memorial Park limited public forum |

Dear Mr. Votca:

This letter is to inform you of my opposition to the monument proposed by the Satanic Temple and my desire that you will stop it from being placed in the limited public forum of Veterans Memorial Park.  As a US citizen and a Catholic Christian, I think the forum's purpose is to allow residents of Belle Plaine to honor our military veterans, but also, to respect the principles upon which our great nation was founded.

I believe the monument proposed by the Satanic Temple does not meet the reasonable criteria of respecting the principles upon which our nation was founded and for which our veterans have fought and died.  The monument honors Satan, the enemy of the Creator God that the very founding document of our great nation, the Declaration of Independence, recognizes as the source of our nation's very right to exist.  By erecting a monument to Satan in Belle Plaine, we are mocking the God who, according to the Declaration of Independence, has given us our unalienable rights of life, liberty, and the pursuit of happiness.

Some are likely to claim that the monument proposed by the Satanic Temple is protected by freedom of speech, freedom of religion, or freedom of expression.  I submit that this is simply not the case.  We are all aware of limits to our freedom of religion (polygamy), freedom of speech (profanity in broadcasting), and other freedoms of expression (indecent exposure).  These limits on individual freedoms protect the common good and allow us to live together peacefully.  I claim that the monument proposed by the Satanic Temple exceeds the reasonable limits of freedom of speech, freedom of religion, and freedom of expression because the monument will cause spiritual and moral harm to Belle Plaine; spiritual and moral harm that will result in economic harm when ethical businesses and patriotic citizens choose to avoid a community that mocks the God who has blessed us all.

As a final note, the Memorial Day program at Veterans Memorial Park this past Monday, as hosted by the VFW and attended by hundreds, was begun with The Pledge if Allegiance and a prayer. The service focused upon remembering all those who have fought for our freedoms, and none among the speakers, guests, or other participants gave praise to Satan or invoked his name for the sake of the veterans or their loved ones. No one from the Satanic Temple seemed to feel it was important to attend this event to honor our veterans, perhaps because they do not belong to the Belle Plaine community.

For the good of Belle Plaine and its residents, please reject the monument proposed by the Satanic Temple.

Sincerely,

PLF000224

Tracy Chessen
Belle Plaine resident

Sent from my Verizon 4G LTE smartphone

PLF000225

**Administrator**

| | |
|---|---|
| **From:** | Beyl, John [AUTOSOL/FMP/EDEN] <John.Beyl@emerson.com> |
| **Sent:** | Wednesday, May 31, 2017 9:46 AM |
| **To:** | Michael Votca; Christopher Meyer |
| **Subject:** | Proposed Satanic Monument On Public Grounds |

Mayer Meyer and Administrator Votca,

It has come to my attention that there is a proposal to erect a monument in Veterans Park (Public grounds) honoring Satin.  Religious beliefs aside, which is largely impossible in this circumstance, I'm certain both of you see the glaring issue at hand here.  Satin, whether we like it or not, is a symbol of religion or religious belief since he is widely regarded as the anti**christ**.  I offer this to you as proof: http://www.allaboutgod.com/history-of-satan.htm  As you can see, believing in Satin means one surely must believe in God and Christ.  If we are not allowed to display a simple symbol of Christianity, a Cross, on public grounds, it must certainly be equally illegal to erect a monument to Satin for the same reason.  Allowing such a monument to be erected on public grounds would most certainly open the city to litigation.

Kind regards,

John Beyl

709 S. Maple Street

952-220-9809

PLF000242

**Administrator**

| | |
|---|---|
| **From:** | Randy Best <rbest@charter.net> |
| **Sent:** | Wednesday, May 31, 2017 8:46 AM |
| **To:** | Michael Votca |
| **Subject:** | Proposed satanic monument - please do not allow it |

Mr. Votca –

I have heard of the Satanic monument that Belle Plaine proposes to put up in the Veteran's park there, and I am writing you to register my voice in opposition to it.  I realize you may not want the monument there yourself, but may feel obliged to do this (or are part of a group that collectively feels obliged to).  I would like to make the point that the Belle Plaine city governance DO NOT HAVE TO ALLOW THIS MONUMENT in Belle Plaine.  It is not inevitable.  You always have a choice to do what is right.  You can, and must, stand up to anything that hurts your city, country and fellow man.  We must be willing to show others our willingness to do what is truly right in the eyes of God always, regardless of what the world says is right.

Although the forces of evil have found cracks in the laws of our nation that they can exploit, those that follow their consciences and truth must now stand up.  Although I am not a resident of Belle Plaine, I am a resident of a neighboring Minnesota county and I cannot stay quiet about this.  It is time to stand up and say "enough is enough" to the propagation of evil in our midst – it is one thing to turn a blind eye to the gradual erosion of morality and the family over time through the constant messaging to our kids, and that must certainly be countered as well.  But whether you like it or not, erecting this monument in Belle Plaine is a very blatant statement that your city accepts and welcomes the presence of evil there.  You must not let this happen.

Thank you for your consideration of my opinions.  The remaining God-fearing people of Belle Plaine, of Lakeville (where I live), of Minnesota and our country are watching what happens with this monument in your city.

Sincerely,

Randy Best
20419 Jupiter Way
Lakeville, MN  55044
612-716-2099

PLF000243

**Administrator**

| | |
|---|---|
| **From:** | Ron Riviere <rrriviere@aol.com> |
| **Sent:** | Tuesday, May 30, 2017 5:51 PM |
| **To:** | Michael Votca |
| **Subject:** | Proposed Satanic Temple Monument |

Mr. Votca - I am writing you to express my objection to the placement of the Satanic Temple Monument in Belle Plaine. As a United States Citizen and a Catholic Christian this act will be mocking God & is in direct violation of the Declaration of Independence - "Under God has given us our unalienable rights of life, liberty & the pursuit of happiness." This act would further be an outrage if the monument is placed in the public forum of Veterans Memorial Park !! Thank you for attention in this matter. Please give it your utmost consideration with your City Council.

Ron Riviere
Jordan, MN.

cell- 612-308-7905

PLF000244

**Administrator**

| | |
|---|---|
| **From:** | troymahoney88@gmail.com |
| **Sent:** | Tuesday, May 30, 2017 3:08 PM |
| **To:** | Michael Votca |
| **Subject:** | No Satanic Symbols In Belle Plaine |
| **Attachments:** | Scan0001.pdf |

Mike,

This Country was founded on Christian beliefs and I am confident He will lead you to a decision to NOT allow this to happen.

As I see it this can go one of two ways for Belle Plaine; be on the map for allowing this to happen, or on it for standing up for what you know is right and making sure Christianity wins this battle.

We are behind you in this fight to make this go away.

Troy Mahoney
St. John the Baptist Catholic Church
Jordan, Mn

PLF000245

**Administrator**

| | |
|---|---|
| **From:** | James Steen <jsteen56032@gmail.com> |
| **Sent:** | Monday, May 22, 2017 3:31 PM |
| **To:** | Michael Votca |
| **Subject:** | Satanic monument |

I'm writing you about this disgraceful satanic monument your putting up next to the veterans, are you people that depraved, you put up evil near something so sacred, as long as you have this atrocity, I'll NEVER come to your city again as long as you have this. You people are sick, and so morbid.

Jim Steen

PLF000257

## Administrator

**From:**           Pat Krings
**Sent:**           Monday, May 22, 2017 7:46 AM
**To:**             Michael Votca
**Subject:**        FW: Belle Plaine Information Request From Web Page


-----Original Message-----
From: cityhall@ci.belleplaine.mn.us [mailto:cityhall@ci.belleplaine.mn.us]
Sent: Sunday, May 21, 2017 10:00 PM
To: Pat Krings <pkrings@ci.belleplaine.mn.us>
Subject: Belle Plaine Information Request From Web Page

Submitted on Sunday, May 21, 2017 - 10:00pm

Submitted values are:

Name: Anthony Rader
Address: 718 St. James Rd. E.
City: North Vancouver, BC
State:
Zip: V7K 1H1
Email Home: trader2@shaw.ca
Email: trader2@shaw.ca
Phone:
Date Needed: May 21, 2017
How may we help you? I am writing because of news I have heard.   I find this
hard to believe.  Apparently the City of Belle Plaine, Minnesota has agreed to raise a satanic monument to honour
American veterans.  I find this difficult because Satanism represents everything that is opposed to the good will of men.
Let me put it this way, if all people followed the tenants of Satanism, there could be no society only chaos with each of
us only looking out for ourselves.  Is this what our fathers and brothers fought for and died for?  Is this your vision of
what life should be? Our society, whether you believe in God or not, is based on something called natural law, that is,
that man can and should act for the good.  Satanism is the opposite.  It is not a religion.  it is a cult at best and and
should be rejected always.
What you do is dishonourable and shameful.  Don't pass this on to those who
gave so much of  themselves, namely the veterans.    Please, do the right
thing by reversing this decision.


The results of this submission may be viewed at:
http://www.belleplainemn.com/node/13/submission/837

PLF000258

## Administrator

**From:** Pat Krings
**Sent:** Monday, May 22, 2017 7:45 AM
**To:** Michael Votca
**Subject:** FW: Belle Plaine Information Request From Web Page

-----Original Message-----
From: cityhall@ci.belleplaine.mn.us [mailto:cityhall@ci.belleplaine.mn.us]
Sent: Sunday, May 21, 2017 5:58 PM
To: Pat Krings <pkrings@ci.belleplaine.mn.us>
Subject: Belle Plaine Information Request From Web Page

Submitted on Sunday, May 21, 2017 - 5:57pm

Submitted values are:

Name: Daniel Kinsman
Address: 5 South Lane
City: Westbrook
State: Connecticut
Zip: 06498
Email Home: archangel06498@yahoo.com
Email: archangel06498@yahoo.com
Phone: 8608538108
Date Needed: May 21, 2017
How may we help you? Just to let you know since you allow a Satanic monument on a veterans grounds you bring the wrath of God upon us all in America. My brother and my dad and 2 nephews served in the military and didn't do it pay homage to Satan.

The results of this submission may be viewed at:
http://www.belleplainemn.com/node/13/submission/836

PLF000259

## Administrator

**From:** Pat Krings
**Sent:** Monday, May 22, 2017 7:45 AM
**To:** Michael Votca
**Subject:** FW: Belle Plaine Information Request From Web Page

-----Original Message-----
From: cityhall@ci.belleplaine.mn.us [mailto:cityhall@ci.belleplaine.mn.us]
Sent: Sunday, May 21, 2017 4:13 PM
To: Pat Krings <pkrings@ci.belleplaine.mn.us>
Subject: Belle Plaine Information Request From Web Page

Submitted on Sunday, May 21, 2017 - 4:12pm

Submitted values are:

Name: Christianne Murrens
Address: 922 Terre Dr.
City: Libertyville
State: Illinois
Zip: 60048
Email Home: cmurrens@sbcglobal.net
Email: cmurrens@sbcglobal.net
Phone: 8476805284
Date Needed: May 21, 2017
How may we help you? Is is true that you are going to allow the building of a satanic monument in your town?

The results of this submission may be viewed at:
http://www.belleplainemn.com/node/13/submission/835

PLF000260

## Administrator

| | |
|---|---|
| **From:** | Pat Krings |
| **Sent:** | Monday, May 22, 2017 7:45 AM |
| **To:** | Michael Votca |
| **Subject:** | FW: Belle Plaine Information Request From Web Page |

-----Original Message-----
From: cityhall@ci.belleplaine.mn.us [mailto:cityhall@ci.belleplaine.mn.us]
Sent: Sunday, May 21, 2017 3:46 PM
To: Pat Krings <pkrings@ci.belleplaine.mn.us>
Subject: Belle Plaine Information Request From Web Page

Submitted on Sunday, May 21, 2017 - 3:46pm

Submitted values are:

Name: Mary Rybak
Address: 26028 355th Ave
City: Kimball
State: South Dakota
Zip: 57355
Email Home: rybak70@midstatesd.net
Email: rybak70@midstatesd.net
Phone: 6057786499
Date Needed: May 21, 2017
How may we help you? Dear City of Belle Plaine, I have read in a online newsletter that you are allowing a satanic monument to be erected in your city, next to a Veteran's Memorial.  This is unbelievable.  Who wants to recognize satan?  I have visited your city, spent the night, and attended Mass in your beautiful church, Our Lady of the Prairie. How can you allow such an evil symbol to mar the grandeur and beauty of the churches in your city? Mary Rybak, Kimball, SD

The results of this submission may be viewed at:
http://www.belleplainemn.com/node/13/submission/834

PLF000261

## Administrator

**From:** Pat Krings
**Sent:** Monday, May 22, 2017 7:45 AM
**To:** Michael Votca
**Subject:** FW: Belle Plaine Information Request From Web Page

-----Original Message-----
From: cityhall@ci.belleplaine.mn.us [mailto:cityhall@ci.belleplaine.mn.us]
Sent: Sunday, May 21, 2017 3:25 PM
To: Pat Krings <pkrings@ci.belleplaine.mn.us>
Subject: Belle Plaine Information Request From Web Page

Submitted on Sunday, May 21, 2017 - 3:24pm

Submitted values are:

Name: Mary
Address:
City:
State:
Zip:
Email Home:
Email: marybeiriger@comcast.net
Phone:
Date Needed: May 21, 2017
How may we help you? I understand that you are allowing satanic imagery to go up on city property?  Is this true?

The results of this submission may be viewed at:
http://www.belleplainemn.com/node/13/submission/833

PLF000262

## Administrator

| | |
|---|---|
| **From:** | bendaranch@midstatesd.net |
| **Sent:** | Sunday, May 21, 2017 6:29 PM |
| **To:** | Michael Votca |
| **Subject:** | satanic monument |

Dear Mr. Votca:  It is with great sadness and shock that I read an article about the city of Belle Plaine voting to allow a satanic monument in a park, which would give Belle Plaine the distinction of having the nation's first public satanic temple monument!  Congratulations!  What a distinction...to have a black, steel cube with inverted pentagrams (a universal satanic symbol) etched into the sides, with a pitch black, overturned soldier's helmet planted on top...named after Baphomet, an androgynous half-goat, half-man demon. What has happened to our nation of Judeo-Christian values that would allow this?  Fear of a lawsuit?  People caving into pressure?  No backbone?  I read the article in the Washington Post concerning this.  A spokesman for the Satanic Temple said his organization does not worship the devil.  That's a good one!  Just take a look/read again at how the monument is constructed...everything about it says the 'devil'...no refuting it.  This monument respects veterans?  This "Baphometic Bowl of Wisdom" mocks veterans.  I sincerely ask you and city officials, and pray, that you will reverse your unfortunate decision to allow this horrid monument.   Susan Benda, siding with Return to Order, a project of The American Society for the Defense of Tradition, Family and Property (TFP)

PLF000263

**Administrator**

| | |
|---|---|
| **From:** | Pat Krings |
| **Sent:** | Monday, May 08, 2017 8:55 AM |
| **To:** | Michael Votca |
| **Subject:** | FW: Belle Plaine Information Request From Web Page |

-----Original Message-----
From: cityhall@ci.belleplaine.mn.us [mailto:cityhall@ci.belleplaine.mn.us]
Sent: Monday, May 08, 2017 8:50 AM
To: Pat Krings <pkrings@ci.belleplaine.mn.us>
Subject: Belle Plaine Information Request From Web Page

Submitted on Monday, May 8, 2017 - 8:50am

Submitted values are:

Name: Paul Pratt
Address:
City:
State:
Zip:
Email Home:
Email: paul.pratt@live.com
Phone:
Date Needed: May 8, 2017
How may we help you?
Hello,
I'm not sure who to contact or how to route this to the appropriate channels, but I was writing in regards to the "satanic monument" that will be placed in a public park.

I would appreciate this information being sent to the appropriate channels so that those in charge can make an informed decision. I know stopping the installation is probably not going to happen, but I just want to be sure the citizens understand what is being placed within their city, at least symbolically.

The monument means this:

On the monument the helmet is upside down. The helmet represents the soldiers that have been killed in action, but is upside down to become a "cup." The helmet is placed on top of a black cube. The black cube works as an altar, but has a far larger background than i can explain here. In short, the cube represents the power of Satan and his "godliness." The helmet serves as a vessel for the symbolic shed blood of the fallen soldiers on the battlefield.
This blood is then, again symbolically, an offering to Satan. I.E. These soldiers are being served as blood sacrifices to exalt Satan's "godliness."

Thank you for the opportunity to explain, briefly, the meaning behind this monument. I hope it helps shed some light on what it's darker implications are.

Good luck.

141

PLF000276

The results of this submission may be viewed at:
http://www.belleplainemn.com/node/13/submission/822

PLF000277

## Administrator

**From:** Pat Krings
**Sent:** Monday, May 08, 2017 7:52 AM
**To:** Michael Votca
**Subject:** FW: Belle Plaine Information Request From Web Page

-----Original Message-----
From: cityhall@ci.belleplaine.mn.us [mailto:cityhall@ci.belleplaine.mn.us]
Sent: Sunday, May 07, 2017 10:01 AM
To: Pat Krings <pkrings@ci.belleplaine.mn.us>
Subject: Belle Plaine Information Request From Web Page

Submitted on Sunday, May 7, 2017 - 10:00am

Submitted values are:

Name: Roger Miller
Address:
City:
State: Florida
Zip:
Email Home:
Email: roger@rynetech.com
Phone:
Date Needed: May 7, 2017
How may we help you? I have to say, the decision to allow a Satanic Monument in your city is absolutely absurd and ignorant.  It is a display of either contempt towards God, or cowardice to stand on His side.  All you have done is opened the door for spirits of darkness to negatively influence your communities.  In essence, you just gave the Keys to the City to Satan.  Very Dumb.

The results of this submission may be viewed at:
http://www.belleplainemn.com/node/13/submission/819

PLF000278

## Administrator

| | |
|---|---|
| **From:** | Cynthia Smith-Strack |
| **Sent:** | Thursday, May 04, 2017 12:38 PM |
| **To:** | Michael Votca |
| **Cc:** | Laura Blue; Dawn Meyer |
| **Subject:** | Please do not respond to the FB post yet |
| | |
| **Importance:** | High |

Hi Mike,

Laura brought this FB message to my attention. The author of the post has been highlighting this post on her FB page as well. We, from a communications and social media standpoint (CDD oversight) feel we need to respond but the response has to be dignified and we need to take the high road and not get caught in a discussion of the merits of her post. We think we need to have input from various staff. We also feel compelled to respond in a timely fashion. We plan to discuss with Dawn and formulate a response by the close of the day. I trust this will meet with your approval. If not please respond ASAP.

Thank you!

---

**From:** Laura Blue
**Sent:** Thursday, May 04, 2017 12:22 PM
**To:** Cynthia Smith-Strack <cynthias@ci.belleplaine.mn.us>
**Subject:** FB message

Kristal Combs

**12:02pm**



**Kristal**

Why is your city's administration allowing a monument to Satan in the section of the park set aside for free speech? Your intention is admirable but the execution is poor. The taxes and funds that created this space do not represent groups or persons outside of your city, county or state. No one or group from another area are entitled to take advantage or claim any right of use. Let them do what they wish in their own living area. Also, the residents and taxpayers should be able by petition of a percentage of the taxpayers residents to deny entries based on their beliefs that the entry is offense due to hate, lewd, or extremely disruptive subject matter to destroy common decency, civility, or the furtherance of intellect and knowledge for the continuance of humanity. So, to reiterate, (1) entrant must be resident unless a resident's commission of an artist or builder. (2) Must be a benefit to a portion of residents but can be stopped by petition with preset boundaries according to constituent makeup. Please change this for all MN residents!

**Laura Blue**
Community Development, Office Assistant
P.O. Box 129 | 218 N. Meridian St.

145

PLF000280

Belle Plaine, MN 56011
Ph: 952-873-5553 | Fax: 952-873-5509
www.belleplainemn.com



PLF000281

## Administrator

| | |
|---|---|
| **From:** | Pat Krings |
| **Sent:** | Thursday, May 04, 2017 8:32 AM |
| **To:** | Michael Votca |
| **Subject:** | FW: Belle Plaine Information Request From Web Page |

-----Original Message-----
From: cityhall@ci.belleplaine.mn.us [mailto:cityhall@ci.belleplaine.mn.us]
Sent: Thursday, May 04, 2017 8:27 AM
To: Pat Krings <pkrings@ci.belleplaine.mn.us>
Subject: Belle Plaine Information Request From Web Page

Submitted on Thursday, May 4, 2017 - 8:26am

Submitted values are:

Name: Linda Felling
Address: 10030 Butternut Circle No
City: Brooklyn Park
State: Minnesota
Zip: 55430
Email Home: linda.felling@hcmed.org
Email: linda.felling@hcmed.org
Phone: 612-529-7341
Date Needed: May 4, 2017
How may we help you? In my humble opinion, it's better to have no religious freedom vs promoting satan in a public park.  We don't want kids seeing satanic images in our parks.  Please say NO to satan.

The results of this submission may be viewed at:
http://www.belleplainemn.com/node/13/submission/811

PLF000283

## Administrator

| | |
|---|---|
| **From:** | Ben Stier |
| **Sent:** | Wednesday, May 03, 2017 9:42 AM |
| **To:** | Michael Votca |
| **Subject:** | Re: Monument Requirements |

Looks good. Thank you for doing that.

Sent from my Sprint Samsung Galaxy S7.

-------- Original message --------
From: Michael Votca <mvotca@ci.belleplaine.mn.us>
Date: 5/3/17 9:15 AM (GMT-06:00)
To: dannyecole@yahoo.com
Cc: Ben Stier <bstier@ci.belleplaine.mn.us>, Christopher Meyer <cmeyer@ci.belleplaine.mn.us>, Paul Chard
<pchard@ci.belleplaine.mn.us>, Cary Coop <ccoop@ci.belleplaine.mn.us>, Theresa McDaniel
<tmcdaniel@ci.belleplaine.mn.us>
Subject: RE: Monument Requirements

Mr. Cole,

Your message to Council Member Stier was passed along to me to provide a response. The limited public forum
provided for by policy in Veteran's Memorial Park was established to only limit the content of speech in the forum. The
limit on the speech is that it must pertain to honoring of veterans. Our legal council did not feel that we should limit who
could "speak" by placing a display in the park. By placing a residency requirement on who can place a display would limit
whom could speak. Residency requirements would also limit members of our community that live in the townships
surrounding Belle Plaine from participating in the limited public forum. Additionally, the City of Belle Plaine has never
limited who can use our city parks and this played in to the limited public forum as well.
I hope this answers your question.

Thanks,
Mike

**Michael Votca**
City Administrator
City of Belle Plaine
218 N. Meridian Street | Belle Plaine, MN 56011
P: 952.873.5553  | F: 952.873.5509

www.belleplainemn.com
https://www.facebook.com/City-of-Belle-Plaine-290209567707123/

PLF000284



**From:** Ben Stier
**Sent:** Wednesday, May 03, 2017 8:58 AM
**To:** Michael Votca <mvotca@ci.belleplaine.mn.us>
**Subject:** Fwd: Monument Requirements

Sent from my Sprint Samsung Galaxy S7.

-------- Original message --------
From: Dan Cole <dannyecole@yahoo.com>
Date: 5/2/17 4:11 PM (GMT-06:00)
To: Ben Stier <bstier@ci.belleplaine.mn.us>
Subject: Monument Requirements

Mr Stier:

As a member of our City Council can you please tell me why the city's version of the proposal for placement of monuments did not include the residency requirement as was stated in Mr. Wardlow's proposal? The residency requirement closed the door to outside groups coming in and dictating to our city what can and cannot be placed in public squares by our citizens.

Sincerely,

Daniel E. Cole
929 Deer Creek Parkway
Belle Plaine, MN 56011

PLF000285

Exhibit 15
emails re: Mayor's order to track phone calls with religious objections

## Administrator

**From:** Michael Votca
**Sent:** Friday, June 02, 2017 8:44 AM
**To:** Christopher Meyer; Paul Chard; Cary Coop; Ben Stier; Theresa McDaniel; C.G. Meyer; Cary G Coop (carygcoop@gmail.com); Theresa (topdobermans@gmail.com); Ben Stier
**Cc:** Dawn Meyer; Al Fahey; Tom Stolee; Cynthia Smith-Strack
**Subject:** Increased correspondence regarding Veterans Memorial Park
**Attachments:** Veterans Memorial Park Correspondence Tracking.xlsx


Mayor and City Council Members,

The increased correspondence has continued in opposition to the Satanic Temple placing a monument in Veterans Memorial Park. Mayor Meyer asked me to track the numbers, so I am providing you with numbers. I have the letters, e-mails, and a log of calls in my office if you are interested in seeing them. I will note that a majority of the letters are identical except for the signature.

Thanks,
Mike


Michael Votca
City Administrator
City of Belle Plaine
218 N. Meridian Street | Belle Plaine, MN 56011
P: 952.873.5553  | F: 952.873.5509

www.belleplainemn.com
https://www.facebook.com/City-of-Belle-Plaine-290209567707123/



## Administrator

| | |
|---|---|
| **From:** | Michael Votca |
| **Sent:** | Friday, June 02, 2017 4:01 PM |
| **To:** | Christopher Meyer; Paul Chard; Cary Coop; Ben Stier; Theresa McDaniel; C.G. Meyer; Cary G Coop (carygcoop@gmail.com); Theresa (topdobermans@gmail.com); Ben Stier |
| **Cc:** | Dawn Meyer; Al Fahey; Tom Stolee; Cynthia Smith-Strack |
| **Subject:** | Update to Veterans Park Correspondence |
| **Attachments:** | Veterans Memorial Park Correspondence Tracking.xlsx |

Mayor and City Council Members,

The increased correspondence has continued in opposition to the Satanic Temple placing a monument in Veterans Memorial Park today. An updated spreadsheet is attached.

Thanks,
Mike

**Michael Votca**
City Administrator
City of Belle Plaine
218 N. Meridian Street | Belle Plaine, MN 56011
P: 952.873.5553  | F: 952.873.5509

www.belleplainemn.com
https://www.facebook.com/City-of-Belle-Plaine-290209567707123/



**Administrator**

| | |
|---|---|
| **From:** | Michael Votca |
| **Sent:** | Monday, June 05, 2017 4:10 PM |
| **To:** | Christopher Meyer; Paul Chard; Cary Coop; Ben Stier; Theresa McDaniel; C.G. Meyer; Cary G Coop (carygcoop@gmail.com); Theresa (topdobermans@gmail.com); Ben Stier |
| **Cc:** | Dawn Meyer; Al Fahey; Tom Stolee; Cynthia Smith-Strack |
| **Subject:** | Update to Veterans Park Correspondence |
| **Attachments:** | Veterans Memorial Park Correspondence Tracking.xlsx |

Mayor and City Council Members,

The increased correspondence has continued in opposition to the Satanic Temple placing a monument in Veterans Memorial Park today. An updated spreadsheet is attached.

Thanks,
Mike

Michael Votca
City Administrator
City of Belle Plaine
218 N. Meridian Street | Belle Plaine, MN 56011
P: 952.873.5553  | F: 952.873.5509

www.belleplainemn.com
https://www.facebook.com/City-of-Belle-Plaine-290209567707123/



Exhibit 16
emails re: TST notice to City that the Display is complete

**Sandy Ellingson**

---

| | |
|---|---|
| **From:** | Dawn Meyer |
| **Sent:** | Thursday, June 29, 2017 2:28 PM |
| **To:** | Malcolm Jarry |
| **Cc:** | publicworks@ci.belleplaine.mn.us |
| **Subject:** | RE: Veterans Memorial Display Permit |
| **Attachments:** | Dawn Meyer.vcf |

Good Afternoon Malcolm-

Installation will need to be coordinated with our Public Works Superintendent, Alan Fahey. I see you copied him on the email. Mr. Fahey is out of the office until Thursday July 6th. He will contact you regarding installation and schedule when he returns.

Please contact me if you have any questions.

Thank you



**Dawn Meyer**
Finance Director
*City of Belle Plaine*

(952) 873-5553
(952) 873-5421 Direct
dmeyer@ci.belleplaine.mn.us
218  North Meridian Street
P.O. Box  129
Belle Plaine, MN  56011

**From:** Malcolm Jarry [mailto:satanictempleorg@gmail.com]
**Sent:** Thursday, June 29, 2017 1:34 PM
**To:** Michael Votca <mvotca@ci.belleplaine.mn.us>
**Cc:** Al Fahey <publicworks@ci.belleplaine.mn.us>
**Subject:** Re: Veterans Memorial Display Permit

Dear City Administrator Votca:

We have completed work on our statue and would like to work with you to coordinate a date for installation. Please note that my organization believes that veterans fought to protect and preserve the liberties enshrined in the US Constitution and our participation in the limited forum is conceived to be an affirmation of these values. It is not our intent to take attention away from the sacrifices of veterans.

The City Council has displayed nothing but professional courtesy to us and it is our policy to do likewise by working with the City to make sure things go smoothly and as quietly as possible. We all want to honor veterans and none of us want differences of opinions regarding our statue's presence to divide a city. The good

1

CITY000044

people of Belle Plaine can respectfully agree to disagree with regards to our presence and those who oppose its placement are probably best served by avoiding controversy beyond expressing their dissent.

Kindly let me know your thoughts on how we can best install the statue with a simple ceremony where order is maintained and attendees respect the solemnity of the event. We would like to work with the Council at every step.

Very truly yours,

Malcolm Jarry


On Thu, Apr 20, 2017 at 5:02 PM, Malcolm Jarry <satanictempleorg@gmail.com> wrote:

Dear City Administrator Michael Votca,

I understand that the monument must be removed in one year and that its removal is our responsibility.

Thank you for your assistance.

Very truly yours,

Malcolm Jarry

On Thu, Apr 20, 2017 at 4:55 PM, Michael Votca <mvotca@ci.belleplaine.mn.us> wrote:

Mr. Jarry,


This is a reasonable request. As you are aware these monuments are not permanent in nature, but are to be able to be removed. As long as the plate can be removed at a future time, that is fine with me.


Thanks,

Mike


**Michael Votca**

City Administrator

City of Belle Plaine

218 N. Meridian Street | Belle Plaine, MN 56011

P: 952.873.5553  | F: 952.873.5509


www.belleplainemn.com

2

CITY000045

https://www.facebook.com/City-of-Belle-Plaine-290209567707123/



**From:** Malcolm Jarry [mailto:satanictempleorg@gmail.com]
**Sent:** Thursday, April 20, 2017 3:50 PM
**To:** Michael Votca <mvotca@ci.belleplaine.mn.us>
**Subject:** Re: Veterans Memorial Display Permit

Dear City Administrator Michael Votca,

Thank you for all of your timely correspondences and the professional way you have overseen this process. As you are evidently aware, veterans risked and sometimes gave their lives defending the United States and its Constitution, which includes defending pluralism. Our monument was designed to be respectful of these sacrifices, which includes recognizing the diversity of American beliefs. We would never want our monument standing alone on public property.

We are currently in the process of construction which will take between 6 to 8 weeks to complete. We have a question about installation, though. In order to prevent the statue from being picked up and hauled away, we need to place a small base plate underneath that would raise it off the ground about 3 to 6 inches which would then be anchored to the ground. I don't imagine there should be any issues with this, but wanted to reach out to confirm.

Very truly yours,

Malcolm Jarry

On Thu, Mar 23, 2017 at 1:12 PM, Michael Votca <mvotca@ci.belleplaine.mn.us> wrote:

  To: Mr. Douglas Mesner,

CITY000046

The City of Belle Plaine has received your application for a display permit in Veterans Memorial Park. The City is currently working to mark the limited public forum area and erect signs in the limited public forum area. Once the construction is finished, we will send you notification of approval of your permit. Thanks you for your patience in this matter.

Thanks,

Mike

**Michael Votca**

City Administrator

City of Belle Plaine

218 N. Meridian Street | Belle Plaine, MN 56011

P: 952.873.5498  | F: 952.873.5509

www.belleplainemn.com



4

Exhibit 17
City notice of forthcoming Recission Meeting

**Sandy Ellingson**

| | |
|---|---|
| **From:** | Malcolm Jarry <satanictempleorg@gmail.com> |
| **Sent:** | Friday, July 14, 2017 11:40 AM |
| **To:** | Dawn Meyer |
| **Subject:** | Re: Belle Plaine Vets Park |

Dear Ms. Meyer,

Thank you for the courtesy of forwarding me that information and for being so kind as to make yourself available for a brief discussion on Monday. As you and the Council are undoubtedly aware, The Satanic Temple has sunk considerable expenses into designing and constructing the monument after receiving written approval. I trust the City Council will take that into consideration when voting on this resolution.

Very truly yours,

Malcolm Jarry

On Fri, Jul 14, 2017 at 11:05 AM, Dawn Meyer <dmeyer@ci.belleplaine.mn.us> wrote:

> Mr. Jarry-
>
> As a courtesy, I am writing to let you know the City Council will be considering the enclosed resolution, which would eliminate the Limited Public Forum in Veterans Memorial Park.
>
> If you have any questions you may contact me at 952-873-5421, my schedule is booked the rest of the day, however I will be available Monday.
>
> Thank you
>
> Dawn Meyer
>
> Interim City Administrator
>
> **From:** Malcolm Jarry [mailto:satanictempleorg@gmail.com]
> **Sent:** Thursday, July 13, 2017 8:13 AM
> **To:** Al Fahey <publicworks@ci.belleplaine.mn.us>
> **Cc:** Dawn Meyer <dmeyer@ci.belleplaine.mn.us>
> **Subject:** Re: Belle Plaine Vets Park

1

CITY000065

Dear Mr. Fahey,

I was just writing to confirm that you received my email, and to find out if you are able to confirm which dates within the window proposed would work.

Thank you.

Very truly yours,

Malcolm Jarry

On Tue, Jul 11, 2017 at 12:29 PM, Malcolm Jarry <satanictempleorg@gmail.com> wrote:

> Dear Mr. Fahey,
>
> Thank you so much for your reply and follow up.
>
> We want to work with you to keep things as orderly and smoothly as possible and we are open to any recommendations and suggestions you might have.
>
> I do not know if the installation needs to be on a weekday or weekend, but we will obviously adhere to the City's guidelines and rules. We can install the statue any day from August 7th to August 13th. Kindly let me know what date and time work during that window or if I need to put forth additional dates.
>
> In addition, the statue has an anchor in its base that requires a small hole be dug underneath. Kindly apprise me of whether we can contract with anyone to assist with that or if the contractor needs any kind of special permit. If the City has anyone they commonly use for this kind of work, I'd appreciate the referral.
>
> Again, I want to express my appreciation for the courtesy everyone has displayed.

CITY000066

Very truly yours,


Malcolm Jarry


On Tue, Jul 11, 2017 at 11:51 AM, Al Fahey <publicworks@ci.belleplaine.mn.us> wrote:

 Good Morning Malcolm,


 I did not receive a response from you on my previous email and wanted to send another to make sure it was going to
 you. I will be available to assist you with the installation of the monument, but will require you to schedule the
 installation with me prior to arriving in Belle Plaine. If you are not ready yet that is fine, just wanted to know you are
 receiving my correspondences.


 Thank you,



 Alan Fahey
 Public Works Superintendent
 City of Belle Plaine
 952-873-6742

CITY000067

Exhibit 18
Resolution 17-090 (the "Recission Resolution")

**BELLE PLAINE CITY COUNCIL**
**RESOLUTION 17-090**

**RESCINDING THE POLICY AND ELIMINATING THE LIMITED PUBLIC FORUM**
**IN VETERANS MEMORIAL PARK**

WHEREAS, the City of Belle Plaine, Minnesota (the "City") owns and maintains Veterans Memorial Park to honor veterans who have served and sacrificed to protect the freedoms enjoyed by the citizens of this City; and

WHEREAS, the Park memorializes and honors resident veterans killed in service to their country in foreign wars from the Spanish American War through the Vietnam War; and

WHEREAS, the City Council (the "Council") adopted Resolution 17-020 on February 21, 2017 to establish a limited public forum in the Park to permit private memorials or displays expressing views in keeping with the Park's purpose; and

WHEREAS, the Resolution established a policy governing placement of memorials or displays in the Park and requiring application for a permit allowing such placement for 1-year; and

WHEREAS, the City Council has determined that allowing privately-owned memorials or displays in its Park no longer meets the intent or purpose of the Park; and

WHEREAS, the City Council has also determined that the continuation of the limited public forum may encourage vandalism in the Park, reduce the safety, serenity, and decorum of the Park, unnecessarily burden City staff and law enforcement, and negatively impact the public's health, safety and welfare.

NOW, THEREFORE, BE IT RESOLVED by the Council of the City of Belle Plaine, Minnesota:

1. The policy established in Resolution 17-020 is rescinded and the limited public forum established in the Park is hereby eliminated.  Private displays or memorials placed in the Park shall be removed within a reasonable period by the owner thereof or, upon notice to such owner, or they will be deemed abandoned and removed by the City.
2. All application fees paid for permits to place a memorial or display in the Park will be reimbursed to the applicant.
3. City staff is directed to take such other steps or actions necessary to implement this Resolution.

The adoption of the foregoing Resolution was duly moved by Councilmember Coop and seconded by Councilmember McDaniel, and after full discussion thereof and upon a vote being taken thereon, the following Councilmembers voted in favor thereof: Coop, McDaniel, Chard, Meyer and Stier.

and the following voted against: None.

Whereupon said Resolution was declared duly passed and adopted.

Dated this 17th day of July, 2017.


_____
Christopher G. Meyer
Mayor

ATTEST:

_____
Dawn Meyer
Interim City Administrator

1

494597v1 BDL BE200-11

CITY000156

Exhibit 19
City notice of Recission Resolution

## Administrator

| | |
|---|---|
| **From:** | Dawn Meyer |
| **Sent:** | Tuesday, July 18, 2017 2:17 PM |
| **To:** | Malcolm Jarry |
| **Subject:** | RE: Belle Plaine Vets Park |
| **Attachments:** | July-18-2017-Statement.pdf |

Good Morning Mr. Jarry-

The resolution rescinding the limited public forum policy and eliminating the limited public forum area from Veteran's Park was passed last night at the City Council meeting.
This is email is to notify you that as per the resolution, the permit fee of $100.00 will be refunded to you and that the public forum area has been eliminated. Please confirm the mailing address of 64 Bridge Street, Salem, MN 01970 for the refund to be sent.

Attached is the press release the City has issued.

Please let me know if you have any other questions.

Thank you
Dawn

**From:** Malcolm Jarry [mailto:satanictempleorg@gmail.com]
**Sent:** Friday, July 14, 2017 11:40 AM
**To:** Dawn Meyer <dmeyer@ci.belleplaine.mn.us>
**Subject:** Re: Belle Plaine Vets Park

Dear Ms. Meyer,

Thank you for the courtesy of forwarding me that information and for being so kind as to make yourself available for a brief discussion on Monday. As you and the Council are undoubtedly aware, The Satanic Temple has sunk considerable expenses into designing and constructing the monument after receiving written approval. I trust the City Council will take that into consideration when voting on this resolution.

Very truly yours,

Malcolm Jarry

On Fri, Jul 14, 2017 at 11:05 AM, Dawn Meyer <dmeyer@ci.belleplaine.mn.us> wrote:

Mr. Jarry-


As a courtesy, I am writing to let you know the City Council will be considering the enclosed resolution, which would eliminate the Limited Public Forum in Veterans Memorial Park.

12

CITY000097

If you have any questions you may contact me at 952-873-5421, my schedule is booked the rest of the day, however I will be available Monday.


Thank you


Dawn Meyer

Interim City Administrator


**From:** Malcolm Jarry [mailto:satanictempleorg@gmail.com]
**Sent:** Thursday, July 13, 2017 8:13 AM
**To:** Al Fahey <publicworks@ci.belleplaine.mn.us>
**Cc:** Dawn Meyer <dmeyer@ci.belleplaine.mn.us>
**Subject:** Re: Belle Plaine Vets Park


Dear Mr. Fahey,


I was just writing to confirm that you received my email, and to find out if you are able to confirm which dates within the window proposed would work.


Thank you.


Very truly yours,


Malcolm Jarry


On Tue, Jul 11, 2017 at 12:29 PM, Malcolm Jarry <satanictempleorg@gmail.com> wrote:

Dear Mr. Fahey,


Thank you so much for your reply and follow up.

CITY000098

We want to work with you to keep things as orderly and smoothly as possible and we are open to any recommendations and suggestions you might have.

I do not know if the installation needs to be on a weekday or weekend, but we will obviously adhere to the City's guidelines and rules. We can install the statue any day from August 7th to August 13th. Kindly let me know what date and time work during that window or if I need to put forth additional dates.

In addition, the statue has an anchor in its base that requires a small hole be dug underneath. Kindly apprise me of whether we can contract with anyone to assist with that or if the contractor needs any kind of special permit. If the City has anyone they commonly use for this kind of work, I'd appreciate the referral.

Again, I want to express my appreciation for the courtesy everyone has displayed.

Very truly yours,

Malcolm Jarry

On Tue, Jul 11, 2017 at 11:51 AM, Al Fahey <publicworks@ci.belleplaine.mn.us> wrote:

Good Morning Malcolm,

I did not receive a response from you on my previous email and wanted to send another to make sure it was going to you. I will be available to assist you with the installation of the monument, but will require you to schedule the installation with me prior to arriving in Belle Plaine. If you are not ready yet that is fine, just wanted to know you are receiving my correspondences.

Thank you,

CITY000099

Alan Fahey
Public Works Superintendent
City of Belle Plaine
952-873-6742

CITY000100

July 18, 2017

Reason Alliance LTD
C/O The Satanic Temple
64 Bridge Street
Salem, MA 01970

Re:     Veteran's Memorial Park ("Park")

Dear Sir/Madam:

Last evening, the City Council adopted Resolution No. 17-090 eliminating the limited public forum that had previously been established in the Park.  A copy of the Resolution is enclosed. Also enclosed is a check in the amount of $100.00 to fully reimburse the fee your organization paid to apply for a permit to locate a memorial in the Park.

Please contact me with any questions.

Very truly yours

Dawn Meyer
Interim City Administrator

**Error! Unknown document property name.**
503800v1 BE200-185

CITY000101

Exhibit 20
Press release



**7-18-2017**
**For Immediate Release**

---

## Press Release

**07/18/17 Statement from the City of Belle Plaine**

Last night, the Belle Plaine City Council voted to rescind a resolution enacted in February, 2017, that allowed individuals or organizations to place and maintain privately-owned displays in a designated space of the city-owned Veterans Memorial Park.

As called-for in the resolution, owners of all privately-owned Park displays currently located in the Park's designated space are now being given 10 days' notice to remove the displays. Our local veterans organizations are supportive of this action.

The original intent of providing the public space was to recognize those who have bravely contributed to defending our nation through their military service. In recent weeks and months, though, that intent has been overshadowed by freedom of speech concerns expressed by both religious and non-religious communities.

The debate between those communities has drawn significant regional and national attention to our city, and has promoted divisiveness among our own residents.

While this debate has a place in public dialogue, it has detracted from our city's original intent of designating a space solely for the purpose of honoring and memorializing military veterans, and has also portrayed our city in a negative light.

Therefore, the Council believes that it is in the best interests of our Belle Plaine community to rescind the resolution, and bring this divisive matter to closure.

CITY000103

# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

PLACEHOLDER FOR
VIDEO RECORDINGS OF CITY MEETINGS

The Satanic Temple, Inc.

                Plaintiff

v.                                        Case Number: 19-cv-01122 (WMW/LIB)

Cite of Belle Plaine, MN

                Defendant

This document is a Placeholder for the following item(s) which are filed in
conventional or physical form with the Clerk's Office.

**DO NOT USE THIS PLACEHOLDER TO FILE A SEALED DOCUMENT.
FOR SEALED DOCUMENTS, SEE LOCAL RULE 5.6.**

This filing was not e-filed for the following reason(s):

☐ Voluminous Document (The document number of the order granting leave to file a voluminous document conventionally is required): *Enter Doc. #*

☐ Physical Object (description): *Enter Description*

☒ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media: <u>Video recordings of Adoption Meeting, Enacting Meeting, Objection Meeting, and Recission Meeting (defined in proposed amended complaint) and clips as addressed in separately identified appendices attached hereto.</u>

☐ Other (description): *Enter Description*

File this Placeholder in ECF in place of the item filed conventionally. File a copy of this Placeholder and
a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

## Adoption Meeting
February 6, 2017

Table of clips

| Clip | Description | Time codes |
|------|-------------|------------|
| 1 | City Attorney's explanation about public fora | 9:00 – 13:58 |
| 2 | City Attorney's advice against the proposal | 13:58 – 17:03 |
| 3 | Andy Parrish's symbolic motion to adopt the proposal | 24:50 – 25:04 |
| 4 | City Attorney's reiterated concerns | 37:25 – 39:22 |
| 5 | Councilmember Stier's concern about the FFRF participating in the limited public forum | 40:40 – 41:16 |
| 6 | Councilmember Chard's concern about the financial impact of adopting the proposal | 43:46 – 45:52 |
| 7 | Councilmember Stier's concern about a Satanic memorial participating in the limited public forum; Andy Parrish's assurances that the policy was crafted to exclude that; City Attorney's advice against crafting a policy to exclude a particular viewpoint | 49:36 – 52:11 |
| 8 | Councilmember Chard's reiterated concern about the financial impact; Andy Parrish's threat of litigation if the proposal is not adopted | 56:46 – 58:17 |
| 9 | The City adopts the proposal to a standing ovation (includes Councilmember Stier's proposal of a secular memorial instead of this Christian one; Crowd's rejection thereof; and City Attorney's clarification of the motion made) | 58:17 – 1:07:11 |

## **Enacting Meeting**
February 21, 2017

Table of clips

| Clip | Description | Time codes |
|------|-------------|------------|
| 1 | City Council discussion on whether to adopt the Enacting Resolution | 38:22 – 52:12 |

**<u>Objection Meeting</u>**
June 5, 2017

Table of clips

| <u>Clip</u> | <u>Description</u> | **Time codes** |
|---|---|---|
| 1 | Mayor Meyer's recitation of the background of the Veteran's Park controversy | 8:36 – 10:10 |
| 2 | Father Brian Lynch's objection to a Satanic display being permitted in the Veterans Park | 10:30 – 15:39 |
| 3 | Mayor Meyer's closing remarks; advice to Father Lynch to share his concerns with the Veteran's Group to "help the process" | 15:39 – 16:33 |

<u>**Recission Meeting**</u>
July 17, 2017

Table of clips

| <u>Clip</u> | <u>Description</u> | Time codes |
|---|---|---|
| | City approval of consent agenda (relevant section bolded below): | |
| | 4.1. Regular Session Minutes of June 19, 2017. | |
| | 4.2. Work Session Minutes of June 19, 2017. | |
| | 4.3. Closed Personnel Minutes of June 19, 2017. | |
| | 4.4. Committee of the Whole Minutes of June 19, 2017. | |
| | 4.5. Resolution 17-084 Authorize the Close of Fund 534 and Transfer Remaining Balance. | |
| | 4.6. Approve Temporary On-Sale Intoxicating Liquor License for Belle Plaine Fire Relief Association for Event on August 19, 2017. | |
| | 4.7. Approve Large Assembly Permit for Belle Plaine Lions Club for Beep Ball Event at Tiger Park on August 6, 2017. | |
| | 4.8. Approve Temporary On-Sale 3.2% Intoxicating Liquor License for Belle Plaine Lions Club for Beep Ball Event at Union Square on August 6, 2017. | |
| | 4.9. Approve Temporary On-Sale 3.2% Intoxicating Liquor License for Belle Plaine Softball Fund Raising Event at Prairie Park on September 15-17, 2017. | |
| 1 | 4.10. Resolution 17-087 Accept Cash Donation from the Belle Plaine Chamber of Commerce for Pool Improvements and Downtown Improvements. | 1:20 – 3:44 |

4.11. Resolution 17-085 Adopt Park Shelter Rental Policy.

4.12. Accept Resignation of Building Official Scott McCarty Effective August 2, 2017 and Authorize Interim Services and Advertising to Seek Candidates for Fill Vacancy.

**4.13. Resolution 17-090 Rescind Policy and Eliminating the Limited Public Forum in Veterans Memorial Park.**

4.14. Resolution 17-086 Accept Cash Donation from Friends of the Library for Library Improvements.

4.15. Accept Resignation of Administrative Assistant Patricia Krings Effective December 31, 2017 and Authorize Advertising to Seek Candidates to Fill Vacancy.