# Mills Decl. Ex. 1

Page 1

1
2
3              UNITED STATES DISTRICT COURT
4                 DISTRICT OF MINNESOTA
5        -----------------------------------------
6

     The Satanic Temple,

7
                  Plaintiff,
8

     vs.

9

     City of Belle Plaine, Minnesota,

10
                  Defendant.
11
12       -----------------------------------------
13
14                    DEPOSITION
15
16       of LUCIEN GREAVES, taken pursuant to
17       notice to take oral deposition, via Zoom
18       Videoconference, on the 20th day of
19       November, 2020, before Nathan D. Engen,
20       a notary public in and for the State of
21       Minnesota.
22
23
24
25

Page 2

```
1
2
3
4
5
6
7    APPEARANCES:
8
9    Mr. Matthew A. Kezhaya
     Kezhaya Law, PLC
10   Attorney at Law
     1202 NE McClain Rd
11   Bentonville, AR 72712
     Appearing on behalf of the Plaintiff
12
13
     Mr. Monte A. Mills
14   Green Espel, PLLP
     Attorneys at Law
15   222 S. Ninth Street, Suite 2200
     Minneapolis, MN 55402
16   Appearing on behalf of the Defendant
17
18
19
20
21
22
23
24
25
```

Page 4

```
1    No 18    Social Media          155
2    No 19    E-mail from Art Gallery    158
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1              INDEX
2
3    Examination:
4
5    By Mr. Mills:            6
6
7    Exhibits:
8
```
```
9    No 1   City Counsel Resolution    28
10   No 2   City Complaint          29
11   No 3   Cube Display            30
12   No 4   Liability Insurance      56
13   No 5   Letter from City Counsel   58
14   No 6   E-mail from TST          59
15   No 7   E-mail Exchange          85
16   No 8   E-mail Exchange         107
17   No 9   Invoice              113
18   No 10  E-mail Exchange         114
19   No 11  E-mail Exchange         119
20   No 12  E-mail Exchange         125
21   No 13  E-mail Exchange         128
22   No 14  E-mail Exchange         131
23   No 15  E-mail Exchange         139
24   No 16  Invoice              145
25   No 17  Photo of Display         151
```

Page 5

```
1         THE VIDEOGRAPHER:  We are now
2    on the record.  This begins Media Unit
3    Number 1 in the deposition of Lucien
4    Greaves in the matter of The Satanic
5    Temple versus the City of Belle Plaine,
6    Minnesota.
7         Today is Friday, November
8    20th, 2020, and the time is 9:02 a.m.
9    The videographer is Cameron Beldon and
10   the court reporter is Nathan D. Engen.
11        I'm not related to any
12   party in this action, nor am I
13   financially interested in the outcome.
14   Counsel and all present in the room as
15   well as all attending remotely will now
16   state their appearances and
17   affiliations for the record.
18        MR. KEZHAYA:  Matt Kezhaya
19   for TST.
20        MR. MILLS:  Monty Mills
21   for the City of Belle Plaine.
22        COURT REPORTER:  Nate
23   Engen, court reporter.
24        THE VIDEOGRAPHER:  Will
25   the court reporter please swear the
```

2 (Pages 2 - 5)

Page 6

1    witness?
2         COURT REPORTER:  If you
3    raise your right hand for me, I'll
4    swear you in.  Do you solemnly swear
5    the testimony you're about to give will
6    be the truth, the whole truth, and
7    nothing but the truth?
8         THE WITNESS:  I do.
9         REPORTER'S NOTE:  Whereupon, a
     discussion is conducted off
10        the record.
11        MR. MILLS:  Okay.  I'll
12   begin the questioning, if that's okay
13   with you, Nate.
14        COURT REPORTER:  That's
15   just fine.  Go right ahead, Monty.
16        MR. MILLS:  Okay.
17
18   By Mr. Mills:
19   Q    Good Morning, Mr. Greaves.  I'll try to
20   take my time asking questions and pause
21   as the court reporter asked us to do.
22        I ask you to do the same.
23   Provide a verbal response versus, you
24   know, a nod of the head or the shake of
25   the head.  And we'll get through this.

Page 7

1    Now, Lucien Greaves, is that a
2    pseudonym?
3    A    It is.
4    Q    And what is your real legal name?
5         MR. KEZHAYA:  I object to
6    this question under the association
7    privilege.
8         Lucien, from time to time,
9    I'm going to be making objections.
10   Unless I say the word 'privilege' in my
11   objection, just assume that you're
12   going to answer it.
13        If I feel like it's
14   unclear, I'll direct you specifically
15   to answer it.  In this case, do not
16   answer this question.
17        MR. MILLS:  Well, Counsel,
18   we agreed that we would just mark this
19   part of the transcript confidential,
20   and I could go ahead and stipulate that
21   his answer will be confidential.
22        But I'd like to have his
23   legal name stated for the record, so we
24   know we have the right person giving
25   testimony today.

Page 8

1         MR. KEZHAYA:  I am
2    asserting the association privilege.
3    Do not answer that.
4         MR. MILLS:  So, you're
5    backing off of our stipulation that we
6    would mark his answer of what his real
7    name is on the record on the
8    deposition.
9         MR. KEZHAYA:  You're -- we
10   did not say that.
11        MR. MILLS:  You're backing
12   away from that?
13        MR. KEZHAYA:  We stipulate
14   to a protective order, and I
15   specifically said that I am reserving
16   the right to raise an associational
17   privilege objection at depositions.
18        MR. MILLS:  We talked
19   about marking the part of the -- the
20   deposition confidential where he gives
21   us his legal name.
22        MR. KEZHAYA:  Correct, but
23   that doesn't waive privilege.  Those
24   are two different issues.
25        MR. MILLS:  So, you're

Page 9

1    unwilling to allow the witness to
2    answer the question of whether -- what
3    his real name is.
4         MR. KEZHAYA:  That is
5    correct.
6         MR. MILLS:  And so, it
7    could be that this is an actor playing
8    the role of Lucien Greaves here today?
9         MR. KEZHAYA:  That is not
10   correct.
11        MR. MILLS:  Well, we don't
12   know.
13        MR. KEZHAYA:  I --
14
15   By Mr. Mills:
16   Q    -- Mr. Greaves, is Lucien Greaves on
17   your driver's license?
18        MR. KEZHAYA:  Don't answer
19   that.
20
21   By Mr. Mills:
22   Q    Is Lucien Greaves on your passport?
23        MR. KEZHAYA:  Don't answer
24   that.
25        MR. MILLS:  What's the

3 (Pages 6 - 9)

Page 30

1   Temple.  This is Exhibit 2, the
2   Complaint.
3         And whenever I say 'the
4   permit' today, I'm referring to this
5   permit number LPF17-02 that the City of
6   Belle Plaine approved on March 29, 2017
7   that was attached as Exhibit 2 to the
8   Complaint.
9  A   Understood.
10 Q   Okay.  And then, when I refer to 'the
11  cube display' today -- whenever I refer
12  to 'the cube display', I'm intending to
13  refer to the display that's described
14  as a black steel cube with embossed
15  inverted pentagrams and an inverted
16  helmet resting on top of the cube.
17        It's identified in
18  Paragraph 29 of the Complaint, and it's
19  described in Exhibit 2 of the
20  complaint.
21        And then, if we could turn
22  to Exhibit 3, there's a depiction of
23  the cube display.
24        REPORTER'S NOTE:  Whereupon,
            Greaves Deposition Exhibit
25          Number 3 was marked for
            identification.

Page 31

1   By Mr. Mills:
2  Q   So, today, when I -- when I refer to
3   the cube display, do you understand, I
4   am referring to this that we've -- that
5   I have referred to in Exhibit 2 and
6   Exhibit 3?
7  A   Yes.  Thank you.
8  Q   Okay.  I just wanted to level set on
9   some terms.  That way, we're all sort
10  of speaking the same language.  I
11  appreciate that.
12        So, what is your
13  understanding of why the Satanic Temple
14  needed to obtain from the City, a
15  permit, in order to place the cube
16  display in the park.
17 A   Well, we wanted to do this legally, of
18  course.  We weren't going to dump it
19  off unannounced and -- and -- and then
20  risk it being carted away and -- and
21  junked.
22        We -- we wanted the
23  understanding of the local community
24  that it would be there.  So, therefore,
25  we sought permission before

Page 32

1   constructing it.
2  Q   And what is your understanding of why
3   the Satanic Temple wanted a permit to
4   place the cube display in the park?
5  A   Well, it was our understanding that
6   that was the way to -- the -- the
7   proper procedure whereby we could have
8   our display in the park.
9  Q   Where is the cube display located
10  today?
11 A   Today, it is in our headquarters in
12  Salem.
13 Q   And where are the headquarters in
14  Salem?
15 A   On 64 Bridge Street in Salem.
16 Q   And is -- is the headquarters -- is
17  that also -- is the Salem Art Gallery
18  also located there?
19 A   It is.  Correct.
20 Q   So, the -- the -- the Satanic Temple
21  shares the same headquarters as the
22  Salem Art Gallery?
23 A   Well, the -- the -- the -- technically,
24  the head quarters is upstairs, and the
25  Art Gallery is the lower level.

Page 33

1  Q   I see.  So, maybe I should have asked
2   you questions about the building.  So,
3   it's 64 Bridge Street; there's a
4   building.  How many levels does it
5   have?
6  A   Well, there's a basement.  And then,
7   there's a first floor, and then,
8   there's a second floor, and then,
9   there's an attic.
10        MR. KEZHAYA:  I'm going
11  object real quick.  I'm not sure if any
12  of this matters, but Monty, your audio
13  and video is not synced on my screen.
14  Does that matter for today's purposes?
15        MR. MILLS:  I'm only
16  taking a video of the witness.
17        MR. KEZHAYA:  Oh.
18        MR. MILLS:  So, it doesn't
19  matter to me.
20        MR. KEZHAYA:  Okay.
21        MR. MILLS:  If that's okay
22  with you all.
23        MR. KEZHAYA:  That's fine
24  with me.
25        MR. MILLS:  And can

9 (Pages 30 - 33)

Page 38

1    display would look like.
2  Q    And who was the artist?
3  A    Chris Andres, I believe.  Or is it
4    Andres or Andres?  I think -- think his
5    name might be on some of the paperwork.
6  Q    Okay.  Did -- so, did you approach the
7    artist?  We'll just call him 'the
8    artist' if you're not sure of his name.
9         Did you just ask the
10    artist to design something and he came
11    back with the cube display, or was it
12    some other process?
13  A    It was a process whereby we discussed
14    what we -- what characteristics it
15    should have and what we felt the design
16    element should convey.  And then
17    agreeing on them after deliberation.
18  Q    And did the artist produce a -- what
19    was his work product with respect to
20    the cube display?
21  A    Well, earlier, in one of the exhibits,
22    we saw, I believe, a 3D rendering with
23    measurements of the display.  I believe
24    the artist himself came up with that
25    visualization.

Page 39

1  Q    Okay.
2         MR. MILLS:  Katy, can we
3    show Exhibit 3, please?
4
5    By Mr. Mills:
6  Q    Mr. Greaves, is -- is this the -- what
7    the artist created then?
8  A    If I remember accurately, and I may
9    not, it was the artist who ultimately
10    created that image after discussion.
11    And then, that was agreed upon.
12  Q    And did you ever discuss with anyone
13    the idea of making miniatures of this
14    concept?
15  A    I do not believe that I did.
16  Q    Did you ever suggest to anyone that the
17    Satanic Temple would like to commission
18    construction of the cube display
19    regardless of whether Belle Plaine
20    voted to approve a limited public
21    forum?
22  A    No.
23  Q    So, you never told anyone you would
24    want to commission a construction of
25    the cube regardless of whether Belle

Page 40

1    Plaine voted to approve a limited
2    public forum?
3  A    No.
4  Q    Let's turn to Exhibit 1, please.  This
5    is the resolution 17-020.
6         And I wanted to -- and Mr.
7    Greaves, do you recognize this as the
8    -- the resolution of Belle Plaine City
9    Council that established a policy
10    regarding a limited public forum in
11    Veteran's Memorial Park?
12  A    Yes.  Yes, I have seen that.
13  Q    And this was Exhibit 1 to the Satanic
14    Temple's Complaint; correct?
15  A    I -- I believe so.
16  Q    I want to discuss with you, please...
17         MR. MILLS:  If we could
18    turn to Paragraph 13 of the -- of the
19    policy.
20
21    By Mr. Mills:
22  Q    Mr. Greaves, do you see Paragraph 13
23    there on the screen?
24  A    Yes.
25  Q    I'll ask you to read Paragraph 13,

Page 41

1    please, and tell me when you're done.
2  A    All right.  I'm going to open it on my
3    phone, because it's partially covered
4    here.
5         "In the event the City
6    desires to close the limited public
7    forum or rescind this policy, the City,
8    through its city administrator, may
9    terminate all permits by giving
10    ten-days written notice of termination
11    to owner, within which period the owner
12    must remove their display from city
13    property."
14  Q    What is your understanding of this
15    Paragraph 13?
16  A    My understanding is that the -- the
17    City can close the limited public forum
18    or rescind the policy with ten-days
19    written notice.
20         Whereupon, the assumption
21    seems to be our display would already
22    be on the property, and we could come
23    retrieve it.
24  Q    And -- and this Paragraph 13 is in
25    the -- the policy; correct?

11 (Pages 38 - 41)

Page 42

1  A    It's in this policy we're -- we're
2     seeing here, yes.
3  Q    In -- light of this -- this
4     Paragraph 13 in Exhibit 1, is it
5     reasonable to expect that it's possible
6     the City could terminate a permit by
7     giving ten-days written notice?
8  A    That's what the policy says, yes.
9  Q    Did the City ever provide you anything
10    in writing that contradicts this
11    Paragraph 13?
12 A    I would have to -- my immediate
13    recollection is that they -- they did
14    contradict that, but I would have to --
15    I'd have to check the paperwork.
16 Q    And what do you think the City provided
17    that contradicts this Paragraph 13?
18 A    Well, I don't think they gave us ten
19    days -- ten-days written termination.
20        And I believe that
21    Paragraph 13 assumes that any display
22    that they may approve will exist on the
23    park property for at least ten days.
24 Q    Does this Paragraph 13 in this
25    resolution place any limits on the

Page 43

1     City's authority to terminate a permit?
2  A    It does not, other than giving it ten
3     days.
4  Q    And looking at this resolution, the
5     whole Exhibit 1 -- feel free to look at
6     it on your screen.
7        Is -- is there anything in
8     this resolution that places a
9     limitation on the City's authority to
10    terminate a permit and close the
11    limited public forum?
12 A    Sorry.  I'm looking at it on my phone.
13    It does not appear that this document
14    places limits on the City.
15 Q    And -- and this -- this document, this
16    Exhibit 1 Resolution 17-020, that is
17    the City of Belle Plaine's limited
18    public forum policy; correct?
19 A    That's my understanding.  Correct.
20 Q    And when the Satanic Temple applied for
21    a permit under this limited public
22    forum policy, it agreed to comply with
23    the limited public forum policy;
24    correct?
25 A    Correct.  And -- but we also see the

Page 44

1     limited public forum policy existing
2     within preexisting standards of free
3     expression within the constitutional
4     context, as well.
5        MR. MILLS:  And let's turn
6     to Exhibit 2, please, Katy.
7
8  By Mr. Mills:
9  Q    And Mr. Greaves, we've looked at this
10    Exhibit 2 before.  This was the -- the
11    permit dated March 29, 2017.  There are
12    a number of pages.
13        If you could scroll
14    through it slowly to Page 4, I think
15    there you have the application.  And
16    this is, I think, the second page of
17    the application, which is Page 4 of
18    Exhibit 2.
19        And I just want to draw
20    your attention -- is this paragraph
21    where the applicant affirmed that it
22    would comply with the limited public
23    forum policy?
24 A    Correct.
25 Q    And the applicant here -- who was the

Page 45

1     applicant?
2  A    How do -- how do you mean?
3  Q    Well, is it your understanding that a
4     Douglas Mesner signed the application
5     on behalf of the Satanic Temple?
6  A    Yes.
7  Q    Okay.  So, in signing the affirmation,
8     Douglas Mesner agreed that the Satanic
9     Temple would comply with the limited
10    public forum policy of the City of
11    Belle Plaine; correct?
12 A    Correct.
13 Q    And under that policy, the City could
14    terminate a permit any time it wanted
15    by giving ten days written notice;
16    correct?
17 A    Whereupon, we would take -- collect our
18    monument from the park.  Yes.
19 Q    So, let's go back to Exhibit 1,
20    Paragraph 13.  So, this Paragraph 13
21    says, "The City may terminate all
22    permits by giving ten-days written
23    notice of termination to the owner."
24    Is that right?
25 A    That's what that says.  Yes.

12 (Pages 42 - 45)

1  Q    Okay.  And so, in signing and going
2       back to Exhibit 2, is that affirmation
3       -- in signing that affirmation in the
4       permit application, a Douglas Mesner
5       agreed on behalf of the Satanic Temple
6       that the Temple would comply with that
7       limited forum policy; correct?
8  A    Correct.
9  Q    Okay.  And there's another part of this
10      affirmation, if you will, this -- at
11      the top of -- of Page 4, Exhibit 2,
12      I -- I want to zero in on the second
13      part of that.
14           The applicant also agreed
15      that the Satanic Temple would indemnify
16      the City against any and all claims,
17      demands, or liabilities arising from
18      the issuance of the permit; is that
19      right?
20 A    Correct.
21 Q    And so, in signing this affirmation,
22      Douglas Mesner agreed on behalf of the
23      Satanic Temple to indemnify the City;
24      is that correct?
25 A    Correct.

1  Q    Do you have an understanding of what
2       'indemnification' means?
3  A    I have an idea.
4  Q    And what is your idea?
5  A    My idea is that nothing in this
6       document protects the City, allowing
7       them to engage in viewpoint
8       discrimination to the point where they
9       can willfully shut down a forum just to
10      deny equal access or free expression of
11      another party.
12 Q    And that's your understanding of
13      indemnification?
14 A    Yeah.
15 Q    I'd like to turn to the first page of
16      Exhibit 2, please.
17           MR. MILLS:  Katy, if you
18      could show that to Mr. Greaves.
19
20      By Mr. Mills:
21 Q    Mr. Greaves, do you recognize this as
22      the letter from the City approving the
23      permit?
24 A    Yes.
25 Q    And the display under this permit is

1       the cube display we have discussed
2       earlier; right?
3  A    Correct.
4  Q    And the date of this letter approving
5       the permit is March 29, 2017; correct?
6  A    Correct.  Yeah.
7  Q    So, since the permit was good for one
8       year, the permit would expire on March
9       29, 2018; is that correct?
10 A    Correct.
11 Q    Now, I want to draw your attention to
12      the -- the bottom of the -- letter,
13      the -- the phrase that begins, "This
14      permit is good for one year from the
15      date of this letter."
16      And it says, "You may reapply to place
17      another display once the display under
18      this permit is removed."  Did I read
19      that correctly?
20 A    Correct.
21 Q    And so, after the one year expires, the
22      display under this permit must be
23      removed; correct?
24 A    Well, not necessarily.  You can
25      reapply.

1  Q    And the reapplying, as the sentence
2       says, "You may reapply to place another
3       display."  Correct?
4  A    Correct.
5  Q    And the meaning of 'another' is
6       something different than the one under
7       this permit; correct?
8  A    I -- I -- I don't believe so.  I
9       believe you could reapply to have the
10      same display.
11 Q    But the plain language of this says,
12      "You may reapply to place another
13      display."  Is that correct?
14 A    That's what the language says.  But I
15      think this -- I think what they mean is
16      you can apply to have your display
17      remain in the -- on the -- on the park
18      grounds.
19 Q    So, the full sentence says, "You may
20      reapply to place another display once
21      the display under this permit is
22      removed."
23 A    There is nothing that says the other
24      display needs to be a unique and
25      separate display from the one

Page 94

1    mean, it's -- it's up to you how
2    detailed I get into what Baphomet is or
3    what it's --
4         MR. MILLS:  Yeah --
5         THE WITNESS:  -- was.
6
7    By Mr. Mills:
8  Q    Thank you, Mr. Greaves.  I appreciate
9    the -- the -- the context of the
10   e-mail.
11        What is your understanding
12   of the -- the phrase, "It won't
13   generate the amount of media."
14 A    Well, people knowing about these
15   campaigns is essential to us reaching
16   our fund-raising goals, naturally.
17        And as time goes on, you
18   know, our membership keeps track of
19   what we're doing.  And we have an -- an
20   audience who -- who are -- who are
21   interested in crowd funding these types
22   of things.
23        But earlier on in -- we're
24   a young organization.  So, 2017 it --
25   it seems like a long time ago.  We --

Page 95

1    if we didn't -- if -- if there wasn't
2    media surrounding any of our campaigns
3    or what we were doing, people weren't
4    going to hear about them and we weren't
5    likely to reach our goal.
6         And therefore, we stood to
7    be at a serious loss, because at the
8    point where we're crowd funding, we're
9    already putting ourselves in the
10   position of obligation to come through
11   with the project being proposed.
12        So, when we're talking
13   about whether or not we are capable of
14   crowd funding 30,000 dollars, it's --
15   it's kind of a -- a desperate question
16   as to whether we are going to have to
17   take that loss on our own or whether we
18   actually think we can get the crowd
19   funding to cover most of that.
20 Q    And turning to the bottom of this page,
21   there's an e-mail from a Sarah Ponto
22   Rivera dated March 1, 2017 at 5:54 p.m.
23   Do you see that?
24 A    (No response).
25 Q    It's -- it's on Plaintiff's 17 Exhibit

Page 96

1    5 or Exhibit 7.  And you went past it.
2    It's on the first page.  Or the second
3    page.
4         MR. KEZHAYA:  We're --
5    we're looking at Plaintiff 17 now.
6         MR. MILLS:  Yeah.  Just go
7    out -- Katy, can you go back one,
8    please?
9         REPORTER'S NOTE:  Whereupon,
10        a discussion is conducted
11        off the record.
11
12   By Mr. Mills:
13 Q    Do you see that, Mr. Greaves?
14 A    I'm -- I'm sorry.  What -- what part of
15   this am I looking at here?  The -- the
16   block e-mail?
17 Q    Yeah.  The -- it's -- it's page number
18   PLF00016.  There's an e-mail from Sarah
19   Ponto Rivera at March 1, 2017 at 5:54
20   p.m.?
21 A    Correct.  Yes, I see that.
22 Q    Is Sarah Ponto Rivera -- is she a
23   member of the National Counsel?
24 A    She was.
25 Q    And do you recall if she was supportive

Page 97

1    of the crowd funding?
2  A    I mean, I'm seeing that now.  In -- in
3    -- I don't question the authenticity of
4    this document.
5  Q    Turning to Exhibit 7, the next Page 3,
6    it's marked PLF00017.  There's an
7    e-mail from Malcolm Jarry at -- dated
8    March 1, 2017 at 6:03 p.m.  Do you see
9    that?
10 A    Okay.  Yeah, there it is.
11 Q    Do you recall receiving this e-mail
12   from Malcolm Jarry?
13 A    I do not recall seeing that e-mail, but
14   it's not to say I didn't.  I just want
15   to say most of what I do during the day
16   is a flood of e-mails.
17        So, you know, three, four
18   years ago -- it's -- it's -- it's
19   difficult for me to -- to recall
20   specific e-mails.
21 Q    And at the bottom of the page, there's
22   an e-mail from -- a redacted e-mail
23   address to David Moses and National
24   Counsel and Cara Jeanne at 6:55 p.m.
25   Do you see that one?

25 (Pages 94 - 97)

Page 98

1  A    Sorry.  Which -- which time stamp are
2       we looking at?
3  Q    6:55 p.m. on March 1, 2017.
4  A    Okay.  Yes, I see that.
5  Q    Do you recall whether you were the one
6       that sent that redacted e-mail?
7  A    I do not recall whether I was the one
8       who sent that.  But I may have sent
9       that.
10 Q    Do -- do you have an understanding of
11      what this e-mail means when it says,
12      "We are generating a lot of media we
13      knew we needed to capitalize on
14      immediately"
15 A    Well, yes.  In -- in -- in our
16      experience with the Baphomet campaign,
17      the crowd funding we had put together
18      was really only active within a couple
19      of day's timeframe from when stories in
20      the press would be generated about the
21      fact that we were offering to place a
22      monument on public grounds.
23          If there were news
24      articles about it, people would be
25      interested, and they would -- and --

Page 99

1       and they would support the crowd
2       funding.
3           After about a couple days,
4       if nothing was published, that would
5       dry up entirely.
6           So, we feel like we have a
7       very -- or at least, we felt like, in
8       that time, with much lower membership,
9       that there's a very limited timeframe
10      in which crowd funding would produce
11      any results at all.
12 Q    And you're -- you -- you mentioned
13      earlier, you are -- operate a Patreon,
14      I think was the name of it?  Do I have
15      that right?
16 A    Correct.  P-A-T-R-E-O-N.
17 Q    And is that a type of newsletter?  Or
18      what is that?
19 A    No.  It's a -- it's a third party site
20      for artists and other producers of
21      content to post their work online
22      behind a subscription paywall, so that
23      people who like their material or
24      otherwise want -- want to subscribe to
25      it can -- can pay -- can pay them the

Page 100

1       -- the subscription fee.
2           And the -- and the website
3       itself manages the disbursements and
4       payouts.  And they -- you know, the
5       financial aspects.  The -- the tax work
6       and all of that.
7  Q    Do you use that website to generate
8       media?
9  A    No.  I -- I use that site personally to
10      post writings, art, and other such
11      things for my subscribers.
12 Q    Turning to the next page of Exhibit 7,
13      it's PLF00018.  This is, again, a
14      redacted e-mail address on the -- from
15      -- you know, on the 'from' line.  And
16      it's to Cara Jeanne, cc the National
17      Counsel, and David Moses.  Is David
18      Moses on the National Counsel?
19 A    He is.  And he clearly was at this
20      time, as well.
21 Q    Do you recall sending this e-mail?
22 A    The -- the top one?  7:04?
23 Q    Yes, sir.
24 A    I can't say that I -- that I sent that
25      e-mail, but I can't say that I didn't.

Page 101

1  Q    The subject line is the Belle Plaine
2       Minnesota Veteran's Memorial price
3       quote; is that right?
4  A    Correct.
5  Q    And -- and so, when it's referring to
6       this project, is it your understanding
7       it's referring that the Belle Plaine --
8       the cube display project?
9  A    Correct.
10 Q    And what is your understanding of the
11      statement, "Having this project active
12      will generate more interest overall"?
13 A    I mean -- I -- I guess it -- I -- I
14      don't really know.  I mean, it keeps us
15      active.
16 Q    And what is your understanding when the
17      e-mail says, "Crowd funding for this
18      monument subtracts from our five
19      raising projects for other projects?"
20 A    Well, the -- the thinking there is
21      if -- you know, that we always have to
22      consider is whether or not working
23      towards the ends of one project is
24      going to take away from other projects.
25          If people are allocating

1    disbursements and -- and they're going
2    to choose one things over the other,
3    rather than -- rather than a -- a
4    project being additive, in which is has
5    a different -- different interested
6    parties. I mean, those are
7    considerations we have to keep in mind.
8        MR. MILLS: Okay. Let's
9    move on Exhibit 7, to the -- the fifth
10   page. It's PLF00019. Katy's putting
11   that up on the screen.
12
13   By Mr. Mills:
14 Q   I want to refer to an e-mail there at
15   the top. It dated 3:57 p.m. on March
16   2nd, 2017 from Malcolm Jarry. Do you
17   see that e-mail?
18 A   I do.
19 Q   Did you receive this e-mail?
20 A   I -- I may have. But it seems like an
21   e-mail I should receive, in any case.
22 Q   Do e-mails to the National Counsel --
23   are you part of that e-mail string? If
24   -- if --
25 A   -- yes. I -- I did get -- I -- yes.

1    National Counsel e-mails do forward to
2    me.
3 Q   Okay. And what was your understanding
4    of what Malcolm Jarry stated when he
5    stated, "We have to get the statue
6    afterwards, and can then sell it or
7    bring it to Salem?
8 A   I -- I'm sorry. I'm not sure what is
9    -- what needs clarification.
10 Q  Well, let's go about it this way. Did
11   you understand that when Malcolm
12   Jarry's e-mail refers to the statue,
13   it's referring to the cube display
14   we've been discussing today?
15 A   Correct.
16 Q   Because the subject line of this e-mail
17   is Belle Plaine Minnesota Veteran's
18   Memorial; correct?
19 A   Correct.
20 Q   So, what was your understanding of what
21   Malcolm Jarry's statement, "We have to
22   get the statue afterwards, and can then
23   sell it or bring it to Salem?
24 A   I -- I don't know. I -- I -- I
25   couldn't say. I'd have to -- I'd have

1    to ask him. I -- I assume...
2 Q   Are you -- I am asking what your
3    understanding of his e-mail is.
4 A   I'm not sure what he means by
5    'afterword'. So, I don't have a clear
6    understanding of what that is, unless
7    he was assuming that after a year or
8    two, that the display needed to --
9    needed to come down.
10 Q   Okay.
11       MR. MILLS: Let's go to
12   the prior e-mail string. So, we're
13   going to go up in the string to the
14   previous page at the bottom. And this
15   is PLF0018.
16
17   By Mr. Mills:
18 Q   And this is an e-mail at 3:24 a.m. on
19   March 2nd. A Nikki Moungo sent this
20   e-mail to the National Counsel. So,
21   you would have received it if it went
22   to the National Counsel; correct?
23 A   Correct.
24 Q   And this e-mail from Nikki Moungo says,
25   "30k for a year's worth of grass. I

1    can think of a lot of things to do with
2    30k to extend beyond a year." Is that
3    what her e-mail said?
4 A   Correct.
5 Q   So, she's referring to one year and
6    Malcolm Jarry's response to that e-mail
7    at 3:57 a.m. that we just looked at, if
8    we turn the page to PLF19.
9        He's responding to Nikki
10   Moungo, and he's saying, "We have to
11   get the statue afterwards, and then
12   sell it or bring it to Salem." So, the
13   'afterward' in that e-mail refers to
14   the one year; correct?
15 A   Yeah. It -- it appears that they're
16   assuming that the -- the timeframe may
17   be limited to one year.
18 Q   Okay. And let's go back to PLF17. At
19   the top of the page, at 6:03 p.m.,
20   Malcolm Jarry sends an e-mail to
21   National Counsel. And so, you received
22   this e-mail, too; correct?
23 A   Correct.
24 Q   Okay. And Malcolm Jarry says to the --
25   the National Counsel, "The monuments

27 (Pages 102 - 105)

Page 130

1    it's going to get," does that refresh
2    your memory on when he may have
3    completed the cube display?
4  A    Well, I just want to be clear. I'm
5    going by the e-mails. I don't...
6  Q    So, it doesn't refresh your memory?
7    That's fine.
8  A    No. According to the e-mails, it's --
9    it's done on that date.
10  Q    But you don't have any independent
11    memory of when it was completed?
12  A    Right. I don't recall the moment
13    personally.
14        MR. MILLS: I apologize
15    for the pause. I had something strange
16    happen with my screen. I don't know
17    how that happened. Can you still hear
18    me okay?
19        THE WITNESS: Yeah. I'm
20    still seeing everything as it opens.
21        MR. MILLS: Okay. I think
22    that was on my end. My screen just
23    sort of -- I think maybe my computer --
24        MR. KEZHAYA: -- can you
25    show your desktop? That's happened to

Page 131

1    me --actually happened to me earlier.
2    And then, everything got real screwy on
3    me.
4        MR. MILLS: Yeah. I think
5    it tried to go to sleep on me. Maybe I
6    haven't been active enough here in
7    front of it to think I may have gone
8    away or something. I apologize for the
9    distraction there.
10        REPORTER'S NOTE: Whereupon,
    a discussion is conducted
11    off the record.
12        MR. MILLS: Turning to
13    Exhibit 14, please.
14        REPORTER'S NOTE: Whereupon,
    Greaves Deposition Exhibit
15    Number 14 was marked for
    identification.
16
17    By Mr. Mills:
18  Q    This is a -- a string of e-mails. It
19    has a subject line of, "Memorial to
20    Salem." Is that correct?
21  A    Correct.
22  Q    And these e-mails appear to be
23    exchanged between Ash Astaroth, Malcolm
24    Jarry, and a redacted e-mail address.
25    Would that be your e-mail address?

Page 132

1  A    I would say likely.
2  Q    And it's -- when it's discussing
3    "Memorial to Salem," what is your
4    understanding of where the cube display
5    was at this time?
6  A    In Adam Volpe's fabrication facility.
7  Q    And that was somewhere?
8  A    Somewhere in Massachusetts.
9  Q    Okay. Somewhere. But not Salem?
10  A    Correct. I -- I don't think so, in any
11    case. I'm -- I'm pretty sure that
12    guy's not in Salem, but I -- I don't
13    know where he is. I just know that
14    he's in Massachusetts.
15  Q    Okay. And there's an e-mail at 3:35
16    p.m. on July 15th, 2017. It's from the
17    redacted e-mail address to Ash Astaroth
18    and Malcolm Jarry. Do you recall
19    sending that e-mail?
20  A    No, but that looks like an e-mail that
21    would have come from me at that time.
22  Q    What is your understanding of -- of
23    what the e-mail meant when it says, "We
24    should have some kind of platform on
25    the floor to preserve the floor and

Page 133

1    disburse the weight"?
2  A    Well, when you're going to put
3    something really heavy on the floor,
4    you want to make sure it doesn't fall
5    through or -- or crack the floor or
6    otherwise damage things.
7        And we have wood floors,
8    polished, and we also don't want to
9    scratch and scuff those up. And so,
10    these are things we consider when we're
11    putting a large object in the house.
12  Q    And by 'house', you mean -- this is the
13    the Satanic Temple's headquarters that
14    we talked about earlier?
15  A    Correct.
16  Q    So, as of July 15th, 2017, you were
17    planning to put the cube display at the
18    -- TST's headquarters building?
19  A    My recollection is that we had to put
20    it somewhere. We weren't going to
21    leave it with the fabricator and -- and
22    we were taking it into our possession,
23    and we were doing that by putting it
24    into the house.
25  Q    And would it -- and would it be in the

34 (Pages 130 - 133)

1  house as part of the -- the art
2  exhibit?
3  A    Correct.
4  Q    And does -- does that art gallery -- do
5  they charge admission to get in?
6  A    Yes.
7  Q    And what is the -- the fee to come into
8  the art gallery?
9  A    I believe it's 12 -- 12 dollars.
10 Q    Is that 12 dollars per person?
11 A    Correct.
12 Q    Okay.  So, anyone who wanted to see the
13 cube display as an exhibit in the TST
14 headquarters in Salem would pay 12
15 dollars to -- to go see it?
16 A    Correct.
17 Q    Right.  And have people taken up that
18 opportunity to pay admission?
19 A    People have paid admission to get into
20 the Salem Art Gallery.
21 Q    Do you have an -- an understanding of
22 how many per month pay admission to go
23 to the art gallery?
24 A    No.  It -- it radically varies by the
25 month, depending on how many tourists

1  are around.  October is the busiest
2  season.
3  Q    October?  Is that just a good season,
4  like, weather-wise for that part?
5  A    For -- people come to Salem for
6  Halloween Town.
7  Q    I see.  And -- and people would pay
8  admission to go into the TST
9  headquarters building to view exhibits
10 like the cube display?
11 A    Correct.
12 Q    In 2017 in October -- do you have an
13 estimate of how many people viewed the
14 cube display in October?
15 A    That, I do not -- I -- I do not know.
16 Q    Do you track annual numbers of how many
17 admissions the headquarters collects?
18 A    I -- I do not.  Personally, I do not.
19 I do very little in regards to the
20 Salem Art Gallery aspect of things.
21     I essentially -- I
22 essentially don't touch that.  That's
23 -- that's a better posed question to
24 Alex or Malcolm.
25 Q    Fair enough.  I want to ask you about

1  -- sticking with Exhibit 14 for a
2  moment.  Going to the -- next page,
3  it's an e-mail.  The time stamp is 7:54
4  p.m. on July 15th, 2017?
5  A    Okay.  I see it.
6  Q    Does this look like an e-mail that you
7  sent?
8  A    It -- it looks like an e-mail I could
9  have sent.
10 Q    Do you have an understanding of what
11 the e-mail means when it says, "There
12 is some chance they'll vote against
13 shutting down the forum"?
14 A    It looks like there was a hope that,
15 even though they were voting as to
16 whether or not they would keep the --
17 keep the forum -- the limited public
18 forum allowing for the monuments in the
19 park -- there was -- there was some
20 hope that they would not shut down the
21 -- the forum.
22 Q    And -- and why did you think there was
23 some chance they would not shut down
24 the forum?
25 A    I don't -- I don't -- I don't know.  I

1  mean, as I sit here today, I just feel
2  like -- I don't see the benefit,
3  really, to closing it down.  And I
4  think they should have -- should kept
5  it open.  And I would have rather they
6  did.
7  Q    I -- I see that we're past noon,
8  Central Time.  Is this an appropriate
9  time to take a break?
10      MR. KEZHAYA:  I -- I have
11 no objection to it.  My main concern is
12 getting Lucien to his next matter.
13      MR. MILLS:  That's at 5:00
14 p.m. Central?
15      THE WITNESS:  Yeah.
16 That's -- that's 5:00 Central.  And
17 we'll -- you know, I mean --
18      MR. MILLS:  Okay.
19      THE WITNESS:  -- just so
20 long as we can keep the clock -- I mean
21 --
22      MR. MILLS:  Yeah.
23      THE WITNESS:  -- I don't
24 think that cuts into -- into your time,
25 though.  So long as we keep on -- keep

35 (Pages 134 - 137)

Page 138

1  on a -- a schedule, like we don't take
2  a three-hour lunch or something.
3  Right?
4        MR. KEZHAYA:  I -- I have
5  an errand.  I could be ready and back
6  here in 15 minutes.  That's about the
7  amount of the time that I need.
8        MR. MILLS:  Why don't we,
9  say -- I want to be respectful for Nate
10 as the court reporter.  How much time
11 do you need, Nate?
12       I -- I -- I would propose
13 we come back at the bottom of the hour,
14 which would be 12:30 central.  But
15 Nate, what -- do you have a preference?
16       COURT REPORTER:  12:30
17 works just fine to me.  15 minutes
18 works just fine, too.  Whatever you
19 guys need is what I'll do.
20       MR. MILLS:  Okay.  Let's
21 -- let's come back just on the -- the
22 -- even -- the 12:30, so it's like
23 20...
24       MR. KEZHAYA:  20 minutes
25 then?

Page 139

1        MR. MILLS:  20 minutes
2  from now.  Yeah.
3        THE VIDEOGRAPHER:  The
4  time is 12:33, and we are back on the
5  record.
6        MR. MILLS:  Okay.  Mr.
7  Greaves, welcome back from lunch break.
8  Let's turn to Exhibit 15, please.
9  Katy, could you put that up on the
10 screen, please?
11       REPORTER'S NOTE:  Whereupon,
           Greaves Deposition Exhibit
12         Number 15 was marked for
           identification.
13
14 By Mr. Mills:
15 Q   Exhibit 15 is a series of e-mails you
16 see on the screen here, dated July 19,
17 2017.  Is the subject line of the
18 e-mail string, "Monument"?
19 A   Correct.
20 Q   Is it your understanding that the --
21 that subject is the same cube display
22 we've been talking about today?
23 A   I'm assuming yes.
24 Q   Looking at the e-mail from Ash
25 Astaroth, what did you understand Ash

Page 140

1  Astaroth to mean when he stated, "I'd
2  like to get it here ASAP while the news
3  is still hot.  It will be a great
4  attraction to add"?
5  A   I'm not sure what -- what -- what --
6  what are you trying to clarify?
7  Q   I'm just asking, what do you understand
8  him to mean in his e-mail when he said,
9  "I'd like to get it here ASAP while the
10 news is still hot.  It would be a great
11 attraction to add"?
12 A   To my mind, it's -- it's
13 self-explanatory.  That's why I'm --
14 I'm asking what -- what the
15 clarification is.
16 Q   I'm asking you, what is your
17 understanding of it?
18 A   My understanding is that he wanted to
19 get the monument there ASAP while the
20 news was still hot, because it would be
21 a great attraction to add.
22 Q   So, you agreed with him that the cube
23 display would be a great attraction?
24 A   No.  I'm telling you that that's what
25 he said, and that's what I understand

Page 141

1  him to have said.
2  Q   Oh.  Okay.  My next question is, do you
3  agree with him that the cube display
4  was a great attraction to add to the
5  TST headquarters gallery?
6  A   It makes sense that it would go in the
7  gallery.  And then, it serves a
8  function there, sure.
9  Q   Do you agree with him that it would be
10 a, quote, "Great attraction"?
11 A   I don't know how we're measuring 'great
12 attraction'.  I don't know how many
13 people would actually go specifically
14 to see such a monument.
15       But I think there would be
16 better odds of people wanting to see it
17 when the time they would go to visit
18 would be in close proximity to the
19 time that the monument was in the news.
20 Q   And in the five o'clock e-mail on July
21 19th, 2017 -- it's from a redacted
22 e-mail address.  Do you think that you
23 sent this e-mail?
24 A   I could very well have sent that
25 e-mail.

36 (Pages 138 - 141)

Page 142

1  Q     What did you mean when you stated,
2        "That's all the more reason to put it
3        indoors"?
4  A     I -- I don't know.  I mean, today, I
5        can't imagine having it outdoors.  I
6        think the weather would damage it.
7  Q     And was it because you could charge
8        admission to view it -- the cube
9        display as an exhibition in the
10       gallery?
11 A     Well, now I think it goes back to Ash's
12       comment that the previous artist's
13       stuff was going to be gone.  And so, it
14       was all the more reason to put objects
15       inside the house.
16 Q     What is -- what -- you reference a
17       previous monument would be gone.  What
18       -- where -- what -- what do you base
19       your understanding of that on?
20 A     In the e-mail from 4:55 p.m., July
21       19th, 2017, Ash said, "Castiglia's
22       stuff leaves soon."
23             Castiglia was an artist
24       who had an exhibit in the Salem Art
25       Gallery.

Page 143

1             So, my understanding on
2        looking at this is that the gallery was
3        going to be bereft of art.  And so,
4        that would be all the more reason to
5        put any acquisitions inside the house.
6  Q     And the cube display would be an -- an
7        exhibit that you could put in the
8        gallery to replace what was leaving?
9  A     Correct.
10 Q     I am sorry.  I was speaking while
11       you... Can you say -- what was your
12       answer again?
13 A     I'm sorry.  You -- you faded off there.
14 Q     Yeah.  Sorry.  I think we -- the
15       technology maybe blipped a little.
16       Doing the best we can with the
17       technology here.
18             My question is, would the
19       cube display be a replacement of the
20       exhibitions that were leaving the
21       gallery?
22 A     It wouldn't necessarily be a
23       replacement, but there would certainly
24       be space for it.  There would certainly
25       be a need to -- to fill space in the

Page 144

1        gallery.
2  Q     And so, in the five o'clock e-mail, you
3        indicated, "Any chance we can get it by
4        the weekend?"  Is that right?
5  A     Well, again, assuming that that was me,
6        yes.  "Any chance we can get it by the
7        weekend?"  I -- I see that.
8  Q     And what -- what did you mean, if you
9        sent the e-mail, when you said, "Any
10       chance we can get it by the weekend?"
11 A     I don't know.  I may have had other
12       scheduling concerns.  I know I
13       personally was involved with getting
14       that object into the house.
15             So, I needed to -- I
16       needed to know a specific time that we
17       would be doing this.
18 Q     And when did you end up moving the --
19       the cube display into the gallery?
20 A     I do not recall.  I recall the act of
21       doing it.  I certainly don't remember
22       what day of the week.  And -- and --
23       and I couldn't recall the month, even.
24 Q     What do you remember about act of the
25       doing it?

Page 145

1  A     That it was very heavy and very
2        difficult.
3  Q     What time of day did you move it?
4  A     I'm not certain, but during daylight
5        hours.
6  Q     Was it in the summer or the winter?
7  A     I -- I believe it was -- I believe it
8        was warmer out.  I know -- I know I
9        wasn't wearing winter clothing.
10 Q     Okay.  And who else helped with the act
11       of moving the cube display into the
12       gallery?
13 A     I know Ash did, and I'm pretty sure
14       another person did, too.  But I'm not
15       sure who else.  I think there was three
16       of us.
17 Q     So, you, Ash -- would it be Malcolm?
18 A     I -- I don't think it was Malcolm.
19 Q     Would it be Alex Medland?
20 A     It could have been.
21 Q     But you're (breaking up).
22             MR. MILLS:  Let's move to
23       Exhibit 16, please.
24             REPORTER'S NOTE:  Whereupon,
25             Greaves Deposition Exhibit
             Number 16 was marked for
             identification.

37 (Pages 142 - 145)

Page 162

1 reading --
2     MR. MILLS: -- I
3 understand what you're saying.  We
4 don't need to take any more time on air
5 here.  Okay?
6     MR. KEZHAYA:  Okay.  That
7 makes sense.
8     MR. MILLS:  Yeah.
9     MR. KEZHAYA:  Okay.
10     MR. MILLS:  Thank you, Mr.
11 Greaves.
12     (Whereupon, the deposition
terminated at 1:00 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 163

1 STATE OF MINNESOTA )
2                    )  ss.
3 CROW WING COUNTY   )
4
5
6     I, Nathan D. Engen do hereby
7 certify that the foregoing transcript in
8 the matter of The Satanic Temple vs.
9 City of Bell Plaine, is true, correct
10 and accurate:
11     That said transcript was prepared
12 under my direction and control from my
13 stenographic shorthand notes.
14     That I am not related to any of
15 the parties in this matter, nor am I
16 interested in the outcome of this
17 action.
18
19 Witness my hand and seal this 7th day of
20 December, 2020.
21
22
23
24        Nathan D. Engen
25

42 (Pages 162 - 163)

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

# Mills Decl. Ex. 2

Page 1

1
2
3

            UNITED STATES DISTRICT COURT
4              DISTRICT OF MINNESOTA
5    ----------------------------------------
6

      The Satanic Temple,
7

                  Plaintiff,
8

      vs.              Case No. 19-CV-01122
9

      City of Belle Plaine, Minnesota,
10

                  Defendant.
11

12   ----------------------------------------
13

14                  DEPOSITION
15

16      of MALCOLM JARRY, taken pursuant to
17      notice to take oral deposition, via
18      videoconference platform, on the
19      23rd day of November, 2020, before
20      Nathan D. Engen, a notary public in and
21      for the State of Minnesota.
22
23
24
25

Page 2

```
 1
 2
 3
 4
 5
 6
 7    APPEARANCES:
 8
 9    Mr. Matthew A. Kezhaya
      KEZHAYA LAW PLC
10    Attorneys at Law
       1202 Northeast McClain Road
11    Bentonville, Arkansas 72712
      Appearing on behalf of the Plaintiff
12
13
14    Mr. Monte A. Mills
      GREENE ESPEL PLLP
      Attorneys at Law
15    222 South Ninth Street, Suite 2200
      Minneapolis, Minnesota 55402
16    Appearing on behalf of the Defendant
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1   Exhibits:
 2
     No 13 - Gmails dated 6/23/2017        106
 3
     No 14 - Gmail String 7/2017          121
 4
     No 15 - Gmail String 7/2017          131
 5
     No 16 - PHM Invoice dated 7/21/2017   136
 6
     No 17 - Photos of monument           144
 7
     No 18 - Facebook posts        N/A
 8
     No 19 - Gmail String 4/2017           84
 9
     No 20 - Gmail String 7/2017          104
10
     No 21 - Gmail String 7/2017          112
11
     No 22 - Gmail String 6/2017          114
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1            INDEX
 2
 3    Examination:
 4
 5    By Mr. Mills:          5, 147
      By Mr. Kezhaya:           144
 6
 7
      Exhibits:
 8
 9
      No 1 - Belle Plaine City Council     14
10       Resolution 17-020
11    No 2 - Approved Permit by the City   14
         of Belle Plaine dated
12       3/29/2017
13    No 3 - Diagram of TST Veterans       14
         Memorial
14
      No 4 - Certificate of Liability     43
15       Insurance
16    No 5 - Belle Plaine City Council    43
         Resolution 17-090
17
      No 6 - Gmail String 2/2017          44
18
      No 7 - Gmail String 3/2017          64
19
      No 8 - Gmail dated 4/13/2017        77
20
      No 9 - Invoice for Services         79
21       dated 4/02/2017
22    No 10 - Gmail String 4/2017         87
23    No 11 - Gmail String 4/2017         91
24    No 12 - Gmail dated 6/13/2017      102
25
```

Page 5

```
 1          THE REPORTER:  We are on the
 2    record.  This a video-recorded --
 3    actually, it's not the video-recorded
 4    deposition -- rather the Zoom video
 5    conference deposition of Malcolm Jarry
 6    in the case of The Satanic Temple versus
 7    the City of Belle Plaine, Minnesota.  Do
 8    all parties agree to having the witness
 9    sworn remotely?
10          MR. MILLS:  Yes.
11          MR. KEZHAYA:  Yes.
12
13          (Whereupon, the deposition
      commenced at 9:05 a.m.)
14
15          MALCOLM JARRY
16
17    called as a witness and having been
18    first duly sworn, testifies as follows:
19
20          EXAMINATION
21
22    By Mr. Mills:
23  Q    Good morning.  Please state your name
24    for the record.
25  A    Malcolm Jarry.
```

2 (Pages 2 - 5)

Page 18

1  Satanic Temple headquarters in Salem,
2  has the cube display ever been located
3  anywhere else?
4  A   No.
5  Q   Do you recall the first conversation
6  you had with anyone about the cube
7  display?
8  A   I do not recall the -- well, I guess
9  I'm not -- I need some help
10 differentiating the concept of a statue
11 with that specific statue.
12 Q   Okay.  Let's first talk about the
13 concept of the cube display.  Do you
14 recall your first conversations about
15 the concept of the display?
16 A   I recall that we would need a display
17 that reflected our religious beliefs
18 and that we would need to work with an
19 artist who could best represent our --
20 our beliefs in a way that was
21 consistent and appropriate with the
22 forum.
23 Q   And who did you discuss that concept
24 with?
25 A   Lucien.

Page 19

1  Q   Did you discuss it with anyone else?
2  A   Initially, no.
3  Q   What about later?  Did you have
4  discussions about the cube display with
5  others?
6  A   I'm sure I must have.  As far as the
7  important questions and issues, it
8  would have been exclusively with
9  Lucien.
10         Others, I'm certain, must
11 have become privy at some point during
12 the development stages.
13 Q   Did anyone you talk with ever say they
14 would want to commission construction
15 of the cube display, regardless of
16 whether Belle Plaine voted to approve
17 the limited public forum?
18 A   That never would have been a question
19 or an issue.  The -- the cube was being
20 designed for Belle Plaine.  There would
21 have been no other option or -- or
22 reason to develop or create a -- a
23 statue.
24 Q   So no one had the thought that they
25 would -- that The Satanic Temple would

Page 20

1  want to commission construction of the
2  cube display regardless of whether
3  Belle Plaine approved the limited
4  public forum?
5  A   It never would have -- it never would
6  have come up.
7         MR. MILLS:  I am going to
8  pull up Exhibit 1 again, please.  Katy,
9  if you could, put that on the screen.
10
11 By Mr. Mills:
12 Q   Mr. Jarry, can you see?  This is the
13 first page.  It's Resolution 17-020 by
14 the Belle Plaine City Council.
15         It was attached also,
16 Mr. Jarry, as Exhibit 1 to the
17 complaint, if you're familiar with
18 that, at one point.
19         I want to turn to Page 3
20 of Exhibit 1.  Mr. Jarry, I want to
21 focus on Paragraph 13 of the Resolution
22 17-020 by the City of Belle Plaine.
23 A   I see it.
24 Q   Do you see -- what is your
25 understanding of Paragraph 13?

Page 21

1  A   It reads -- I guess, I need more
2  specific in terms of what you mean by
3  my 'Understanding'.  My understanding
4  is, in the sense, I can read text, if
5  you want me to read text.
6  Q   So your understanding is just
7  consistent with the text of what
8  Paragraph 13 says?
9  A   My understanding of the text is what
10 the text says; that is correct.
11 Q   Okay.  And so in light of Paragraph 13
12 under this limited public forum, it's
13 reasonable to expect that it's possible
14 that the City could terminate a permit
15 by giving ten-days' written notice;
16 correct?
17 A   Um, the legalities of what -- how that
18 is interpreted and context and other
19 considerations are more of a legal
20 matter, as far as the legal
21 interpretation of these things, which
22 is something that we have an attorney
23 to -- to focus on and address.
24         So I can only address that
25 my understanding is the text is what

6 (Pages 18 - 21)

Page 26

1    defer to -- to -- to lawyers that are
2    knowledgeable on what defines a
3    contract.  Again, I'm not a lawyer.
4 Q    I'm just asking you:  Do you think
5    Exhibit 1, Resolution 17-020, do you
6    think it's a contract?
7 A    I believe it is -- it is my
8    understanding that a document that is
9    signed by two parties is an agreement.
10        And I don't know if the
11    terminology for agreement and contract
12    are the same.  Given that it is signed
13    by both parties, it is -- you know,
14    it's my understanding that there are
15    obligations.
16        And when there are
17    obligations, that is an agreement and
18    it's an agreement that is signed.
19    That's the best of my understanding.
20    Again, I'm not a lawyer.
21 Q    Okay.  Mr. Jarry, I think you've
22    received the e-mail of Exhibit 1.
23        MR. MILLS:  And I'll just
24    ask Katy to pull up Page 3 of
25    Exhibit 1.  Or, Mr. Jarry, please feel

Page 27

1    free to flip through Exhibit 1 you
2    received by e-mail.
3
4    By Mr. Mills:
5 Q    And I'll ask you:  Where is this
6    Resolution 17-020 -- where is it signed
7    by two parties, as you just stated?
8 A    My recollection was it was signed by
9    both parties.  But if it was signed by
10    one party, was still my understanding,
11    if there is -- if there is a signed
12    version of this, then -- then it is
13    still an agreement of sorts.
14        That agreement would
15    be -- again, I -- I -- I'm not a
16    lawyer, and I -- and I don't want to
17    make statements of which I am not fully
18    apprised.
19        I missed -- I -- I thought
20    that this -- you know, I don't know if
21    there is a Page 4 where -- where it's
22    signed by -- by Lucien.
23        But it is just based on my
24    recollection, which is apparently maybe
25    flawed that this was signed by both

Page 28

1    parties.
2        But an agreement, I
3    believe, can still be signed by just
4    one party.  But, again, I'm not a
5    lawyer to go down that path and make
6    representations for what the law is or
7    what the law requires.
8 Q    And, Mr. Jarry, I'm not trying to ask
9    for your legal interpretation.
10        I'm just asking, in light
11    of Paragraph 13, when you read the text
12    and you said your understanding is
13    consistent with the text, is your
14    expectation that it's possible the City
15    could terminate a permit by giving
16    ten-days' written notice?
17 A    It is my understanding that the City
18    can do that.  Whether they are right to
19    do that is something that I cannot
20    speak to in terms of -- in terms of
21    what is -- what is legally permissible.
22 Q    So the answer -- or so, it is
23    reasonable to expect that it's possible
24    that the City could terminate a permit
25    by giving ten-days' written notice;

Page 29

1    correct?
2 A    Yes.
3 Q    And in light of Paragraph 13, is it
4    also reasonable to expect that, if the
5    City terminated a permit, the owner
6    must remove their display from City
7    property?
8 A    It would -- it would be reasonable to
9    interpret that, yes.
10 Q    So now I want to turn to Exhibit 2 of
11    the complaint, please.  And, Mr. Jarry,
12    this Exhibit 2 has several pages.
13        The first page is the
14    permit letter granting.  And then the
15    subsequent pages include payment of the
16    fee and then the -- the application
17    that was provided.
18        And I want to turn to the
19    second page of the application.  And
20    you see there's an -- at the -- near
21    the top, there's an applicant's
22    signature there.  It's dated 2/23/17.
23    Do you see that, Mr. Jarry, on the
24    screen?
25 A    Yes, I do.

8 (Pages 26 - 29)

1 Q    And who signed the application on
2      behalf of the applicant?
3 A    Um, I'm not sure if that's -- well, I
4      guess it's not privileged.  It says
5      the -- the name is -- written there is
6      Douglas Mesner.
7 Q    And did he have authority to sign on
8      behalf of the applicant?
9 A    Yes.
10 Q   And when The Satanic Temple applied for
11     a permit under the Belle Plaine limited
12     public forum policy, The Satanic Temple
13     agreed to comply with the Belle Plaine
14     limited public policy; correct?
15 A   Correct.
16 Q   So in signing this affirmation, Doug
17     Mesner agreed, on behalf of The Satanic
18     Temple, that The Satanic Temple would
19     comply with the limited public forum
20     policy of the City of Belle Plaine;
21     correct?
22 A   Correct.
23 Q   And, under that policy, the City could
24     terminate a permit any time it wanted
25     by giving ten-days' written notice;

1      correct?
2 A    In this -- my reading of Paragraph 13
3      that you cited is -- is -- was
4      qualified.  It specifically says that
5      the termination would require the
6      removal.
7          So the -- well -- yeah, so
8      my understanding is that such a
9      termination could only happen after the
10     statue -- the cube, in this case -- but
11     a statue was installed.
12         So Paragraph 13, to the
13     best of my understanding, would not
14     apply because it never -- they couldn't
15     terminate something that had never
16     actually been installed.
17 Q   Let's go back to Paragraph 13 of
18     Exhibit 1, please.  This language says,
19     "the City, through the City
20     administrator, may terminate all
21     permits by giving ten-days' written
22     notice of termination to the owner."
23     Did I read that correctly?
24 A   You only -- you read half of a
25     paragraph.  That's not -- you know,

1      that's not the full paragraph.
2 Q    Well, then, why don't you read the
3      whole paragraph?
4 A    "In the event the City desires to close
5      the limited public forum or rescind
6      this policy, the City, through its city
7      administrator, may terminate all
8      permits by giving ten-days' written
9      notice of termination to owner within
10     which period the owner must remove
11     their display from City property."
12 Q   Okay.  So the City may terminate all
13     permits by giving ten-days' written
14     notice of termination to the owner; is
15     that correct?
16 A   Within which period the owner must
17     remove their display from City
18     property, explicitly stated there is
19     the -- is -- is that the termination is
20     dependent on the display being on City
21     property.
22 Q   Where does it say that?
23 A   The very -- "Within which period the
24     owner must remove their display from
25     City property."

1          I -- I don't know how that
2      can be any -- any clearer.  I don't
3      know how to make that clearer.
4      It's the words in the paragraph.
5 Q    So you're saying that the City could
6      not terminate all permits by giving
7      ten-days' written notice of termination
8      to an owner?
9 A    I'm saying my understanding of this
10     paragraph is that, if the City were to
11     terminate a permit, it would not be
12     able to be terminated until after the
13     statue was displayed on City property.
14         Otherwise, you could not
15     have, within which period the owner
16     must remove -- you can't remove a
17     display if the display isn't being
18     displayed.  And, thus, there can not be
19     a termination.
20         The termination of a
21     permit can only take place according --
22     my understanding of this paragraph --
23     after the display has been displayed.
24     That's my understanding.
25 Q   And the -- so an owner receives a

9 (Pages 30 - 33)

Page 42

1    this permit application?
2 A    Yes.
3 Q    And why is that?
4 A    Reason Alliance is a nonprofit whose
5      mission is to promote tenets of The
6      Satanic Temple.
7 Q    And why did Reason Alliance apply for
8      the permit instead of The Satanic
9      Temple?
10 A    Because one of the requirements for the
11      statue is insurance.  It had to be
12      insured, and you have to be able to
13      provide insurance.
14 Q    And why would Reason Alliance provide
15      insurance versus The Satanic Temple
16      providing insurance?
17 A    Because Reason Alliance is able to
18      obtain insurance.
19 Q    And is The Satanic Temple unable to
20      obtain insurance?
21 A    There are insurance companies are
22      unwilling to provide insurance for The
23      Satanic Temple.
24            MR. MILLS:  So let's turn
25      to Exhibit 4, please.  This was also

Page 43

1      Exhibit 4 to the complaint.
2            REPORTER'S NOTE:  Whereupon,
            Defendant's Deposition
3            Exhibit Number 4 was marked
            for identification.
4
5      By Mr. Mills:
6 Q    Mr. Jarry, is this the certificate of
7      liability insurance that Reason
8      Alliance obtained?
9 A    Yes.
10 Q    And this certificate of liability
11      insurance says it expires on
12      September 27th, 2017; correct?
13 A    If that's what it says...  I'm looking
14      to see where the expiration date is.
15 Q    It's in the middle of the page there.
16 A    Oh, okay.  Yes, that's what it says.
17            REPORTER'S NOTE:  Whereupon,
            Defendant's Deposition
18            Exhibit Number 5 was marked
            for identification.
19
20            MR. MILLS:  I want you to
21      turn to Exhibit 5, please.
22
23      By Mr. Mills:
24 Q    And at Page 2 of Exhibit 5, the City of
25      Belle Plaine provided a check in the

Page 44

1      amount of $100 to fully reimburse the
2      permit application fee; is that
3      correct?
4 A    Is it correct that the City of Belle
5      Plaine sent a check to refund the
6      application?  Is that your question?
7 Q    Yes, sir.
8 A    Yes; that is correct.  They did send a
9      check.
10            REPORTER'S NOTE:  Whereupon,
            Defendant's Deposition
11            Exhibit Number 6 was marked
            for identification.
12
13            MR. MILLS:  I want to turn
14      to Exhibit 6, please.
15
16      By Mr. Mills:
17 Q    And focusing on the e-mail dated
18      February 21, 2017 at 11:11 p.m.,
19      Mr. Jarry, were you one of the
20      recipients of this e-mail?
21 A    I was -- it looks like I was cc'ed, so
22      yes.
23 Q    Do you understand the Veterans Memorial
24      reference in this e-mail to refer to
25      the cube display that we've been

Page 45

1      talking about today?
2 A    Yes.
3 Q    And do you understand the -- the
4      Minnesota vote referenced in this
5      e-mail to refer to the City of Belle
6      Plaine City Council's vote on whether
7      to approve a limited public forum?
8 A    Yes.
9 Q    What was your understanding of the
10      statement, "We'd like to commission
11      construction of the Veterans Memorial,
12      regardless of whichever way the
13      Minnesota vote goes"?
14 A    My understanding is that the City had
15      opened up a limited public forum and
16      that we have a constitutional right to
17      participate in a limited public forum
18      that another party was already
19      participating in.
20            And that we believe that,
21      if we were turned down, that it would
22      be a result of viewpoint
23      discrimination.
24 Q    My -- my question was:  What was your
25      understanding of the statement, "We'd

1    like to commission construction of the
2    Veterans Memorial regardless of
3    whichever way the Minnesota vote goes"?
4 A    Again, I guess I'll clarify that --
5    that, if -- if the rejection was based
6    on viewpoint discrimination, we believe
7    that we would still have the right
8    to -- to display there.
9         And so we wanted to
10   construct the memorial regardless of --
11   of the vote because we believed that we
12   have a constitutional right to
13   religiously participate in -- in this
14   public -- in the public forum.
15 Q    But the Minnesota vote we've talked
16   about already, you said, referred to
17   the vote on whether or not to even
18   create a limited public forum, so it
19   doesn't exist yet; correct?
20 A    My understanding was that, when the --
21   the statue of the Christian soldier was
22   placed, that -- that a limited public
23   forum has been created.
24         MR. MILLS:  Let's go back
25   to Exhibit 1, please.

1    By Mr. Mills:
2 Q    And the third page of Exhibit 1 -- or
3    this is -- this is the limited public
4    forum policy -- correct?  We've talked
5    about it already?
6 A    Yep.
7 Q    Yeah.  And so I just want to look at
8    the date of when this was created.  It
9    was created February 21st, 2017;
10   correct?
11 A    I believe -- I believe that's possible.
12   Yeah.  If that's -- if that's -- if
13   that's the date.
14         Where -- I'm not sure, it
15   says that, but -- but I think you're
16   conflating the policy with the action
17   in saying that the limited public forum
18   was formally created.
19         But we're saying, you
20   know, the -- the -- our interpretation
21   was that, even regardless of --
22   of its -- the formal document of creation,
23   that it was created in -- in actuality
24   by the creation of -- of the display.
25   So one is -- one is just -- that's the

1    distinction, from our understanding.
2 Q    So let's go back to Exhibit 6, please,
3    and this e-mail you received.
4         You talk about the
5    Minnesota vote.  We've already talked
6    about.  That refers to the vote on
7    whether or not to approve the limited
8    public forum policy; correct?
9 A    That is -- that seems to be correct.
10 Q    And -- and -- and this says, "We'd like
11   to commission construction of the
12   Veterans Memorial regardless of
13   whichever way the Minnesota vote goes";
14   correct?
15 A    Correct.
16 Q    And why do you think The Satanic Temple
17   would be interested in commissioning
18   the construction of the cube display,
19   regardless of the City Council's vote
20   on the limited public forum policy?
21 A    So it is -- it is our understanding
22   that a limited public forum, regardless
23   of the creation of the polices that
24   were being voted on.
25         And because there was a

1    limited public forum, the -- it was our
2    understanding that we believe that we
3    have a constitutional right to
4    participate in this forum.
5         And, you know, the polices
6    that were enacted or not enacted at
7    that point were secondary and not
8    relevant to the -- the fact that our
9    understanding was that the ability to
10   create policy that would be worth it.
11 Q    So The Satanic Temple was interested in
12   commissioning the construction of the
13   cube display regardless of the outcome
14   of the vote?
15 A    That is -- that's correct.
16 Q    And who sent this e-mail?
17 A    I would almost be 100 percent certain
18   that it would be Lucien Greaves.
19 Q    And did Chris Andres respond by saying,
20   "I'll give you the costs as soon as I
21   can"?
22 A    I'd have to -- I'd have to see the
23   e-mail, going back a few years, if
24   that's what it says.
25 Q    Sorry.

13 (Pages 46 - 49)

1  A    That would be a reasonable response.
2  Q    I thought it was up on the screen.
3  A    Oh, okay.
4        MR. MILLS:  Katy, could
5  you please --
6        THE WITNESS:  -- I think
7  it was adjusted.
8        MR. MILLS:  Okay.
9
10  By Mr. Mills:
11  Q    Do you see there with the response?
12  A    Yes; that is correct.
13  Q    And then, turning to the second page of
14  Exhibit 6 -- it's Bates stamped
15  PLF0011 -- I want to focus on the
16  e-mail that's dated February 22nd, 2017
17  at 12:46 p.m.
18        Did you send that e-mail
19  dated 12:46 there at the top,
20  Mr. Jarry?
21  A    Yes.
22  Q    And did your e-mail say, "I thought you
23  just wanted to make miniatures"?
24  A    Yeah, I definitely said -- I'm just
25  trying to figure out and just trying to

1  place it in context to see what I was
2  responding to.  But, yes, I did that --
3  I did -- I did write that.  Yeah, that
4  is my e-mail.
5  Q    What did you mean when you said, "I
6  thought you just wanted to make
7  miniatures"?
8  A    I'm -- I'm not 100 percent sure.  I
9  don't -- you know, I can make -- I can
10  make speculation, but I can't -- I
11  can't say for certain.
12        It does -- it does seem to
13  me that the best I can read this is
14  that I -- and I don't know who I'm
15  e-mailing about this, to be honest.
16  I... I'm not sure.
17  Q    So the subject line of this e-mail is,
18  "Memorial"; correct?
19  A    Yes.  I see -- I see, "Memorial", up
20  there.  Obviously, this -- this -- you
21  know, this relates to the -- you know,
22  the -- to the Belle Plaine monument,
23  obviously.
24        I can -- I can attest to
25  that.  But I'm not -- I just -- I just

1  am not sure what -- what that relates
2  to.  I just -- I just don't recall.
3  Q    So your e-mail indicates, "I thought
4  you just wanted to make miniatures.  To
5  building the statue itself is going to
6  cost thousands of dollars."  My
7  question to you is:  What did you mean
8  by, "Make miniatures"?
9  A    I -- I just can't -- I just can't
10  recall.  I don't -- I --
11  Q    Is it --
12  A    -- can't recall.
13  Q    Is it make miniatures of the statue?
14  A    That would be a reasonable supposition,
15  but I -- I can't -- you know, I
16  don't -- I don't know what it's
17  relating to.  I don't know the context,
18  and I'm not -- I'm not really sure.  I
19  just --
20  Q    Well, let's --
21  A    -- I just don't know because it
22  doesn't -- because it's -- I'm not sure
23  what it's in relation to, and I
24  don't -- I just don't know what I was
25  responding to.

1        So it's -- you know, it
2  wouldn't be that we were just going
3  to -- you know, we clearly -- you know,
4  we were clearly planning on making
5  this -- the statue.
6        So that was -- that was
7  never a question.  And it was
8  miniatures of the statue, that would
9  make sense to do that exclusively
10  because we wouldn't make miniatures
11  of -- of a statue that we hadn't
12  actually made.
13        So I'm not -- I'm not
14  quite sure what that -- you know, what
15  that relates to or what that...
16  Q    Well, let's try to put it in context.
17  I don't know if you can scroll through,
18  if you received the e-mail from your
19  counsel; it's Exhibit 6.
20        MR. MILLS:  Let's go back
21  to Page 1 of Exhibit -- of Exhibit 6,
22  please.  Katy, if you could, scroll
23  that.
24
25

14 (Pages 50 - 53)

Page 54

1    By Mr. Mills:
2  Q    And, Mr. Jarry, if you've received the
3    e-mail, feel free to scroll -- scroll
4    through this entire string, but it's a
5    string that appears to be the subject
6    matter.
7         And the first e-mail in
8    this string -- and this is PLF Bates
9    Stamp 00010. The first one is
10   February 21, 2017 at 11:11 p.m. Do you
11   see that?
12 A    Yes.
13 Q    And that's the e-mail we have talked
14   about a few minutes ago, and I think
15   you said this is about the Belle Plaine
16   cube display; correct?
17 A    Correct.
18 Q    And so that's Tuesday, February 21st,
19   2017?
20 A    (Indicating).
21 Q    And then, we go to Page 2 of this
22   string, and we're the next day,
23   Wednesday, February 22nd, 2017 at
24   12:46 p.m. is when you sent this e-mail
25   about miniatures. Does that help you

Page 55

1    put it in context?
2  A    I understand the context, but I guess I
3    just -- I guess, "Context", may be the
4    wrong word.
5         Maybe it's -- I'm not sure
6    what that is in relation to. I -- I
7    don't know. I don't know what the
8    miniatures would -- would -- would
9    be -- would be in relation -- would be
10   in relation to.
11        I mean, it somehow -- it,
12   obviously, relates to Belle Plaine in
13   some capacity, but I don't know -- I
14   just don't recall what that -- what
15   that -- what that means and what the
16   context of the miniatures is. I
17   don't -- I just don't recall.
18 Q    And someone responded to your e-mail at
19   12:52 p.m. and said, "Maybe; let's see
20   what his estimate is"; is that correct?
21 A    Yes.
22 Q    And do you have an understanding of
23   what that response is?
24 A    That would be, "Let's see what the
25   estimate that Chris provides for the

Page 56

1    statue."
2  Q    And was The Satanic Temple planning any
3    other statue at this time?
4  A    Were we planning another statue? We
5    were only -- we were not planning -- I
6    mean, there are other displays.
7         I'd have to see the timing
8    'cause I know we were involved with --
9    with some of the displays, you know, in
10   other -- in other cities.
11        But as far as constructing
12   a statue, nothing of this -- nothing
13   else of this -- this scope.
14 Q    So this was about the cube display for
15   Belle Plaine; correct?
16 A    Oh. Correct.
17 Q    And who are you exchanging these
18   e-mails with?
19 A    This would be Lucien.
20 Q    And looking at the -- the e-mail with
21   the time stamp of 12:52 there at the
22   middle, do you see that e-mail?
23 A    Yes.
24 Q    It indicates you still didn't know the
25   results of the Belle Plaine meeting on

Page 57

1    February 21st; correct?
2  A    Correct.
3  Q    So you did not know whether or not the
4    City of Belle Plaine had voted to
5    approve the limited public forum at
6    this time; correct?
7  A    That is correct.
8  Q    I want to turn to the -- the next page
9    of Exhibit 6. It's Bates Stamp
10   PLF00012. Looking at the top -- or
11   you're on this e-mail string; correct,
12   Mr. Jarry?
13 A    That is correct.
14 Q    And I wanted to look at the e-mail at
15   the bottom at 1:23 p.m. Is this e-mail
16   from Lucien Greaves?
17 A    Yes, I believe so.
18 Q    Could it be anyone else?
19 A    That's why I believe it's Lucien
20   Greaves. I can't imagine it would be
21   anyone else.
22 Q    What was your understanding of the
23   statement, "Hopefully, it doesn't
24   detract from anything but increases
25   funding overall due to high profile"?

15 (Pages 54 - 57)

Page 58

1  A    Oh.  I think it's -- it's because most
2   of our activities we rely on -- on
3   donors.
4         And I think we were
5   concerned that another fundraiser
6   would -- you know, there is -- there is
7   a zero sum to -- to fundraising to a
8   certain degree.
9         It's not 100 percent zero
10  sum, but you can only go back to donors
11  just so often to support our activities
12  and the detraction would be detracting
13  or taking away funds that would be used
14  for -- for other operations.
15  Q    Do you have an understanding of why a
16  high profile would increase Satanic
17  Temple's funding?
18  A    It seems self-evident, but a -- an
19  activity and action that has -- that
20  garners a lot of attention will have an
21  easier time attracting donors who
22  support the religious mission of the
23  organization.
24  Q    Mr. Jarry, did you ever exchange text
25  messages with Lucien Greaves about

Page 59

1   Belle Plaine?
2  A    I -- I avoid text messages for anything
3   other than -- you know, anything that
4   would just be some kind of directing.
5   I don't do -- I don't do any kind of
6   business over my text messages.
7  Q    And -- and so is your testimony that
8   you never exchanged text messages with
9   Lucien Greaves about Belle Plaine?
10  A    Any text with Lucien over Belle Plaine
11  would have been -- I don't even -- I
12  don't recall any -- any -- any text
13  about Belle Plaine.
14        Other than -- you know,
15  any -- the only thing I can speculate
16  is -- would be to -- I -- you know,
17  I -- generally, I avoid business on my
18  texts because I -- I can't reply to
19  anything.
20        I don't have any
21  information in front of me.  So if
22  there was any discussion of Belle
23  Plaine, it would have been, you know, a
24  question that would have been to direct
25  something.

Page 60

1         But I can't recall.  You
2   know, if it were, it would be -- it
3   is -- it is not my policy to -- you
4   know, to engage in any kind of business
5   things.
6         But it's possible Belle
7   Plaine might have been mentioned in
8   some -- in passing in some kind of way.
9  Q    When you say, "Direct something", what
10  do you mean by that?
11  A    Can you -- can you -- I -- I guess I --
12  Q    -- you just said, if I exchanged texts
13  with Lucien Greaves about Belle Plaine,
14  it would be to direct something.  And
15  I'm asking you:  What do you mean by,
16  "Direct something"?
17  A    Oh, it wouldn't be to direct something.
18  It would be if Belle Plaine had come up
19  in a text message, it would have been
20  asking, you know, to -- to direct -- to
21  something that would, that would,
22  then -- if it was formally discussed,
23  it would be discussed in an e-mail or
24  over the phone.
25        If there had been a text,

Page 61

1   it might be whether -- whether he
2   had -- I don't know whether he knew of
3   any -- any new developments, in which
4   case he might reply yes or no.
5         But I don't know.  I -- I
6   can't recall.  I just know that I
7   don't, you know, make it a policy just
8   for practical reasons, not anything
9   beyond that, just to not engage with
10  business over texts.
11        It just -- you know, it
12  just gets lost, and I have no string to
13  follow up on anything.  It's just
14  another place to have to look to follow
15  up on, on something that can't access
16  documents.
17        THE REPORTER:  Keep your
18  voice up, Malcolm.
19
20  By Mr. Mills:
21  Q    Did you search for text messages that
22  were responsive to the City's discovery
23  requests?
24  A    Oh, there was -- there was no -- there
25  was no reason or need to because I

16 (Pages 58 - 61)

Page 66

1    you send this e-mail?
2  A    I did.
3  Q    To whom did you send it?
4  A    I believe this was sent to Lucien.
5  Q    And what did you mean when you said,
6     "We can't afford this"?
7  A    It meant that we can't afford it, that
8     we did not have sufficient funds to be
9     able to pay for it in our -- you know,
10    in our accounts or, you know, as far as
11    the budget.
12  Q    And looking towards the middle of the
13    page, there's an e-mail at 3:43 p.m.
14    the same day. Do you see that?
15  A    Yes.
16  Q    And did you receive this e-mail?
17  A    Yes, I did.
18  Q    Are you on the National Council?
19  A    No, I'm not.
20  Q    What was your understanding of the
21    statement ,"Crowd funding to make the
22    memorial happen"?
23  A    My understanding is that crowd funding
24    is a process of fundraising on a
25    platform where you reach out to

Page 67

1    potential donors and provide incentives
2    in exchange for donations for raising
3    money for a specific purpose.
4  Q    And towards the bottom of this page,
5    there's an e-mail response from Sarah
6    Ponto Rivera. Is Sarah Ponto Rivera on
7    the National Council?
8  A    She might be. I -- I don't -- she
9    might have been. If she wasn't, you
10    know, then she certainly has a
11    connection and tie to the National
12    Council.
13  Q    Turning to the next page of Exhibit 7,
14    it's Bates stamp PLF00017 -- there's an
15    e-mail at the top dated March 1, 2017
16    at 6:03 p.m. Did you send this e-mail?
17  A    Yes.
18  Q    And you sent it to the National
19    Council; correct?
20  A    The National Council was included in
21    the people -- or the -- in this. So,
22    yes, this was sent to the National
23    Council.
24  Q    Your 6:03 p.m. e-mail says you sent in
25    the application today; correct?

Page 68

1  A    That is correct.
2  Q    And is that referring to the
3    application for a permit that was sent
4    to the City of Belle Plaine?
5  A    That is correct.
6  Q    Did you intend that your 6:03 p.m.
7    e-mail to the National Council be
8    accurate?
9  A    I would have intended my e-mails to the
10    National Council to be accurate.
11  Q    And your 6:03 p.m. e-mail to the
12    National Council and others explains
13    that, "Monuments are not donated to the
14    City, but are owned by the entity
15    erecting them.
16       They are only up for one
17    year, and a request can be made that
18    they all be taken down, in which case
19    we have ten days to remove it." Is
20    that accurate.
21  A    That is my understanding. That is
22    correct.
23  Q    So in The Satanic Temple's case, The
24    Temple would own the cube display;
25    correct?

Page 69

1  A    That is correct.
2  Q    And your e-mail explained that the cube
3    display is only up for one year;
4    correct?
5  A    That is correct.
6  Q    And your e-mail explained that a
7    request can be made that all monuments
8    be taken down, in which case you would
9    have ten days to remove it; correct?
10  A    That is correct.
11  Q    So everyone on this e-mail would
12    recognize that anytime, upon notice,
13    the cube display might have to be
14    removed within ten days; correct?
15  A    That is correct.
16  Q    Did any recipient of your 6:03 p.m.
17    e-mail -- did anyone ask you follow-up
18    questions about that e-mail?
19  A    If you showed me the follow-ups, I
20    could -- I could comment. But I -- I
21    simply don't, you know, remember
22    offhand.
23  Q    Okay. So you don't recall, and so
24    they're either in Exhibit 7 or they're
25    not?

18 (Pages 66 - 69)

Page 70

1  A    Correct.  To the best of my
2       understanding.
3  Q    So no one picked up the phone to call
4       you about this e-mail?
5  A    To the best of my recollection, no.
6            MR. MILLS:  And I want to
7       move forward, Exhibit 7, going to the
8       next page, Bates Stamp PLF00018.
9
10      By Mr. Mills:
11 Q    And, again, we're a few pages into
12      Exhibit 7.  I just want to confirm the
13      subject line of this e-mail string is
14      still, "The Belle Plaine, Minnesota
15      Veterans Memorial Price Quote";
16      correct?
17 A    Correct.
18 Q    And did you receive this e-mail at the
19      top dated 7:04 p.m.?
20 A    Yes, I did.
21 Q    What was your understanding of the
22      statement, "Having this project active
23      will generate more interest overall"?
24 A    That the -- my understanding is that
25      participating in the religious -- in

Page 71

1       the limited public forum would have a
2       constructive response to our members;
3       that it would be received positively
4       and would help the organization
5       broadly.
6  Q    And what was your understanding of the
7       statement, "Generating more interest in
8       investors overall"?
9  A    That -- that -- my understanding is
10      that, by participating in this
11      specific -- in this specific limited
12      public forum, that the membership that
13      we have would be more likely to invest
14      in our organization.
15           Meaning, that they would
16      be more willing to financially support
17      the organization for either this effort
18      and others by seeing that we are
19      committed to our religious mission.
20 Q    Mr. Jarry, I'd like to focus on the
21      e-mail that's time stamped 3:16 a.m. on
22      March 2nd, 2017.  Do you see that there
23      in the middle of the page?
24 A    Wait a second.  Yeah.  Yes, I do.
25 Q    And did you send this e-mail?

Page 72

1  A    I -- did I send it?
2  Q    Yes, sir.
3  A    Oh.  Yes.  Yes, I sent this e-mail.
4       Yes, I did.
5  Q    And in your 3:16 e-mail, why did you
6       think $30,000 was, quote, "Excessive"?
7  A    So the concern isn't about -- I take
8       many considerations into trying to do
9       fundraising.
10           And it isn't so much the
11      cost of a specific item, but how much
12      you ask for it in terms of people who
13      contribute ,want to know that their
14      contributions are actually going to be
15      successful.
16           And so the concern wasn't
17      the cost.  The concern was how much we
18      can ask for and successfully get
19      towards our -- our project.
20           So I was concerned that
21      asking for 30,000 might be too much to
22      ask for in terms of how much we -- we
23      could successfully bring in, not how
24      much the project might cost.
25 Q    And -- below  your 3:16 a.m. e-mail,

Page 73

1       there's a 3:24 a.m. e-mail.  Do you see
2       that at the bottom of this page?
3  A    Yes.
4  Q    And this is from -- and you received
5       this e-mail; correct?
6  A    That is correct.
7  Q    Who is Nikki Moungo?
8  A    She was a member of the National
9       Council.
10 Q    And her e-mail says, "30K for a year's
11      worth of grass, I can think of a lot of
12      things to do with 30K to extend beyond
13      a year."  What was your understanding
14      of her concern?
15 A    I -- um, I guess her concern might have
16      been that money could be spent
17      differently.
18 Q    What about the part where it says, "To
19      extend beyond a year"?  What was your
20      understanding of her concern in that
21      part of her e-mail?
22 A    I -- I don't know what her -- her --
23 Q    -- I'm just asking for your
24      understanding of that part of the
25      e-mail.

19 (Pages 70 - 73)

Page 74

1  A     My understanding was she was trying to
2       be humorous with -- you know, just with
3       her terminology.
4            And I take some of the
5       National Council member's comments with
6       a grain of salt.  So they are -- they
7       don't compel the actions of the Lucien
8       or myself.  So I didn't have to think
9       terribly hard about them.
10 Q     But you -- you tend to communicate
11      accurate information to the National
12      Council; correct?
13 A     That is correct.
14 Q     And turning to the next page of
15      Exhibit 7 -- it's Bates Stamp
16      PLF00019 -- at the top of the page,
17      there's an e-mail dated March 2nd, 2017
18      at 3:57 a.m. at the top.  Do you see
19      that there?
20 A     Yes, I do.
21 Q     Did you send that e-mail at 3:57 a.m.?
22 A     That is correct.
23 Q     And this e-mail you sent to the
24      National Council; correct?
25 A     That is correct.

Page 75

1  Q     And your e-mail states, "We have to get
2       this statue afterwards and then can
3       sell it or bring it to Salem"; is that
4       correct?
5  A     That is correct.
6  Q     And when you're referring to the
7       statue, you're referring to the cube
8       display we've been talking about today;
9       correct?
10 A     Correct.
11 Q     So you understood that The Satanic
12      Temple would have to remove the cube
13      display from the park; correct?
14 A     Correct.
15 Q     And you understood that, after removing
16      it, The Satanic Temple could either
17      bring the cube display to Salem or sell
18      it; correct?
19 A     Correct.
20 Q     And you conveyed your understanding to
21      everyone on this e-mail; correct?
22 A     That is correct.
23 Q     Did any recipient of the e-mail ask you
24      follow-up questions about it?
25 A     I'd have to look in the e-mail chain.

Page 76

1       And, if you can point me to something,
2       I can comment.  But I don't -- I don't
3       have --
4  Q     There's the --
5  A     -- a recollection.
6  Q     Okay.  And so it would be in this
7       e-mail string if anyone raised a
8       question; correct?
9  A     That is correct.
10 Q     And you see there's a -- there's a
11      National Council -- there's a line
12      right below your e-mail, and then it
13      says, "NationalCouncil@Satanic
14      Temple.com", and it's to you.
15           And then there's a line
16      that says, "Quoted hidden" -- or,
17      "Quoted text hidden", in brackets.  Do
18      you see that there, Mr. Jarry?
19 A     Yes.
20 Q     Is that a reply to your e-mail?
21 A     My guess is that that's just
22      something -- duplicated e-mail.  I
23      don't think anything there was -- was
24      -- was removed.  I don't think there's
25      any -- I don't think there was any

Page 77

1       content that has been removed that
2       isn't being shared.
3  Q     Okay.  Okay.  So there were --
4       independent of this e-mail string, you
5       don't recall anyone raising questions
6       about your 3:57 a.m. e-mail?
7  A     Correct.
8            REPORTER'S NOTE:  Whereupon,
             Defendant's Deposition
9            Exhibit Number 8 was marked
             for identification.
10
11
12           MR. MILLS:  Okay.  Let's
13      turn to Exhibit 8, please.
14
15      By Mr. Mills:
16 Q     Mr. Jarry, did you receive this e-mail
17      on the cc line?
18 A     Yes, I did.
19 Q     And who is David Moses?
20 A     He is a member of National Council.
21 Q     Who is Fred Mephisto?
22 A     Um, I believe he was a member of the
23      National Council at that time, if it --
24      you know, he must have been.  He's a
25      chapter head and -- who may or may not

20 (Pages 74 - 77)

Page 78

1    have been a member of the National
2    Council at that time.  I don't know.
3    He's certainly operated in that
4    function.
5  Q   And so the last e-mails we just
6    discussed were dated March 2nd, 2017;
7    correct?
8  A   If you say so.
9  Q   We could put it --
10 A   -- I apologize, but I just --
11 Q   -- we can put it back to the -- to the
12   end of Exhibit 7 is -- is Bates stamped
13   PLF0020.  And you see the date there is
14   March 2nd, 2017, the last e-mail?
15 A   Correct.
16 Q   Okay.  And so then we go to Exhibit 8,
17   and that's Bates stamped PLF00021.  So
18   it's sort of the next page, if you
19   will, in the stack of documents.
20 A   Okay.
21 Q   And this one is dated April 13th, 2017;
22   correct?
23 A   Correct.
24 Q   And so there's this gap between
25   March 2nd, 2017 and April 13th, 2017.

Page 79

1    And my question to you is:  Did you
2    have any communications about Belle
3    Plaine or the cube display between
4    March 2nd and April 13th?
5  A   It's possible -- it's very possible
6    then if nothing was -- all the e-mails
7    were shared, so it's very -- it's very
8    likely no communication -- so there was
9    no written communication.
10       I don't know if Doug and
11   I -- if Lucien and I (breaking up) but
12   all -- all the e-mails were shared.
13 Q   Do you recall conversations between
14   March 2nd and April 13th about Belle
15   Plaine or the cube display?
16 A   I have no recollection of any
17   conversations taking place at that
18   time.
19       REPORTER'S NOTE:  Whereupon,
         Defendant's Deposition
20       Exhibit Number 9 was marked
         for identification.
21
22
23       MR. MILLS:  Let's turn to
24   Exhibit 9, please.
25

Page 80

1    By Mr. Mills:
2  Q   Mr. Jarry, do you see Exhibit 9 on the
3    screen there?
4  A   Yes, I do.
5  Q   And this says it's an invoice for
6    services; correct?
7  A   Correct.
8  Q   And it's from Spectacle Films, Inc.?
9  A   Where do you see that?
10 Q   You might have to scroll to the bottom.
11 A   Oh.  I see.  Okay.
12 Q   And so is this invoice from Spectacle
13   Films, Inc.?
14 A   No.
15 Q   Who is it from?  Or what?
16 A   These -- there were fees that were
17   actually paid to -- to Lucien for --
18   for his work in overseeing the
19   development of the -- of the monument.
20 Q   And -- and so where is Lucien's name on
21   this?
22 A   I assume his name is at the top of the
23   document.
24 Q   Oh, the redaction?
25 A   Yes.

Page 81

1  Q   The redaction, okay.  And this is a
2    bill to Reason Alliance, slash, TST?
3  A   It's -- it's to Reason Alliance.
4  Q   And there's a slash, TST?
5  A   Correct; that is...
6  Q   What does that mean?
7  A   It's a reference to -- for
8    clarification of the services.
9  Q   What does -- what does TST stand for?
10 A   TST stands for The Satanic Temple.
11 Q   So this is a bill to Reason Alliance,
12   slash, The Satanic Temple?
13 A   It is a bill to Reason Alliance
14   referencing work performed for The
15   Satanic Temple.
16 Q   Okay.  Because the -- it says, "The
17   work adheres to guidelines set forth by
18   Reason Alliance and TST"; is that
19   right?
20 A   That is correct.
21 Q   Do you have an understanding of why
22   Spectacle Films, Inc. appears at the
23   bottom of this invoice?
24 A   Yes.  That would be an error.  It
25   was -- I was assisting Lucien in

21 (Pages 78 - 81)

1    drafting his -- his invoice.
2         And I must have taken an
3    existing document that must have been
4    in the footer of the document, and it
5    should have been deleted.  So it's
6    there erroneously.
7 Q   What is Spectacle Films?
8 A   Spectacle Films is an entity that I
9    own.
10 Q   So you own Spectacle Films, Inc.?
11 A   That is correct.
12 Q   Does anyone else hold ownership
13    interest in it?
14 A   No.
15 Q   And so this is a -- a business you own.
16    Does it have a relationship with either
17    Reason Alliance or The Satanic Temple?
18 A   No.
19 Q   So this invoice, you indicated, is for
20    work that Lucien Greaves performed?
21 A   That is correct.
22 Q   And the fee is $4,000?
23 A   That is correct.
24 Q   And was this $4,000 paid to him?
25 A   Yes, it was.

1 Q   And who paid it?
2 A   Reason Alliance.
3 Q   If there are no communications about
4    Belle Plaine or the cube display
5    between March 2nd and April 13th, why
6    would there be an invoice for services
7    issued during that time period?
8 A   There were no communications during
9    that time that were involved in any
10    e-mail, and any communication involving
11    Belle Plaine would have been handled
12    by -- you know, Lucien may have made
13    phone calls to -- to various parties.
14    But the totality of -- of all e-mails
15    of those was, was, you know, was
16    provided.
17 Q   So there are no e-mails during this
18    time period, but your testimony is they
19    would have all been done by telephone?
20 A   If there were any communications at
21    that time with Lucien and any -- and
22    any related parties.  And anything that
23    was done by e-mail was provided.
24 Q   But not -- no text messages have been
25    provided; correct?

1 A   No text messages have been provided
2    by -- by me; that is correct.
3         REPORTER'S NOTE:  Whereupon,
         Defendant's Deposition
4         Exhibit Number 19 was marked
         for identification.
5
6         MR. MILLS:  I want to turn
7    to Exhibit 19, please.
8         MR. KEZHAYA:  I don't have
9    19 to forward.  I don't have that one.
10         MR. MILLS:  Oh, I think we
11    e-mailed all of the exhibits.
12         MR. KEZHAYA:  You're
13    right.  You're right.  I'm finding it
14    in my e-mail now.  I'll forward this
15    along
16         MR. MILLS:  Okay.  Okay.
17    While you're doing that, I'll just...
18
19    By Mr. Mills:
20 Q   Mr. Jarry, do you see the -- Exhibit 19
21    on the screen?
22 A   I do.
23 Q   And the e-mail at the top is dated
24    April 13th, 2017 at 1:50 p.m.  Did you
25    receive this e-mail?

1 A   I did.
2 Q   And is the subject line of this e-mail
3    string, "Hello from Salem Art Gallery"?
4 A   Yes, it is.
5 Q   Is The Satanic Temple's facility in
6    Salem considered an art gallery?
7 A   The headquarters in Salem is -- offices
8    an art gallery.
9 Q   And the e-mail indicates, "We are
10    interested in showing your stuff"; is
11    that right?
12 A   (No response).
13 Q   The first line.
14 A   Yes.
15 Q   And this is an e-mail from Ash
16    Astaroth, and then you received it;
17    correct?
18 A   That is correct.
19 Q   And his e-mail included a link;
20    correct?
21 A   I see a link, yes.
22 Q   And if you turn -- we'll flip back --
23    the document at the link is attached to
24    Exhibit 19; correct?  The Patheos
25    article that was linked?

22 (Pages 82 - 85)

Page 90

1    I dealt directly with at Belle Plaine.
2  Q    And who did you deal directly with at
3        Belle Plaine?
4  A    Yeah.  I -- I -- it would be in the
5        e-mails.  I can't remember.  If you
6        showed me the e-mails, I could confirm
7        them all.  But I don't -- I don't
8        remember the people's names.
9  Q    So all your communications with anyone
10       from the City of Belle Plaine were by
11       e-mail?
12 A    That is correct.
13 Q    Did you ever have any phone calls with
14       anyone from the City of Belle Plaine?
15 A    Not to the best of my recollection.
16 Q    And when you say that, "Their behavior
17       at all times to us was beyond
18       reproach," what were you referring to?
19 A    I was referring to the level and degree
20       of professionalism of all the
21       communications I had up to that point
22       with the members of Belle Plaine
23       Council that I had been communicating
24       with.
25 Q    And those communications you

Page 91

1        referenced, those were only e-mail
2        communications; no phone calls?
3  A    To the best of my recollection.
4        REPORTER'S NOTE:  Whereupon,
         Defendant's Deposition
5        Exhibit Number 11 was marked
         for identification.
6
7        MR. MILLS:  I'd like to
8        turn to Exhibit 11, please.
9
10       By Mr. Mills:
11 Q    Mr. Jarry, did you send the e-mail at
12       the top that's dated April 17, 2017 at
13       8:10 p.m.?
14 A    Yes.
15 Q    And why did you send this e-mail?
16 A    To list the expenses that we needed
17       funds for.
18 Q    Your e-mail refers to, "Construction of
19       the Monument by Artist Adam Volpe";
20       correct?
21 A    That is correct.
22 Q    Where was the cube display constructed?
23 A    It was constructed in Adam Volpe's --
24       not factory, but, you know, his -- his
25       gallery -- not gallery -- you know,

Page 92

1        wherever he does his -- his
2        constructions.  And so I wasn't present
3        there, but -- you know, it was on his
4        grounds.
5  Q    So can we just say in Adam Volpe's work
6        space, if you will?
7  A    Sure.
8  Q    And -- and where is his work space
9        located?
10 A    It's in Massachusetts.
11 Q    Do you know where in Massachusetts?
12 A    It's not in Salem, but it's, you know,
13       maybe an hour, maybe a half hour.
14       I've never been to his --
15       his work space.  It's -- it's not far
16       from Salem, but it's not -- you know,
17       it's not -- not biking distance is my
18       understanding and recollection.
19 Q    And so your e-mail also lists
20       transporting the statue from Salem to
21       Belle Plaine; correct?
22 A    Correct.
23 Q    Why would you first move the cube
24       display to Salem before moving it to
25       Belle Plaine?

Page 93

1  A    Um, I think my understanding at the
2        time was that Volpe would be delivering
3        the statue to us upon completion, and
4        then we would be shipping it from
5        there -- the transport from there.
6        But that would just be a
7        matter of how -- how the artist would
8        work.
9  Q    Your e-mail lists installation of the
10       statue for one year; correct?
11 A    Correct.
12 Q    And when you refer to, "The statue,"
13       you're referring to the cube display?
14 A    Correct.
15 Q    So you understood that the cube display
16       might be in the park for one year, and
17       then it would have to be removed;
18       correct?
19 A    Correct.
20 Q    And does your e-mail also list removal
21       and return of the statue to Salem;
22       correct?
23 A    Correct.
24 Q    So you were already planning that the
25       cube display would have to be removed

24 (Pages 90 - 93)

Page 94

1  from the park and returned to Salem;
2  correct?
3  A   Correct.
4  Q   And who did you send this e-mail to?
5  A   Lucien.
6  Q   I want to turn to -- I think it's
7  the -- yeah, the next page of
8  Exhibit 11.  It's the page that's Bates
9  stamped PLF00034.
10       I want to direct your
11  attention to the e-mail dated April 18,
12  2017 at 2:22 p.m.  Did you send that
13  e-mail?
14  A   I did.
15  Q   And who did you send the e-mail to?
16  A   Lucien.
17  Q   And what did you mean in the e-mail
18  when you said, "TST is more than a
19  statue"?
20  A   The -- there is a faction that doesn't
21  understand that The Satanic Temple is a
22  fully developed and realized religious
23  organization and mistakes us for simply
24  erecting monuments to be provocative as
25  opposed to having a fully realized and

Page 95

1  developed sense of beliefs.
2       And so we were noting
3  that -- the designer and sculptor
4  understand and appreciate the full
5  extent of a religious nature.
6  Q   And your e-mail at 2:22 was responding
7  to an earlier e-mail from Lucien
8  Greaves; correct?
9  A   Yes.
10  Q   And looking at the line right before
11  your 2:22 p.m. e-mail, it says, "I
12  still worry about both him and the
13  fabricator knowing the full bill for
14  design and production is, like, 6K
15  whole; we are funding for tens of
16  thousands."  Do you see that there?
17  A   Yes.
18  Q   Why were you and Lucien Greaves
19  discussing his concerns that the full
20  bill for the design and production is,
21  like, $6,000, when you're fundraising
22  for tens of thousands of dollars?
23  A   It has to do with the fact that there
24  are many other expenses involved, such
25  as donated time that aren't necessarily

Page 96

1  incorporated.
2       And the concern was that,
3  because we are fundraising for more
4  than necessarily the precise
5  out-of-pocket expenses, that all of the
6  other ancillary expenses, such as
7  transportation, insurance, that the
8  fees that are taken from the
9  fundraiser, the incentives that are
10  provided to donors, all these
11  additional expenses -- publicity, PR --
12  are a function and relation of the --
13  the project and need to be fundraised
14  for.
15       And if the parties are
16  only looking at their limited expenses,
17  that it could result in some degree
18  of -- of pushback.
19  Q   What did you mean when you said,
20  "Donated time"?
21  A   I mean that Adam Volpe put in 75 hours,
22  if not more, in the construction of the
23  statue that he did not bill us for.
24       But it is donated hours
25  that he would not be able to receive,

Page 97

1  you know, for going forward on future
2  projects when you donate just some
3  hours of your time.
4  Q   So if he did -- Volpe did not bill The
5  Satanic Temple for donated time?
6  A   That is correct.
7  Q   And The Satanic Temple did not pay him
8  for donated time; correct?
9  A   That is correct.
10  Q   And how much did the insurance cost?
11  A   The insurance was, I believe, a rider
12  on our existing policy.  I don't know
13  if -- I don't know if it was covered
14  under just the blanket or whether there
15  was a supplemental charge.
16       If there was a
17  supplemental charge, it would have been
18  nominal, you know, a few hundred
19  dollars.  But I'm not -- I'm not
20  quite -- I don't quite recollect.
21       And it wasn't added to our
22  list of expense.  I guess it -- it
23  could have and should have been.  But I
24  think it was paid out of Reason
25  Alliance.

25 (Pages 94 - 97)

1    generally don't follow the -- or once
2    in a while, I might see something, but
3    typically -- typically, no.
4 Q    Did you -- did you see social media
5    postings where the cube display or
6    Belle Plaine was discussed?
7 A    It's -- it's possible, but -- but I
8    spend very, very little time.  And if I
9    had seen it, it would have been because
10    someone forwarded it to me, not because
11    I -- I was looking at our -- our
12    Twitter or Facebook feeds.
13 Q    When you say someone forwards it to
14    you, what are the mechanics of that?
15    How does that come about?
16 A    If someone were to capture something
17    and send it to me in an e-mail, that's
18    pretty much the only way I would see
19    those postings or replies to our
20    postings, if they were sent in an
21    e-mail.
22 Q    Do you recall any conversations with
23    anyone about postings on social media
24    accounts related to Belle Plaine?
25 A    I don't handle social media.  I

1    occasionally hear things about
2    responses to social media in passing,
3    if something gets a response.
4        But it's not something
5    that I -- you know, I have enough on my
6    plate.  I don't go to social media.
7 Q    I'm asking if you recall any
8    conversations about social media
9    postings about the cube display.
10 A    I have no recollection of that.
11 Q    Do you recall any social media postings
12    about Belle Plaine that you had
13    conversations about?
14 A    It's -- it's not something -- I -- I
15    don't handle social media.  I don't
16    recall any conversations about it.
17        REPORTER'S NOTE:  Whereupon,
        Defendant's Deposition
18        Exhibit Number 15 was marked
        for identification.
19
20        MR. MILLS:  I'm going to
21    turn to Exhibit 15, please.
22
23    By Mr. Mills:
24 Q    Mr. Jerry, do you see Exhibit 15
25    displayed on the screen there?

1 A    Yes, I do.
2 Q    And is the subject line of this e-mail
3    string, "Monument"?
4 A    Yes, it is.
5 Q    And is that the same cube display we've
6    been talking about today?
7 A    Yes, it is.
8 Q    What did you understand Ash Astaroth to
9    mean when his e-mail stated, "I'd like
10    to get it here ASAP while the news is
11    still hot; it will be a great
12    attraction to add"?
13 A    My understanding is that Ash was
14    imagining that the cube could be on
15    public display.
16 Q    And did you agree with him that the
17    cube display would be a great
18    attraction to add?
19 A    My intent was to get the cube to Belle
20    Plaine as soon as it could be arranged
21    without haste.
22        That was -- that was my
23    desire and intent, that, if it was on
24    display in that interim, that would be
25    fine.

1        I -- but it was -- it was
2    my intent to get it to Belle Plaine as
3    quickly as could be facilitated.
4 Q    Does The Satanic Temple charge
5    admission to view exhibits in its
6    gallery?
7 A    I would need more clarification on the
8    question.
9 Q    So The Satanic Temple has an art
10    gallery at its headquarters; correct?
11 A    That is correct.
12 Q    And I am asking:  Does it charge
13    admission to gain entry to the gallery
14    to view exhibits?
15 A    We charge admission to -- for the
16    public to enter the gallery.  And there
17    are exhibitions and other things there.
18        And it -- it is not solely
19    for the purpose of -- of exhibitions,
20    per se, it depends on how one defines
21    'exhibitions'.  Our Baphomet statue was
22    there.  And people want to religiously
23    interact with the statue.
24 Q    Do you know how much The Satanic Temple
25    charges per member of the public to

34 (Pages 130 - 133)

Page 134

1     enter the gallery?
2  A    We charge $12 for the public. Members
3     get some -- some discount,
4     card-carrying members gets a discount.
5  Q    Do you know what the discount is?
6  A    Alex would -- would know that.
7  Q    The -- there's a five o'clock e-mail
8     there on Exhibit 15. Do you see that?
9  A    Yes, I do.
10  Q    What did you understand the five
11    o'clock e-mail to mean when it says,
12    "All the more reason to put it
13    indoors"?
14  A    That, if the statue was indoors, that
15    it could be -- according to Ash, that
16    it would be better displayed indoors,
17    according to Ash, is my understanding.
18  Q    Is the five o'clock e-mail sent by Ash,
19    or to Ash?
20  A    That is the five o'clock e-mail would
21    have been sent by Lucien.
22  Q    And Lucien Greaves sent that five
23    o'clock e-mail to Ash and copied you;
24    correct?
25  A    That is correct.

Page 135

1  Q    And his e-mail also states that he was
2     ready to fetch it as early as tonight,
3     and this was July 19, 2017; correct?
4  A    That is correct.
5  Q    Do you know how -- or let me ask it
6     this way: Do you know when the cube
7     display was moved into the gallery at
8     Salem?
9  A    I don't know the specific date. I
10    oversee operations, but I'm not
11    necessarily directly involved in the
12    operations. But, obviously, it was
13    sometime after July 19th.
14  Q    Did you help move the cube display into
15    the gallery?
16  A    I did not.
17  Q    Have you viewed the cube display in the
18    gallery since it was moved there?
19  A    Yes, I have.
20  Q    When was the first time you saw it
21    there?
22  A    I don't know the exact date, but it
23    would have been sometime not long after
24    it was -- after it was brought into the
25    gallery.

Page 136

1  Q    And this is 2017, sometime after
2     July 19th?
3  A    That is correct.
4  Q    Do you know how many times you have
5     seen it in the gallery?
6  A    Since -- since July -- since whenever
7     it was first brought in?
8  Q    Yes.
9  A    If you can, clarify the question.
10  Q    Yeah. Just how many times have you
11    seen it in the gallery?
12  A    Many times.
13  Q    Do you visit the gallery often?
14  A    Yes.
15  Q    Has it been there each time you visited
16    the gallery since you first saw it
17    there?
18  A    Yes.
19          REPORTER'S NOTE: Whereupon,
           Defendant's Deposition
20         Exhibit Number 16 was marked
           for identification.
21
22
23          MR. MILLS: I'd like to
24    turn to Exhibit 16, please.
25

Page 137

1     By Mr. Mills:
2  Q    Mr. Jarry, do you see Exhibit 16 on the
3     screen there?
4  A    Yes, I do.
5  Q    Okay. This exhibit is an invoice;
6     correct?
7  A    That is correct.
8  Q    And who's the invoice from?
9  A    It's from Adam Volpe and his company,
10    Pretty Hate Machinery -- Pretty Hate
11    Machine. Sorry. Pretty Hate Machine.
12  Q    And who was the invoice sent to?
13  A    I imagine me.
14  Q    Is that your e-mail address in the,
15    "Bill to", line?
16  A    With various letters missing. But,
17    otherwise, you know, assuming --
18    assuming that there was some deletion
19    of -- of characters in the
20    transmission, it -- it would be -- you
21    know, it's -- it's going to be
22    consistent.
23          Since I provided that --
24    that the invoice was, you know, for --
25    upon request.

35 (Pages 134 - 137)

Page 154

1     FURTHER EXAMINATION
2
3     By Mr. Mills:
4  Q    Mr. Jarry, is it your understanding
5      that what you refer to as a Christian
6      monument existed in the park on
7      February 21st, 2017?
8  A    Yes; that is correct.
9  Q    What is that understanding based on?
10 A    It was based on news reports and -- and
11     communications. I believe Lucien had
12     been in touch with the -- with the
13     Freedom From Religion Foundation.
14         That would be Lucien. So
15     Lucien would have apprised me of those
16     details that it was -- that it was
17     installed.
18 Q    Did you have personal knowledge that
19     what you referred to as a Christian
20     monument existed in the park on
21     February 21st, 2017?
22 A    If you mean by, "Personal knowledge,"
23     was I physically in the park? No, I
24     was not physically in the park to
25     observe it, but based on reasonable

Page 155

1      reporting.
2  Q    Is there any possibility you're
3      mistaken about that?
4  A    I mean, one could be mistaken about
5      anything that one doesn't witness
6      directly. And one could be mistaken
7      about things were witnesses directly.
8         So it's -- you know, so
9      using best -- best knowledge, you know,
10     one relies on those -- on those to make
11     decisions and to -- based on what
12     seemed to be good knowledge, yes, I --
13     there was a high degree of certainty.
14 Q    But you didn't personally observe
15     anything in the park at any time in
16     February of 2017?
17 A    I have never been to the park.
18         MR. MILLS: Okay. I don't
19     have any further questions. Thank you.
20         MR. KEZHAYA: No follow-up
21     on my end.
22         (Whereupon, the deposition
23     terminated at 1:25 p.m.)
24
25

Page 156

1     STATE OF MINNESOTA )
2                       )  ss.
3     CROW WING COUNTY   )
4
5
6         I, Nathan D. Engen, do hereby
7     certify that the foregoing transcript in
8     the matter of THE SATANIC TEMPLE vs.
9     CITY OF BELLE PLAINE, MINNESOTA, is
10    true, correct and accurate:
11        That said transcript was prepared
12    under my direction and control from my
13    stenographic shorthand notes.
14        That I am not related to any of
15    the parties in this matter, nor am I
16    interested in the outcome of this
17    action.
18
19    Witness my hand and seal this 8th day of
20    December.
21
22
23
24                    _____
                       Nathan D. Engen
25

40 (Pages 154 - 156)

## VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

# Mills Decl. Ex. 3

Page 1

1
2
3          STATE OF MINNESOTA        DISTRICT COURT
4          CROW WING COUNTY  9TH JUDICIAL DISTRICT
5          -----------------------------------------
6
           The Satanic Temple,
7
                        Plaintiff,
8
           vs.
9
           City of Belle Plaine, Minnesota,
10
                        Defendant.
11
12         -----------------------------------------
13
14                     DEPOSITION
15
16         of LUCIEN GREAVES 30(b)(6), taken
17         pursuant to notice to take oral
18         deposition, via Zoom Videoconference, on
19         the 30th day of November, 2020, before
20         Nathan D. Engen, a notary public in and
21         for the State of Minnesota.
22
23
24
25

Page 2

APPEARANCES:

Mr. Matthew A. Kezhaya
Kezhaya Law PLC
Attorneys at Law
1202 NE McClain Rd
Bentonville, AR 72712
Appearing on behalf of the Plaintiff

Mr. Monte A. Mills
Greene Espel, PLLP
Attorneys at Law
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
Appearing on behalf of the Defendant

Page 3

INDEX

Examination:

By Mr. Mills:                5
By Mr. Kezhaya:            130

Exhibits:

23   $1,000 Payment to Volpe        63
24   $2,600 Payment to Volpe        64
25   Duplicate of Exhibit 24        66
26   Invoice for $2,600 from Volpe  67
27   Payment to Volpe               68
28   $2,000 Payment to Unknown      69
29   Duplicate of 28                73
30   $1,000 Payment to Andres       76
31   Answers to Interrogatories    110
32   Initial Disclosures           113

Page 4

1    THE VIDEOGRAPHER:  Good
2  morning.  We are now on the record.
3  Today's date is November 30th, 2020, and
4  the time is now approximately 9:05 a.m.
5    This is the video taped
6  deposition of Lucien Greaves in the
7  matter of the Satanic Temple vs. The
8  City of Belle Plaine, Minnesota.  Will
9  counsel please identify yourselves for
10  the record?
11    MR. KEZHAYA:  Matt
12  Kezhaya, TST.
13    MR. MILLS:  Monte Mills,
14  for the City.
15    THE VIDEOGRAPHER:  Will
16  the court reporter please swear the
17  witness?
18    COURT REPORTER:  If you
19  will raise your right hand for me.  Do
20  you solemnly swear that the testimony
21  you're about to give will be the truth,
22  the whole truth, and nothing but the
23  truth?
24    THE WITNESS:  I do.
25

Page 5

1    (Whereupon, the deposition
   commenced at 9:05 a.m.)
2
3    Lucien Greaves,
4
5  Called as a witness and having been
6  first duly sworn, testifies as follows:
7
8    EXAMINATION
9
10  By Mr. Mills:
11  Q   Okay.  Good morning, Mr. Greaves.
12  A   Good morning.
13  Q   During the deposition today, I'd ask
14  that you give verbal responses rather
15  than nods of the head or shaking of the
16  head.  And wait until I have finished
17  asking questions before giving a verbal
18  answer.
19  A   I understand.
20  Q   And you're here today to give testimony
21  on behalf of the Satanic Temple?
22  A   Correct.
23  Q   I just want to define some terms.  Do
24  you understand that when I say 'the
25  park', it means the Veteran's Memorial

2 (Pages 2 - 5)

1    Park located in Belle Plaine,
2    Minnesota, identified in Paragraph 27
3    of the complaint?
4  A    I understand.
5  Q    And do you understand that when I say,
6    'the permit', it means the Permit
7    Number LPF17-02 approved by the City of
8    Belle Plaine on March 29, 2017,
9    identified in Paragraph 29 of the
10    complaint and attached as Exhibit 2 to
11    the complaint?
12  A    I understand.
13  Q    And do you understand that when I say,
14    'the cube display', it means the
15    display described as a black steel cube
16    with embossed, inverted pentagrams and
17    a helmet resting on top of the cube,
18    identified in Paragraph 29 of the
19    complaint --
20  A    I understand.
21  Q    -- as described in Exhibit 2?
22  A    Yes.
23  Q    Did the Satanic Temple think a permit
24    was necessary in order to place the
25    cube display in the park?

1  A    Yes.
2  Q    Why did the Satanic Temple think a
3    permit was necessary in order to place
4    the cube display in the park?
5  A    Because the displays were formally
6    acknowledged by the City and allowed by
7    the City.
8         And they had a process by
9    which they allowed for displays in the
10    park.  Receiving the -- the permit was
11    part of that process.
12  Q    Why did the Satanic Temple want a
13    permit to place the cube display in the
14    park?
15  A    In order to be able to place the
16    display in the park.
17  Q    Who are the directors of the Satanic
18    Temple?
19  A    Myself and Malcolm Jarry.
20  Q    How many employees does the Satanic
21    Temple have?
22  A    As for regular employees, I don't
23    really think there are any.
24  Q    Was Ash Astaroth ever an employee of
25    the Satanic Temple?

1  A    Ash was an employee of the Salem Art
2    Gallery.
3  Q    Is the Salem Art Gallery affiliated
4    with the Satanic Temple?
5  A    It's the gallery contained within
6    Satanic Temple's headquarters.
7  Q    Is the Salem Art -- Art Gallery
8    incorporated?
9  A    I think the Salem Art Gallery is an
10    LLC.
11  Q    Who owns the Salem Art Gallery?
12  A    Malcolm and myself.
13  Q    Who are the directors of the Salem Art
14    Gallery?
15  A    Me and Malcolm.
16  Q    When was the Salem Art Gallery
17    established?
18  A    I don't remember.  I think 2016.
19  Q    What is the National Counsel of the
20    Satanic Temple?
21  A    It's a deliberative body we have to
22    oversee the chapters we have around the
23    world, to either approve any public
24    face events they're going to do or --
25    or not approve of them.

1  Q    Can the two directors of the Satanic
2    Temple override decisions of the
3    National Counsel?
4  A    Yes.
5  Q    What is Reason Alliance Limited?
6  A    Reason Alliance is a nonprofit we -- a
7    nonprofit we run that has the stated
8    mission of supporting the mission of
9    the Satanic Temple.
10  Q    Is the Salem Art Gallery a nonprofit?
11  A    No.
12  Q    When was the Reason Alliance Limited
13    started?
14  A    I -- I don't remember.  2016?  2017?
15    Thereabouts.
16  Q    When was the Satanic Temple started?
17  A    Satanic Temple was founded in 2013.
18  Q    Who are the directors of Reason
19    Alliance Limited?
20  A    Malcolm Jarry and I.
21  Q    So, Reason Alliance and the Satanic
22    Temple have the same directors?
23  A    Correct.
24  Q    And do the Satanic Temple and Reason
25    Alliance share the same building

3 (Pages 6 - 9)

1    headquarters?
2 A    Reason Alliance doesn't have a
3    specified headquarters.
4 Q    Where is the Satanic Temple's
5    headquarters?
6 A    64 Bridge Street in Massachusetts.
7    Salem.
8 Q    Does the Satanic Temple own the
9    building at 64 Bridge Street?
10 A    Yes.
11 Q    And how long has the Satanic Temple
12    owned that building?
13 A    I think we got that about 2016.
14        MR. KEZHAYA:  I'm going to
15    interject.  There's some feedback, at
16    least on my end.  I don't know if
17    there's anything we can do to -- to --
18    to mitigate that.
19        THE WITNESS:  Is it just
20    when I speak?
21        MR. KEZHAYA:  I'm not --
22    it's -- it's just when Monte's
23    speaking.  And I asked myself to make
24    sure it wasn't me causing it.  I think
25    maybe someone needs to turn down their

1    speaker volume.
2        THE WITNESS:  I'm not
3    hearing it.
4        REPORTER'S NOTE:  Whereupon,
        a discussion is conducted
5        off the record.
6
7    By Mr. Mills:
8 Q    The Satanic Temple owns the building at
9    64 Bridge Street; correct?
10 A    Correct.  You -- you already asked
11    since -- since what time, and I don't
12    -- I don't -- I'm not -- I'm not
13    certain.
14 Q    Does the Salem Art Gallery lease space
15    from the Satanic Temple?
16 A    No.  There's not finances -- like,
17    rental finances being exchanged between
18    the two.
19 Q    What is the -- the relationship, then,
20    between the -- the gallery and the
21    Satanic Temple?
22 A    Well, I'm not sure exactly how you
23    would characterize it.  The -- the
24    gallery is -- resides within the
25    Satanic Temple headquarters, and it's

1    where people come to visit the Satanic
2    Temple headquarters and see
3    exhibitions.
4        MR. MILLS:  I'd like to
5    turn to Exhibit 2, please.
6        THE WITNESS:  I -- you
7    know, since last time, I have actually
8    forgotten how we do this.  I'm -- I'm
9    looking at it on the screen.
10        MR. MILLS:  Yes.  We'll
11    put it up on the screen.  This is
12    Exhibit 2.
13        REPORTER'S NOTE:  Whereupon,
        a discussion is conducted
14        off the record.
15
16    By Mr. Mills:
17 Q    So, looking at Exhibit 2 -- and this
18    was also Exhibit 2 to the complaint.
19 A    Okay.
20 Q    I want to turn to Page 3 of the
21    exhibit, please.  And towards the top
22    of this permit application, there's a
23    line that says, "Applicant."  Do you
24    see that there?
25 A    Yes.

1 Q    And the applicant on this permit
2    application is listed as Reason
3    Alliance Limited; correct?
4 A    Correct.
5 Q    And below the applicant line, there's
6    an address line.  Do you see that
7    there?
8 A    Yes.
9 Q    And the address for Reason Alliance
10    Limited on this permit application is
11    listed as, "C/O the Satanic Temple, 64
12    Bridge Street, Salem, Massachusetts."
13    Do you see that?
14 A    Yes.
15 Q    Why is Reason Alliance Limited listed
16    as the applicant on the permit
17    application?
18 A    I'm not sure.
19 Q    So, on behalf of the Satanic Temple,
20    you don't know why Reason Alliance
21    Limited is listed as the applicant on
22    this permit application?
23 A    Yeah.  That's -- that's correct.
24    That's -- that's an entity we have
25    that's -- is something we use.

4 (Pages 10 - 13)

Page 14

1  Q    And when you say 'we', you're referring
2       to the Satanic Temple?
3  A    I'm referring to Malcolm and I.
4  Q    And Malcolm and you are the directors
5       of the Satanic Temple?
6  A    Correct.
7  Q    And you're also directors of Reason
8       Alliance Limited?
9  A    Correct.
10 Q    Why is the address for the applicant,
11      Reason Alliance Limited, on the permit
12      application listed as, "C/O the Satanic
13      Temple, 64 Bridge Street, Salem,
14      Massachusetts?"
15 A    Well, it's a convenient place for us to
16      get our mail.
17 Q    And when you say 'our mail', are you
18      referring to the Reason Alliance
19      Limited mail?
20 A    I'm referring to mail that's best
21      opened by Malcolm or I.
22 Q    Who regularly checks the mail?  Is it
23      you, or Malcolm?
24 A    It's both of us.
25 Q    So, you review the mail together?

Page 15

1  A    We don't necessarily review the mail
2       together, but we're -- we both go there
3       often enough and -- and look at the
4       mail individually.
5  Q    So, referring again to this permit
6       application, Exhibit 2, why was the
7       Satanic Temple not listed as the
8       applicant?
9  A    I really don't know.
10 Q    So, testifying today on behalf of the
11      Satanic Temple, you do not know why the
12      Satanic Temple is not listed as the
13      applicant on this permit application?
14 A    I also don't know why the Satanic
15      Temple would be listed as the applicant
16      as opposed to Reason Alliance.  So, it
17      really makes no -- no difference to me.
18 Q    Why does is it make no difference to
19      you?
20 A    Because Reason Alliance has the stated
21      mission of supporting projects of the
22      Satanic Temple.  It may as well be
23      Reason Alliance or the Satanic Temple.
24 Q    So, if I am understanding you, it makes
25      no difference whether the entity is

Page 16

1       Reason Alliance Limited as the
2       applicant or whether it's the Satanic
3       Temple as the applicant?
4  A    No, because we were clearly -- we were
5       clearly sending our application on
6       behalf of the Satanic Temple either
7       way.
8            MR. MILLS:  I'd like to
9       turn to Page 4 of the Exhibit 2,
10      please.
11
12      By Mr. Mills:
13 Q    Mr. Greaves, do you see at -- at the
14      top, there's what I'll call an
15      affirmation paragraph.  Do you see that
16      there?
17 A    Yes.
18 Q    And then, there's an applicant
19      signature.  Do you see that?
20 A    Yes.
21 Q    Is this permit application signed by
22      Douglas Mesner?
23 A    Correct.
24 Q    When Douglas Mesner signed the permit
25      application, did he sign on behalf of

Page 17

1       Reason Alliance Limited or the Satanic
2       Temple?
3  A    I think he signed on behalf of the
4       permit application.
5  Q    He signed on behalf of the permit?
6       That's not my question.
7            My question is, when he
8       signed the permit application, did he
9       sign the application on behalf of
10      Reason Alliance Limited or the Satanic
11      Temple.
12 A    I think he was just signing the permit
13      application without making those
14      distinctions in his mind.
15 Q    So, in his mind, there's no distinction
16      between Reason Alliance Limited or the
17      Satanic Temple?
18 A    I think there was just a permit
19      application.
20 Q    And the applicant was Reason Alliance
21      Limited; correct?
22 A    Yes, on behalf of the Satanic Temple.
23 Q    So, when Douglas Mesner signed the
24      permit application, did he sign on
25      behalf of both Reason Alliance Limited

5 (Pages 14 - 17)

Page 18

1    and the Satanic Temple?
2 A    He signed the permit application to
3    have the monument put in Belle Plaine.
4 Q    I'm just trying to figure out who he
5    signed the permit application on behalf
6    of?
7 A    I guess that depends on how you read
8    the application itself.
9 Q    Right.  And I am asking you, on behalf
10    of the -- the -- you're testifying on
11    behalf of the Satanic Temple -- what
12    your understanding is of the
13    application?
14 A    My understanding, as I sit here today,
15    looking at this now, is that the
16    signature applies for Reason Alliance
17    on behalf of the Satanic Temple.
18 Q    So, if I'm following you -- I just want
19    to make sure I'm understanding it.
20    Douglas Mesner signed the permit on
21    behalf of Reason Alliance Limited, who
22    was applying on behalf of the Satanic
23    Temple?
24 A    Correct.
25 Q    And so, when the affirmation says, "I

Page 19

1    will comply with limited public forum
2    policy," Douglas Mesner is saying that
3    on behalf of Reason Alliance Limited,
4    on behalf of the Satanic Temple?
5 A    Sure.  Yes.
6 Q    Is Douglas Mesner signing this
7    affirmation on his own behalf?
8 A    He's -- he's signing on behalf of
9    parties -- he's signing on behalf of
10    both.
11        I -- I mean, it's -- it's
12    in -- it's the document itself.  I'm
13    -- I'm not sure exactly what you're
14    looking for here.
15 Q    Okay.  In any event, let's go to the
16    first page of Exhibit 2.  The City
17    approved the application for a permit;
18    correct?
19 A    Correct.
20 Q    And the first page of Exhibit 2 is the
21    approval letter from the City; correct?
22 A    Correct.
23 Q    And this letter is addressed to a Mr.
24    Mesner; correct?
25 A    Correct.

Page 20

1 Q    And it says that, "The City of Belle
2    Plaine has approved your request for a
3    permit," and so on; is that right?
4 A    Correct.
5 Q    And the City addressed this permit
6    approval letter to Reason Alliance
7    Limited, C/O the Satanic Temple, 64
8    Bridge Street, Salem, Massachusetts;
9    correct?
10 A    Correct.
11 Q    And that address that the City used was
12    consistent with the applicant and
13    address listed in the permit
14    application; correct?
15 A    Correct.
16 Q    Is it true that...
17        MR. MILLS:  I think we're
18    finished with that exhibit for now.
19    Thanks, Katy.
20
21    By Mr. Mills:
22 Q    Is it true that the Satanic Temple
23    charges admission for entry into the
24    gallery at the headquarters?
25 A    Correct.

Page 21

1 Q    And how much does the Satanic Temple
2    charge for admission?
3 A    12 dollars per general public.  Five
4    dollars for card-carrying members of
5    the Satanic Temple.
6 Q    What is the total amount of
7    administration fees collected from
8    persons entering the gallery and
9    viewing the cube display from July 2017
10    to the present date?
11 A    Let's see... $1,600 for card-carrying
12    members.  $180,400 for all others.
13 Q    How many people paid to enter the
14    gallery from July of 2017 to the
15    present date?
16 A    Let's see... I don't have a number for
17    that.
18 Q    What documents did you review to
19    determine those dollar figures?
20 A    I didn't -- I consulted with Malcolm.
21 Q    And did he review documents to
22    determine those dollar figures?
23 A    Yes.
24 Q    Do you know what documents he consulted
25    --

6 (Pages 18 - 21)

Page 26

1    I can send you the link to this. Do
2    you want me to e-mail it to you?
3             THE WITNESS: Yeah. You
4    found it?
5             MR. KEZHAYA: Yeah. Yeah.
6             MR. MILLS: I'm not seeing
7    it yet.
8             MR. KEZHAYA: It usually
9    takes a few minutes to get across the
10   internet.
11            THE WITNESS: Okay.
12            MR. KEZHAYA: If you -- if
13   you just search the Satanic Temple
14   veteran's -- veteran's monument, it
15   will get you there.
16            THE WITNESS: I've got it
17   now. I don't know why it didn't show
18   up before.
19            Okay. Yes. Now, I've got
20   it. This is the one. We were crowd
21   funding for 19,500 dollars and ended up
22   raising $12,673.
23
24   By Mr. Mills:
25 Q   All right. And how is the fund-raising

Page 27

1    described on the document you're
2    looking at?
3  A   Just with the title of, "The Satanic
4    Temple Veteran's Monument."
5  Q   And with the -- the document you were
6    looking at previously, you said -- what
7    was that one referring to?
8  A   That was -- that was in reference to
9    our Baphomet monument for Oklahoma.
10 Q   So, that was a different fund-raising
11   effort?
12 A   Yeah. I just -- I -- I typed in -- I
13   typed in a search term that I thought
14   would only yield this Belle Plaine
15   monument. And -- and didn't realize I
16   had come up with a different one.
17 Q   And what document are you looking at
18   when you're determining these total
19   fund-raising efforts?
20 A   Looking at the site Indiegogo, which is
21   a third party fund-raising site where
22   we had done the fund-raising.
23            And they keep -- after the
24   fund-raising campaigns are closed out,
25   they still keep a -- record publicly

Page 28

1    online that shows how much you were
2    fund-raising for and how much it
3    earned.
4  Q   How do you spell -- I think you said
5    Indiegogo? Could you please spell
6    that?
7  A   I-N-D-I-E-G-O-G-O. And it's
8    Indiegogo.com.
9  Q   And did the -- the fund-raising
10   communication describe the cube
11   display?
12 A   It does.
13 Q   And what does it say about the cube
14   display?
15 A   It says, "The Satanic veteran's
16   monument, a black steel cube adorned
17   with a golden inverted pentagram and
18   adorned on the top with an empty
19   soldier's helmet is expected to be
20   installed on the park grounds within
21   the next couple of months.
22            The helmet, according to
23   the monument's designer, Chris Andres,
24   can act as a bowl where remembrances
25   and messages to the fallen may be

Page 29

1    placed in their honor."
2  Q   And when was the fund-raising campaign
3    started?
4  A   I don't see an initiation date listed
5    here for this campaign. There are
6    update dates, the first update being
7    May 31st, 2017.
8  Q   What does an update mean?
9  A   There were update messages to
10   contributors to let them know facts
11   about the campaign or how the campaign
12   is doing.
13 Q   What was the update message on May?
14   (Breaking up.)
15 A   That, "We are beginning to process
16   incentive rewards. Please check your
17   e-mail. You're expected (breaking up)
18   dog tags, as we need to know your name
19   or what name you would like displayed
20   on them. Thank you for your support."
21 Q   And -- and what does -- what does that
22   mean?
23 A   In order to help incentivize donations
24   to a project, you can offer -- offer
25   the -- you can offer incentive awards

8 (Pages 26 - 29)

1  for certain donation brackets.
2          And as part of this, one
3  of the incentives was personalized dog
4  tags to commemorate the campaign to
5  certain donors.  And that was what that
6  was in reference to.
7  Q    And how much would a donor have to
8  contribute in order to receive the
9  incentive?
10 A    150 dollars.
11 Q    And when did the -- the fund-raising
12 effort end?
13 A    Over three years ago.  Sometime in the
14 summer of 2017.
15 Q    Were there other fund-raising updates
16 similar to the one on May 31, 2017?
17 A    There were two other updates.  One on
18 May 31st and another on July 3rd.
19 Q    What was the July 3rd update?
20 A    The July 3rd update said, "Hello.
21 Thank you, everyone, for your
22 contributions.  If you are still
23 waiting on items such as dog tags, they
24 will be mailed out/arriving shortly, as
25 we have now received them from the

1  manufacturer.
2          Most should be on their
3  way now with the tracking number sent
4  to the e-mail you provided.  Again,
5  thank you very much."
6  Q    And does it indicate how much had been
7  raised by July 3, 2017?
8  A    Assuming that then, it was all closed
9  out, which I believe it was, the final
10 total listed is $12,673.
11 Q    Going to start on a new topic here.
12          What is the factual basis
13 for the allegation in Paragraph 107 of the
14 complaint that the City made a
15 clear and definite promise to Plaintiff
16 in issuing TST permit to erect a
17 display that honors veterans in a
18 limited public forum?
19 A    Well, we took the -- the permit to be
20 that promise.
21 Q    Is there anything other than the
22 permit?
23 A    I do not believe so.
24 Q    And what is the factual basis for the
25 allegation in Paragraph 110 of the

1  complaint that the City violated their
2  promise and breached their contractual
3  agreement with Plaintiff by passing the
4  decision resolution that prohibited
5  Plaintiff from installing it's display
6  in a limited public forum?
7  A    Well, I mean, we took their approval
8  and permit as a promise that we would
9  be allowed to install our display.  And
10 then, they rescinded that.
11 Q    And is it that resolution that
12 eliminated the public forum -- is that
13 what you refer to as 'the recision'?
14 A    Correct.
15          MR. MILLS:  Katy, would
16 you please pull up Exhibit 5?
17
18 By Mr. Mills:
19 Q    This Resolution 17-090 -- this is the
20 recision you were referring to?
21 A    Correct.
22 Q    And turning back to Exhibit 2 -- I want
23 to go to Page 4.  Just want to confirm
24 that, in the application, the applicant
25 agreed to comply with the Belle Plaine

1  limited public forum policy; correct?
2  A    Correct.
3  Q    And in signing this affirmation here,
4  Douglas Mesner also agreed on behalf of
5  the applicant to indemnify the City
6  against any and all claims, demands, or
7  liabilities arising from the issuance
8  of the permit; correct?
9  A    Correct.
10          MR. MILLS:  I'd like to
11 turn to Exhibit 4, please.
12
13 By Mr. Mills:
14 Q    Do you recognize this as the
15 certificate of liability insurance?
16 A    Yes.
17 Q    And on the certificate of liability
18 insurance, the Satanic Temple is not
19 listed as the insured; correct?
20 A    Correct.
21 Q    Why is Reason Alliance Limited listed
22 as the insured on the certificate of
23 liability insurance?
24 A    Because -- because Reason Alliance was
25 used on behalf of the Satanic Temple.

Page 38

1   question, right before the break.
2           COURT REPORTER: Okay.
3           REPORTER'S NOTE: Whereupon,
        the requested portion was
4       read back.
5
6   By Mr. Mills:
7 Q   Mr. Greaves, I'd like you to answer
8    that question now that the technology
9    has been resolved.
10 A   I'm sorry. Could you repeat the
11   question?
12          COURT REPORTER: Do you
13   want me to do it, Monte?
14          MR. MILLS: Please. I'd
15   appreciate that. Thank you.
16          COURT REPORTER: Yeah.
17   You bet.
18          REPORTER'S NOTE: Whereupon,
        the requested portion was
19      read back.
20          THE WITNESS: I believe it
21   is.
22          MR. MILLS: Okay.
23
24   By Mr. Mills:
25 Q   So, how much did the insurance cost?

Page 39

1 A   I believed it would be on the document
2    we looked at. It still may be. If
3    it's not, I do not know.
4 Q   Would you please review the document
5    again? Or let me ask this: Did you
6    review the document in preparation for
7    this deposition to determine whether
8    the cost is on the document?
9 A   No. I assumed it would be on the
10   document. I don't know where else it
11   would be.
12 Q   So, if you can't find it, is it not
13   part of your -- the Satanic Temple's
14   damages claim?
15 A   If I can't find it, I can't find it.
16   It might still very well be in the
17   damages claim.
18 Q   And did you prepare to answer questions
19   about the damages claim in anticipation
20   of this deposition?
21 A   Yes. Again, I thought the amount was
22   on that document.
23 Q   Have you reviewed the document to
24   determine whether or not the amount --
25          MR. KEZHAYA: -- you want

Page 40

1    to move on? Or we're shutting this
2    down. I'm sick of hearing the same
3    questions and answers over and over
4    again.
5           MR. MILLS: Well, it's
6    obvious this witness wasn't prepared to
7    answer questions.
8           MR. KEZHAYA: Yeah? Well,
9    your cost question wasn't specifically
10   a line item from 30(b)(6). You can
11   take it up with the judge, or you can
12   raise different issues, but I'm sick of
13   hearing the same loop.
14          MR. MILLS: Damages were
15   absolutely on 30(b)(6).
16          MR. KEZHAYA: Yeah. Well,
17   let me -- let me just cut to the chase
18   here. We're not claiming insurance as
19   damages. So, let's just keep it
20   rolling.
21          MR. MILLS: And you know
22   what? If I would have received that
23   simple answer from your witness, or you
24   could have interjected at any time, we
25   could have shortened this up, couldn't

Page 41

1    we?
2           MR. KEZHAYA: We could
3    have.
4           MR. MILLS: Thank you. I
5    appreciate that. Let's move to Exhibit
6    5, please.
7
8   By Mr. Mills:
9 Q   And on Page 2 of Exhibit 5, I wanted to
10   confirm that the City of Belle Plaine
11   provided a check in the amount of 100
12   dollars to totally reimburse the permit
13   application fee; correct?
14 A   Correct.
15          MR. MILLS: I'd like to
16   turn to Exhibit 14, please.
17          THE WITNESS: We -- we
18   never deposited that check.
19
20   By Mr. Mills:
21 Q   But the City of Belle Plaine provided
22   the check?
23 A   Sure, but we didn't agree that it
24   compensated anything. So, we didn't
25   deposit it.

11 (Pages 38 - 41)

1 Q    What was the Satanic Temple's
2    understanding of the statement, "We'd
3    like to commission constructions of the
4    veteran's memorial, regardless of
5    whichever way the Minnesota vote goes"?
6 A    I believe we needed to begin
7    construction on the assumption that
8    they were not going to vote to shut
9    down the forum, because if we were
10    assuming that they would, we would not
11    have the monument in a timely manner to
12    install it when it was -- when it was
13    necessary.
14 Q    This e-mail is dated February 21, 2017.
15    Had the limited public forum been
16    established?
17 A    Yes.
18 Q    When was it established?
19 A    I -- I do not recall.
20 Q    When this e-mail was sent, did the
21    Satanic Temple know whether or not the
22    limited public forum had been
23    established?
24 A    My understanding is that there was a
25    limited public forum, because we did

1    not begin discussion about creating a
2    monument until they had created a
3    limited public forum.
4        MR. MILLS:  Let's click to
5    Exhibit 1, please.
6
7    By Mr. Mills:
8 Q    Do you see the -- Exhibit 1 is the
9    Resolution Number 17-020?
10 A    Correct.
11 Q    And this is the resolution establishing
12    of policy regarding a limited public
13    forum in the park?
14 A    Correct.
15 Q    And if you turn to the third page of
16    this, do you see it was passed on
17    February 21, 2017?
18 A    Yes.  Now I am seeing that.  Yes, I see
19    that.
20 Q    So, going back to the e-mail, Exhibit
21    6, then this e-mail was sent on
22    February 21, 2017.
23        Did the Satanic Temple
24    know which way the Minnesota vote had
25    gone on the limited public forum

1    policy?
2 A    I -- I don't recall waiting for a vote
3    upon the establishment of a limited
4    public forum.
5        My recollection is that we
6    began discussions after limited public
7    forum is -- was established.
8 Q    Yet this e-mail says, "Regardless of
9    whichever way the Minnesota vote goes."
10    Do you see that?
11 A    Correct.
12 Q    And so, it -- the Satanic Temple was
13    interested in commissioning
14    construction of the cube display
15    regardless of how the vote went on
16    establishing limited public forum?
17 A    My recollection is that the -- the
18    limited public forum was established
19    before we began talks about the -- the
20    construction of the monument.
21 Q    Do you know whether the Satanic Temple
22    knew how the Minnesota vote had turned
23    out when this e-mail was sent on
24    February 21, 2017?
25 A    No.  I do not recall the specifics of

1    these e-mails.
2 Q    But this e-mail is sent to Chris
3    Andres; correct?
4 A    Correct.
5 Q    And what is his role?
6 A    He would be the artist who created the
7    design of the -- of the memorial.
8 Q    And here, you have the Satanic Temple
9    asking to commission construction of
10    the memorial, regardless of whichever
11    way the Minnesota vote goes; correct?
12 A    Yes.  But Chris Andres would not be
13    constructing the memorial anyways.  So,
14    what we would really be asking for is a
15    -- is a design.
16 Q    Why was the Satanic Temple interested
17    in commissioning construction of the
18    cube display regardless of how the city
19    council's vote turned out on February
20    21, 2017?
21 A    Well, I believe we were up against a --
22    a timeline in which we could only
23    assume that the limited public forum
24    would be operative, or we would miss
25    our opportunity to create our monument.

Page 54

1            MR. MILLS:  I want to turn
2   to the second page of this exhibit,
3   Exhibit 6.
4
5   By Mr. Mills:
6 Q   Do you see the e-mail dated February
7   22nd, 2017 at 12:46 p.m.?
8 A   Yes.
9 Q   Is this from one director of the
10   Satanic Temple to another director of
11   the Satanic Temple?
12 A   It appears to be.  The second name is
13   redacted.
14 Q   What was the Satanic Temple's
15   understanding of the statement, "I
16   thought you just wanted to make
17   miniatures"?
18 A   For some reason, Malcolm apparently
19   thought we were going to make
20   miniatures of this monument.  I don't
21   believe that we ever were, but we never
22   did.
23 Q   And at 12:52 p.m., the response says,
24   "Maybe.  Let's see what his estimate
25   is."  Do you see that there?

Page 55

1 A   Correct.
2 Q   And at the time of these e-mails, the
3   Satanic Temple did not yet know the
4   results of the February 21, 2017
5   meeting of the city council of Belle
6   Plaine; correct?
7 A   Well, let me point out that when it
8   says, "Maybe.  Let's see what the
9   estimate is."  I think that's clearly
10   in regards to the prior comment about
11   the building of the statue itself going
12   to be thousands of dollars.
13         And I believe that if
14   there was a vote on February 21st, that
15   we would have known the results of it
16   by the 22nd.
17 Q   Well, let's look at that e-mail dated
18   12:52, or time-stamped 12:52 p.m. on
19   February 22nd, 2017.  Do you see that
20   there?
21 A   Yes.
22 Q   Does the e-mail say, "Still don't know
23   the (breaking up).
24         REPORTER'S NOTE:  Whereupon,
          a discussion is conducted
25          off the record.

Page 56

1   By Mr. Mills:
2 Q   This e-mail dated 12:52 p.m. on
3   February 22nd, 2017 says, "Still don't
4   know the results of last night's
5   meeting in Belle Plaine."  Correct?
6 A   Correct.  I see that now.
7 Q   So, at this time, the Satanic Temple
8   did not know the results of the
9   February 21st, 2017 meeting in the City
10   of Belle Plaine; correct?
11 A   Apparently so.  So, we were going ahead
12   and getting estimates.
13         MR. MILLS:  I'd like to
14   turn to Exhibit 9, please.
15
16   By Mr. Mills:
17 Q   Exhibit 9 is a document, Bates number
18   PLF000124.  Do you see the document on
19   the screen there?
20 A   I do.
21 Q   And at the bottom, it says, "From
22   Spectacle Films, Inc."  Is that
23   correct?
24 A   Correct.
25 Q   What is the Satanic Temple's

Page 57

1   relationship with Spectacle Films,
2   Inc.?
3 A   That's an entity that belongs to
4   Malcolm Jarry.
5 Q   Does the Satanic Temple have a
6   relationship with Spectacle Films?
7 A   No.
8 Q   Why is this invoice sent to Reason
9   Alliance slash TST?
10 A   It was a fee for services.
11 Q   And what are the services?
12 A   The services related to the
13   facilitation of construction of the
14   veteran's memorial monument.
15 Q   And who did the work that's set forth
16   in this invoice?
17 A   I believe that was me.
18 Q   So, Lucien Greaves did the -- the work
19   itemizing this invoice?
20 A   Correct.  Yeah.
21 Q   And this invoice is dated April 2,
22   2017?
23 A   Yes.
24 Q   What is the hourly rate for those
25   services?

15 (Pages 54 - 57)

Page 62

1     mild steel?
2  A    Correct.
3  Q    And did he have another estimate for
4     AR500 steel?
5  A    Correct.
6  Q    And what was that estimate?
7  A    Roughly $3,500.
8  Q    And...
9            MR. MILLS:  Turning to
10    Page 2 of Exhibit 10, please.
11
12    By Mr. Mills:
13 Q    Does the Satanic Temple understand that
14    this provides specs for the cube
15    display?
16 A    Correct.
17 Q    And those specs include plate steel,
18    aluminum black in color with an
19    irregular textured surface?
20 A    Correct.
21 Q    And it mentions a military helmet cast
22    in steel aluminum?
23 A    That is correct.
24 Q    And it says, "Each side needs an etched
25    inverted pentagram"?

Page 63

1  A    Correct.
2  Q    And at the bottom of this e-mail, it
3     says, "We expect it to be a vandal
4     target."  Do you see that there?
5  A    Yes.
6  Q    Why did the Satanic Temple expect it to
7     be a vandal target?
8  A    Because it was no doubt going to be
9     controversial, and it was going to be
10    out on public grounds.
11 Q    Looking at this list of specs for the
12    cube display, it does not mention any
13    plaque to honor veterans, does it?
14 A    It does not.
15          MR. MILLS:  If you turn to
16    Exhibit 23, please.
17          REPORTER'S NOTE:  Whereupon,
             Deposition Exhibit Number 23
18           was marked for
             identification.
19
20    By Mr. Mills:
21 Q    Showing you Exhibit 23 on the screen.
22    It's Bates number PLF000008.  Do you
23    see this document?
24 A    Yes.
25 Q    What is the Satanic Temple's

Page 64

1     understanding of this document?
2  A    That it was a payment of 1,000 dollars
3     to Adam Volpe.
4  Q    And who was the -- Adam Volpe?
5  A    I'm not sure of the proper term.
6     Fabricator?  Steelworker?
7  Q    He was the one who constructed the cube
8     display?
9  A    Correct.
10          MR. MILLS:  Go to Exhibit
11    24, please.  I'm sorry.  I forgot.
12
13    By Mr. Mills:
14 Q    On 23, was -- did the Satanic Temple
15    pay that thousand dollars to Adam
16    Volpe?
17 A    This -- this document doesn't specify,
18    but I -- I assume so.
19          MR. MILLS:  Turn to
20    Exhibit 24, please.
21          REPORTER'S NOTE:  Whereupon,
             Deposition Exhibit Number 24
22           was marked for
             identification.
23
24    By Mr. Mills:
25 Q    What is the Satanic Temple's

Page 65

1     understanding of this Exhibit 24?
2  A    That this was also a payment to Adam
3     Volpe for his work on construction of
4     the monument.
5  Q    And when you say 'the monument', is
6     that the cube display we've been
7     talking about today?
8  A    Correct.
9  Q    So, when -- when it -- this document
10    says -- in the middle there, it says,
11    "Baphometic bowl of wisdom monument,"
12    does that refer to the cube display?
13 A    Correct.
14 Q    And who paid the 2,600 dollars to Adam
15    Volpe?
16 A    The document does not specify, but that
17    was for his services rendered in
18    creating the monument for the Satanic
19    Temple.
20 Q    And this transaction is dated July 21,
21    2017; is that correct?
22 A    Correct.  Yes.
23 Q    Does the Satanic Temple know whether it
24    paid the 2,600 dollars to Adam Volpe?
25 A    It is my understanding that the Satanic

17 (Pages 62 - 65)

1 Temple did.
2  MR. MILLS: Let's turn to
3 Exhibit 25, please.
4  REPORTER'S NOTE: Whereupon,
  Deposition Exhibit Number 25
5  was marked for
  identification.

6

7 By Mr. Mills:
8 Q  And -- and -- maybe there's a way to --
9 if you can look at both of these,
10 Exhibit 25 and 24. My question is, are
11 these duplicates of the same document?
12 A  So, there's this one for $2,600. And
13 then, I guess -- let's go to the other
14 one. As I'm sitting here now, it
15 appears that way.
16 Q  Does it appear that they both have the
17 same transaction ID number in the upper
18 right-hand corner? Do you see that?
19 A  I see -- I see this one. What's the
20 other one? Yeah. Okay. Yes.
21 Q  So, Exhibit 24 and Exhibit 25 are --
22 are are duplicates?
23 A  They appear to represent the same
24 payment.
25  MR. MILLS: Turn to

1 Exhibit 26, please.
2  REPORTER'S NOTE: Whereupon,
  Deposition Exhibit Number 26
3  was marked for
  identification.

4

5 By Mr. Mills:
6 Q  What is the Satanic Temple's
7 understanding of this document?
8 A  That this was the invoice Adam Volpe
9 sent for receipt of that 2,600 dollars.
10 Q  And turning to the second page of this
11 Exhibit 26, do you see the -- the note
12 from Adam Volpe at the top?
13 A  Yes.
14 Q  What does the note say?
15 A  It says, "Hello. The original price
16 was 3,500 dollars. I have added 100
17 dollars for the plaque recreation with
18 updated language.
19  You have already prepaid
20 1,000 dollars up front. So, that
21 leaves a balance of 2,600 dollars.
22 Hope that makes sense. Thanks, Adam."
23 Q  And is this note referring to the cube
24 display?
25 A  Correct.

1 Q  What is the Satanic Temple's
2 understanding of the -- the note
3 referring to adding the 100 dollars for
4 the plaque recreation with updated
5 language?
6 A  I do not recall what would have been
7 meant by 'recreation', and I'm vaguely
8 aware of updated language. I -- I
9 remember there was discussion about
10 what exactly the language should be on
11 the plaque that would be placed on the
12 monument.
13  But the 100 dollars is for
14 that plaque on the display dedicating
15 it to Belle Plaine's veterans.
16 Q  And that -- that 100 dollar addition,
17 was that because the original specs for
18 the cube display did not include it?
19 A  I just believe that the -- the plaque
20 was a separate item.
21  MR. MILLS: Let's turn to
22 Exhibit 27, please.
23  REPORTER'S NOTE: Whereupon,
  Deposition Exhibit Number 27
24  was marked for
  identification.
25

1 By Mr. Mills:
2 Q  Exhibit 27 -- it's a two-page exhibit.
3 The first page is Bates number
4 PLF000115. What is the Satanic
5 Temple's understanding of this
6 document?
7 A  That this is also regarding the payment
8 -- Adam Volpe for the creation -- or
9 the completion of the display.
10 Q  Do you see in the 'to' line, there's an
11 e-mail address. That's
12 info@TheSatanicTemple.com. Do you see
13 that there?
14 A  Yes.
15 Q  And who controls that e-mail address?
16 A  Primarily Malcolm. I -- I can access
17 it, but generally, he's the one who
18 checks it.
19 Q  Does this document explain who paid the
20 2,600 dollars to Adam Volpe?
21 A  Yeah. The Satanic Temple.
22  MR. MILLS: Turn to
23 Exhibit 28, please.
24  REPORTER'S NOTE: Whereupon,
  Deposition Exhibit Number 28
25  was marked for
  identification.

18 (Pages 66 - 69)

1          Maybe you could look at
2     them both at the same time.  Or we can
3     -- I don't know if we could put them on
4     the screen back and forth.  There's
5     Exhibit 28 on the screen right now.
6  A     The transaction ID is cut off.  But I'm
7     not sure if it's the same.  It could
8     be.  Okay.  Okay.  Those are the same
9     transaction IDs.  These are the same
10    document.
11  Q   I think we just flipped to 29 now.  I
12    think that was 28 you're looking at.
13    Now it's 21.
14  A     Okay.  Okay.  Okay.  So, those are two
15    separate payments for 2,000 dollars.
16  Q   So, Exhibit 29 is not a duplicate of
17    Exhibit 28?
18  A   Correct.
19  Q   What is the Satanic Temple's
20    understanding of this transaction?
21  A   It -- that it's another 2,000 dollar
22    payment.
23  Q   And who paid the 2,000 dollars?
24  A   The Satanic Temple.
25  Q   And who was the 2,000 dollar payment

1     sent to?
2  A   I'm assuming it would be to Chris
3     Andres, because -- because Chris Andres
4     was paid a total of 4,000 dollars.
5  Q   And the Satanic Temple also paid 4,000
6     dollars to Lucien Greaves?
7  A   I -- I don't believe it did.
8          MR. MILLS:  If we could
9     turn back to Exhibit 9, please?
10
11    By Mr. Mills:
12  Q   I understood the Satanic Temple paid
13    Lucien Greaves 4,000 dollars when we
14    discussed this document.  Did I
15    misunderstand your testimony about
16    that?
17  A   I believe that was paid to the name of
18    Doug Mesner.
19  Q   So, the Exhibit 9 -- the 4,000 dollar
20    fee for services -- I just want to make
21    sure we're clear on this.  The Satanic
22    Temple paid that to Doug Mesner?
23  A   I'm not sure.  It doesn't matter either
24    way.  It was -- it was a 4,000 dollar
25    payment to -- to me.

1  Q   And then, when we were looking at
2     Exhibit 28 and 29, you testified that
3     -- I want to make sure I'm clear on
4     your testimony.  The Satanic Temple
5     paid 4,000 dollars to Chris Andres?
6  A   Correct.
7  Q   And that's what these invoices reflect?
8  A   I assume so, because I don't know what
9     else they would be for, given the
10    associated costs.
11  Q   Did the Satanic Temple make two
12    separate 4,000 dollar payments to each,
13    Chris Andres and Doug Mesner?
14  A   It appears there was one 4,000 dollar
15    payment to Doug Mesner and two 2,000
16    dollar payments to, most likely, Chris
17    Andres.
18  Q   Is Chris Andres a different person than
19    Doug Mesner?
20  A   Yes.
21          MR. MILLS:  Let's turn to
22    page -- or exhibit -- sorry.  Exhibit
23    30, please.
24          REPORTER'S NOTE:  Whereupon,
          Deposition Exhibit Number 30
25          was marked for
          identification.

1     By Mr. Mills:
2  Q   This is a two-page exhibit, Bates
3     number PLF000129-130.  What is the
4     Satanic Temple's understanding of this
5     document?
6  A   That it was a 1,000 dollar payment for
7     the design fee paid to Chris Andres.
8  Q   And in this, how much -- is this a
9     separate request for money than the
10    documents -- than the payment
11    transaction documents we were just
12    looking at?
13  A   I -- I don't know.  It's a -- it's --
14    it's a request.  So, that might not
15    have been -- that -- that might not be
16    what the payment was.
17  Q   I want to make sure I understood.  You
18    previously testified that the Satanic
19    Temple paid a total of 4,000 dollars to
20    Chris Andres for the cube display at
21    this time?
22  A   Correct.
23  Q   And it didn't pay any more than that
24    4,000 dollars?
25  A   My understanding is that we paid a

Page 90

1 the Satanic Temple claims to have
2 suffered and incurred, and for which it
3 seeks recovery in this matter?
4 A    Yes.  If you have questions about
5 specific damages, I'm happy to answer
6 them.
7 Q    Great.  My specific question is, what
8 is the total amount of damages that the
9 Satanic Temple claims in this lawsuit?
10 A    I -- I don't -- I -- and as I've
11 answered repeatedly, I don't have that
12 number before me.  But I believe it's
13 in the complaint we have.  I don't see
14 how it could not be.
15 Q    It doesn't appear that you're prepared
16 to testify to the total amount of
17 damages the Satanic Temple claims in
18 this lawsuit.
19 A    Okay.
20 Q    I think we have a problem here.  We may
21 have to come back to this,
22 unfortunately.
23        If you're not ready to
24 testify about anything, I guess I'll
25 move on to a different topic.  But it's

Page 91

1 clear that you're unprepared to testify
2 to damages.  That's unfortunate.
3        MR. MILLS:  Let's move on
4 to Exhibit 10.  Now, I want to turn to
5 Page 12 of Exhibit 10, please.
6
7 By Mr. Mills:
8 Q    And that's Bates numbered document Page
9 PLF00033.  Do you see that on the
10 screen?
11 A    Yes.
12 Q    And there's an e-mail dated April 17th,
13 2017 at 8:10 p.m. at the top.
14 A    Correct.
15 Q    And did a director of the Satanic
16 Temple send that e-mail dated April
17 17th, 2017?
18 A    Yes.
19 Q    This e-mail refers to what we need
20 funds for; correct?
21 A    Correct.
22 Q    And it refers to design of the monument
23 by artist Chris Andres?
24 A    Correct.
25 Q    And it refers to construction of the

Page 92

1 monument by artist Adam Volpe; correct?
2 A    Correct.
3 Q    And it refers to transporting the
4 statue from Salem to Belle Plaine?
5 A    Correct.
6 Q    And it lists installation of the statue
7 for one year; correct?
8 A    Correct.
9 Q    And it lists removal and return of the
10 statue to Salem; correct?
11 A    Correct.
12 Q    It lists liability and property
13 insurance?
14 A    Correct.
15 Q    And administrative expenses?
16 A    Correct.
17 Q    There's no mention of work by Doug
18 Mesner in this e-mail, is there?
19 A    I believe that would fall under
20 administration expenses.
21 Q    Okay.  So, based on the e-mail
22 statement installation of the statue
23 for one year, did the Satanic Temple
24 understand that, at most, the cube
25 display might be in Belle Plaine's park

Page 93

1 for one year, and then it would have to
2 be removed?
3 A    We understood.  I believe, at the time,
4 we felt that the monument would be
5 there for a minimum of one year.
6 Q    And the e-mail lists removal and return
7 of the statue to Salem; correct?
8 A    Correct.
9 Q    So, after installation for one year,
10 the Satanic Temple was planning that
11 the cube display would have to be
12 removed from Belle Plaine's park and
13 returned to Salem; correct?
14 A    Well, that was a plausible outcome
15 after a year.
16 Q    And this e-mail is dated April 17,
17 2017?
18 A    Correct.
19 Q    And that April 2017 date is after the
20 City had approved the permit on March
21 29, 2017; correct?
22 A    Correct.
23        THE WITNESS:  Guys, can I
24 take a bathroom break?  I'm sorry.  I
25 didn't get one when I got a new device.

24 (Pages 90 - 93)

Page 94

1      MR. MILLS: Yeah. Why
2 don't we just break early for lunch and
3 come back at 12:30?
4      THE WITNESS: 12:30?
5 Wait. What -- what time -- where you
6 are we at now?
7      REPORTER'S NOTE: Whereupon, a
      discussion is conducted off
8      the record.
9      MR. MILLS: So, we come
10 back in an hour, basically?
11      THE WITNESS: Okay.
12      MR. MILLS: Let's say --
13 let's say come back in 50 minutes at
14 12:30. Does that work for everyone?
15 Or do you need a full hour?
16      COURT REPORTER: That's
17 good for me.
18      MR. KEZHAYA: I don't -- I
19 don't need a full hour. Just -- just
20 making sure that we're on the same
21 page.
22      MR. MILLS: Okay. Let's
23 come back at 12:30.
24      THE VIDEOGRAPHER: The
25 time is 11:39 a.m. We're going off the

Page 95

1 video record.
2      REPORTER'S NOTE: Whereupon,
      a short recess is taken.
3
4      THE VIDEOGRAPHER: Time is
5 now 12:31 p.m. We're back on the video
6 record.
7      MR. KEZHAYA: Actually,
8 just give me just a second. I have a
9 development on another case that we
10 looked at. If we don't mind, it will
11 take me just a short moment.
12      THE VIDEOGRAPHER: Sure.
13 The time is 12:31 p.m. We're going off
14 the video record.
15      REPORTER'S NOTE: Whereupon, a
      discussion is conducted off
16      the record.
17      MR. KEZHAYA: Okay. I beg
18 y'all's pardon. That was a -- Lucien,
19 there is an update in the Arkansas case
20 that we'll talk about pretty soon here,
21 too. Nothing substantive.
22      THE VIDEOGRAPHER: Okay.
23 Stand by. The time is now 12:32 p.m.
24 We're back on the video record.
25

Page 96

1 By Mr. Mills:
2 Q   Did the directors of the Satanic Temple
3   ever discuss concerns about the cost of
4   the cube display being 6,000 dollars
5   while the fund-raising asked for tens
6   of thousands of dollars?
7 A   Yes. I recall that in correspondence.
8 Q   And what did they discuss?
9 A   There were discussions as to what was
10   the reasonable amount of fund-raising,
11   given the cost.
12      REPORTER'S NOTE: Whereupon,
      a discussion is conducted
13      off the record.
14      MR. MILLS: Okay. Before
15 the -- the quick break there -- are we
16 back on the record?
17      COURT REPORTER: Yes.
18      MR. MILLS: Okay.
19
20 By Mr. Mills:
21 Q   We were talking about the cost of this
22   -- constructing the cube display --
23   concerns that it was less than the --
24   the fund-raising, and I asked, how were
25   those concerns resolved?

Page 97

1 A   They were resolved by us fund-raising
2   for the amount that we ended up
3   fund-raising for on Indiegogo.
4 Q   Has the Satanic Temple used the cube
5   display to do general fund-raising?
6 A   Could you -- could you specify?
7 Q   Has the Satanic Temple relied on the
8   cube display to do other fund-raising
9   besides the -- what do you call --
10   Indiegogo fund-raising?
11 A   No.
12      MR. MILLS: Let's turn to
13 Exhibit 7, please. And I'd like to
14 turn to Page 3 of Exhibit 7, please.
15 It's Bates number Document PLF00017.
16
17 By Mr. Mills:
18 Q   Do you see the e-mail at the top of the
19   page?
20 A   One moment. Yes.
21 Q   Did a director of the Satanic Temple
22   send the e-mail at 6:03 p.m. on March
23   1st --
24 A   Correct.
25 Q   -- 2017? And did the Satanic Temple

25 (Pages 94 - 97)

Page 98

1  understand that, "Monuments are not
2  donated to the City, but are owned by
3  the entity erecting them.
4           They are only up for one
5  year.  And a request can be made for
6  they all be taken down, in which case,
7  we have 10 days to remove it."
8  A    Yes.
9  Q    And this e-mail was sent on March 1,
10 2017?
11 A    Correct.
12 Q    And that e-mail was sent before the
13 City had approved the permit on March
14 29, 2017; correct?
15 A    Correct.
16 Q    And so, this e-mail would have been
17 based on the limited public forum
18 policy, not the permit; correct?
19 A    Correct.
20           MR. MILLS:  Turn to
21 Exhibit 13, please.  This is Exhibit
22 13.  It's Bates number PLF000102.
23
24 By Mr. Mills:
25 Q    Do you see this Exhibit 13 on the

Page 99

1  screen?
2  A    Yes.
3  Q    Did the Satanic Temple's directors
4  receive the e-mail dated June 23, 2017
5  at 4:19 p.m.?
6  A    At -- at least one director did.
7  Q    Do you have any reason to doubt both
8  directors received it?
9  A    I do not.
10 Q    Did Ash Astaroth forward to the Satanic
11 Temple's directors e-mails he had
12 exchanged with Adam Volpe?
13 A    I -- I -- I believe so.
14 Q    Does this e-mail string indicate that
15 the cube display was finished as of
16 June 23, 2017?
17 A    Yes.
18 Q    Where was the cube display located at
19 this time?
20 A    It was with Adam Volpe, wherever he
21 constructed it.
22 Q    Do you know where he constructed it?
23 A    Somewhere in Massachusetts.
24 Q    Was it in Salem?
25 A    I don't think it's in Salem.  I think

Page 100

1  it's outside of Salem.
2  Q    Looking at the e-mail sort of in the
3  lower middle part of the page, at 1:42
4  p.m. -- my question is, what was the
5  Satanic Temple's understanding of the
6  statement, "We may also want to show it
7  here temporarily"?
8  A    I -- I don't see the -- I -- I don't
9  think I'm seeing the same thing.
10 Q    Oh, okay.  I see that now.  I thought
11 it's -- sorry.  The 1:42 e-mail.  Do
12 you see where I'm --
13 A    -- correct.  We were going to hold it
14 at our Salem location until taking it
15 to Belle Plaine.
16 Q    And that would include showing it as an
17 exhibit?
18 A    That -- that would necessitate us
19 having it in an area of the house where
20 it would be -- where it would be
21 publicly viewable by people coming in
22 to the exhibits.
23 Q    And that's what it means by 'show it
24 here'?
25 A    Correct.

Page 101

1  Q    And lower -- down further on the bottom
2  of the page, there's a 7:08 p.m.
3  e-mail.  Is that from a director of the
4  Satanic Temple?
5  A    The 7:08 p.m. e-mail?
6  Q    Yes.
7  A    Correct.  Yes.
8  Q    And so, as of June 23, 2017, was the
9  Satanic Temple planning to take the
10 cube display to the Salem Gallery for
11 an exhibition before taking it to Belle
12 Plaine?
13 A    The plan was to hold it at the Salem
14 property and then take it to Belle
15 Plaine.  Yes.
16 Q    Do you know for how long the Satanic
17 Temple planned to show the cube display
18 in the -- the gallery?
19 A    No.  The intention was to have it held
20 at the gallery up and to the point
21 where we were able to take it to Belle
22 Plaine.
23           I remember us trying to
24 work with the officials in Belle Plaine
25 to set up a time and date in which we

26 (Pages 98 - 101)

Page 102

1     could install the monument onto the
2     park grounds.
3             MR. MILLS:  I'd like to
4     turn to Exhibit 21, please.
5
6     By Mr. Mills:
7  Q   I want to look at the e-mail toward the
8     bottom of the Exhibit 21.  It's time
9     stamped 12:29 p.m. on July 11th, 2017.
10    Do you see that?
11 A   Yes.
12 Q   A director of the Satanic Temple sent
13    the e-mail dated July 11th, 2017?
14 A   Correct.
15 Q   And the -- the director's e-mail says,
16    "You can install the statue any day
17    from August 7 to August 13"; correct?
18 A   Correct.
19 Q   So, by July 11, 2017, the Satanic
20    Temple was not planning to place the
21    cube display in Belle Plaine's park
22    until sometime in August 7 through 13;
23    correct?
24 A   Correct.
25 Q   Was that timeframe to allow the Satanic

Page 103

1     Temple to show the cube display in the
2     Salem Gallery before moving it on?
3  A   No.  That was time for us to plan
4     actually driving the display across
5     country.
6  Q   How long did you anticipate it would
7     take you to drive the display across
8     country?
9  A   I -- I don't recall how many how many
10    -- how many hours that trip was
11    supposed to be.
12 Q   Would it take a month?
13 A   Well, it might take a month to clear
14    our schedules and organize that type of
15    cross country trip.
16            MR. MILLS:  Let's go to
17    Exhibit 22, please.
18
19    By Mr. Mills:
20 Q   Is the subject line of this e-mail
21    string, "Memorial to Salem"?
22 A   Correct.
23 Q   And that reference to memorial -- is
24    that the same cube display we've been
25    talking about today?

Page 104

1  A   Correct.
2  Q   These -- the e-mails sent at 1:00 p.m.
3     and 2:57 p.m. on July 15th, 2017 blind
4     copy a director of the Satanic Temple;
5     correct?
6  A   Correct.
7  Q   And when the e-mail says, "I was
8     wondering what you would need to get it
9     to Salem for a bit before we sent it to
10    Belle Plaine," what did the Satanic
11    Temple understand that to mean?
12 A   Well, the -- the memorial was going to
13    come from Salem to Belle Plaine.  And
14    we were getting it to Salem, and then
15    we were going to take it to Belle
16    Plaine.
17 Q   And when the e-mail says, "I think we'd
18    like to have it here and show it until
19    we send it," what did the Satanic
20    Temple understand that to mean?
21 A   That it would reside within the
22    gallery.
23 Q   And it would be shown in the gallery?
24 A   Yeah.  It would be -- it would be
25    visible to the people coming to the

Page 105

1     gallery; correct.
2  Q   And that's what it means by 'show it'?
3  A   Correct.
4  Q   So, it would be treated like an exhibit
5     while it's there?
6  A   Correct.
7  Q   An e-mail at -- at one o'clock p.m. on
8     July 15th, 2017 refers to the plaque
9     for folks who donated.  Do you see that
10    there?
11 A   Yes.
12 Q   What is the Satanic Temple's
13    understanding of the plaque for folks
14    -- folks who donated?
15 A   I think the -- I did not understand
16    that.  The only plaque I know of is the
17    plaque that was on the memorial that
18    I don't -- I don't know what's meant by
19    'plaque for folks who donated'.
20 Q   So, is there no plaque for folks who
21    donated in existence?
22 A   Not that -- not that I'm aware of.  But
23    I'm -- I'm not sure what is meant by
24    'plaque for the folks who donated'.  I
25    -- I have to believe that he's -- he's

27 (Pages 102 - 105)

Page 114

1  A    Correct.
2  Q    And scrolling down, if we could, it
3    also lists Malcolm Jarry?
4  A    Correct.
5  Q    And gives an e-mail address
6    satanictempleorg@gmail.com
7  A    Yes.
8         MR. MILLS:  I'm going to
9    mark another exhibit.  Exhibit 32.
10        REPORTER'S NOTE:  Whereupon,
         Plaintiff's Deposition
11        Exhibit Number 32 was marked
         for identification.
12
13        MR. MILLS:  These are
14    plaintiff's initial disclosures in this
15    lawsuit.
16
17    By Mr. Mills:
18  Q    We have Exhibit 32.  Do you see it on
19    the screen?
20  Q    Yes.
21  Q    And this is the Satanic Temple's
22    initial disclosures?
23  A    Yes.
24        MR. MILLS:  And if we
25    could scroll down, please, to the next

Page 115

1    page?
2
3    By Mr. Mills:
4  Q    There's a heading.  It's titled,
5    "Individuals with Discoverable
6    Knowledge."  Do you see that there?
7  A    Yes.
8  Q    And the first name listed is Malcolm
9    Jarry?
10  A    Correct.
11  Q    And the second name listed is Douglas
12    Mesner?
13  A    Correct.
14  Q    Is Douglas Mesner a pseudonym?
15  A    Yes.
16  Q    So, Douglas -- okay.  And that was a
17    yes?  Douglas Mesner is a pseudonym?
18  A    Yes.
19  Q    So, when...
20        MR. MILLS:  If -- if we
21    could go to, for example, Exhibit 10?
22    At Page 12, please.
23
24    By Mr. Mills:
25  Q    Do you see Exhibit 12, Page 10 pulled

Page 116

1    up there?  It's Bates stamped PLF00033?
2  A    Yes.
3  Q    Is it the Satanic Temple's
4    understanding --
5         REPORTER'S NOTE:  Whereupon,
         a discussion is conducted
6         off the record.
7         MR. MILLS:  Let me try
8    that again.  Doing the best we can with
9    the technology here.  Okay.  Try this
10    again.
11
12    By Mr. Mills:
13  Q    So, the redacted e-mail address -- is
14    it the Satanic Temple's understanding
15    that that redaction is of a Douglas
16    Mesner e-mail address?
17  A    It may be.
18  Q    And that Douglas Mesner name is a
19    pseudonym?
20  A    Yes.
21        MR. MILLS:  I'd like to
22    turn to Exhibit 18, please.
23
24    By Mr. Mills:
25  Q    This is a -- a -- I'll refer to it as a

Page 117

1    Twitter string; is that fair?
2  A    I understand.
3  Q    Okay.  And is it the -- is Lucien
4    Greaves a spokesperson for the Satanic
5    Temple?
6  A    Yes.
7  Q    And he -- he has authority to speak for
8    the Satanic Temple on Twitter?
9  A    Yes, but not every tweet by Lucien
10    Greaves is a statement on behalf of the
11    Satanic Temple.
12  Q    Okay.
13        MR. MILLS:  I want to look
14    at a tweet dated August 21, 2017, if we
15    can zero in on that one.  Print -- it's
16    online.  Do you see the -- the tweet
17    dated August 21, 2017 by Lucien
18    Greaves?
19  A    I do.
20  Q    Did he have authority to send this
21    tweet on behalf of the Satanic Temple?
22  A    Well, no.  That's just -- tweets by
23    Lucien Greaves are tweets by Lucien
24    Greaves himself.
25  Q    Okay.  And -- and Lucien Greaves is a

30 (Pages 114 - 117)

Page 126

1    I really have no idea how
2  we would search text messages; how we
3  would find specific topics in text
4  messages.  Or how we could expect to
5  preserve text messages from four years
6  ago.
7        This, I genuinely do not
8  understand.  If -- if there's something
9  about text messages I -- I uniquely
10  don't understand here, I'm willing to
11  hear it.
12        But as I sit here
13  listening to this now, these -- these
14  questions about text messages seem --
15  seem terribly unreasonable;
16        And maybe that's due to
17  some limited understanding of mine,
18  given how text messages are stored,
19  either preserved, or deleted, or not.
20        But my understanding of
21  text messages in my mind, they're very
22  transient and they don't exist for me
23  from one phone to the next.
24        And I don't believe that
25  there is a repository of -- of text

Page 127

1  messages where I could go back and --
2  and see, in hard copy, every single
3  text message with people.
4        I could be wrong, but in
5  reading the document and in -- in
6  seeing something like text messages,
7  that just seems to me something that is
8  making sure that there's no limitations
9  on the request, but not a serious
10  request that somebody can be thought to
11  fulfill after four years.
12 Q   Did the Satanic Temple undertake any
13  effort at all to collect and produce
14  text messages?
15 A   I have no capability as far as I'm
16  aware to go back to text messages in
17  this time.
18        MR. MILLS:  Let's turn to
19  the credit funding or fund-raising
20  documents.
21
22  By Mr. Mills:
23 Q   What efforts did the Satanic Temple
24  undertake to collect and produce
25  documents related to the -- the

Page 128

1  fund-raising done in relation to the
2  cube display for Belle Plaine?
3 A   We produced -- we produced the
4  documents we produced.  The...
5 Q   Did the Satanic Temple produce any
6  documents related to the -- the
7  fund-raising?
8 A   Oh.  We produced anything that was not
9  public facing, including the e-mails
10  that discussed fund-raising.
11 Q   Where -- would there be -- have been
12  e-mails with Indiegogo to set up the
13  fund-raiser?
14 A   No.  Indiegogo is just kind of a
15  third-party site that manages
16  fund-raising.
17        You set up an account, and
18  then you use the back end page to set
19  the parameters for your incentives,
20  state the goal in what they call the
21  story behind the fund-raising campaign.
22        It doesn't require content
23  with representatives from Indiegogo.
24 Q   Did the Satanic Temple make any efforts
25  to collect documents related to the

Page 129

1  Indiegogo fund-raising?
2 A   Beyond the documents we produced, no.
3 Q   Would the Indiegogo fund-raising
4  documents -- would they have mentioned
5  the cube display?
6 A   Well, which -- which documents?
7 Q   The -- the -- you said there was a
8  story that you put up.  If I understand
9  the process correctly, on -- the
10  Indiegogo, you said there was a story
11  page?
12 A   Right.  Remember previously, you asked
13  if the Indiegogo page described the
14  monument.  In -- in as such of that
15  page labelled 'Story', it describes the
16  monument and its purpose.
17 Q   Does this page also mention Belle
18  Plaine?
19 A   I believe so.  Yes.
20        MR. MILLS:  This has been
21  going on for an hour.  Why don't we
22  take a five minute break?
23        THE VIDEOGRAPHER:  The
24  time is now 1:26 p.m.  We're going off
25  the record.

33 (Pages 126 - 129)

Page 134

1    is that right?
2 A    Correct.  Two that -- two specifically
3    that I'm aware of.
4 Q    Okay.  And before February 21, the City
5    indicated that they were opening the
6    park; is that right?
7 A    Correct.
8 Q    And the -- the organization wasn't of
9    importance.
10         In this case, they were
11    aware that the park itself going to be
12    open by February 21.  They -- they were
13    aware of this; is that right?
14 A    That was our understanding.  Yes.
15 Q    Okay.  In terms of media -- social
16    media posts that Lucien Greaves
17    created, those are publicly viewable;
18    is that right?
19 A    That's correct.
20 Q    And are there any direct messages or
21    other non-publicly viewable information
22    associated with Lucien Greaves's
23    account that has anything to do with
24    this case?
25 A    Not -- not that I'm aware of.  No.

Page 135

1 Q    Okay.  And the Indiegogo website is
2    also publicly viewable; is that right?
3 A    Correct.
4 Q    That's searchable on the Indiegogo
5    website?
6 A    It is.
7 Q    Let's see if we can find that website
8    again.  Do you still have that website
9    open?
10 A    I do not.  I think it was on the
11    computer that crapped out on me.
12 Q    Okay.
13 A    Let me -- I'll bring it up.  Okay.
14    I've -- I've got it.
15 Q    What is the title of this document?
16 A    Well, the -- the campaign title for
17    this Indiegogo page is the Satanic
18    Temple Veteran's Monument.
19 Q    Okay.  Does the Satanic Temple have a
20    cell phone?
21 A    No.
22 Q    Does the Satanic Temple pay for Lucien
23    Greaves's cell phone?
24 A    No.
25 Q    Does the Satanic Temple pay for Lucien

Page 136

1    Greaves's data plan?
2 A    No.
3         MR. KEZHAYA:  No further
4    questions.  Any redirect?
5         MR. MILLS:  No.  I'm --
6    I'm just reserving the right to come
7    back when we get more documents.
8         MR. KEZHAYA:  Okay.
9         MR. MILLS:  I'm not -- I'm
10    not going to ask more questions today.
11    Thank you.
12         MR. KEZHAYA:  All right.
13         THE VIDEOGRAPHER:  All
14    right.  Time is 1:42 p.m.  This is the
15    end of today's deposition.
16         (Whereupon, the deposition
17    terminated at 1:42 p.m.)
17
18
19
20
21
22
23
24
25

Page 137

1    STATE OF MINNESOTA )
2                      )  ss.
3    CROW WING COUNTY   )
4
5
6         I, Nathan D. Engen do hereby
7    certify that the foregoing transcript in
8    the matter of The Satanic Temple vs. The
9    City of Belle Plaine, is true, correct
10    and accurate:
11         That said transcript was prepared
12    under my direction and control from my
13    stenographic shorthand notes.
14         That I am not related to any of
15    the parties in this matter, nor am I
16    interested in the outcome of this
17    action.
18
19    Witness my hand and seal this 16th day
20    of December.
21
22
23
24    Nathan D. Engen
25

35 (Pages 134 - 137)

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

# Mills Decl. Ex. 4

**BELLE PLAINE CITY COUNCIL**
**RESOLUTION 17-020**

**ESTABLISHING A POLICY REGARDING A LIMITED PUBLIC FORUM IN**
**VETERANS MEMORIAL PARK**

WHEREAS, the City of Belle Plaine, Minnesota (the "City") owns and maintains Veterans Memorial Park to honor veterans who have served and sacrificed to protect the freedoms enjoyed by the citizens of this City; and

WHEREAS, the City Council (the "Council") adopted Resolution 09-74 Approving A Concept Plan for Veterans Park on August 3, 2009; and

WHEREAS, a stone monument is located on the grounds of the park, constructed on public land, listing the names of Belle Plaine residents who gave their lives in service to their country in wars from the Indian War of 1812 through the Vietnam War; and

WHEREAS, the Council wishes to allow private parties access to Veterans Memorial Park for the purpose of erecting displays in keeping with the purpose of honoring and memorializing veterans; and

WHEREAS, the Council now desires to adopt this formal, written policy to codify the procedure for private parties to recognize, honor, and memorialize veterans by erecting displays at Veterans Memorial Park; and

WHEREAS, the Supreme Court of the United States has found that governmental entities are permitted to establish limited public forums permitting restrictions on speech that are reasonable in view of the purposes of the forum. *See, e.g., Capitol Square Rev. and Advisory Bd. v. Pinette*, 515 U.S. 753 (1995); and

WHEREAS, the Council accepts as binding the applicability of general principles of law and all the rights and obligations afforded under the United States and Minnesota Constitutions.

NOW, THEREFORE, BE IT RESOLVED by the Council of the City of Belle Plaine, Minnesota, that the following written policy regarding Veterans Memorial Park is hereby adopted, to wit:

1. The City designates a limited public forum in Veterans Memorial Park for the express purpose of allowing individuals or organizations to erect and maintain privately owned displays that honor and memorialize living or deceased veterans, branch of military and Veterans organizations affiliated with Belle Plaine. This is an amendment to the concept plan approved on August 4, 2009.

2. Definitions. The following terms have the meanings attributed to them in this paragraph.

   a. "Veterans' Organization" is any organization whose purposes include providing support or benefits to veterans, their dependents, or their families.

   b. "Branch of Military" refers to Army, Navy, Marines, Air Force, Coast Guard, National Guard, Reserves and any other designated armed services of the United States of America.

3. Interested parties must submit an application to the City Administrator to erect a display within the limited public forum. The fee for the application shall be set at $100 for 2017. Starting in 2018, this fee shall be included in the City's Fee Schedule as set annually by Council resolution.

EXHIBIT

1

Exhibit "1"
TST v. City of Belle Plaine

The application fee shall not be pro-rated and is non-refundable. The application must include a description of the display, including its dimensions and construction materials.

4. The area for the limited public forum shall be that portion of Veterans Memorial Park that lies to the South of the Veterans Park Landscaping Sign. The area shall be 84 feet by 42 feet with lines parallel to the southernmost portion of the Veterans Park Landscaping Sign outer edge. No display may be placed within seven feet from any edge of the Veterans Park Landscaping sign, the edge of a paved pathway, or any other memorial or display. Interested parties must submit an application to the City Administrator to erect a display within the limited public forum. The application must include a description of the display, including its dimensions and construction materials. No display may be installed without first obtaining a permit from the City.

5. The City shall approve in writing and grant a permit to any party requesting to erect a display if and only if the display conforms to the following requirements, except that the City shall not allow more than ten (10) displays in the limited public forum at any given time:

   a. Displays must be no larger than three feet wide by two feet deep by three feet tall.

   b. Displays must be constructed of stone, concrete, metal, or some combination thereof.

   c. Displays must serve the purpose of honoring and memorializing living or deceased veterans, military branch or Veterans organization affiliated with Belle Plaine, Minnesota.

   d. Displays must be respectful and conform to Statues and City Code pertaining to public nuisance and decency.

6. The City shall process requests in the order that they are received.

7. Displays must be removed within a period of one (1) year from the date of approval. Prior to the expiration of the display period, the owner of the display may apply for another permit to display in the limited public forum. Such application will be treated the same as any other application, without any preference given.

8. It shall be the responsibility of the requesting party to erect the display upon approval from the City and to keep the display in good repair at all times.

9. The requesting party and not the City shall own any display erected in the limited public forum. The display must have liability coverage of $1,000,000, as per city procedure, which coverage must list the City as an additional insured. A copy of the policy must be provided to the City prior to installation of the display.

10. In the event of damage to a display, or if a display is in a state of disrepair, the City Administrator will give the owner of the display notice of said damage or disrepair and require the owner to repair the display within 30 days. If the owner fails to repair the display within the notice period, the City Administrator will order removal of the display.

11. Displays constitute the speech of the individual or organization erecting the display and not the speech of the City.

Exhibit "1"
TST v. City of Belle Plaine

12.     The City shall erect a prominent disclaimer near or inside the limited public forum stating as follows: "The City of Belle Plaine has designated this area of Veterans Memorial Park a limited public forum, in order to accommodate privately owned displays that honor and memorialize veterans. Displays constitute the speech of the owners of the display, and not the City. The City does not endorse any speech, message or display herein."

13.     In the event the City desires to close the limited public forum or rescind this policy, the City, through its City Administrator, may terminate all permits by giving ten (10) days' written notice of termination to Owner, within which period the owner must remove their display from city property.

     The adoption of the foregoing resolution was duly moved by Mayor Meyer, and seconded by Councilmember Stier, and after full discussion thereof and upon a vote being taken thereon, the following Councilmembers voted in favor thereof: Meyer, Stier and McDaniel. Councilmember Chard was not present.

     and the following voted against the same: Coop.

     Whereupon said resolution was declared duly passed and adopted. Dated this 21st day of February, 2017.

ATTEST:

_____
Christopher G. Meyer
Mayor

_____
Michael J. Votca
City Administrator

Exhibit "1"
TST v. City of Belle Plaine

# Mills Decl. Ex. 5



A CITY THAT WORKS

March 29, 2017

Reason Alliance Ltd.
c/o The Satanic Temple
64 Bridge Street
Salem, MA 01970

**RE: Veterans Memorial Park Display Permit**

Mr. Mesner:

The City of Belle Plaine has approved your request for a permit to emplace a display within the Limited Public Forum at Veterans Memorial Park. As a reminder, the display must be placed by the owner of the display under the supervision of the public works department. The limited public forum area will be fully marked by April 3, 2017. Once the area is marked, we will be ready to supervise placement. Please make contact with me via e-mail at mvotca@ci.belleplaine.mn.us or by phone at (952) 873-5553 to arrange a time for placement. All displays must be marked with a visible name of the owner and the permit number. Your permit number is LPF 17-02. This permit is good for one year from the date of this letter. You may reapply to place another display once the display under this permit is removed. Please contact me if you have any questions.

Best regards,

Michael J. Votca
City Administrator

Enlcosures

> EXHIBIT
> **2**

Exhibit "2"
TST v. City of Belle Plaine

Original payment

| Act Year | Batch Name | Act Code | Dr/Cr Amt | Tran Date | Refer | Check/Receipt Date | Comments |
|----------|------------|----------|-----------|-----------|-------|--------------------|----------|
| 2017 | POS 030717 | 101-000000-036260 | ($100.00) | 3/6/2017 | 142929 | 3/6/2017 | LPF 17-02; LIMITED PUBLIC FORUM MONUMENT - REASON ALLIANCE LTD |

Not marked

Exhibit "2"
TST v. City of Belle Plaine



**City of Belle Plaine**        **Phone:** 952-873-5553        **Fee:** **$100.00**
218 N. Meridian Street    **Fax:**    952-873-5509
P.O. Box 129
Belle Plaine, MN 56011        **PERMIT # LPF** 17-02

# Veterans Memorial Park Display Permit Application

**Date: February 23, 2017**

**Applicant**          Individual or Organizations Name: **Reason Alliance Ltd.**

Address: **c/o The Satanic Temple**      **64 Bridge Street**          City: **Salem**

State: **MA**          Zip Code: **01970**          Phone: **617-863-6660**

E-mail: **Info@thesatanictemple.com**

**Description of Display**      Dimensions: Height: **36 inches**    Width: **23 inches**    Length: **23 inches**

Construction Materials: **Steel**

General Description of display: **Black steel cube with embossed inverted pentagrams with inlaid gold on four sides. An inverted helmet rests on the top of the cube. A plaque on one side of the cube reads: "In honor of Belle Plaine veterans who fought to defend the United States and its Constitution"**

**Please include a drawing or picture of the display.**

Intended Veteran, Branch of Military, or Veterans Organization honored by display: **All Belle Plaine veterans**

If this display request is intended to honor and memorialize a veteran or veterans' organization associated with Belle Plaine, please provide a description of the association to Belle Plaine and documentation regarding veteran status. **All Belle Plaine veterans are explicitly honored.**

Exhibit "2"
TST v. City of Belle Plaine

DOUGLAS MESNER

I _____ hereby affirm that I will comply with the Limited Public Forum Policy of the City of Belle Plaine, Minnesota, that any display that is erected upon approval of this permit is my property and constitutes speech of myself or my organization and not that of the City of Belle Plaine, and that I will indemnify the City against any and all claims, demands or liabilities arising from the issuance of this permit, or performance of or failure to perform in accordance with the Limited Public Forum Policy.

Applicant Signature: _____          Date: _____2|23|17_____

STATE OF NEW YORK

COUNTY OF BRONX

This instrument was acknowledged before me on 23rd day of February, 2017 by

DOUGLAS MESNER

**CEVIN SOLING**
NOTARY PUBLIC-STATE OF NEW YORK
No. 1SO6209140
Qualified in Bronx County
My Commission Expires July 20, 2017

***Notary Public                                    ****Notary Stamp

My Commission Expires: _____7|20|17_____

---

FOR OFFICE USE ONLY

**APPROVAL OF PERMIT**

Approved on this 29th day of _March_ , 20_17_

_____
City Administrator

☑ Application Fee Paid

☑ Copy of Certificate of Liability Insurance Provided

☑ Concept sketch or drawing of display

☑ Copy mailed to applicant on _29 March 2017_

# Mills Decl. Ex. 6

TST VETERANS MEMORIAL

VETERANS MEMORIAL PARK
BELLE PLAINE, MINNESOTA

BLACK STEEL RECTANGLE WITH EMBOSSED INVERTED
PETAGRAMS WITH INLAID GOLD ON FOUR SIDES
INVERTED            HELMET IN BLACK STEEL



36"

23"

23"

COPYWRITE C ANDRES

EXHIBIT
3

Exhibit "3"
TST v. City of Belle Plaine

# Mills Decl. Ex. 7

**ACORD®**

## CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
02/28/17

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Ron Murray |
|---|---|
| MURRAY INSURANCE SERVICES 591 Sugar Road #2 Bolton, MA 01740 | PHONE (A/C, No, Ext): (408)272-7981 / FAX (A/C, No): (408)272-9543 |
| | E-MAIL ADDRESS: ronaldimurray@gmail.com |
| MA 01740 | INSURER(S) AFFORDING COVERAGE / NAIC # |
| | INSURER A : Philadelphia Insurance Company |
| INSURED Reason Alliance, Ltd 519 Somerville Ave #288 Somerville, MA 02143          MA 02143 | INSURER B : |
| | INSURER C : |
| | INSURER D : |
| | INSURER E : |
| | INSURER F : |

| COVERAGES | CERTIFICATE NUMBER: | REVISION NUMBER: |
|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | COMMERCIAL GENERAL LIABILITY ☒ [ ] CLAIMS-MADE ☒ OCCUR | Y | | PHPK1557167 | 09/27/16 | 09/27/17 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: ☒ POLICY [ ] PRO-JECT [ ] LOC OTHER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY ANY AUTO OWNED AUTOS ONLY SCHEDULED AUTOS HIRED AUTOS ONLY NON-OWNED AUTOS ONLY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB OCCUR EXCESS LIAB CLAIMS-MADE | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | DED RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | PER STATUTE / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Abuse & Molestation | Y | | PHPK1557167 | 09/27/16 | 09/27/17 | Per Occurrence | 1,000,000 |
| | | | | | | | Aggregate | 2,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

The Certificate Holder is also Named as Additional Insured.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| City of Belle Plaine 218 North Meridian St PO Box 129 Belle Plaine, MN 56011 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE *[signature]* |

© 1988-2015 ACORD CORPORATION. All rights reserved.
ACORD 25 (2016/03)          The ACORD name and logo are registered marks of ACORD

EXHIBIT
4

Exhibit "4"
TST v. City of Belle Plaine

# Mills Decl. Ex. 8

### BELLE PLAINE CITY COUNCIL
### RESOLUTION 17-090

## RESCINDING THE POLICY AND ELIMINATING THE LIMITED PUBLIC FORUM
## IN VETERANS MEMORIAL PARK

WHEREAS, the City of Belle Plaine, Minnesota (the "City") owns and maintains Veterans Memorial Park to honor veterans who have served and sacrificed to protect the freedoms enjoyed by the citizens of this City; and

WHEREAS, the Park memorializes and honors resident veterans killed in service to their country in foreign wars from the Spanish American War through the Vietnam War; and

WHEREAS, the City Council (the "Council") adopted Resolution 17-020 on February 21, 2017 to establish a limited public forum in the Park to permit private memorials or displays expressing views in keeping with the Park's purpose; and

WHEREAS, the Resolution established a policy governing placement of memorials or displays in the Park and requiring application for a permit allowing such placement for 1-year; and

WHEREAS, the City Council has determined that allowing privately-owned memorials or displays in its Park no longer meets the intent or purpose of the Park; and

WHEREAS, the City Council has also determined that the continuation of the limited public forum may encourage vandalism in the Park, reduce the safety, serenity, and decorum of the Park, unnecessarily burden City staff and law enforcement, and negatively impact the public's health, safety and welfare.

NOW, THEREFORE, BE IT RESOLVED by the Council of the City of Belle Plaine, Minnesota:

1. The policy established in Resolution 17-020 is rescinded and the limited public forum established in the Park is hereby eliminated. Private displays or memorials placed in the Park shall be removed within a reasonable period by the owner thereof or, upon notice to such owner, or they will be deemed abandoned and removed by the City.
2. All application fees paid for permits to place a memorial or display in the Park will be reimbursed to the applicant.
3. City staff is directed to take such other steps or actions necessary to implement this Resolution.

The adoption of the foregoing Resolution was duly moved by Councilmember Coop and seconded by Councilmember McDaniel, and after full discussion thereof and upon a vote being taken thereon, the following Councilmembers voted in favor thereof: Coop, McDaniel, Chard, Meyer and Stier.

and the following voted against: None.

Whereupon said Resolution was declared duly passed and adopted.

Dated this 17th day of July, 2017.

Christopher G. Meyer
Mayor

ATTEST:

Dawn Meyer
Interim City Administrator

7/19/17

mailed at
Check

1

**EXHIBIT 5**

Exhibit "5"
TST v. City of Belle Plaine



A CITY THAT WORKS

July 18, 2017

Reason Alliance LTD
C/O The Satanic Temple
64 Bridge Street
Salem, MA 01970

Re:     Veteran's Memorial Park ("Park")

Dear Sir/Madam:

Last evening, the City Council adopted Resolution No. 17-090 eliminating the limited public forum that had previously been established in the Park. A copy of the Resolution is enclosed. Also enclosed is a check in the amount of $100.00 to fully reimburse the fee your organization paid to apply for a permit to locate a memorial in the Park.

Please contact me with any questions.

Very truly yours

Dawn Meyer
Interim City Administrator

7/19/17
mailed w/
check

Exhibit "5"
TST v. City of Belle Plaine

Mills Decl. Ex. 9

 Gmail

**The Satanic Temple <satanictempleorg@gmail.com>**

## Memorial
13 messages

Tue, Feb 21, 2017 at 11:11 PM

To: Chris p Andres <chrispandres@gmail.com>
Cc: Malcolm Jarry <satanictempleorg@gmail.com>, "to: carajeanne" <hrh.phhc@gmail.com>

Hello Chris --

I believe we'd like to commission the construction of the veteran's memorial regardless of whichever way the MN vote goes. How much would commissioning the construction of the piece be? It's already a piece of history. Let us know what the most equitable arrangement for this is.

Thank you!

**Chris p Andres** <chrispandres@gmail.com>
To: satanictempleorg@gmail.com, Cara Satan <Hrh.phhc@gmail.com>

Wed, Feb 22, 2017 at 12:30 PM

So sorry I forgot to include everybody in my response .

Sent from my iPhone

Begin forwarded message:

> **From:** Chris p Andres <chrispandres@gmail.com>
> **Date:** February 22, 2017 at 10:28:20 AM MST
> **To:** ▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮▮▮>
> **Subject: Re: Memorial**
>
> Hello ▮▮▮,
>
> Thank you , this is very exciting news .
>
> I will get to work on the logistics ASAP .
>
> I'll do my best to get everything worked out as fast as possible , and I'll get you the cost as soon as I can.
>
> Thanks again,
> Chris .
>
>
> Sent from my iPhone
> [Quoted text hidden]

Wed, Feb 22, 2017 at 12:42 PM

To: Malcolm Jarry <satanictempleorg@gmail.com>

---------- Forwarded message ----------
From: "Chris p Andres" <chrispandres@gmail.com>
Date: Feb 22, 2017 12:28 PM
Subject: Re: Memorial
To: ▮▮▮▮▮▮▮▮
Cc:

**EXHIBIT
6**

PLF000010

Hello █████

Thank you , this is very exciting news .

I will get to work on the logistics ASAP .

I'll do my best to get everything worked out as fast as possible , and I'll get you the cost as soon as I can.

Thanks again,
Chris .


Sent from my iPhone

> On Feb 21, 2017, at 9:11 PM ████████████████████ > wrote:
>
[Quoted text hidden]

---

**Malcolm Jarry** <satanictempleorg@gmail.com>        Wed, Feb 22, 2017 at 12:46 PM
To: ████████████████████

I thought you just wanted to make miniatures. To building the statue itself is going to be thousands of dollars.
[Quoted text hidden]

---

████████████████████        Wed, Feb 22, 2017 at 12:52 PM
To: Malcolm Jarry <satanictempleorg@gmail.com>

Maybe. Let's see what his estimate is. We may want to crowd fund it. Still don't know the results of last night's meeting in Belle Plaine.
[Quoted text hidden]

---

**Malcolm Jarry** <satanictempleorg@gmail.com>        Wed, Feb 22, 2017 at 1:01 PM
To: ████████████████████

Who was our contact there? So weird that we don't know anything.
[Quoted text hidden]

---

████████████████████        Wed, Feb 22, 2017 at 1:02 PM
To: Malcolm Jarry <satanictempleorg@gmail.com>

Our contact is FFRF. I'll email them. They may have postponed the vote or sent the proposal back for revision. With no word, I suspect one of those things happened.
[Quoted text hidden]

---

**Malcolm Jarry** <satanictempleorg@gmail.com>        Wed, Feb 22, 2017 at 1:03 PM
To: ████████████████████ >

I'd say that is most likely, although they did not know we were going to submit anything in advance, so rescheduling would have been very last minute which is very disruptive.
[Quoted text hidden]

---

**Malcolm Jarry** <satanictempleorg@gmail.com>        Wed, Feb 22, 2017 at 1:05 PM
To: ████████████████████ >

The meeting did happen and was 1 hour long. A little shorter than most.

http://www.belleplainemn.com/city-council-meeting
[Quoted text hidden]

PLF000011

**Malcolm Jarry** <satanictempleorg@gmail.com>                        Wed, Feb 22, 2017 at 1:06 PM
To: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ >

I am downloading the video from the meeting.
[Quoted text hidden]

---

**Malcolm Jarry** <satanictempleorg@gmail.com>                        Wed, Feb 22, 2017 at 1:09 PM
To: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉

From Mike Votca, City Administrator:

At our February 6, 2017 meeting the City Council requested the creation of a policy regarding a
limited public forum at Veterans Memorial Park.
City Attorney Bob Vose sent me a Draft Document for Resolution 17-020 on Friday February
10. I made some initial updates to the resolution and sent it out for comment by the City Staff
and City Council.
The policy creates a forum in the lower portion of Veterans Memorial Park south of the large
Landscaping that spells out Veterans Park and north of the pond. This space in my estimation
could accommodate up to 18 displays. Displays must conform to certain requirements of size
and material.
One of the major legal items for this forum is distinguishing individual speech from that of the
City. In order to achieve this, the displays will be the property of the requestor and insured by
the requestor; The displays will only be permitted for one year; The City will mark the area with
signage indicating that this area is a limited public forum and not speech of the City; The City
will also mark the area to delineate the location of the forum.
The City will receive requests via an application. Applications will be processed in order of
receipt. If we receive more applications than spaces available, a waitlist will be created.
Applications on the wait list will be processed in order of receipt once an opening in the forum is
created.
I have incorporated the comments I have received in to the policy as possible.
The City Attorney and I have attempted to create a policy that is defensible in court. I cannot
guarantee that this would stand up to the supreme court's judgement.
[Quoted text hidden]

---

**Malcolm Jarry** <satanictempleorg@gmail.com>                        Wed, Feb 22, 2017 at 1:12 PM
To: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ >

Best as I can tell there was no discussion, they simply affirmed that they have 18 spaces for monuments and will review
proposals on a first come - first serve basis. A waiting list will be created if there are more than 18.
[Quoted text hidden]

---

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉                                                   Wed, Feb 22, 2017 at 1:23 PM
To: Malcolm Jarry <satanictempleorg@gmail.com>

Okay. I'll look into how to formally apply immediately. There is a $100 application fee. We'll crowd fund. Hopefully, it
doesn't detract from anything but increases funding overall due to high profile
[Quoted text hidden]

PLF000012

# Mills Decl. Ex. 10



**The Satanic Temple** <satanictempleorg@gmail.com>

---

## Belle Plaine, MN Veteran's Memorial - price quote
24 messages

---

**Chris p Andres** <chrispandres@gmail.com>
To: Malcolm Jarry <satanictempleorg@gmail.com>, carajeanne <hrh.phhc@gmail.com>

Wed, Mar 1, 2017 at 3:02 PM

Hello All ,

I want to just say thank you again for this important and historical opportunity.

I have been working with a local metalsmith here in Albuquerque ( Iron Anvil ) to come up with the most economical price for the commission of the monument.

The price would be $30,000.00 . This includes all material and initial delivery costs and of course Chris's fee as well as the artist and designer of the piece. The $30,000.00 does not reflect the cost of actual installation, i.e. : pouring of concrete or creation of any additional structures to house the monument.

To begin fabrication a down payment of roughly $10,000.00 will be required to cover the cost of initial materials and labor. The remaining balance could either be paid in one lump sum upon completion , or we can most likely work out an equitable payment arrangement.

I do not have a concrete time frame established for the piece , however I do not get the impression that it would be an overly lengthy process.

The piece will be created using plate steel with the black textured finish and with gold inside of each pentagram.  The helmet is an M1 infantry helmet and will be cast in bronze and covered in a textured black patina.

Thank you all very much for your time and consideration of this proposal , and please let me know if you require any additional information .


Sincerely,
Josh & Chris .

Sent from my iPad

---

**image1.JPG**
2636K

EXHIBIT
7

PLF000015



---

**Malcolm Jarry** <satanictempleorg@gmail.com>        Wed, Mar 1, 2017 at 3:10 PM
To: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I have everything set to go out. We can't afford this, though.

[Quoted text hidden]
 [Quoted text hidden]
 Sent from my iPad

---

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓        Wed, Mar 1, 2017 at 3:34 PM
To: Malcolm Jarry <satanictempleorg@gmail.com>

Shall we do a crowd funding effort?

[Quoted text hidden]

---

▓▓▓▓▓▓▓▓▓▓▓▓▓        Wed, Mar 1, 2017 at 3:43 PM
To: National Council <nationalcouncil@thesatanictemple.com>
Cc: "to: carajeanne" <hrh.phhc@gmail.com>

We're thinking of crowd-funding to make this memorial happen. It's a high bill to pay, and it probably won't generate the amount of media that helped us reach our Baphomet goal, or started our Reproductive Rights Lawsuits, but then, we have an exponentially larger audience now.
What are everybody's thoughts?

[Quoted text hidden]
 [Quoted text hidden]
 Sent from my iPad



**image1.JPG**
2636K

---

**Sarah Ponto Rivera** <sarahpaulinapr@gmail.com>        Wed, Mar 1, 2017 at 5:54 PM
To: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ National Council <nationalcouncil@thesatanictemple.com>
Cc: "to: carajeanne" <hrh.phhc@gmail.com>

Fuck it, let's do it. Crowdfund. We wouldn't be able to do it without it.

 (Unless you would see significant backlash from supporters/members if we weren't able to raise enough. Then if that's the case then we have more to lose.)

[Quoted text hidden]

PLF000016

**Malcolm Jarry** <satanictempleorg@gmail.com>　　　　　　　Wed, Mar 1, 2017 at 6:03 PM
To: Sarah Ponto Rivera <sarahpaulinapr@gmail.com>
Cc ███████████████████ National Council  nationalcouncil@the atanictemple com  , "to  carajeanne"
<hrh.phhc@gmail.com>

> I sent in the application today certified return receipt. The town council meeting where it was approved to open the
> grounds as an open forum was held on February 22nd and 10 monuments are permitted, presumably on a first come
> ba i a  uming there aren't any i  ue   The application  require a $100 fee and 1 million in liability in  urance  The
> monuments are not donated to the City, but are owned by the entity erecting them. They are only up for 1 year and a
> request can be made that they all be taken down, in which case, we have 10 days to remove it.
>
> Malcolm
> [Quoted text hidden]

---

**nationalcouncil@thesatanictemple.com** <nationalcouncil@thesatanictemple.com>　　Wed, Mar 1, 2017 at 6:03 PM
To  Malcolm Jarry    atanictempleorg@gmail com

> Thank you for reaching out to The Satanic Temple.
>
> While we do check our messages regularly, you can expect a week's turnaround time for responses to most queries.
>
> Due to the volume of email, questions that are answered on our website - TST's mission, our Seven Tenets, or how to join
> - may not receive a reply.
>
> You can visit our website at www.thesatanictemple.com.
>
> If you are a chapter head or representative, your message will receive priority.
>
> Ave Satanas,
>
> The Satanic Temple National Council

---

**David Moses** <david@romeburning.com>　　　　　　　　　　Wed, Mar 1, 2017 at 6:31 PM
To:██████████████████████
Cc: National Council <nationalcouncil@thesatanictemple.com>, "to: carajeanne" <hrh.phhc@gmail.com>

> Something seems wrong. As someone who does a lot of fabrication work, my initial thought is that $30K is a lot of money
> for a 2' x 3' metal box with a couple accents. If that drawing is to scale, the helmet would be under 8" across at it's widest
> point. That's barely life size.
>
> Granted, I don't do a lot of metal work but common sense says the Baphomet had to be sculpted, cast, and is well over 3
> times the spacial volume of this and was spec'd to cost 1/3rd less at $20K.
>
> [Quoted text hidden]

---

██████████████████████████████　　　　　　　　　　Wed, Mar 1, 2017 at 6:55 PM
To: David Moses <david@romeburning.com>
Cc: National Council <nationalcouncil@thesatanictemple.com>, "to: carajeanne" <hrh.phhc@gmail.com>

> Actually, Baphomet ended up around $100k. The initial crowd funding was for $20k on Indiegogo, but that was mostly
> because we had no idea what we needed, but we were generating a lot of media that we knew we needed to capitalize
> on immediately. However, of your own estimates differ, outside a comparison to Baphomet, I'm interested to know more
> [Quoted text hidden]

---

**carajeanne** <hrh.phhc@gmail.com>　　　　　　　　　　　　Wed, Mar 1, 2017 at 6:58 PM
To:██████████████████
Cc: David Moses <david@romeburning.com>, National Council <nationalcouncil@thesatanictemple.com>

> Are we also crowd funding for legal for Arkansas, and how will we tie this in together? Or will that be separate?

PLF000017

[Quoted text hidden]

---

**████████████** To: "to: carajeanne" <hrh.phhc@gmail.com>                    Wed, Mar 1, 2017 at 7:04 PM
Cc: National Council <nationalcouncil@thesatanictemple.com>, David Moses <david@romeburning.com>

I guess the big question here is one that can't clearly be answered, but is based on educated predictions for which I am not particularly well versed in related case studies: would crowd-funding for this monument subtract from our five raising for other projects? That seems the intuitive outcome. However, it could be that having this project active will generate more interest overall, and affirm that we are active players in an important battle, ultimately generating more interest in investors overall.

[Quoted text hidden]

---

**Greg T Stevens** <gregtstevens@gmail.com>                                   Wed, Mar 1, 2017 at 9:36 PM
To: ████████████
Cc: "to: carajeanne" <hrh.phhc@gmail.com>, National Council <nationalcouncil@thesatanictemple.com>, David Moses <david@romeburning.com>

Is the crowdfunding target $10,000 or $30,000?

G

[Quoted text hidden]

---

**████████████**                                                             Wed, Mar 1, 2017 at 9:47 PM
To: Greg Stevens <gregtstevens@gmail.com>
Cc: National Council <nationalcouncil@thesatanictemple.com>, "to: carajeanne" <hrh.phhc@gmail.com>, David Moses <david@romeburning.com>

Realistically, I think we'll need $35k for costs on an incentive structure that will generate interest -- satanic dog tags, limited t-shirts, etc. We'll need to get that all made and shipped out, if we're going to do this. We could try with no incentives, but I think that wouldn't go over as well at all.

[Quoted text hidden]

---

**Malcolm Jarry** <satanictempleorg@gmail.com>                                Thu, Mar 2, 2017 at 3:16 AM
To: ████████████
Cc: Greg Stevens <gregtstevens@gmail.com>, National Council <nationalcouncil@thesatanictemple.com>, "to: carajeanne" <hrh.phhc@gmail.com>, David Moses <david@romeburning.com>

I do think 30K is excessive IMHO. The quote notes that the price includes fees to the artist, etc. We could ask the local metal artist what he thinks it should cost.

Additional costs will include transporting the statue to MN and installation costs. Also, I got liability insurance, but I didn't get insurance for repair or replacement, which I would want if we get to erect the statue. That would be another cost.

[Quoted text hidden]

---

**nationalcouncil@thesatanictemple.com** <nationalcouncil@thesatanictemple.com>   Thu, Mar 2, 2017 at 3:16 AM
To: Malcolm Jarry <satanictempleorg@gmail.com>

[Quoted text hidden]

---

**Nikki Moungo** <nmoungo@gmail.com>                                          Thu, Mar 2, 2017 at 3:24 AM
To: Malcolm Jarry <satanictempleorg@gmail.com>
Cc: ████████████ Greg Stevens <gregtstevens@gmail.com>, National Council <nationalcouncil@thesatanictemple.com>, "to: carajeanne" <hrh.phhc@gmail.com>, David Moses <david@romeburning.com>

30K for a year's worth of grass? I can think of a lot of things to do with 30K to extend beyond a year!

[Quoted text hidden]

PLF000018

**Malcolm Jarry** <satanictempleorg@gmail.com>                    Thu, Mar 2, 2017 at 3:57 AM
To: Nikki Moungo <nmoungo@gmail.com>
Cc ███████████████████ , Greg Steven   gregt teven @gmail com , National Council
<nationalcouncil@thesatanictemple.com>, "to: carajeanne" <hrh.phhc@gmail.com>, David Moses
<david@romeburning.com>

We have to get the statue afterward and can then sell it or bring it to Salem.

[Quoted text hidden]

---

**nationalcouncil@thesatanictemple.com** <nationalcouncil@thesatanictemple.com>       Thu, Mar 2, 2017 at 3:57 AM
To: Malcolm Jarry <satanictempleorg@gmail.com>

[Quoted text hidden]

---

**Shiva Honey** <shivadetroit@gmail.com>                          Thu, Mar 2, 2017 at 11:35 AM
To: Malcolm Jarry <satanictempleorg@gmail.com>
Cc: Nikki Moungo <nmoungo@gmail.com>, David Moses <david@romeburning.com>, ████████
█████████████████████ , Greg Stevens <gregtstevens@gmail.com>, National Council
<nationalcouncil@thesatanictemple.com>, "to: carajeanne" <hrh.phhc@gmail.com>

Can we get a breakdown of all costs? How the 30k is being allocated? How much is estimated for transporation (I know
that was a huge deal for Baphomet), insurance costs, and any additional elements?

Xox,
S

[Quoted text hidden]

---

**carajeanne** <hrh.phhc@gmail.com>                              Thu, Mar 2, 2017 at 11:48 AM
To: Shiva Honey <shivadetroit@gmail.com>
Cc: Malcolm Jarry <satanictempleorg@gmail.com>, Nikki Moungo <nmoungo@gmail.com>, David Moses
<david@romeburning.com>, █████████████████████ >, Greg Stevens <gregtstevens@gmail.com>, National
Council <nationalcouncil@thesatanictemple.com>

The artist is working with a metalsmith in Albuquerque (Iron anvil) for the most economical price.

What we've been told is:

"$30,000.00 - This includes all material and initial delivery costs and of course Chris's fee as well as the artist and designer
of the piece."

"To begin fabrication a down payment of roughly $10,000.00 will be required to cover the cost of initial materials and labor."

"The piece will be created using plate steel with the black textured finish and with gold inside of each pentagram.  The
helmet is an M1 infantry helmet and will be cast in bronze and covered in a textured black patina."

-C

[Quoted text hidden]

---

**Shiva Honey** <shivadetroit@gmail.com>                         Thu, Mar 2, 2017 at 1:53 PM
To: carajeanne <hrh.phhc@gmail.com>
Cc: Nikki Moungo <nmoungo@gmail.com>, Malcolm Jarry <satanictempleorg@gmail.com>, ████████
█████████████████████ , David Moses <david@romeburning.com>, Greg Stevens <gregtstevens@gmail.com>, National
Council <nationalcouncil@thesatanictemple.com>

Can we have Chris break down the 30k? For instance, what are material costs? Chris' fees? Artist and designer fees? I
think this is what David and Malcolm are getting at. It's not an unreasonable request.

[Quoted text hidden]

PLF000019

**Sarah Ponto Rivera** <sarahpaulinapr@gmail.com>    Thu, Mar 2, 2017 at 8:52 PM
To: Shiva Honey <shivadetroit@gmail.com>, carajeanne <hrh.phhc@gmail.com>
Cc  David Mo e    david@romeburning com , ████████████ , Greg Steven
<gregtstevens@gmail.com>, Malcolm Jarry <satanictempleorg@gmail.com>, National Council
<nationalcouncil@thesatanictemple.com>, Nikki Moungo <nmoungo@gmail.com>

I agree, a breakdown would be helpful.

[Quoted text hidden]

---

**carajeanne** <hrh.phhc@gmail.com>    Thu, Mar 2, 2017 at 9:01 PM
To: Sarah Ponto Rivera <sarahpaulinapr@gmail.com>
Cc  Shiva Honey    hivadetroit@gmail com , David Mo e    david@romeburning com  ██████████
██████████████████████  Greg Stevens <gregtstevens@gmail.com>, Malcolm Jarry <satanictempleorg@gmail.com>,
National Council <nationalcouncil@thesatanictemple.com>, Nikki Moungo <nmoungo@gmail.com>

I've sent an email requesting the details

[Quoted text hidden]

---

**carajeanne** <hrh.phhc@gmail.com>    Thu, Mar 2, 2017 at 10:44 PM
To: Sarah Ponto Rivera <sarahpaulinapr@gmail.com>
Cc: Shiva Honey <shivadetroit@gmail.com>, David Moses <david@romeburning.com>, ██████████
██████████████████ , Greg Stevens <gregtstevens@gmail.com>, Malcolm Jarry <satanictempleorg@gmail.com>,
National Council <nationalcouncil@thesatanictemple.com>, Nikki Moungo <nmoungo@gmail.com>

Chris will hopefully have his detailed invoice from the metal shop by late Monday and will do his best to have it over to us
as soon as he can

On Thu, Mar 2, 2017 at 8:52 PM, Sarah Ponto Rivera <sarahpaulinapr@gmail.com> wrote:
[Quoted text hidden]

# Mills Decl. Ex. 11

 Gmail

**The Satanic Temple <satanictempleorg@gmail.com>**

## Belle Plaine
1 message

To: Chris p Andres <chrispandres@gmail.com>, David Moses <verite999@gmail.com>, Fred Mephisto
<fred.mephisto@gmail.com>                                                    Thu, Apr 13, 2017 at 12:45 AM
Cc: Malcolm Jarry <satanictempleorg@gmail.com>

Hello fellows —

The Belle Plaine veteran's memorial has been approved. We must move quickly.
Mr Andres, I know you had been getting quotes from fabricators. I'm not sure how that's been coming along, but I thought
a couple of our people in Atlanta might be able help.
People in Atlanta, is producing this sculpture design something that's possibly within your production abilities?

Thanks

EXHIBIT
8

Mills Decl. Ex. 12

April 2, 2017

**Bill To:**
REASON ALLIANCE / TST
64 Bridge Street
Salem, MA  01970

Invoice for Services

For the facilitation of the construction of a Veteran's Memorial Monument to be placed in Belle Plaine, MN. Work includes:
- Finding a designer and metalsmith to construct the monument and to assure the work adheres to guidelines set forth by Reason Alliance and TST and the City of Belle Plaine
- Communicating with all parties and assuring that everyone has all necessary resources to complete their tasks
- Working with the metalsmith through the process to assure timely delivery and that quality standards are met
- Resolving any other unforeseen issues that may arise during the design and construction proocess

FEE FOR SERVICES:        $4,000

Spectacle Films, Inc.
2 East Broadway  Suite 901  New York, NY  10038
212.807.0290 – info@spectaclefilms.com



PLF000124

# Mills Decl. Ex. 13

 Gmail

## Fwd: Answers from the designer

27 messages

**Ash Astaroth** <ash.astaroth@gmail.com>        Fri, Apr 14, 2017 at 2:30 PM
To: Malcolm Jarry <satanictempleorg@gmail.com>, ████████████████ Chris p Andres
<chrispandres@gmail.com>

Here is what he is saying. Let me know your thoughts and I can respond

---------- Forwarded message ---------
From: **Adam** <adam.volpe@comcast.net>
Date: Fri, Apr 14, 2017 at 2:19 PM
Subject: Re: Answers from the designer
To: Ash Astaroth <ash.astaroth@gmail.com>


Hi Ash,

Hmm, aluminum would be nice for this project but it's just too soft, it would damage very easily so I'm scrapping that idea.

I've reached out to some people for quotes on some of the work (I'd want to CNC waterjet or plasma cut the pentagrams so they are perfect and identical on each side for example) so I don't have an exact figure but:

Assuming 1/4" plate mild steel, I'd estimate around $3000. The pentagram inlays would be brass and I would like to use a professional pickup truck bed liner for the surface. That will give you the desired irregular surface texture in a flat black color. It will also be VERY durable and resistant to dents and scratches and even corrosion. The 1/4" thick steel will provide plenty of structural support and I may even weld in some internal cross braces just for an extra bit of insurance. A big man with a sledgehammer could probably chip it or dent it a bit but that's about it.

For even more strength I could actually use AR500 steel (AR == abrasion resistant). It is a hardened plate used in things like bulldozer blades and excavator buckets. In fact it's also used for armor plates and will even stop most bullets. It could basically survive anything at that point. The labor cost doesn't really change but the material cost would be about $500 more making the total roughly $3500.

In either case my best estimate on the weight is about 325-350lbs. Very heavy but a couple people could move it.

If price is a concern, thinner steel could be used, the bedliner idea (I'm guessing that's nearly $500 on its own) could be scrapped, etc..

Thanks,
Adam

---

**From:** "Ash Astaroth" <ash.astaroth@gmail.com>
**To:** "Adam" <adam.volpe@comcast.net>
**Sent:** Friday, April 14, 2017 12:47:09 PM
**Subject:** Answers from the designer

EXHIBIT
10

PLF000022

I forwarded your questions,  let me know if these answer them.

"Here are those specs -

---Plate steel , or aluminum - black in color with an irregular textured surface.

---m1 military helmet cast in steel/aluminum (whichever works best) also black, to be bolted/welded on top like an offering bowl.

---Each side needs an etched inverted pentagram w/ gold/brass/bronze guiding  (whichever is most cost effective)

I am open to appropriate thicknesses and the depth of the etchings , I would defer to your expertise in such areas....

Does this answer most of
The questions? I believe as long as it ends up looking properly , the materials are variable....."

Also we expect it to be a vandal target so making it sturdy is a concern. Do you think you can approximate some costs for us based on your time and materials?

On Apr 13, 2017 3:38 PM, "Adam" <adam.volpe@comcast.net> wrote:
> Sure thing brother, email is probably easiest and simplest way yes. By the way I forgot to
> mention one other thing, if you wanted to trust me to accurately record my time I could simply
> work for a flat hourly rate plus materials. Just a option, I work pretty cheaply since this is a side
> job/hobby and I don't rely on it to pay the bills.

---

**From:** "Ash Astaroth" <ash.astaroth@gmail.com>
**To:** "Adam" <adam.volpe@comcast.net>
**Sent:** Thursday, April 13, 2017 3:15:23 PM
**Subject:** Re: Hello from Salem Art Gallery

Let me get you in touch with the designing artist and maybe some other folks, these are great questions that we can get figured out. Is this the most reliable way to reach you?

On Apr 13, 2017 3:10 PM, "Adam" <adam.volpe@comcast.net> wrote:
> Hi Ash,
>
> Good to hear from you, I hope things are well with you!
>
> I'd certainly be interested in trying this one on for size. I have some questions:
>
> 1) The dimensions of the rectangle are 23" wide on each side it seems, but the height I'm a
> little uncertain on. Is the box 36" tall by itself, or does that include the helmet?
>
> 2) The pentagrams are gold, is that set in stone? I ask because that would add a lot to the
> cost (honestly I've never worked with gold in the first place for this reason alone). If you're
> open to substitution I would recommend brass as it has a similar appearance without an
> insane cost.

PLF000023

3) Are the pentagram inlays the same level as the surrounding steel surface, or are they embossed slightly below the surface (and if so, how deep?) I ask simply for labor cost reasons (if the inlays are on the same level as the rest of the surface it would be cheaper/easier to do).

4) Is mild steel a requirement? I only ask because while my planned black oxide patina does add some corrosion resistance, if this is going to be outside it's going to rust, period. It could be painted with a clearcoat to help with this but it's not going to last forever. A professional clearcoat job (similar to an automotive clearcoat) would be best but that adds to the cost of course. Alternatively, the construction could be done in aluminum or stainless steel for corrosion resistance but both materials cost more than normal mild steel so it's just another consideration.

5) Finally, I would plan to make the box hollow to save on cost and weight, do you have any idea how thick you'd want the walls of the box? I'd say a minimum of 1/8" thick, personally, up to about 1/2" thick. For reference, weight-wise, assuming the box is 23x23x36" the box would weigh roughly 150lbs for 1/8" thick and 600lbs for 1/2" thick. Obviously material and labor costs vary as a result as well. Personally if it were up to me I'd be somewhere in the middle (1/4"-3/8" thick). 1/8" thick walls would be plenty strong but a vandal could potentially dent it with a heavy hammer, which actually brings up another point, how strong you need it to be. Some internal crossbracing could be utilized to make it REALLY strong if needed (again, more cost considerations).

Alternatively, you could give me a budget and I could figure out the methods and materials best suited to match the price if you prefer.

Thanks,
Adam

---

**From:** "Ash Astaroth" <ash.astaroth@gmail.com>
**To:** "adam volpe" <adam.volpe@comcast.net>
**Sent:** Thursday, April 13, 2017 1:50:53 PM
**Subject:** Hello from Salem Art Gallery

Hello,
We met and I looked at your iron work quite a while back. I remember we were interested in showing your stuff if you had it available for us. We are still interested in showing anything you have available but we would also like to ask if you would be interested or have the capabilities to help us with a sculpture for one of our national campaigns. I will include details below but we are looking for estimates from artists for how much it would cost to produce the veterans memorial we designed and are proposing below. Please have a look and let me know if this looks like something within your abilities and an estimate to create it. If you have questions we can also get you in touch with the artist who designed the memorial. Let us know if this looks within your capabilities and if it is something you can take on and we look forward to hearing from you one way or another.

http://www.patheos.com/blogs/friendlyatheist/2017/02/21/a-mn-town-wants-religious-war-memorials-so-satanists-offer-one-with-a-baphometic-bowl-of-wisdom/

Sincerely,

Ash

**Ash Astaroth** <ash.astaroth@gmail.com>                                    Fri, Apr 14, 2017 at 4:00 PM
To: Adam <adam.volpe@comcast.net>
Bcc   atanictempleorg@gmail com

> How soon would you be able to get started on this and when do you think you could complete it? We were talking that
> obviously we want the monument to last and be in its original state for as long as possible but a small amount of rust over
> time may actually be part of its design and we can write that into the press release as intentional. I don't think the
> designer would like to go with a clear coat at all so maybe working with the materials that will age/weather the best over
> time. We basically have a spot waiting to put it and as soon as we do I'm sure there will be a lot of attention on it.
> [Quoted text hidden]

**Malcolm Jarry** <satanictempleorg@gmail.com>                              Sat, Apr 15, 2017 at 1:06 AM
To: Ash Astaroth <ash.astaroth@gmail.com>, █████████████████████

█████

I will deal with the city of Belle Plaine. Can you respond to Adam and find out how long it will take and what advice he as
about how to install the monument so that it will not be stolen?

M

[Quoted text hidden]

**Ash Astaroth** <ash.astaroth@gmail.com>                                   Sat, Apr 15, 2017 at 1:32 AM
To: Malcolm Jarry <satanictempleorg@gmail.com>, █████████████████████

---------- Forwarded message ----------
From: "Adam Volpe" <adam.volpe@comcast.net>
Date: Apr 14, 2017 8:38 PM
Subject: RE: Answers from the designer
To: "Ash Astaroth" <ash.astaroth@gmail.com>
Cc:

Hi Ash,


No problem. I actually have a few ideas in mind regarding the finish but I think we can work something out one way
or another. A dull, mottled/textured black finish will be achievable one way or another. Clearcoat is nice but it's TOO
nice and shiny which is why I almost never use it. Another side note, that AR500 steel is more rust resistant than
regular mild steel which is a nice bonus, if you're considering it. I assume this is going to be outdoors, correct?


Regardless, the downside to me working for cheap as a side job is that I only work on nights and weekends when I
have spare time. Further complicating this matter is the fact that I have two other commissions I'm currently working
on and won't be done for about 4-6 weeks. Having said that, I am a fan of TST and its work and am willing to
somewhat jump the line, so to speak. Realistically I can start on the process of acquiring materials and working on
subcontracting the waterjet work this week if you want to give me a deposit. If there is too much lead time on the
waterjet work I can electrochemically etch the pentagrams into the steel as I have done with other similar projects.
Having said all of that, it's still going to take around a month I'm guessing.


Final note, keep in mind this is going to have to be shipped via freight due to the weight which will add a couple
hundred dollars (I can handle it or you can if you prefer).

PLF000025

Thanks,

Adam

**From:** Ash Astaroth [mailto:ash.astaroth@gmail.com]
**Sent:** Friday, April 14, 2017 4:00 PM
**To:** Adam <adam.volpe@comcast.net>
**Subject:** Re: Answers from the designer

How soon would you be able to get started on this and when do you think you could complete it? We were talking that obviously we want the monument to last and be in its original state for as long as possible but a small amount of rust over time may actually be part of its design and we can write that into the press release as intentional. I don't think the designer would like to go with a clear coat at all so maybe working with the materials that will age/weather the best over time. We basically have a spot waiting to put it and as soon as we do I'm sure there will be a lot of attention on it.

[Quoted text hidden]

 Virus-free. www.avast.com

---

**Ash Astaroth** <ash.astaroth@gmail.com>                                    Sat, Apr 15, 2017 at 1:51 PM
To: Malcolm Jarry <satanictempleorg@gmail.com>, █████████████████████

--------- Forwarded message ---------
From: "Adam Volpe" <adam.volpe@comcast.net>
Date: Apr 15, 2017 1:38 PM
Subject: RE: Answers from the designer
To: "Ash Astaroth" <ash.astaroth@gmail.com>
Cc:

Sure thing brother. Lunatic side note, if you wanted to pay me extra I would be willing to give up a week's worth of vacation and dedicate it to this project. With 50-60 hours of work in a week I could knock it out (or at least the majority). I would probably forgo the CNC waterjet plan because I doubt they could accommodate me that fast, I'd just do my own electrochemical etchings instead.

Thanks,

Adam

**From:** Ash Astaroth [mailto:ash.astaroth@gmail.com]
**Sent:** Saturday, April 15, 2017 12:48 PM
**To:** Adam Volpe <adam.volpe@comcast.net>
**Subject:** Re: Answers from the designer

Let me talk with the others and get back to you with some info. We are very interested in getting this done ASAP as we basically have a space to put it waiting for us.

PLF000026

On Fri, Apr 14, 2017 at 8:38 PM, Adam Volpe <adam.volpe@comcast.net> wrote:

Hi Ash,

No problem. I actually have a few ideas in mind regarding the finish but I think we can work something out one way or another. A dull, mottled/textured black finish will be achievable one way or another. Clearcoat is nice but it's TOO nice and shiny which is why I almost never use it. Another side note, that AR500 steel is more rust resistant than regular mild steel which is a nice bonus, if you're considering it. I assume this is going to be outdoors, correct?

Regardless, the downside to me working for cheap as a side job is that I only work on nights and weekends when I have spare time. Further complicating this matter is the fact that I have two other commissions I'm currently working on and won't be done for about 4-6 weeks. Having said that, I am a fan of TST and its work and am willing to somewhat jump the line, so to speak. Realistically I can start on the process of acquiring materials and working on subcontracting the waterjet work this week if you want to give me a deposit. If there is too much lead time on the waterjet work I can electrochemically etch the pentagrams into the steel as I have done with other similar projects. Having said all of that, it's still going to take around a month I'm guessing.

Final note, keep in mind this is going to have to be shipped via freight due to the weight which will add a couple hundred dollars (I can handle it or you can if you prefer).

Thanks,

Adam

**From:** Ash Astaroth [mailto:ash.astaroth@gmail.com]
**Sent:** Friday, April 14, 2017 4:00 PM
**To:** Adam <adam.volpe@comcast.net>
**Subject:** Re: Answers from the designer

How soon would you be able to get started on this and when do you think you could complete it? We were talking that obviously we want the monument to last and be in its original state for as long as possible but a small amount of rust over time may actually be part of its design and we can write that into the press release as intentional. I don't think the designer would like to go with a clear coat at all so maybe working with the materials that will age/weather the best over time. We basically have a spot waiting to put it and as soon as we do I'm sure there will be a lot of attention on it.

[Quoted text hidden]

 Virus-free. www.avast.com

PLF000027

**Ash Astaroth** <ash.astaroth@gmail.com>
To: Adam Volpe <adam.volpe@comcast.net>
Bcc: satanictempleorg@gmail.com

Mon, Apr 17, 2017 at 1:42 PM

Hello,
How much money you need for the deposit and to get you started on the monument so we can get that going ASAP?

On Fri, Apr 14, 2017 at 8:38 PM, Adam Volpe <adam.volpe@comcast.net> wrote:

Hi Ash,

No problem. I actually have a few ideas in mind regarding the finish but I think we can work something out one way or another. A dull, mottled/textured black finish will be achievable one way or another. Clearcoat is nice but it's TOO nice and shiny which is why I almost never use it. Another side note, that AR500 steel is more rust resistant than regular mild steel which is a nice bonus, if you're considering it. I assume this is going to be outdoors, correct?

Regardless, the downside to me working for cheap as a side job is that I only work on nights and weekends when I have spare time. Further complicating this matter is the fact that I have two other commissions I'm currently working on and won't be done for about 4-6 weeks. Having said that, I am a fan of TST and its work and am willing to somewhat jump the line, so to speak. Realistically I can start on the process of acquiring materials and working on subcontracting the waterjet work this week if you want to give me a deposit. If there is too much lead time on the waterjet work I can electrochemically etch the pentagrams into the steel as I have done with other similar projects. Having said all of that, it's still going to take around a month I'm guessing.

Final note, keep in mind this is going to have to be shipped via freight due to the weight which will add a couple hundred dollars (I can handle it or you can if you prefer).

Thanks,

Adam

**From:** Ash Astaroth [mailto:ash.astaroth@gmail.com]
**Sent:** Friday, April 14, 2017 4:00 PM
**To:** Adam <adam.volpe@comcast.net>
**Subject:** Re: Answers from the designer

How soon would you be able to get started on this and when do you think you could complete it? We were talking that obviously we want the monument to last and be in its original state for as long as possible but a small amount of rust over time may actually be part of its design and we can write that into the press release as intentional. I don't think the designer would like to go with a clear coat at all so maybe working with the materials that will age/weather the best over time. We basically have a spot waiting to put it and as soon as we do I'm sure there will be a lot of attention on it.

[Quoted text hidden]

 Virus-free. www.avast.com

PLF000028

**Ash Astaroth** <ash.astaroth@gmail.com>
To: Adam Volpe <adam.volpe@comcast.net>
Bcc: satanictempleorg@gmail.com

Mon, Apr 17, 2017 at 1:44 PM

Also, if we paid you a little extra to give up a week of PTO to use to work on it as you mentioned how much would you need for that?

On Sat, Apr 15, 2017 at 1:38 PM, Adam Volpe <adam.volpe@comcast.net> wrote:

> Sure thing brother. Lunatic side note, if you wanted to pay me extra I would be willing to give up a week's worth of vacation and dedicate it to this project. With 50-60 hours of work in a week I could knock it out (or at least the majority). I would probably forgo the CNC waterjet plan because I doubt they could accommodate me that fast, I'd just do my own electrochemical etchings instead.
>
>
>
> Thanks,
>
> Adam
>
>
>
> **From:** Ash Astaroth [mailto:ash.astaroth@gmail.com]
> **Sent:** Saturday, April 15, 2017 12:48 PM
> **To:** Adam Volpe <adam.volpe@comcast.net>
>
>
> **Subject:** Re: Answers from the designer
>
>
> Let me talk with the others and get back to you with some info. We are very interested in getting this done ASAP as we basically have a space to put it waiting for us.
>
>
> On Fri, Apr 14, 2017 at 8:38 PM, Adam Volpe <adam.volpe@comcast.net> wrote:
>
>> Hi Ash,
>>
>>
>> No problem. I actually have a few ideas in mind regarding the finish but I think we can work something out one way or another. A dull, mottled/textured black finish will be achievable one way or another. Clearcoat is nice but it's TOO nice and shiny which is why I almost never use it. Another side note, that AR500 steel is more rust resistant than regular mild steel which is a nice bonus, if you're considering it. I assume this is going to be outdoors, correct?
>>
>>
>> Regardless, the downside to me working for cheap as a side job is that I only work on nights and weekends when I have spare time. Further complicating this matter is the fact that I have two other commissions I'm currently working on and won't be done for about 4-6 weeks. Having said that, I am a fan of TST and its work and am willing to somewhat jump the line, so to speak. Realistically I can start on the process of acquiring materials and working on subcontracting the waterjet work this week if you want to give me a deposit. If there is too much lead time on the waterjet work I can electrochemically etch the pentagrams into the steel as I have done with other similar projects. Having said all of that, it's still going to take around a month I'm guessing.

PLF000029

Final note, keep in mind this is going to have to be shipped via freight due to the weight which will add a couple hundred dollars (I can handle it or you can if you prefer).


Thanks,

Adam


**From:** Ash Astaroth [mailto:ash.astaroth@gmail.com]
**Sent:** Friday, April 14, 2017 4:00 PM
**To:** Adam <adam.volpe@comcast.net>
**Subject:** Re: Answers from the designer


How soon would you be able to get started on this and when do you think you could complete it? We were talking that obviously we want the monument to last and be in its original state for as long as possible but a small amount of rust over time may actually be part of its design and we can write that into the press release as intentional. I don't think the designer would like to go with a clear coat at all so maybe working with the materials that will age/weather the best over time. We basically have a spot waiting to put it and as soon as we do I'm sure there will be a lot of attention on it.

[Quoted text hidden]

---

 Virus-free. www.avast.com

---

**Ash Astaroth** <ash.astaroth@gmail.com>          Mon, Apr 17, 2017 at 2:10 PM
To: Adam <adam.volpe@comcast.net>
Bcc: satanictempleorg@gmail.com

I think we'd want to go with the extra weather resistance and such for the extra $500. Let me forward that info on and see what we can do to get you started.

On Apr 17, 2017 2:07 PM, "Adam" <adam.volpe@comcast.net> wrote:
> Hi Ash,
>
> $500 up front is fine, you can paypal me at adam.volpe@comcast.net if you like or if you prefer cash or check or whatever.
>
> For the week of PTO, I'd take half of my actual pay for the week which is almost exactly $1000. I think that's pretty fair?
>
> Did you decide if you wanted to do 1/4" mild steel or $500 extra for the AR500 (strength and corrosion resistance)? I will place the order today and pick it up at the mill in NH in a day or two so I can get started this weekend.
>
> Thanks,

PLF000030

*Adam*

---

**From:** "Ash Astaroth" <ash.astaroth@gmail.com>
**To:** "Adam Volpe" <adam.volpe@comcast.net>
**Sent:** Monday, April 17, 2017 1:42:58 PM
[Quoted text hidden]

---

Ash Astaroth <ash.astaroth@gmail.com>                    Mon, Apr 17, 2017 at 2:10 PM
To: Malcolm Jarry <satanictempleorg@gmail.com>, ██████████████████>

---------- Forwarded message ----------
From: "Adam" <adam.volpe@comcast.net>
Date: Apr 17, 2017 2:07 PM
Subject: Re: Answers from the designer
To: "Ash Astaroth" <ash.astaroth@gmail.com>
Cc:

Hi Ash,

$500 up front is fine, you can paypal me at adam.volpe@comcast.net if you like or if you prefer cash or check or whatever.

For the week of PTO, I'd take half of my actual pay for the week which is almost exactly $1000. I think that's pretty fair?

Did you decide if you wanted to do 1/4" mild steel or $500 extra for the AR500 (strength and corrosion resistance)? I will place the order today and pick it up at the mill in NH in a day or two so I can get started this weekend.

Thanks,
Adam

---

**From:** "Ash Astaroth" <ash.astaroth@gmail.com>
**To:** "Adam Volpe" <adam.volpe@comcast.net>
**Sent:** Monday, April 17, 2017 1:42:58 PM
[Quoted text hidden]

---

Ash Astaroth <ash.astaroth@gmail.com>                    Mon, Apr 17, 2017 at 2:15 PM
To: Malcolm Jarry <satanictempleorg@gmail.com>, ██████████████████

---------- Forwarded message ----------
From: "Adam" <adam.volpe@comcast.net>
Date: Apr 17, 2017 2:13 PM
Subject: Re: Answers from the designer
To: "Ash Astaroth" <ash.astaroth@gmail.com>
Cc:

Sure thing brother. Just let me know by say Thursday, that's probably the latest I can order the steel and have it for the weekend.

---

PLF000031

**From:** "Ash Astaroth" <ash.astaroth@gmail.com>
**To:** "Adam" <adam.volpe@comcast.net>
**Sent:** Monday, April 17, 2017 2:10:26 PM
[Quoted text hidden]

---

Ash Astaroth <ash.astaroth@gmail.com>                                    Mon, Apr 17, 2017 at 2:31 PM
To: Malcolm Jarry <satanictempleorg@gmail.com>, ███████████████████████████

---------- Forwarded message ----------
From: "Adam" <adam.volpe@comcast.net>
Date: Apr 17, 2017 2:24 PM
Subject: Re: Answers from the designer
To: "Ash Astaroth" <ash.astaroth@gmail.com>
Cc:

OH! and if you want me to take next week off for sure let me know ASAP, I've gotta request it and
don't want it to be last second (it already kinda is but sooner is better!)

---

**From:** "Ash Astaroth" <ash.astaroth@gmail.com>
**To:** "Adam" <adam.volpe@comcast.net>
**Sent:** Monday, April 17, 2017 2:10:26 PM
[Quoted text hidden]

---

███████████████████████████                                    Mon, Apr 17, 2017 at 2:35 PM
To: Ash Astaroth <ash.astaroth@gmail.com>
Cc: Malcolm Jarry <satanictempleorg@gmail.com>

This one's your call, Malcolm. When's Belle Plaine expecting anything from us? Do we have a deadline?
[Quoted text hidden]

---

**Malcolm Jarry** <satanictempleorg@gmail.com>                          Mon, Apr 17, 2017 at 7:54 PM
To: ███████████████████████████
Cc: Ash Astaroth <ash.astaroth@gmail.com>

I sent out 1K just now, but that means we have to move fast with getting the fundraiser launched.  Now that everything is
in place and we have a rough timeline, I will let Belle Plaine know. Please note that we ALSO need the statue to have a
plaque that reads: **"In honor of Belle Plaine veterans who fought to defend the United States and it Constitution"**

Let's get moving on all of our respective tasks.

Ash: let Adam know the money was sent and that he needs to also make a plaque and get an updated estimate on
completion. Also, let Chris know we are fine with his fee.
████████ start laying out the text and stuff for the fundraiser including incentives and designs for that.
I will notify Belle Plaine and will finalize the insurance and will ask about Belle Plaine about installation requirements.
[Quoted text hidden]

---

**Malcolm Jarry** <satanictempleorg@gmail.com>                          Mon, Apr 17, 2017 at 7:56 PM
To: ███████████████████████████

████████ also, once the fundraiser is assembled we should have a press release ready to go. This would be the very first
satanic monument on public grounds, so it is a historical event. Also, it should be noted that the council behaved
professionally and expeditiously at all times. There were no shenanigans at any point. They were responsive and even
preemptively notified us of the approval. Their behavior. at all times, to us was beyond reproach.
[Quoted text hidden]

PLF000032

**Malcolm Jarry** <satanictempleorg@gmail.com>
To: ███████████████████████████

Mon, Apr 17, 2017 at 8:10 PM

What we need funds for:

Design of the monument by artist Chris Andres
Construction of the monument by artist Adam Volpe
Transporting the statue from Salem to Belle Plaine
Installation of the statue for one year
Removal and return of the statue to Salem
Liability and Property Insurance
Administration expenses

[Quoted text hidden]

---

To: Malcolm Jarry <satanictempleorg@gmail.com>
Cc: Ash Astaroth <ash.astaroth@gmail.com>

Mon, Apr 17, 2017 at 10:55 PM

Do we have a final number on the crowd funded amount?

[Quoted text hidden]

---

**Malcolm Jarry** <satanictempleorg@gmail.com>
To: ███████████████████████████

Tue, Apr 18, 2017 at 1:24 PM

35K

[Quoted text hidden]

---

To: Malcolm Jarry <satanictempleorg@gmail.com>

Tue, Apr 18, 2017 at 1:26 PM

For the Belle Plaine memorial? Why would we price it at 35k?

[Quoted text hidden]

---

**Malcolm Jarry** <satanictempleorg@gmail.com>
To: ███████████████████████████

Tue, Apr 18, 2017 at 1:30 PM

Because we need to raise money - it is the first satanic monument on state property, so it is a historic achievement - and our costs are not simply the cost of the statue, but all of the operations that made it happen.  If we only raise 20K, that is OK too.

[Quoted text hidden]

---

To: Malcolm Jarry <satanictempleorg@gmail.com>

Tue, Apr 18, 2017 at 1:33 PM

I think 20k makes more sense because 1) we really want to reach whatever amount we set, and 2) we don't want to set a goal that makes the fabricator and artist upset with their low bids

[Quoted text hidden]

---

**Malcolm Jarry** <satanictempleorg@gmail.com>
To: ███████████████████████████

Tue, Apr 18, 2017 at 1:39 PM

The fabricator is Adam and he knows that TST needs funds for operations. How about 25K then?

There are real costs on top of creating which including PR.

[Quoted text hidden]

---

To: Malcolm Jarry <satanictempleorg@gmail.com>

Tue, Apr 18, 2017 at 2:00 PM

PLF000033

Shit, I still think 20k might be high insofar as reachable goal is concerned. I'm not anticipating this will be really huge news, not like ASSC, which netted us 20. I know there were web issues, but that was international news a few times over. I am not against us getting 35 or 25, of course, but I like to set a goal we can get, especially if we're using IndieGogo, which takes a big cut if you don't reach your mark. Also, I don't think any of us know this Adam guy at all. We know Chris, but I still worry about both him and the fabricator knowing the full bill for design and production is like 6k whole we're funding for tens of thousands

[Quoted text hidden]

---

**Malcolm Jarry** <satanictempleorg@gmail.com>                                    Tue, Apr 18, 2017 at 2:22 PM
To: ██████████████████████

The statue stories are easier for people to understand than some of the others. Many people didn't know about the Good News Club, so back story was something that needed explaining. I am really not worried about Adam and Chris. They understand TST is more than a statue and that more goes into making and installing a statue than just creating the statue. The only point that is cause for concern is not hitting our goal. Go with 20K, but in the description make it clear that monies about 20K will help support TSTs efforts in general.

[Quoted text hidden]

---

██████████████████████ >                                                        Tue, Apr 18, 2017 at 2:46 PM
To: Malcolm Jarry <satanictempleorg@gmail.com>

Okay. But I also think we should present the breakdown to Ash, Chris and Adam before going live. We can justify 20k, but I don't want any question in their mind about that. Some of that might be hypothetical cost surrounding potential vandalism. We don't need to ask their approval, but I think we should present it with the question of whether or not they think there's anything we're missing that would justify a HIGHER amount. That way, I think, they become invested in the idea that we're on the level, and we don't have to worry about gossip that suggests otherwise.

[Quoted text hidden]

---

**Malcolm Jarry** <satanictempleorg@gmail.com>                                    Tue, Apr 18, 2017 at 3:48 PM
To: ██████████████████████

I think you are letting the tail wag the dog here. There are a lot of expenses involved in erecting and then removing a statue, insuring it, publicizing it, having a team apply for its inclusion and deal with correspondences, in addition to the cost and design of the statue. For $4,500, anyone can design and build a statue and have it sit in their closet and no one will know or care. If we have to explain why we need more than the basic cost to create something to everyone we work with then maybe we pack up and forget it all. We aren't going to survive. I have put an insane amount of resources into TST and am swimming in debt. We don't have donors like FFRF or AU, and yet we are often more effective than them. Money is simply not coming in and if people want us to survive, then money has to come from somewhere. Generally, it comes from fundraising situations like these and we haven't had many in a while.

[Quoted text hidden]

---

██████████████████████                                                          Tue, Apr 18, 2017 at 4:25 PM
To: Malcolm Jarry <satanictempleorg@gmail.com>

I'm thinking of worst case scenarios and PR nightmares. If anybody who knows the real cost gossips disparagingly to anybody else that we far inflated the crowd funding and word gets out, that hurts our overall fundraising capability. If asked what justifies the amount, I'm certainly not at liberty to say that the inflation is going towards other debts completely unrelated to the Belle Plaine monument. During the fundraising for the monument, we can certainly push for general fundraising as well, and I'll bet there's a lot of carry-over of people donating to the general fund in response to the monument. We still haven't set up a web platform, integrated chapter merch on our site, or sent out a prospectus to potential investors. I think that will be our next round of money, but we need to do our best that our image is good.

[Quoted text hidden]

---

**Malcolm Jarry** <satanictempleorg@gmail.com>                                    Wed, Apr 19, 2017 at 2:28 PM
To: ██████████████████████

On top of the statue, there is also the cost for a base and having that base anchored. I am reaching out to Belle Plaine to see what they will permit.

[Quoted text hidden]

PLF000034

# Mills Decl. Ex. 14

**Malcolm Jarry** <satanictempleorg@gmail.com>                    Mon, Apr 17, 2017 at 8:10 PM
To: ███████████████████████

What we need funds for:

Design of the monument by artist Chris Andres
Construction of the monument by artist Adam Volpe
Transporting the statue from Salem to Belle Plaine
Installation of the statue for one year
Removal and return of the statue to Salem
Liability and Property Insurance
Administration expenses
[Quoted text hidden]

---

███████████████████████                    Mon, Apr 17, 2017 at 10:55 PM
To: Malcolm Jarry <satanictempleorg@gmail.com>
Cc: Ash Astaroth <ash.astaroth@gmail.com>

Do we have a final number on the crowd funded amount?
[Quoted text hidden]

---

**Malcolm Jarry** <satanictempleorg@gmail.com>                    Tue, Apr 18, 2017 at 1:24 PM
To: ███████████████████████

35K
[Quoted text hidden]

---

███████████████████████                    Tue, Apr 18, 2017 at 1:26 PM
To: Malcolm Jarry <satanictempleorg@gmail.com>

For the Belle Plaine memorial? Why would we price it at 35k?
[Quoted text hidden]

---

**Malcolm Jarry** <satanictempleorg@gmail.com>                    Tue, Apr 18, 2017 at 1:30 PM
To: ███████████████████████

Because we need to raise money - it is the first satanic monument on state property, so it is a historic achievement - and
our costs are not simply the cost of the statue, but all of the operations that made it happen.  If we only raise 20K, that is
OK too.
[Quoted text hidden]

---

███████████████████████                    Tue, Apr 18, 2017 at 1:33 PM
To: Malcolm Jarry <satanictempleorg@gmail.com>

I think 20k makes more sense because 1) we really want to reach whatever amount we set, and 2) we don't want to set a
goal that makes the fabricator and artist upset with their low bids
[Quoted text hidden]

---

**Malcolm Jarry** <satanictempleorg@gmail.com>                    Tue, Apr 18, 2017 at 1:39 PM
To: ███████████████████████

The fabricator is Adam and he knows that TST needs funds for operations. How about 25K then?

There are real costs on top of creating which including PR.
[Quoted text hidden]

EXHIBIT
11

---

███████████████████████                    Tue, Apr 18, 2017 at 2:00 PM
To: Malcolm Jarry <satanictempleorg@gmail.com>

PLF000033

Shit, I still think 20k might be high insofar as reachable goal is concerned. I'm not anticipating this will be really huge news, not like ASSC, which netted us 20. I know there were web issues, but that was international news a few times over. I am not against us getting 35 or 25, of course, but I like to set a goal we can get, especially if we're using IndieGogo, which takes a big cut if you don't reach your mark. Also, I don't think any of us know this Adam guy at all. We know Chris, but I still worry about both him and the fabricator knowing the full bill for design and production is like 6k whole we're funding for tens of thousands

[Quoted text hidden]

---

**Malcolm Jarry** <satanictempleorg@gmail.com>                                           Tue, Apr 18, 2017 at 2:22 PM
To: ██████████████████████████

The statue stories are easier for people to understand than some of the others. Many people didn't know about the Good News Club, so back story was something that needed explaining. I am really not worried about Adam and Chris. They understand TST is more than a statue and that more goes into making and installing a statue than just creating the statue. The only point that is cause for concern is not hitting our goal. Go with 20K, but in the description make it clear that monies about 20K will help support TSTs efforts in general.

[Quoted text hidden]

---

██████████████████████████ >                                                             Tue, Apr 18, 2017 at 2:46 PM
To: Malcolm Jarry <satanictempleorg@gmail.com>

Okay. But I also think we should present the breakdown to Ash, Chris and Adam before going live. We can justify 20k, but I don't want any question in their mind about that. Some of that might be hypothetical cost surrounding potential vandalism. We don't need to ask their approval, but I think we should present it with the question of whether or not they think there's anything we're missing that would justify a HIGHER amount. That way, I think, they become invested in the idea that we're on the level, and we don't have to worry about gossip that suggests otherwise.

[Quoted text hidden]

---

**Malcolm Jarry** <satanictempleorg@gmail.com>                                           Tue, Apr 18, 2017 at 3:48 PM
To: ██████████████████████████

I think you are letting the tail wag the dog here. There are a lot of expenses involved in erecting and then removing a statue, insuring it, publicizing it, having a team apply for its inclusion and deal with correspondences, in addition to the cost and design of the statue. For $4,500, anyone can design and build a statue and have it sit in their closet and no one will know or care. If we have to explain why we need more than the basic cost to create something to everyone we work with then maybe we pack up and forget it all. We aren't going to survive. I have put an insane amount of resources into TST and am swimming in debt. We don't have donors like FFRF or AU, and yet we are often more effective than them. Money is simply not coming in and if people want us to survive, then money has to come from somewhere. Generally, it comes from fundraising situations like these and we haven't had many in a while.

[Quoted text hidden]

---

██████████████████████████                                                               Tue, Apr 18, 2017 at 4:25 PM
To: Malcolm Jarry <satanictempleorg@gmail.com>

I'm thinking of worst case scenarios and PR nightmares. If anybody who knows the real cost gossips disparagingly to anybody else that we far inflated the crowd funding and word gets out, that hurts our overall fundraising capability. If asked what justifies the amount, I'm certainly not at liberty to say that the inflation is going towards other debts completely unrelated to the Belle Plaine monument. During the fundraising for the monument, we can certainly push for general fundraising as well, and I'll bet there's a lot of carry-over of people donating to the general fund in response to the monument. We still haven't set up a web platform, integrated chapter merch on our site, or sent out a prospectus to potential investors. I think that will be our next round of money, but we need to do our best that our image is good.

[Quoted text hidden]

---

**Malcolm Jarry** <satanictempleorg@gmail.com>                                           Wed, Apr 19, 2017 at 2:28 PM
To: ██████████████████████████

On top of the statue, there is also the cost for a base and having that base anchored. I am reaching out to Belle Plaine to see what they will permit.

[Quoted text hidden]

PLF000034

Mills Decl. Ex. 15

 **Gmail**

**The Satanic Temple <satanictempleorg@gmail.com>**

---

## Fwd: Insurance
1 message

**Ash Astaroth** <ash.astaroth@gmail.com>                                          Tue, Jun 13, 2017 at 8:44 PM
To: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Malcolm Jarry <satanictempleorg@gmail.com>

> ---------- Forwarded message ----------
> From: "Adam Volpe" <adam.volpe@comcast.net>
> Date: Jun 13, 2017 8:35 PM
> Subject: Insurance
> To: "Ash Astaroth" <ash.astaroth@gmail.com>
> Cc:
>
>
> Hi Ash,
>
>
> Just a side note, I think you mentioned you've insured the monument. You may want to insure it for more than I charged, I ended up estimating the cost way too low. The cost of the materials and consumables and tooling and such ate up all of the budget so I ended up putting in the 75 hours of labor for free. I only mention this because if a new one needs to be made again from insurance money it would need to be cost more. The mistake was mine, however it was a brutal project and I don't think I'd be willing to do it again without making any money. Something more like $5k would be a reasonable amount to insurance it for I think. Just in case!
>
>
> Thanks!
>
> Adam

 Virus-free. www.avast.com

EXHIBIT
12

PLF000099

# Mills Decl. Ex. 16

 **Gmail**

The Satanic Temple <satanictempleorg@gmail.com>

## Fwd: RE: Finished?
2 messages

---

**Ash Astaroth** <ash.astaroth@gmail.com>                          Fri, Jun 23, 2017 at 4:19 PM
To: ████████████████████████   Malcolm Jarry <satanictempleorg@gmail.com>

---------- Forwarded message ----------
From: "Adam Volpe" <adam.volpe@comcast.net>
Date: Jun 23, 2017 2:34 PM
Subject: RE: Finished?
To: "Ash Astaroth" <ash.astaroth@gmail.com>
Cc:

Hi Ash,

It's as done as it's gonna get. It has the buriable (is that a word?) 6" tall base with 4 holes for ground anchors if needed. I've coated it in oil (rust resistance) and covered in a tarp and it's just sitting in my garage now.

Thanks,

Adam

**From:** Ash Astaroth [mailto:ash.astaroth@gmail.com]
**Sent:** Friday, June 23, 2017 1:42 PM
**To:** Adam <adam.volpe@comcast.net>
**Subject:** Finished?

Is the monument 100% finished including the anchor? We would like to reach out to Belle Plaine if so and we may also want to show it here temporarily.

---

   Virus-free. www.avast.com

---

**Malcolm Jarry** <satanictempleorg@gmail.com>                     Fri, Jun 23, 2017 at 7:08 PM
To: Ash Astaroth <ash.astaroth@gmail.com>

How much do we owe him and how can we get it over to the gallery and do we have a place for it there or should we not bother and just get it from him and take it to Minnesota in July?
[Quoted text hidden]

<div style="border:1px solid black">EXHIBIT<br>13</div>

PLF000102

Mills Decl. Ex. 17

Subject: RE: Memorial to Salem?
To: "Ash Astaroth" <ash.astaroth@gmail.com>
Cc:

Okay, well, I can use a crane to get it into my truck (and back out again), and I think using an appliance dolly might get it up the stairs. It's REALLY heavy though, I might have to play around with some ideas or even build a rig for two people to carry it. Since it's so heavy I'd have to hire another powerlifter to help me most likely (especially getting it through a doorway where space is tight). How soon are you thinking?

[Quoted text hidden]

---

████████████████████ | Sat, Jul 15, 2017 at 3:35 PM
To: Ash Astaroth <ash.astaroth@gmail.com>
Cc: Malcolm Jarry <satanictempleorg@gmail.com>

Shit. What is the weight? We should have some kind of platform on the floor to both preserve the floor, and to disburse the weight. I have no idea what is a safe load to put on our floors though.
Malcolm, did we get some kind of estimate on this previously when considering having Baphomet indoors?
[Quoted text hidden]

---

**Malcolm Jarry** <satanictempleorg@gmail.com> | Sat, Jul 15, 2017 at 5:28 PM
To: ████████████████

Cc: Ash Astaroth <ash.astaroth@gmail.com>

He said it was 400 pounds. That is the weight of two heavy men. There is no reason we need to check the floor load for that. Two very strong people can lift and carry that. It can also roll around on a dolly.

Any reason why we don't want it outside? Sure, some people might just come to look at it, but once people are here some will come inside give that we are a little bit out of the way.
[Quoted text hidden]

---

████████████████████ | Sat, Jul 15, 2017 at 5:31 PM
To: Malcolm Jarry <satanictempleorg@gmail.com>
Cc: Ash Astaroth <ash.astaroth@gmail.com>

It could go outside, but I feel it may actually be more convenient inside. Taking it in is a little bit of a bitch, but planting it outside will require the actual installation on some concrete base
[Quoted text hidden]

---

**Ash Astaroth** <ash.astaroth@gmail.com> | Sat, Jul 15, 2017 at 6:03 PM
To: Malcolm Jarry <satanictempleorg@gmail.com>
Cc: ████████████████

I think that if we can get it inside we should. That way we can also keep it in good condition should we need it to still go somewhere. It wouldn't look bad on that front patch of lawn however so...

On Jul 15, 2017 5:28 PM, "Malcolm Jarry" <satanictempleorg@gmail.com> wrote:
[Quoted text hidden]

---

**Malcolm Jarry** <satanictempleorg@gmail.com> | Sat, Jul 15, 2017 at 6:16 PM
To: Ash Astaroth <ash.astaroth@gmail.com>
Cc: ████████████████

It was designed to be outside. We have cameras and it is too heavy for anyone to run off with, so I would not feel uncomfortable about it being in the grass area. Inside is ok too, but requires some planning.
[Quoted text hidden]

EXHIBIT
14

---

████████████████████ | Sat, Jul 15, 2017 at 7:21 PM

PLF000104

To: Malcolm Jarry <satanictempleorg@gmail.com>
Cc: Ash Astaroth <ash.astaroth@gmail.com>

I still think it would need a concrete base outside, so inside may be more convenient overall, and it's an attraction that will bring return visitors indoors.

[Quoted text hidden]

---

**Malcolm Jarry** <satanictempleorg@gmail.com>                                    Sat, Jul 15, 2017 at 7:52 PM
To: ███████████████████████████
Cc: Ash Astaroth <ash.astaroth@gmail.com>

If you feel strongly about it being indoors, I am OK with that.

Let's not make any plans until Tuesday. If it is still going to go to MN, no sense making two trips unless that one to us can be handled easily.

[Quoted text hidden]

---

█████████████████████████                                                       Sat, Jul 15, 2017 at 7:54 PM
To: Malcolm Jarry <satanictempleorg@gmail.com>
Cc: Ash Astaroth <ash.astaroth@gmail.com>

Yeah, good point. I actually do think there is some chance they'll vote against shutting down the forum.

[Quoted text hidden]

---

**Malcolm Jarry** <satanictempleorg@gmail.com>                                    Sat, Jul 15, 2017 at 7:56 PM
To: ███████████████████████████
Cc: Ash Astaroth <ash.astaroth@gmail.com>

I am sure they are aware there will be serious legal consequences. Because this could be legal, it is best if no one on our end discusses this matter online prior to the vote - or after if they decide to shut things down.

[Quoted text hidden]

PLF000105

# Mills Decl. Ex. 18

 **Gmail**

**The Satanic Temple <satanictempleorg@gmail.com>**

## Monument
4 messages

**Ash Astaroth** <ash.astaroth@gmail.com>        Wed, Jul 19, 2017 at 4:55 PM
To: Malcolm Jarry <satanictempleorg@gmail.com>, ███████████████

So to be clear, what should I tell Adam about getting the monument here? I'd like to get it here ASAP while the news is still hot. It will be a great attraction to add especially since Castiglias stuff leaves soon

███████████████████        Wed, Jul 19, 2017 at 5:00 PM
To: Ash Astaroth <ash.astaroth@gmail.com>
Cc: Malcolm Jarry <satanictempleorg@gmail.com>

All the more reason to put it indoors, I think. Let's pick a spot on the floor and let's get a square of wood that we can staple felt (or some other non-abrasive cloth) around and tell him we want to dump it there. If he just wants to dump it outside the house, we'll figure out getting it in. If he needs us to pick it up, we'll get a van or pickup truck from Uhaul. Any chance we can get it by the weekend? I'm ready to fetch it as early as tonight. Maybe I can convince our Adam to drive...
[Quoted text hidden]

**Ash Astaroth** <ash.astaroth@gmail.com>        Wed, Jul 19, 2017 at 5:02 PM
To: █████████████████
Cc: Malcolm Jarry <satanictempleorg@gmail.com>

I'll ask and look for something to set under it.
[Quoted text hidden]

**Ash Astaroth** <ash.astaroth@gmail.com>        Wed, Jul 19, 2017 at 10:28 PM
To: Malcolm Jarry <satanictempleorg@gmail.com>, ███████████████

---------- Forwarded message ----------
From: **Adam Volpe** <adam.volpe@comcast.net>
Date: Wed, Jul 19, 2017 at 10:12 PM
Subject: RE: Monument
To: Ash Astaroth <ash.astaroth@gmail.com>

Hi Ash,

Unfortunately I'm at work all week and really don't have any availability. If you want to come by to pick it up you are welcome, however be aware that it would take probably 4 stout men to pick it up and lift it into a truck (it's right around 400lbs). If you can wait I can play around with the crane and possibly my appliance dolly this weekend and see if I can move it and bring it over Saturday or Sunday? My powerlifter friend is working until Monday so it'd have to be just me, is there anyone at the house on weekends who is reasonably strong? My biggest concern would be getting it up the stairs. I assume we can use the side stairs that is facing 90 degrees from the road? I seem to remember they were pretty shallow and looked like a nice straight shot into the house.

Oh by the way, I discovered that I can create on-the-fly custom orders through my Etsy page which should give you the invoice you need. I can even do it in person with my phone apparently. I've never used it but it might be a good

EXHIBIT 15

PLF000106

option? Actually I may just be able to email it to you, do you want it to go to you or to someone else?


Thanks,

Adam


**From:** Ash Astaroth [mailto:ash.astaroth@gmail.com]
**Sent:** Wednesday, July 19, 2017 5:05 PM
**To:** Adam <adam.volpe@comcast.net>
**Subject:** Monument


If we can get it delivered or picked up by this weekend we'd be into that. Let us know.  Getting a uhaul and picking it up could be an option for us as well. If we could get it here and dropped either in the house or outside we can manage how it is displayed after that. Let us know what you need.

---

 Virus-free. www.avast.com

Mills Decl. Ex. 19



# INVOICE

**Paid**

Invoice #:  0001
Invoice Date:  Ju  21, 2017
Due date:  Ju  21, 2017

Adam Vo pe

adam.vo pe@comcast.net

Amount due:
**$0.00**

Bill To:

satan ctemp eorg@gma  .com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Baphomat c Bow  of W sdom monument | 1 | $2,600.00 | $2,600.00 |
| | | Subtota | $2,600.00 |
| | | Tota | $2,600.00 |
| | | Amount pa d | -$2,600.00 |
| | | **Amount due** | **$0.00 USD** |

Notes

He o,

The or g na  pr ce was $3500, I have added $100 for the p aque recreat on w th updated  anguage. You have a ready pre-pa d $1000 up front so
that  eaves a ba ance of $2600. Hope that makes sense :)

Thanks,
Adam



PLF000135

# Mills Decl. Ex. 20



EXHIBIT
17

PLF000001



PLF000002

Mills Decl. Ex. 21



EXHIBIT
18

Mills Decl. Ex. 22



The Satanic Temple <satanictempleorg@gmail.com>

---

## Hello from Salem Art Gallery

4 messages

---

**Ash Astaroth** <ash.astaroth@gmail.com>     Thu, Apr 13, 2017 at 1:50 PM
To: adam.volpe@comcast.net
Bcc: satanictempleorg@gmail.com

Hello,
We met and I looked at your iron work quite a while back. I remember we were interested in showing your stuff if you had it available for us. We are still interested in showing anything you have available but we would also like to ask if you would be interested or have the capabilities to help us with a sculpture for one of our national campaigns. I will include details below but we are looking for estimates from artists for how much it would cost to produce the veterans memorial we designed and are proposing below. Please have a look and let me know if this looks like something within your abilities and an estimate to create it. If you have questions we can also get you in touch with the artist who designed the memorial. Let us know if this looks within your capabilities and if it is something you can take on and we look forward to hearing from you one way or another.

http://www.patheos.com/blogs/friendlyatheist/2017/02/21/a-mn-town-wants-religious-war-memorials-so-satanists-offer-one-with-a-baphometic-bowl-of-wisdom/

Sincerely,

Ash

---

**Ash Astaroth** <ash.astaroth@gmail.com>     Thu, Apr 13, 2017 at 3:15 PM
To: Adam <adam.volpe@comcast.net>
Bcc: satanictempleorg@gmail.com

Let me get you in touch with the designing artist and maybe some other folks, these are great questions that we can get figured out. Is this the most reliable way to reach you?

On Apr 13, 2017 3:10 PM, "Adam" <adam.volpe@comcast.net> wrote:
> Hi Ash,
>
> Good to hear from you, I hope things are well with you!
>
> I'd certainly be interested in trying this one on for size. I have some questions:



EXHIBIT
19

>
> 1) The dimensions of the rectangle are 23" wide on each side it seems, but the height I'm a little uncertain on. Is the box 36" tall by itself, or does that include the helmet?
>
> 2) The pentagrams are gold, is that set in stone? I ask because that would add a lot to the cost (honestly I've never worked with gold in the first place for this reason alone). If you're open to substitution I would recommend brass as it has a similar appearance without an insane cost.
>
> 3) Are the pentagram inlays the same level as the surrounding steel surface, or are they embossed slightly below the surface (and if so, how deep?) I ask simply for labor cost reasons (if the inlays are on the same level as the rest of the surface it would be cheaper/easier to do).
>
> 4) Is mild steel a requirement? I only ask because while my planned black oxide patina does add some corrosion resistance, if this is going to be outside it's going to rust, period. It could be painted with a clearcoat to help with this but it's not going to last forever. A professional clearcoat job (similar to an automotive clearcoat) would be best but that adds to the cost of course.

PLF000074

Alternatively, the construction could be done in aluminum or stainless steel for corrosion resistance but both materials cost more than normal mild steel so it's just another consideration.

5) Finally, I would plan to make the box hollow to save on cost and weight, do you have any idea how thick you'd want the walls of the box? I'd say a minimum of 1/8" thick, personally, up to about 1/2" thick. For reference, weight-wise, assuming the box is 23x23x36" the box would weigh roughly 150lbs for 1/8" thick and 600lbs for 1/2" thick. Obviously material and labor costs vary as a result as well. Personally if it were up to me I'd be somewhere in the middle (1/4"-3/8" thick). 1/8" thick walls would be plenty strong but a vandal could potentially dent it with a heavy hammer, which actually brings up another point, how strong you need it to be. Some internal crossbracing could be utilized to make it REALLY strong if needed (again, more cost considerations).

Alternatively, you could give me a budget and I could figure out the methods and materials best suited to match the price if you prefer.

Thanks,
Adam

---

**From:** "Ash Astaroth" <ash.astaroth@gmail.com>
**To:** "adam volpe" <adam.volpe@comcast.net>
**Sent:** Thursday, April 13, 2017 1:50:53 PM
**Subject:** Hello from Salem Art Gallery

[Quoted text hidden]

---

**Ash Astaroth** <ash.astaroth@gmail.com>                    Thu, Apr 13, 2017 at 3:39 PM
To: Malcolm Jarry <satanictempleorg@gmail.com>, █████████████████████

---------- Forwarded message ----------
From: "Adam" <adam.volpe@comcast.net>
Date: Apr 13, 2017 3:38 PM
Subject: Re: Hello from Salem Art Gallery
To: "Ash Astaroth" <ash.astaroth@gmail.com>
Cc:

Sure thing brother, email is probably easiest and simplest way yes. By the way I forgot to mention one other thing, if you wanted to trust me to accurately record my time I could simply work for a flat hourly rate plus materials. Just a option, I work pretty cheaply since this is a side job/hobby and I don't rely on it to pay the bills.

---

**From:** "Ash Astaroth" <ash.astaroth@gmail.com>
**To:** "Adam" <adam.volpe@comcast.net>
**Sent:** Thursday, April 13, 2017 3:15:23 PM
**Subject:** Re: Hello from Salem Art Gallery

[Quoted text hidden]

---

**Malcolm Jarry** <satanictempleorg@gmail.com>                    Fri, Apr 14, 2017 at 2:27 AM
To: Ash Astaroth <ash.astaroth@gmail.com>
Cc: ███████████████████████

Can you ask him to approximate what the cost for time and materials would be? Also, be sure to let him know that it will be a target for vandals, so it needs to be rugged.

PLF000075

[Quoted text hidden]

PLF000076



Toggle navigation



- 
  - [Home](#)
  - [Podcast](#)
  - [Speaking](#)
  - [Contributors](#)
  - [The Atheist Voice](#)
  - [Contact](#)
  - [Books](#)
  - [Patheos Nonreligious](#)
  - [FREE NEWSLETTER](#)
  - [Ad-Free LogIn](#)



A MN Town Wants Religious War Memorials, So Satanists Offer One With a "Baphometic Bowl of Wisdom" February 21, 2017 Hemant Mehta



 [Patheos Friendly Atheist. ... Want more from the Friendly Atheist? Get our FREE Newsletters and special offers!](#)

## A MN Town Wants Religious War Memorials, So Satanists Offer One With a "Baphometic Bowl of Wisdom"

[By Hemant Mehta](#)
February 21, 2017

At Veterans Memorial Park in Belle Plaine, Minnesota, there used to be a monument featuring a kneeling soldier in front of a Christian cross, a display that's gone up (and come back down) in several cities. It wrongly suggests that only Christian veterans have given their lives for this country and church/state separation groups have argued it's an example of the government promoting Christianity.



Back in October, the Freedom From Religion Foundation's **Rebecca Markert** sent a letter to the city attorney, acting on behalf of a local resident, saying the monument needed to come down for those reasons. It seemed to do the trick.

> **In its reply a few weeks later, the city attorney essentially admitted that the Belle Plaine Veterans Club put up the memorial without city approval.** The response said that the Belle Plaine City Council would consider at its next meeting how to deal with the matter.

> FFRF has received word that the memorial statue was taken down Tuesday, Jan. 17…

Great! Problem solved. No lawsuit. No money. Just a warning leading to the city doing the right thing.

That lasted all of a couple of weeks.

After outcry from conservatives who say they love the Constitution but haven't even read the First Amendment, the Belle Plaine City Council voted 3-2 earlier this month to move forward with a resolution that would allow the monument to go back up.

> **Nearly an hour of debate passed before the council narrowly approved the proposal 3-2 to designate a "limited public forum" at the park, which would accommodate up to five displays — religious or not — as long as they honor military veterans.**

> It was a victory for the townspeople, many of whom argued that their religious freedom had been infringed upon when the cross was removed in early January. It will soon be returned to the memorial for fallen veterans.

To be clear, they voted to have their attorney draft a "limited public forum" resolution. But tonight's when they're actually voting on it.

Either way, it was a dumb move. It may be legal, sure, but if the resolution passes, the elected officials are all but guaranteeing this situation is going to get even more complicated.

FFRF has already said it'll apply to put up an atheist memorial:

> Markert said the group will consider further legal action and **submit its own "Atheists in Foxholes" monument to honor veterans in the town**.

And today, members of The Satanic Temple are jumping into the fray with their own proposed monument:



"Presumably, the City Council expects a number or various faiths and religions to apply for the honor of representing the varying religious denominations of Americans who fought for this country. It is well-established law that limited public forums may not discriminate based on any viewpoint and must remain neutral, not endorsing one religion over another," says attorney Stu de Haan for TST.

…

TST's proposed monument falls within the size and materials restrictions of the Belle Plaine monument protocols, and was designed by artist Chris P. Andres, who describes it as an "allusion to the cube of perfection of a master mason as a symbol of humanistic perfection through curiosity and reason. **The four pentagrams recall the four corners of the earth — they serve as a reminder to the viewer of the soldiers that sacrificed. The empty helmet is now a Baphometic bowl of wisdom, a void, a protective vessel of the mind and intellect — memories of the fallen can be psychically deposited, physical notes, names, fruit offering can be left in the monument** — This monument produces an interaction…"

Christians are going to love this. And if they don't, they should vote against the resolution tonight.

(Large portions of this article were published earlier)

- Tagged with:
- General
- Law
- Politics

**You May Like**                                                                 <span>Sponsored Links by Taboola</span>

**The Dead Giveaway That Tells You When Amazon's Giving You A Better Price Than Other Retailers**

Capital One Shopping

**Many failed before. Will you complete the trial?**

Hero Wars

# Mills Decl. Ex. 23

 **Gmail**

**The Satanic Temple <satanictempleorg@gmail.com>**

---

## Re: Quick question
3 messages

---

**Ash Astaroth <ash.astaroth@gmail.com>**      Thu, Jun 22, 2017 at 3:01 PM
To: Adam Volpe <adam.volpe@comcast.net>
Bcc: satanictempleorg@gmail.com

> I would def still be interested in showing anything you have available, especially the lament configuration. Also, when you get a chance can you send over an invoice to us for the monument? We will also need your EIN# so we can send over a 1099 at the end of the year.

On Thu, Jun 22, 2017 at 12:43 AM, Adam Volpe <adam.volpe@comcast.net> wrote:

> Hi Ash,
>
> (Un)fortunately I sold pretty much everything except the Lament Configuration which you saw last time I came out I believe (aluminum and brass). I do have a giant sword from the anime/manga Berserk but I'm not sure if it fits what you're looking for. This is what it looks like: http://imgur.com/a/GMIXo and I do have a magnetic floor-standing display for it (it mounts the sword vertically, blade up so it doesn't take a ton of space). It's also sharp, I don't know how much that matters.
>
> I do have some smaller items on my to-do list that you might like, but I have to finish some commissions first so it'll be at least a month or two away.
>
> Thanks,
>
> Adam
>
> **From:** Ash Astaroth [mailto:ash.astaroth@gmail.com]
> **Sent:** Wednesday, June 21, 2017 4:53 PM
> **To:** Adam <adam.volpe@comcast.net>
> **Subject:** Quick question
>
> Do you still have art available we could show at the gallery?
>
> ---
>
>    Virus-free. www.avast.com

---

**Ash Astaroth <ash.astaroth@gmail.com>**      Thu, Jun 22, 2017 at 3:48 PM
To: Adam <adam.volpe@comcast.net>
Bcc: satanictempleorg@gmail.com


EXHIBIT
20

Let me see what else we can do. Probably just need your social security # and address then. Is there still a way to create and email an invoice? If you ever use square for accepting funds (or PayPal) I think they both can do that.

--------- Forwarded message ---------
From: "Adam" <adam.volpe@comcast.net>
Date: Jun 22, 2017 3:45 PM
Subject: Re: Quick question
To: "Ash Astaroth" <ash.astaroth@gmail.com>
Cc:

So unfortunately I really don't have anything like that. I don't have a business or anything, I just do stuff for cash for cheap. Any idea if there's an alternative way to handle the situation? We probably should have covered this originally but I didn't even think of it, I've never run into this before. It's gonna cost me $1500 in taxes if I get a 1099 and I didn't make any profit to begin with so I'm a little concerned as you can probably guess :D

**From:** "Ash Astaroth" <ash.astaroth@gmail.com>
**To:** "Adam Volpe" <adam.volpe@comcast.net>
**Sent:** Thursday, June 22, 2017 3:01:38 PM
**Subject:** Re: Quick question

[Quoted text hidden]

---

**Malcolm Jarry** <satanictempleorg@gmail.com>        Fri, Jun 23, 2017 at 9:57 AM
To: Ash Astaroth <ash.astaroth@gmail.com>

OK no EIN or 1099 then. Just get us the invoice.

[Quoted text hidden]

PLF000101

Mills Decl. Ex. 24



The Satanic Temple <satanictempleorg@gmail.com>

---

## Belle Plaine Vets Park

10 messages

---

**Al Fahey** <publicworks@ci.belleplaine.mn.us>                         Tue, Jul 11, 2017 at 11:51 AM
To: Malcolm Jarry <satanictempleorg@gmail.com>
Cc: Dawn Meyer <dmeyer@ci.belleplaine.mn.us>

Good Morning Malcolm,


I did not receive a response from you on my previous email and wanted to send another to make sure it was going to you.
I will be available to assist you with the installation of the monument, but will require you to schedule the installation with
me prior to arriving in Belle Plaine. If you are not ready yet that is fine, just wanted to know you are receiving my
correspondences.


Thank you,



Alan Fahey
Public Works Superintendent
City of Belle Plaine
952-873-6742

---

**Malcolm Jarry** <satanictempleorg@gmail.com>                         Tue, Jul 11, 2017 at 12:29 PM
To: Al Fahey <publicworks@ci.belleplaine.mn.us>
Cc: Dawn Meyer <dmeyer@ci.belleplaine.mn.us>

Dear Mr. Fahey,

Thank you so much for your reply and follow up.

We want to work with you to keep things as orderly and smoothly as possible and we are open to any recommendations
and suggestions you might have.

I do not know if the installation needs to be on a weekday or weekend, but we will obviously adhere to the City's
guidelines and rules. We can install the statue any day from August 7th to August 13th. Kindly let me know what date and
time work during that window or if I need to put forth additional dates.

In addition, the statue has an anchor in its base that requires a small hole be dug underneath. Kindly apprise me of
whether we can contract with anyone to assist with that or if the contractor needs any kind of special permit. If the City
has anyone they commonly use for this kind of work, I'd appreciate the referral.

Again, I want to express my appreciation for the courtesy everyone has displayed.

Very truly yours,

Malcolm Jarry

[Quoted text hidden]

EXHIBIT
21

PLF000041

**Malcolm Jarry** <satanictempleorg@gmail.com>                    Thu, Jul 13, 2017 at 9:12 AM
To: Al Fahey <publicworks@ci.belleplaine.mn.us>
Cc: Dawn Meyer <dmeyer@ci.belleplaine.mn.us>

> Dear Mr. Fahey,
>
> I was just writing to confirm that you received my email, and to find out if you are able to confirm which dates within the window proposed would work.
>
> Thank you.
>
> Very truly yours,
>
> Malcolm Jarry
> [Quoted text hidden]

**Al Fahey** <publicworks@ci.belleplaine.mn.us>                    Thu, Jul 13, 2017 at 3:16 PM
To: Malcolm Jarry <satanictempleorg@gmail.com>
Cc: Dawn Meyer <dmeyer@ci.belleplaine.mn.us>

> Good Afternoon Mr. Jarry,
>
>
> Yes, I did receive your email. Working on that week's schedule so I can assist you. as far as the anchor you refer to I should see a drawing of what that will look like. So far we have requested that the monuments be put in a slab of concrete slightly larger than the monument and at ground level so it is protected from mowing and vandalism.  What are your thoughts?
>
>
> Sincerely,
>
> [Quoted text hidden]

**Dawn Meyer** <dmeyer@ci.belleplaine.mn.us>                    Fri, Jul 14, 2017 at 11:05 AM
To: Malcolm Jarry <satanictempleorg@gmail.com>

> Mr. Jarry-
>
>
> As a courtesy, I am writing to let you know the City Council will be considering the enclosed resolution, which would eliminate the Limited Public Forum in Veterans Memorial Park.
>
>
> If you have any questions you may contact me at 952-873-5421, my schedule is booked the rest of the day, however I will be available Monday.
>
>
> Thank you
>
>
> Dawn Meyer
>
> Interim City Administrator

**From:** Malcolm Jarry [mailto:satanictempleorg@gmail.com]
**Sent:** Thursday, July 13, 2017 8:13 AM
**To:** Al Fahey <publicworks@ci.belleplaine.mn.us>
**Cc:** Dawn Meyer <dmeyer@ci.belleplaine.mn.us>
**Subject:** Re: Belle Plaine Vets Park

Dear Mr. Fahey,

[Quoted text hidden]
[Quoted text hidden]

---

 **4.13.X. Rescind Policy and Eliminating Limited Public Form.pdf**
48K

---

Malcolm Jarry <satanictempleorg@gmail.com>                    Fri, Jul 14, 2017 at 12:34 PM
To: Al Fahey <publicworks@ci.belleplaine.mn.us>
Cc: Dawn Meyer <dmeyer@ci.belleplaine.mn.us>

Dear Mr. Fahey,

Here is the stand/anchor before it was attached to the cube (it's upside down): http://i.imgur.com/GKIV6G3.jpg

Here is a shot showing it attached: http://i.imgur.com/qn5t2m1.jpg

It has 4x ¾" holes at the corners to bolt it to some sort of ground anchor system. There are tons of ground anchor systems but we are planning on using this: http://a.co/7DGGn7S

The anchors are buried a few feet down and then attach them to the stand with steel cables rated for thousands of pounds.

The plan is to bury the entire base so it looks like the cube is just sitting on the ground, that way it hides the base, holes, and cables.

The digging work should not be all that extensive.

Let me know your thoughts. Obviously, we can work with you on this if you have other suggestions or recommendations.

Very truly yours,

PLF000043

Malcolm Jarry

[Quoted text hidden]

---

**Malcolm Jarry** <satanictempleorg@gmail.com>                    Fri, Jul 14, 2017 at 12:40 PM
To: Dawn Meyer <dmeyer@ci.belleplaine.mn.us>

Dear Ms. Meyer,

Thank you for the courtesy of forwarding me that information and for being so kind as to make yourself available for a brief discussion on Monday. As you and the Council are undoubtedly aware, The Satanic Temple has sunk considerable expenses into designing and constructing the monument after receiving written approval. I trust the City Council will take that into consideration when voting on this resolution.

Very truly yours,

Malcolm Jarry

[Quoted text hidden]

---

**Dawn Meyer** <dmeyer@ci.belleplaine.mn.us>                    Tue, Jul 18, 2017 at 3:17 PM
To: Malcolm Jarry <satanictempleorg@gmail.com>

Good Morning Mr. Jarry-

The resolution rescinding the limited public forum policy and eliminating the limited public forum area from Veteran's Park was passed last night at the City Council meeting.

This is email is to notify you that as per the resolution, the permit fee of $100.00 will be refunded to you and that the public forum area has been eliminated. Please confirm the mailing address of 64 Bridge Street, Salem, MN 01970 for the refund to be sent.

Attached is the press release the City has issued.

Please let me know if you have any other questions.

Thank you

Dawn

[Quoted text hidden]

 **July-18-2017-Statement.pdf**
213K

---

**The Satanic Temple** <satanictempleorg@gmail.com>                    Tue, Jul 18, 2017 at 5:07 PM
To: Dawn Meyer <dmeyer@ci.belleplaine.mn.us>

Dear Ms. Meyer,

PLF000044

Thank you for the update. The address should have MA listed as the state rather than MN, otherwise, it is correct. Kindly address all mailings to my attention.

As you are undoubtedly aware, The Satanic Temple spent a great of time and money to construct the monument based on notice we received
in writing from the Belle Plaine City Council. Does the City Council have any plans to offer fair restitution for our expenses and for damages? It would obviously be best for all concerned if a settlement can be reached without a protracted lawsuit.

Very truly yours,

Malcolm Jarry

The Satanic Temple
64 Bridge Street
Salem, MA 01970

[Quoted text hidden]

---

**Dawn Meyer** <dmeyer@ci.belleplaine.mn.us>
To: The Satanic Temple <satanictempleorg@gmail.com>

Tue, Jul 18, 2017 at 5:21 PM

Mr. Jarry-

Thank you for the correction, I have updated the address.

Dawn Meyer

[Quoted text hidden]

PLF000045

Mills Decl. Ex. 25

 Gmail

<div align="right">The Satanic Temple <satanictempleorg@gmail.com></div>

## Memorial to Salem?
12 messages

---

**Ash Astaroth** <ash.astaroth@gmail.com>                    Sat, Jul 15, 2017 at 1:00 PM
To: Adam <adam.volpe@comcast.net>
Bcc: satanictempleorg@gmail.com

> Hello,
> The memorial is big news right now and i was wondering what you would need to get it to Salem for a bit before we send
> it to Belle Plaine? Also, I think we already ordered the plaque for the folks who donated but I am trying to confirm that.
>
> Let me know. I think we'd like to have it here and show it until we send it.
>
> Ash

---

**Ash Astaroth** <ash.astaroth@gmail.com>                    Sat, Jul 15, 2017 at 2:57 PM
To: Adam <adam.volpe@comcast.net>
Bcc: satanictempleorg@gmail.com

> Let me confer but I think it would probably come in the building and be treated like an exhibit while it is here. I am still
> waiting to hear back on if we need help mounting the plaque from the donor. We'd be interested in getting it here as soon
> as possible, we can probably work out some of the display details once it gets here.
>
> On Jul 15, 2017 2:54 PM, "Adam Volpe" <adam.volpe@comcast.net> wrote:
>
>> Hi Ash,
>>
>> Sure thing. Do you want the plaque put on it first or would you rather have the memorial faster?
>>
>> Regardless, would you leave it outside or in the building? Or in the shed? Just pondering for ideas on how to move
>> it, depending on where it goes.
>>
>> Thanks,
>>
>> Adam
>>
>> [Quoted text hidden]
>>
>>   Virus-free. www.avast.com

---

**Ash Astaroth** <ash.astaroth@gmail.com>                    Sat, Jul 15, 2017 at 3:30 PM
To: Malcolm Jarry <satanictempleorg@gmail.com>, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

---------- Forwarded message ----------
From: "Adam Volpe" <adam.volpe@comcast.net>
Date: Jul 15, 2017 3:12 PM

EXHIBIT
22

PLF000103

Subject: RE: Memorial to Salem?
To: "Ash Astaroth" <ash.astaroth@gmail.com>
Cc:

Okay, well, I can use a crane to get it into my truck (and back out again), and I think using an appliance dolly might get it up the stairs. It's REALLY heavy though, I might have to play around with some ideas or even build a rig for two people to carry it. Since it's so heavy I'd have to hire another powerlifter to help me most likely (especially getting it through a doorway where space is tight). How soon are you thinking?

[Quoted text hidden]

_____

██████████████████████        Sat, Jul 15, 2017 at 3:35 PM
To: Ash Astaroth <ash.astaroth@gmail.com>
Cc: Malcolm Jarry <satanictempleorg@gmail.com>

Shit. What is the weight? We should have some kind of platform on the floor to both preserve the floor, and to disburse the weight. I have no idea what is a safe load to put on our floors though.
Malcolm, did we get some kind of estimate on this previously when considering having Baphomet indoors?
[Quoted text hidden]

_____

**Malcolm Jarry** <satanictempleorg@gmail.com>        Sat, Jul 15, 2017 at 5:28 PM
To: ████████████████
Cc: Ash Astaroth <ash.astaroth@gmail.com>

He said it was 400 pounds. That is the weight of two heavy men. There is no reason we need to check the floor load for that. Two very strong people can lift and carry that. It can also roll around on a dolly.

Any reason why we don't want it outside? Sure, some people might just come to look at it, but once people are here some will come inside give that we are a little bit out of the way.
[Quoted text hidden]

_____

██████████████████████        Sat, Jul 15, 2017 at 5:31 PM
To: Malcolm Jarry <satanictempleorg@gmail.com>
Cc: Ash Astaroth <ash.astaroth@gmail.com>

It could go outside, but I feel it may actually be more convenient inside. Taking it in is a little bit of a bitch, but planting it outside will require the actual installation on some concrete base
[Quoted text hidden]

_____

**Ash Astaroth** <ash.astaroth@gmail.com>        Sat, Jul 15, 2017 at 6:03 PM
To: Malcolm Jarry <satanictempleorg@gmail.com>
Cc: ████████████████

I think that if we can get it inside we should. That way we can also keep it in good condition should we need it to still go somewhere. It wouldn't look bad on that front patch of lawn however so...

On Jul 15, 2017 5:28 PM, "Malcolm Jarry" <satanictempleorg@gmail.com> wrote:
[Quoted text hidden]

_____

**Malcolm Jarry** <satanictempleorg@gmail.com>        Sat, Jul 15, 2017 at 6:16 PM
To: Ash Astaroth <ash.astaroth@gmail.com>
Cc: ████████████████

It was designed to be outside. We have cameras and it is too heavy for anyone to run off with, so I would not feel uncomfortable about it being in the grass area. Inside is ok too, but requires some planning.
[Quoted text hidden]

_____

██████████████████████        Sat, Jul 15, 2017 at 7:21 PM

PLF000104

To: Malcolm Jarry <satanictempleorg@gmail.com>
Cc: Ash Astaroth <ash.astaroth@gmail.com>

I still think it would need a concrete base outside, so inside may be more convenient overall, and it's an attraction that will bring return visitors indoors.

[Quoted text hidden]

---

**Malcolm Jarry** <satanictempleorg@gmail.com>                                      Sat, Jul 15, 2017 at 7:52 PM
To: ███████████████████████
Cc: Ash Astaroth <ash.astaroth@gmail.com>

If you feel strongly about it being indoors, I am OK with that.

Let's not make any plans until Tuesday. If it is still going to go to MN, no sense making two trips unless that one to us can be handled easily.

[Quoted text hidden]

---

████████████████████████                                      Sat, Jul 15, 2017 at 7:54 PM
To: Malcolm Jarry <satanictempleorg@gmail.com>
Cc: Ash Astaroth <ash.astaroth@gmail.com>

Yeah, good point. I actually do think there is some chance they'll vote against shutting down the forum.

[Quoted text hidden]

---

**Malcolm Jarry** <satanictempleorg@gmail.com>                                      Sat, Jul 15, 2017 at 7:56 PM
To: ███████████████████████
Cc: Ash Astaroth <ash.astaroth@gmail.com>

I am sure they are aware there will be serious legal consequences. Because this could be legal, it is best if no one on our end discusses this matter online prior to the vote - or after if they decide to shut things down.

[Quoted text hidden]

PLF000105

Mills Decl. Ex. 26

## Transaction details

April 17, 2017 at 7:46:16 PM EDT  |  Transaction ID: 60N677070H728884D

**Payment sent** to Adam Volpe

Payment Status: **Completed**

Payment Type: Personal Payment

Gross amount

−$1,000.00 USD

### Your Payment

| | |
|---|---|
| **Gross Amount** | −$1,000.00 USD |
| **PayPal Fee** | $0.00 USD |
| **Net Amount** | −$1,000.00 USD |

**Paid to**

Adam Volpe

The receiver of this payment is **Verified**

adam.volpe@comcast.net

**Funding details**

Funding Type: Bank Account

Funding Source: −$1,000.00 USD – ███████████████

Backup Funding Source: VISA ending ████████

EXHIBIT
23

PLF000008

# Mills Decl. Ex. 27

# Transaction details

July 21, 2017 at 9:07:26 PM EDT | Transaction ID: 3MV87613TE896443T

**Invoice Sent**                                    Gross amount

Payment Status: **Completed**                       −$2,600.00 USD

View Invoice Details

---

**Shipping address**

Malcolm Jarry

64 Bridge Street
Salem, MA 01970
United States
617–863–6660
Confirmed

---

| Order details | Quantity | Price | Subtotal |
|---|---|---|---|
| Baphomatic Bowl of Wisdom monument | 1 | $2,600.00 USD | $2,600.00 USD |
| | | Purchase Total | $2,600.00 USD |

| **Your Payment** | | | |
|---|---|---|---|
| **Purchase Total** | −$2,600.00 USD | | |
| **Gross Amount** | −$2,600.00 USD | | |
| **PayPal Fee** | $0.00 USD | | |
| **Net Amount** | −$2,600.00 USD | | |

| **Invoice ID** | INV2–L9LK–KV3S–2YCE–8Z4K |
|---|---|

| **Paid to** | Adam Volpe |
|---|---|
| | The receiver of this payment is **Verified** |
| | adam.volpe@comcast.net |

| **Funding details** | Funding Type: Bank Account |
|---|---|
| | Funding Source: −$2,600.00 USD |
| | Backup Funding Source: VISA |

---

**Need help?**

Go to the **Resolution Centre** for help with this transaction, to settle a dispute or to open a claim.

EXHIBIT
**24**

PLF000009

# Mills Decl. Ex. 28

 Gmail

**The Satanic Temple <satanictempleorg@gmail.com>**

## Invoice from Adam Volpe (0001)
1 message

**Adam Volpe** <service@paypal.com>              Fri, Jul 21, 2017 at 5:16 PM
Reply-To: Adam Volpe <adam.volpe@comcast.net>
To: ▮▮▮▮▮▮▮ <satanictempleorg@gmail.com>

Hello, TST



## Here's your invoice

Adam Volpe sent you an invoice for $2,600.00 USD

## Due on receipt

View and Pay Invoice

### Get more time to pay

Simply select PayPal Credit at checkout and enjoy 6 months to pay. Subject to credit approval. See terms. US customers only.

EXHIBIT
26

PLF000113

Note from Adam Volpe

Hello, The original price was $3500, I have added $100 for the plaque recreation with updated language. You have already pre-paid $1000 up front so that leaves a balance of $2600. Hope that makes sense :) Thanks, Adam



Help & Contact  |  Security  |  Apps

   

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. Learn to identify phishing.

Please do not reply to this email. To get in touch with us, click **Help & Contact**.

Copyright © 1999-2017 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPC000977:a44f96a0ab281

Mills Decl. Ex. 29

9/11/2020
CASE 0:19-cv-01122-WMW-JFD Doc. 84-1 Filed 03/05/21 Page 156 of 238
Gmail - You just sent a payment to Adam Volpe for invoice 0001



The Satanic Temple <satanictempleorg@gmail.com>

---

## You just sent a payment to Adam Volpe for invoice 0001
1 message

---

**service@paypal.com** <service@paypal.com>
To: ▇▇▇▇▇▇▇ <info@thesatanictemple.com>

Fri, Jul 21, 2017 at 9:08 PM

July 21, 2017 18:07:28 PDT

Transaction ID:
3MV87613TE896443T



# You just sent a $2,600.00 USD payment

Hello TST,

Thanks for using PayPal. It may take a few moments for this transaction to appear in your account.

View Your Invoice

Invoice #0001

**Payment to:**
Adam Volpe
adam.volpe@comcast.net

**Shipping address:**

64 Bridge Street
Salem, MA 01970
United States

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Baphomatic Bowl of Wisdom monument | 1 | $2,600.00 USD | $2,600.00 USD |
| | | Subtotal | $2,600.00 USD |
| | | **Total** | $2,600.00 USD |
| | | **Amount paid** | $2,600.00 USD |
| | | **Amount due** | $0.00 USD |

> **EXHIBIT**
> **27**

PLF000115

**Payment method**

◼◼◼◼◼◼◼◼◼◼◼◼    $2,600.00 USD

RIGHT TO REFUND

You, the customer, are entitled to a refund of all moneys received for transmittal within ten days of receipt of a written request for a refund unless any of the following occurs: (a) the moneys have been transmitted and delivered to the person designated by you, the customer, prior to receipt of the written request for a refund; (b) instructions have been given committing an equivalent amount of money to the person designated by you prior to receipt of a written request for a refund; (c) PayPal, Inc. or its authorized delegate has reason to believe that a crime has occurred, is occurring, or may potentially occur as a result of transmitting the money as requested by you or refunding the money as requested; or (d) PayPal, Inc. is otherwise barred by law from making a refund.

PayPal, Inc. holds a Foreign Transmittal Agency licence in the State of Massachusetts License Number FT3345. NMLS Number 910457.

PayPal, Inc., 2211 N. First St., San Jose, CA 95131.

**Help Center** | **Resolution Center** | **Security Center**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. Learn to identify phishing.

Please do not reply to this email. To get in touch with us, click **Help & Contact**.

Copyright © 1999-2017 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPC000954:69b3e5746b804

PLF000116

Mills Decl. Ex. 30

## Transaction details

June 4, 2017 at 1:53:22 PM EDT  |  Transaction ID: 1NW75689PW094472F

**Payment sent to** ███████████                                            Gross amount

Payment Status: **Completed**                                        −$2,000.00 USD

Payment Type: Personal Payment

| Your Payment | |
|---|---|
| **Gross Amount** | −$2,000.00 USD |
| **PayPal Fee** | $0.00 USD |
| **Net Amount** | −$2,000.00 USD |

**Paid to**        ███████████
The receiver of this payment is **Verified**
███████████

**Funding details**        Funding Type: Bank Account
Funding Source: −$2,000.00 USD − ██████████████

Backup Funding Source: VISA ████████████

**EXHIBIT
28**

PLF000072

Mills Decl. Ex. 31



Transaction details

July 1, 2017 at 2:55:26 PM EDT | Transaction ID: 5MW08445J2296593X

**Payment sent to** ▇▇▇▇▇▇

Payment Status: **Completed**

Payment Type: Personal Payment

Gross amount

**−$2,000.00 USD**

**Your Payment**

| | |
|---|---|
| **Gross Amount** | −$2,000.00 USD |
| **PayPal Fee** | $0.00 USD |
| **Net Amount** | −$2,000.00 USD |

**Paid to**   ▇▇▇▇▇▇

The receiver of this payment is **Verified**

▇▇▇▇▇▇

**Funding details**   Funding Type: Bank Account

Funding Source: −$2,000.00 USD − ▇▇▇▇▇▇

Backup Funding Source: VISA ▇▇▇▇▇▇

EXHIBIT
29

PLF000039

# Mills Decl. Ex. 32

 **M** Gmail

<div align="right">The Satanic Temple &lt;satanictempleorg@gmail.com&gt;</div>

---

**You've got a money request**
1 message

---

**service@paypal.com** &lt;service@paypal.com&gt;      Wed, Apr 19, 2017 at 11:33 AM
To: ▮▮▮▮▮▮ &lt;info@thesatanictemple.com&gt;

Hello, TST



# Chris andres creations sent you a money request

### NOTE FROM Chris andres creations:

> This is a $1000. 00 payment for the design fee of - The Belle Plaines, MN Veterans Memorial Monument as commissioned by The Satanic Temple . For : Chris P. Andres.

Payment request details

Transaction ID: U-98S490392G979624D      April 19, 2017

EXHIBIT
**30**

PLF000129

CASE 0:19-cv-01122-WMW-JFD   Doc. 84-1   Filed 02/05/21   Page 164 of 238

**Amount requested**            **$1,000.00 USD**

Pay Now



Help & Contact   |   Security   |   Apps

   

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. Learn to identify phishing.

Please do not reply to this email. To get in touch with us, click **Help & Contact**.

Copyright © 1999-2017 PayPal. All rights reserved.

PayPal PPC001017:cf0a934a49b30

# Mills Decl. Ex. 33

<div align="center">

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

</div>

| | |
|---|---|
| The Satanic Temple, | Case No. 19-CV-01122 (WMW/LIB) |
| Plaintiff, | |
| | **PLAINTIFF'S RESPONSES TO DEFENDANT'S INTERROGATORIES AND REQUESTS FOR PRODUCTION** |
| vs. | |
| City of Belle Plaine Minnesota, | |
| Defendant. | |

**TO:   Defendants City of Belle Plaine, Minnesota, by and through its counsel of record, Monte A. Mills and Samuel J. Clark of Greene Espel, PLLP, 222 S. Ninth Street, Suite 2200, Minneapolis, MN 55402.**

For its responses to Defendant's Interrogatories and Requests for Production, Plaintiff The Satanic Temple (herein referred to as "TST") states and alleges as follows:

<div align="center">

**GENERAL OBJECTIONS**

</div>

All answers and responses are made without in any way waiving or intending to waive, but on the contrary, intending to preserve and preserving:

1.  The right to object as to relevance, materiality, privilege, scope, and admissibility of evidence for any purpose in any subsequent proceeding or the trial of this or any other action.

2.  The right to supplement or amend these Answers as this Plaintiff's investigation, discovery, and preparation for trial continues.

<div align="center">

1

</div>

3. Plaintiff objects generally to each Interrogatory and Request herein, and states that the answers and responses are based on the documents enclosed with Plaintiff's Responses to Interrogatories and Requests for Production, and previously throughout the litigation of this matter.

4. Plaintiff objects generally to each Interrogatory and Request herein to the extent that it seeks discovery of:

    a. Information or documents constituting the work product of this Plaintiff or her attorneys;

    b. Information generated or documents prepared in anticipation of litigation or for trial by or for this Plaintiff;

    c. Information or documents not in the possession or control of this Plaintiff; and,

    d. Information or documents that are or may become the subject of a protective order in this matter.

5. This Plaintiff objects to Defendant's Interrogatories and Requests for Production to the extent that they are vague, ambiguous, imprecise, incomprehensible, and utilize terms that are subject to multiple interpretations but are not properly defined or explained for purposes of the Interrogatories and Requests for Production.

## ANSWERS TO INTERROGATORIES

**INTERROGATORY NO. 1:** Identify all locations of the Display from June 2017 to the present.

**ANSWER:** The Display was delivered to TST's headquarters and has been there since it was created. See also, Plaintiff's answer to Interrogatory No. 6.

**INTERROGATORY NO. 2:** Identify the custodian or custodians of the Display from June 2017 to the present.

**ANSWER:** Adam Volpe, as the creator of the Display, and TST upon delivery.

**INTERROGATORY NO. 3:** Identify all uses or exhibitions of the Display from June 2017 to the present.

**ANSWER:** Plaintiff objects to the extent that the question is irrelevant to this litigation and not reasonably calculated to lead to admissible evidence. Subject to said objection, the Display has been placed in TST's headquarters since its construction.

**INTERROGATORY NO. 4:** Identify any person from whom a statement, whether written, oral, or recorded, has been taken by you or on your behalf concerning the allegations in the Complaint and for each statement, state the following:

(a)     The speaker;

(b)     The date the speaker issued the statement;

(c)     The person to whom the speaker issued the statement;

(d)     How the Plaintiff learned of the statement; and

(e)     Any witnesses to the statement.

**ANSWER:** Plaintiff objects to the extent the question is overly broad, overly burdensome, and not properly limited as to time. Plaintiff objects to the extent that

3

this Interrogatory seeks disclosure of information protected by attorney client privilege. Plaintiff further objects to this Interrogatory to the extent that it seeks disclosure of mental impressions, conclusions, opinions or legal theories concerning the litigation. Subject to said objection, Plaintiff is not in possession of any such statements at this time, other than those provided in the document disclosures attached. Plaintiff will supplement these responses any further responsive statements or information become available and apparent.

**INTERROGATORY NO. 5:** State the name, address, and telephone number of each person known to you whom you believe has knowledge of any fact relating to the allegations in your Complaint, and for each such person set forth your understanding of the facts known by the person.

**ANSWER:** Plaintiff objects to the extent that this Interrogatory seeks "knowledge" as opposed to "personal knowledge" (i.e. to the extent is seeks disclosure of information protected by attorney client privilege or disclosure of mental impressions, conclusions, opinions or legal theories concerning the litigation). Plaintiff further objects to the extent that the requested information may become the subject of a protective order in this matter. Subject to said objections, the following individuals may have information relevant to this Interrogatory. Plaintiff will supplement these responses with any additional appropriate contact information when such information is acquired.

JoAnne Gil
jacksmomjo@msn.com

Forced to leave Belle Plaine after retaliation from the community. Present at relevant Belle Plaine City Council meetings.

Adam Volpe
adam.volpe@comcast.net
Fabricator of the Display

Lucien Greaves
doug.mesner@gmail.com
Representative of TST

Ash Astaroth
ash.astaroth@gmail.com
May have relevant facts related to the present case.

Alex Medlin ("Lex Corey")
alexandermedlinii@gmail.com
May have relevant facts related to the present case.

Chris P. Andres
chrispandres@gmail.com
Designer of the Display

Belle Plaine City Council Members (serving at times relevant to this case) Plaintiff not currently in possession of this contact information. This information is likely easily accessible for Defendant.

Malcolm Jarry
Satanictempleorg@gmail.com
May have relevant facts related to the present case.

**INTERROGATORY NO. 6:** Describe in detail the design and construction

process of the Display, including the date that construction of the Display began

and the date that construction of the Display was completed.

**ANSWER:** Construction for the Display began in April or May of 2017 and was

completed in early July of 2017. Chris P. Andres and Adam Volpe designed and

fabricated the Display, respectively. Lucien Greaves oversaw the construction of the Display.

**INTERROGATORY NO. 7:** Describe in detail the relationship between Reason Alliance, Ltd. and Plaintiff.

**ANSWER:**  Reason Alliance, Ltd. was founded for the purpose of promoting the tenets of The Satanic Temple.  It serves as a non-profit fundraising entity for TST.

**INTERROGATORY NO. 8:** Describe in detail Plaintiff's and Reason Alliance, Ltd.'s involvement with the Display.

**ANSWER:** Plaintiff ordered the Display and Reason Alliance, Ltd., helped to raise funds to construct the Display.

**INTERROGATORY NO. 9:** Describe in detail all fund-raising activities of Plaintiff or Reason Alliance, Ltd., relating to the Display.

**ANSWER:** Plaintiff objects to this Interrogatory as vague and not properly limited as to time. Subject to and without waiving said objections, Plaintiff raised funds through contributions by individuals through the website IndieGogo.

**INTERROGATORY NO. 10:** Describe in detail all promotional activities of Plaintiff or Reason Alliance, Ltd., relating to the Display.

**ANSWER:** Plaintiff objects to this Interrogatory as wholly irrelevant to the claims set forth in this litigation. Plaintiff further objects to this Interrogatory as vague, specifically as to what constitutes "promotional activities," and not properly limited as to time. Subject to and without waiving said objections, Plaintiff truthfully answered questions that were asked by media outlets related to the

display (Plaintiff doesn't recall which outlets inquired), but did not otherwise "promote" the Display, aside from the posting on the IndieGogo site referenced in Interrogatory No. 9.

**INTERROGATORY NO. 11:** Identify: (a) the complete nature of all damages Plaintiff seeks from the City in this lawsuit; (b) the precise dollar amount which Plaintiff seeks as compensation for all such damages (including any compensation that Plaintiff seeks as reimbursement for interest, costs, disbursements, or attorney fees to which Plaintiff claims an entitlement); (c) a detailed explanation and accounting of how Plaintiff calculated the precise dollar amount to which she claims an entitlement; (d) a detailed explanation of how the damages are claimed to have been caused by the City's alleged conduct; and (e) the full name and address of all individuals who are said to have knowledge of facts or documents relating in any way to all such damages or the calculation of damages.

**ANSWER:**

(a)     Plaintiff seeks all damages recoverable under law from the City for having to file this action to have their rights upheld.

(b)     Plaintiff is evaluating the value of this case through the discovery process and will ask for an appropriate amount, based on this evaluation.

(c)     Plaintiff will supplement upon the completion of the evaluation referenced in (b).

(d)     Plaintiff will supplement upon the completion of the evaluation referenced in (b).

(e)     Plaintiff objects to this part of the Interrogatory in that it seeks information

that may be the subject of a protective order. Plaintiff further objects to this

Interrogatory to the extent that it seeks discovery of documents prepared in

anticipation of litigation or for trial. Subject to said objections, the following

people will have knowledge of facts or documents relating in any way to all such

damages or the calculation of damages:

> Adam Volpe
> adam.volpe@comcast.net
> Fabricator of the Display
>
> Lucien Greaves
> doug.mesner@gmail.com
> Representative of TST
>
> Chris P. Andres
> chrispandres@gmail.com
> Designer of the Display
>
> Belle Plaine City Council Members (serving at times relevant to this case)
> Plaintiff not currently in possession of this contact information. This
> information is likely easily accessible for Defendant.

**INTERROGATORY NO. I2:** Describe in detail what Plaintiff planned to do

with the Display after the one-year Permit from the City expired on March 29,

2018, and the Display under the Permit had to be removed and could no longer be

exhibited in Veterans Memorial Park.

**ANSWER:** Plaintiff expected that the permit would either be automatically

renewed, or it would reapply for another permit.

## **RESPONSES TO REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1:** All documents that you reviewed, identified or relied upon in response to any of the City's interrogatories.

**ANSWER:** Plaintiff objects to this Request to the extent that it seeks disclosure of information protected by attorney client privilege. Plaintiff further objects to this Interrogatory to the extent that it seeks disclosure of mental impressions, conclusions, opinions or legal theories concerning the litigation. Subject to and without waiving said objections, see Plaintiff's document disclosures, attached to these responses.

**REQUEST FOR PRODUCTION NO. 2:** All communications you have sent to or received from the City at any time from 2017 to the present.

**ANSWER:** See the communications included in Plaintiff's document disclosures, attached to these responses.

**REQUEST FOR PRODUCTION NO. 3:** All documents that you have collected from any non-party related to your allegations in the Complaint.

**ANSWER:** Plaintiff objects to this Request as work product to the extent it seeks documents that Plaintiff's counsel has collected documents. Plaintiff further objects that this Request is vague as to scope. Subject to and without waiving said objections, see Plaintiff's document disclosures, attached to these responses.

**REQUEST FOR PRODUCTION NO. 4:** All non-privileged documents that constitute, describe, reflect, or relate in any way to communications between

Plaintiff and any non-party related to your allegations in the Complaint, including but not limited to communications between Plaintiff and Reason Alliance, Ltd.

**ANSWER:** Plaintiff objects to this Request as overly broad, overly burdensome, and not properly limited as to time. Plaintiff objects to this Request to the extent that it seeks disclosure of information protected by attorney client privilege. Plaintiff further objects to this Interrogatory to the extent that it seeks disclosure of mental impressions, conclusions, opinions or legal theories concerning the litigation. Subject to and without waiving said objections, see Plaintiff's document disclosures, attached to these responses.

**REQUEST FOR PRODUCTION NO. 5:** All recordings of interactions you have had with the City, or any other person concerning your allegations in the Complaint.

**ANSWER:** Plaintiff objects to this Request as overly broad, overly burdensome, and not properly limited as to time. Plaintiff objects to this Request to the extent that it seeks disclosure of information protected by attorney client privilege. Plaintiff objects, as the Request is vague as to the definition of "recordings". Plaintiff further objects to this Interrogatory to the extent that it seeks disclosure of mental impressions, conclusions, opinions or legal theories concerning the litigation. Subject to and without waiving said objections, see Plaintiff's document disclosures, attached to these responses. To the extent "recordings" refers to audio or video recordings of a conversation or occurrence, Plaintiff is not in possession of any such recordings.

10

**REQUEST FOR PRODUCTION NO. 6:** All internal communications of Plaintiff or Reason Alliance, Ltd. relating in any way to Belle Plaine, Minnesota from 2017 to the present.

**ANSWER:** Plaintiff objects to this Request as overly broad, overly burdensome, and not properly limited as to time. Plaintiff objects to this Request to the extent that it seeks disclosure of information protected by attorney client privilege. Plaintiff further objects to this Request to the extent that it seeks disclosure of mental impressions, conclusions, opinions or legal theories concerning the litigation. Subject to and without waiving said objections, see Plaintiff's document disclosures, attached to these responses.

**REQUEST FOR PRODUCTION NO. 7:** All internal communications of Plaintiff or Reason Alliance, Ltd. relating in any way to the Display from 2017 to the present.

**ANSWER:** Plaintiff objects to this Request as overly broad and overly burdensome. Plaintiff objects to this Request to the extent that it seeks disclosure of information protected by attorney client privilege. Plaintiff further objects to this Request to the extent that it seeks disclosure of mental impressions, conclusions, opinions or legal theories concerning the litigation. Subject to and without waiving said objections, and to the extent that any non-privileged, responsive internal communications exist, see Plaintiff's document disclosures, attached to these responses, including those related to Request For Production No. 1.

11

**REQUEST FOR PRODUCTION NO. 8:** All photos or images of the Display from June 2017 to the present.

**ANSWER:** Plaintiff objects to this Request as unduly burdensome. There are an unknowable number of photographs that may have included the statute. Plaintiff has made a good faith effort to locate them all, but there may well be more. For those responsive photos or images in Plaintiff's possession, see Plaintiff's document disclosures, attached to these responses.

**REQUEST FOR PRODUCTION NO. 9:** All documents that discuss or relate in any way to Belle Plaine, Minnesota.

**ANSWER:** Plaintiff objects to this Request as overly broad, overly burdensome, and not properly limited as to time. Counsel in good faith does not understand what is meant by "relates in any way." Plaintiff objects to this Request to the extent that it seeks disclosure of information protected by attorney client privilege. Plaintiff further objects to this Request to the extent that it seeks disclosure of mental impressions, conclusions, opinions or legal theories concerning the litigation. Subject to and without waiving said objections, all responsive documents in Plaintiff's possession can be found in the document disclosures attached to these responses.

**REQUEST FOR PRODUCTION NO. 10:** All documents that constitute, describe, reflect, or relate in any way to your Permit Application.

**ANSWER:** Plaintiff objects to this Request to the extent that the City of Belle Plaine is already in possession of any such documents. To the extent Plaintiff has any other responsive documents in its possession, see Plaintiff's document disclosures, attached to these responses.

**REQUEST FOR PRODUCTION NO. 11:** All documents that support, explain, describe, or in any other way relate to or pertain to any and all damages that you seek and/or claim in this action.

**ANSWER:** Plaintiff objects to this Request in that it seeks disclosure of mental impressions, conclusions, opinions, or legal theories of an attorney concerning the litigation.  Plaintiff objects to this Request as it seeks information irrelevant to the subject matter of the action, which will be inadmissible at the trial of the action and which is not reasonably calculated to the discovery of admissible evidence. Subject to said objections, Plaintiff is evaluating the damages in this case through the discovery process, and will ask for an amount appropriate based on this evaluation.  Any documentation responsive to this Request is included in the attached document disclosures, or will be supplemented when such documentation becomes available and apparent.

**REQUEST FOR PRODUCTION NO. 12:** All documents that constitute, describe, reflect, refer to, or relate in any way to the certificate of liability insurance referenced in paragraph 30 of your Complaint.

13

**ANSWER:** The only documents in Plaintiff's possession that relate to the certificate of liability were attached and filed along with Plaintiff's Complaint in this matter.

**REQUEST FOR PRODUCTION NO. 13:** All documents that constitute, describe, reflect, refer to, or relate in any way to insurance coverage related to the Display.

**ANSWER:** Documents related to the insurance coverage in this matter were attached to Plaintiff's Complaint. All other documentation in Plaintiff's possession responsive to this Request can be found in the attached document disclosures.

**REQUEST FOR PRODUCTION NO. 14:** All documents that constitute, describe, reflect, refer to, or relate in any way to all communications between Ron Murray, Murray Insurance Services, and the insured Reason Alliance, Ltd.

**ANSWER:** Plaintiff objects to this Request as overly broad, overly burdensome, and not properly limited as to time. Plaintiff objects to this Request in that it seeks disclosure of mental impressions, conclusions, opinions, or legal theories of an attorney concerning the litigation.  Plaintiff objects to this Request as it seeks information irrelevant to the subject matter of the action, which will be inadmissible at the trial of the action and which is not reasonably calculated to the discovery of admissible evidence. Subject to said objections, the only documents responsive to this request in Plaintiff's possession were attached to Plaintiff's Complaint or can be found in the attached document disclosures.

14

**REQUEST FOR PRODUCTION NO. 15:** All documents that constitute, describe, reflect, refer to, or relate in any way to all communications between Ron Murray, Murray Insurance Services, and Plaintiff.

**ANSWER:** Plaintiff objects to this Request as overly broad, overly burdensome, and not properly limited as to time. Plaintiff objects to this Request in that it seeks disclosure of mental impressions, conclusions, opinions, or legal theories of an attorney concerning the litigation.  Plaintiff objects to this Request as it seeks information irrelevant to the subject matter of the action, which will be inadmissible at the trial of the action and which is not reasonably calculated to the discovery of admissible evidence. Subject to said objections, the only documents responsive to this request in Plaintiff's possession were attached to Plaintiff's Complaint or can be found in the attached document disclosures.

**REQUEST FOR PRODUCTION NO. 16:** All communications or other documents that describe, reflect, refer to, or relate in any way to the design or construction of the Display.

**ANSWER:** All documents responsive to this Request that are in Plaintiff's possession can be found in the attached document production.

**REQUEST FOR PRODUCTION NO. 17:** All communications with the artist(s) or vendor(s) that designed or constructed the Display, including but not limited to Chris Pandres and Adam Volpe of Pretty Hate Machining.

**ANSWER:** See  attached document disclosures.

15

**REQUEST FOR PRODUCTION NO. 18:** All invoices from the artist(s) or vendor(s) for design or construction of the Display, and documents reflecting payment on the invoices.

**ANSWER:** All documents responsive to this Request that are in Plaintiff's possession can be found in the attached document production.

**REQUEST FOR PRODUCTION NO. 19:** All documents that describe, reflect or relate in any way to funds raised in connection with or related to the Display.

**ANSWER:** All documents responsive to this Request that are in Plaintiff's possession can be found in the attached document production.

**REQUEST FOR PRODUCTION NO. 20:** All documents that describe, reflect or relate in any way to promotional activities in connection with or related to the Display.

**ANSWER:** Plaintiff objects to this Request as overly broad, overly burdensome, and not properly limited as to time. Plaintiff objects to this Request as it seeks information irrelevant to the subject matter of the action, which will be inadmissible at the trial of the action and which is not reasonably calculated to the discovery of admissible evidence. Subject to said objections, all documents responsive to this Request that are in Plaintiff's possession can be found in the attached document production.

**REQUEST FOR PRODUCTION NO. 21:** All documents that describe, reflect or relate in any way to merchandise sales in connection with or related to the Display.

16

**ANSWER:** Plaintiff objects to this Request as overly broad, overly burdensome, and not properly limited as to time. Plaintiff objects to this Request as it seeks information irrelevant to the subject matter of the action, which will be inadmissible at the trial of the action and which is not reasonably calculated to the discovery of admissible evidence. Subject to said objections, all documents responsive to this Request that are in Plaintiff's possession can be found in the attached document production.

**REQUEST FOR PRODUCTION NO. 22:** All communications and documents that describe, reflect or relate in any way to storage, transport, use, exhibition, or maintenance of the Display.

**ANSWER:** Plaintiff objects to this Request as overly broad, overly burdensome, and not properly limited as to time. Plaintiff objects to this Request as it seeks information irrelevant to the subject matter of the action, which will be inadmissible at the trial of the action and which is not reasonably calculated to the discovery of admissible evidence. Subject to said objections, all documents responsive to this Request that are in Plaintiff's possession can be found in the attached document production.

**REQUEST FOR PRODUCTION NO. 23:** All documents identified in your initial disclosures or Complaint related to the Display.

**ANSWER:** All documents responsive to this Request that are in Plaintiff's possession were disclosed along with Plaintiff's Complaint or can be found in the attached document production.

**REQUEST FOR PRODUCTION NO. 24:** All statements made by parties and non-parties concerning this litigation or its subject matter.

**ANSWER:** Plaintiff objects to the extent the question is overly broad, overly burdensome, and not properly limited as to time. Plaintiff objects to the extent that this Request seeks disclosure of information protected by attorney client privilege. Plaintiff further objects to this Request to the extent that it seeks disclosure of mental impressions, conclusions, opinions or legal theories concerning the litigation. Subject to said objection, all documents responsive to this Request that are in Plaintiff's possession were disclosed along with Plaintiff's Complaint or can be found in the attached document production.


Date: September 24, 2020          */s/ Lucien Greaves*_____


**AS TO FORM AND OBJECTIONS:**

Dated:  September 24, 2020

**ROBERT R. HOPPER & ASSOCIATES, L.L.C.**

*/s/ Jason S. Juran*_____
Jason S. Juran, Esq. (MN # 397935)
Robert R. Hopper, Esq. (MN # 208760)
333 South 7th Street, Suite 2450
Minneapolis, MN 55402
Telephone: (612) 455-2199
Email: jason.juran@robertrhopper.com
          robert.hopper@robertrhopper.com

18

**KEZHAYA LAW, PLC**

*/s/ Matthew A. Kezhaya*
Matthew A. Kezhaya, Esq. (AR # 2014161)
Kezhaya Law PLC
1202 NE McClain Road
Bentonville, AR 72712
p: (479) 431-6112
f: (479) 282-2892
e: matt@kezhaya.law

***ATTORNEYS FOR PLAINTIFF***

# Mills Decl. Ex. 34

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| **THE SATANIC TEMPLE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No: 19-CV001122 (WMW/LIB)** |
| | ) | |
| **CITY OF BELLE PLAINE,** | ) | |
| **MINNESOTA**; etc., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## PLAINTIFF THE SATANIC TEMPLE'S F.R.C.P. RULE 26(a)(1) INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a) (1), Plaintiff THE SATANIC TEMPLE ("SATANIC TEMPLE" or "Plaintiff"), by and through counsel, hereby submits her Consolidated Initial Disclosures based upon the information reasonably available to him at the current time.

## I.   INTRODUCTION

The following disclosures are made based on the information reasonably available to Plaintiff as of September 1, 2019. SATANIC TEMPLE reserves the right to supplement and/or amend these disclosures, either through additional initial disclosures or through discovery responses.   By making these disclosures, SATANIC TEMPLE does not represent that she is identifying every document, tangible thing, witness, or every material item possibly relevant to this lawsuit or her causes of action or proof thereof.   In addition, SATANIC TEMPLE does not concede, in any manner or part, the relevance of any of the

Page 1 of 7

following information.  SATANIC TEMPLE does not waive any objection or the assertion of any applicable privilege and/or other proper bases upon which such information and/or documents may be withheld as discovery continues.

## II.   INDIVIDUALS WITH DISCOVERABLE KNOWLEDGE

The following individuals are likely to have discoverable information that SATANIC TEMPLE may use to support its causes of action in this action:

1.   Non-party Malcolm Jarry has knowledge of the allegations made in Plaintiff's Complaint and the factual and legal issues relating to this action, specifically as they relate to the Constitutional and common law causes of action and damages asserted by Plaintiff herein.

2.   Non-party Douglas Mesner has knowledge of the allegations made in Plaintiff's Complaint and the factual and legal issues relating to this action, specifically as they relate to the Constitutional and common law causes of action and damages asserted by Plaintiff herein.

3.   Defendant Councilman Cary Coop likely has knowledge of the allegations made in Plaintiff's Complaint and the factual and legal issues relating to this action, as well as any defenses related thereto. Additionally, Defendant Coop likely has knowledge of the violations of the U.S. Constitution and the Minnesota Constitution and common law breaches causing damages to Plaintiff herein.

4.   Defendant Councilwoman Theresa McDaniel likely has knowledge of the allegations made in Plaintiff's Complaint and the factual and legal issues relating to this

action, as well as any defenses related thereto. Additionally, Defendant McDaniel likely has knowledge of the violations of the U.S. Constitution and the Minnesota Constitution and common law breaches causing damages to Plaintiff herein.

5.     Defendant Councilman Ben Stier likely has knowledge of the allegations made in Plaintiff's Complaint and the factual and legal issues relating to this action, as well as any defenses related thereto. Additionally, Defendant Stier likely has knowledge of the violations of the U.S. Constitution and the Minnesota Constitution and common law breaches causing damages to Plaintiff herein.

6.     Defendant Councilman Paul Chard likely has knowledge of the allegations made in Plaintiff's Complaint and the factual and legal issues relating to this action, as well as any defenses related thereto. Additionally, Defendant Chard likely has knowledge of the violations of the U.S. Constitution and the Minnesota Constitution and common law breaches causing damages to Plaintiff herein.

7.     Defendant Mayor Christopher Meyer likely has knowledge of the allegations made in Plaintiff's Complaint and the factual and legal issues relating to this action, as well as any defenses related thereto. Additionally, Defendant Meyer likely has knowledge of the violations of the U.S. Constitution and the Minnesota Constitution and common law breaches causing damages to Plaintiff herein.

8.     Any and all witnesses identified by the Defendants in their Initial Disclosures, discovery responses, or depositions.

9.      Additional witnesses as may be identified during discovery and investigation in this cause.

### III.   <u>**DOCUMENTS RELEVANT TO DISPUTED FACTS**</u>

The following are documents the Plaintiff SATANIC TEMPLE may use to support her claims or defenses, other than those used solely for impeachment through discovery, SATANIC TEMPLE may learn of additional documents relevant to this action.  SATANIC TEMPLE reserves the right to supplement the following list:

1.      Records, correspondence, memos, photographs, videotapes, reports and all other documents concerning or relating to the permit application documents with Defendant City of Belle Plaine, MN.

2.      Records, correspondence, memos, photographs, videotapes, reports and all other documents concerning or relating to emails and correspondence relating to the permit process.

3.      Records, correspondence, memos, reports and all other documents concerning or relating to Plaintiff's insurance documents.

4.      Records, correspondence, memos, reports and all other documents concerning or relating to permit payment documents.

5.      Records, correspondence, memos, reports and all other documents concerning or relating to permit refund documents.

6.      Records, correspondence, memos, photographs, videotapes, reports, notes, meeting minutes and all other documents concerning or relating to relating to Defendants' July 18, 2017 press release.

7.      Records, correspondence, memos, photographs, videotapes, reports, notes, meeting minutes and all other documents concerning or relating to relating to Resolution 17-020.

8.      Records, correspondence, memos, photographs, videotapes, reports, notes, meeting minutes and all other documents concerning or relating to relating to Resolution 17-090.

9.      Records, correspondence, memos, photographs, videotapes, reports, plans, depictions and all other documents concerning or relating to SATANIC TEMPLE's Veterans Memorial Monument.

10.     Records, correspondence, memos, photographs, videotapes, reports and all other documents concerning or relating to the design, materials and fabrication of the SATANIC TEMPLE's Veterans Memorial Monument.

11.      Records, correspondence, memos, photographs, videotapes, reports, plans, depictions and all other documents concerning or relating to the Belle Plaine Veterans Club's Veterans Memorial display known as "Joe".

12.     Records, correspondence, memos, reports and all other documents concerning or relating to Defendants insurance documents.

13.     All documents produced or identified by any Defendant in their Initial Disclosures, discovery responses, or depositions.

14.     All documents produced by third-parties relevant hereto.

15.    Any documents protected by the attorney/client privilege or constituting attorney work product or other applicable state, or federal law privileges will not be produced.

## IV.   **COMPUTATION OF DAMAGES**

SATANIC TEMPLE claims the following damages:

1.    Compensatory damages - general damages for out of pocket expenses and costs associated with the design, procurement, fabrication, construction and insurance of the SATANIC TEMPLE Veterans Memorial Display that are related to the injuries in question in the amount of not less than $55,000.00 or such other amount as may be proved at trial.

2.    Compensatory damages – special damages for financial injury, lost donations, charitable contributions and other lost organizational membership, publicity, good-will and other branding and opportunity cost damages in the amount of not less than $350,000.00, or such other amount as may be proved at trial.

3.    Punitive damages against individual Defendants pursuant to substantive and procedural due process violations under the Fourteenth Amendment and 42 U.S.C. §1983, and under Minn. Stat. 549.20 (2018), in an amount not less than $1,000,000.00, or such other amount as may be awarded at trial.

4.    Costs to date for service, copy and filing fees.

5.    Attorneys' fees awardable under the Civil Rights Attorneys Fee Award Act of 1976, the Religious Land Use and Institutionalized Persons Act of 2000, 42 U.S.C. §2000cc(a)(1).

## V.    <u>INSURANCE AGREEMENTS</u>

Plaintiff understands that Defendants are insured, through the League of Minnesota Cities Insurance Trust, which insurance may operate to satisfy part or all of any judgment against some or all Defendants that may be entered in that action or to indemnify or reimburse Defendant City of Belle Plaine, MN for payments made to satisfy any judgment awarded Plaintiff.

SATANIC TEMPLE further states that discovery is ongoing, and it reserves the right to supplement its disclosures as this action progresses in accordance with the Federal Rules of Civil Procedure and otherwise.

Dated:  September 13, 2019.

*/s/ W. Bruce DelValle*
W. Bruce DelValle, Esquire
*Admitted pro hac vice*
Fein & DelValle PLLC
300 New Jersey Avenue, Suite 900
Washington, D.C. 20001
(202) 465-8727

*Counsel for Plaintiff.*

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 13, 2019, a copy of the foregoing Plaintiff The Satanic Temple's 26(a)(1) Initial Disclosures in **Case No: 19-CV001122 (WMW/LIB)** were provided to all counsel of record via electronic delivery pursuant to agreement of counsel.

*/s/ W. Bruce DelValle*
W. Bruce DelValle, Esquire.

# Mills Decl. Ex. 35

 **MEMORANDUM**

| | |
|---|---|
| **DATE:** | February 6, 2017 |
| **FROM:** | Mike Votca, City Administrator |
| **AGENDA ITEM:** | Veterans Memorial Park |
| **BACKGROUND/ JUSTIFICATION:** | The City Council is holding a Special Meeting on February 3 at 4:30 pm. During the meeting the City Council will discuss options for memorials in Veterans Memorial Park. I will provide updated packet materials to staff after the meeting on the 3rd and prior to the meeting on the 6th for your review. |
| **FISCAL IMPACT:** | Unknown |
| **STAFF RECOMMENDATION:** | Approve council recommendation from 3 February Meeting. |
| **SIGNATURE:** | |

CITY000002

Mills Decl. Ex. 36

**BELLE PLAINE CITY COUNCIL**
**REGULAR SESSION**
**FEBRUARY 21, 2017**

**1. PLEDGE OF ALLEGIANCE.**

Mayor Christopher Meyer led those present in the Pledge of Allegiance.

**2. CALL TO ORDER. 2.1. Roll Call.**

The Belle Plaine City Council met in Regular Session on Tuesday, February 21, 2017 at 6:30 p.m. in the council chambers of City Hall, 218 North Meridian Street, Belle Plaine, MN. Mayor Christopher Meyer called the meeting to order with Councilmembers Ben Stier, Cary Coop, and Theresa McDaniel present. Councilmember Paul Chard was not present.

Also present were City Administrator Mike Votca, Finance Director Dawn Meyer, Community Development Director Cynthia Smith Strack, City Engineer Joe Duncan, Police Chief Tom Stolee and City Attorney Bob Vose. Wanda Savage served as the video recording operator.

**3. APPROVAL OF AGENDA.**

MOTION by Councilmember Coop, second by Councilmember Stier, to approve the agenda as presented. ALL VOTED AYE. MOTION CARRIED.

**4. APPROVAL OF CONSENT AGENDA.**
**4.1. Regular Session Minutes of February 6, 2017.**
**4.2. Work Session Minutes of February 6, 2017.**
**4.3. Special Meeting of February 3, 2017.**
**4.4. Resolution 17-023 Order Final Plans and Specifications and Authorize Staff to Obtain Quotes**
**        for Components of the Downtown Uplighting Project.**
**4.5. Approve Temporary 3.2% Intoxicating Liquor License for Belle Plaine Baseball Association.**
**4.6. Resolution 17-024 Waive Application Fee for Administrative Subdivision.**
**4.7. Resolution 17-021 Appointing Bill Cable as a Volunteer Firefighter with the Belle Plaine Fire**
**        Department.**
**4.8. Resolution 17-026 Adopting Assessment for Water and Sewer Connection Fees for Ridgeview**
**        Medical Center.**
**4.9. Authorizing Contract with Safe Assure for Mandatory Employee Safety Training.**

MOTION by Councilmember Coop, second by Councilmember Stier, to approve the consent agenda as follows: 4.1. Regular Session Minutes of February 6, 2017, 4.2. Work Session Minutes of February 6, 2017, 4.3. Special Meeting of February 3, 2017, 4.4. Resolution 17-023 Order Final Plans and Specifications and Authorize Staff to Obtain Quotes for Components of the Downtown Uplighting Project, 4.5. Approve Temporary 3.2% Intoxicating Liquor License for Belle Plaine Baseball Association, 4.6. Resolution 17-024 Waive Application Fee for Administrative Subdivision, 4.7. Resolution 17-021 Appointing Bill Cable as a Volunteer Firefighter with the Belle Plaine Fire Department, 4.8. Resolution 17-026 Adopting Assessment for Water and Sewer Connection Fees for Ridgeview Medical Center and 4.9. Authorizing Contract with Safe Assure for Mandatory Employee Safety Training. ALL VOTED AYE. MOTION CARRIED.

**5. DEPARTMENT REPORTS.**

**5.1. Ambulance Department.**

Ridgeview Ambulance provided a written monthly report. The Council acknowledged receipt of the Ambulance Department report.

CITY000003

Belle Plaine City Council                                                  Page 2 of 5
Regular Session
February 21, 2017

**5.2. Fire Department.**

Fire Chief Matt Stier was present. The Council acknowledged receipt of the Fire Department report.

**5.3. Police Department.**

Police Chief Tom Stolee presented the 2016 Annual Report of the Police Department. The Council acknowledged receipt of the Police Department report.

**5.4. Community Development Department**.

Community Development Director Cynthia Smith Strack was present. The Council acknowledged receipt of the Community Development Department report.

**5.5. Administration Report.**

City Administrator Mike Votca was present. The Council acknowledged receipt of the Administration report.

**6. PUBLIC HEARINGS.**

**6.1. Sign Variance. The City Council will consider public comment on a request by Ridgeview Medical Center for signage variances at Ridgeview Health Campus, 165 Commerce Drive West. The applicant proposes two monuments signs of 200 square feet each and on-site directional signs that are six square feet in area rather than the four square feet allowed under 1170.20, Subd. 11(H). The variances are part of a unified sign plan submitted to the City.**

Present were John Prondzinski, Vice President of Ridgeview Medical, and Bob Ackerwold of Sign Source.

Community Development Director Smith Strack explained the variance requests by Ridgeview Medical Center at Ridgeview Health Campus, 165 Commerce Drive West, include an increase in maximum square footage of two freestanding monument signs facing non-principal arterial roadways (Meridian Street South and Commerce Drive West) from 150 square feet to 200 square feet; and an increase maximum size (six sf proposed) and height (five feet proposed) of internal directional signs from four square feet and four feet respectively.

The request relates to Ridgeview Health Campus mixed use Planned Unit Development addressed at 125, 145, and 165 Commerce Drive West. The sign variance request has been submitted by Ridgeview Medical Center as fee owner of the real property contained within the Planned Unit Development. The Planning Commission recommended approval.

Mayor Meyer opened the public hearing at 7:04 p.m. and asked for public comment. No one spoke.

MOTION by Councilmember Coop, second by Councilmember McDaniel, to close the public hearing at 7:05 p.m. ALL VOTED AYE. MOTION CARRIED.

**1. Resolution 17-022 Approving Sign Variances for Ridgeview Health Campus at 165 Commerce Drive West.**

MOTION by Councilmember Coop, second by Mayor Meyer, to approve Resolution 17-022 Approving Sign Variances for Ridgeview Health Campus at 165 Commerce Drive West. ALL VOTED AYE. MOTION CARRIED.

CITY000004

Belle Plaine City Council                                                    Page 3 of 5
Regular Session
February 21, 2017

**6.2. Ordinance 17-01, Home Occupation Signage. The City Council will hear public comment on proposed Ordinance 17-01, which, if approved, will amend Section 1107.16, Subd. 3(1)(G), Home Occupation Requirements, of the City Code. The proposed amendment would allow one (1) four (4) square foot nameplate sign relating to the home occupation provided it was non-illuminated and affixed to the dwelling wall. The current Code standard is one (1), one (1) square foot nameplate sign.**

Community Development Director Smith Strack explained the Planning Commission had discussed a standard contained in the city code relating to signs for home occupations. At this time the Code allows one, one square foot sign for a home occupation and the sign must be affixed to the dwelling unit wall. The Planning Commission reviewed sample code language from other cities in Scott County and developed language included in Ordinance 17-02 which proposes to expand the sign allowable home occupation sign size from one square foot to four square feet. The Commission also recommends adding language requiring signs to be comprised of high quality durable materials. Home occupation signs will still be limited to one in number and be required to be affixed to the dwelling. The Planning Commission recommended approval.

Mayor Meyer opened the public hearing at 7:07 p.m. and asked for public comment. There was no response.

MOTION by Councilmember Coop, second by Councilmember Stier, to close the public hearing at 7:08 p.m. ALL VOTED AYE. MOTION CARRIED.

**1. Adoption of Ordinance 17-01, Section 1107.16 Pertaining to Home Occupation Signage.**

MOTION by Councilmember Stier, second by Mayor Meyer, to adopt Ordinance 17-01, Section 1107.16 Pertaining to Home Occupation Signage. ALL VOTED AYE. MOTION CARRIED.

**7. BUSINESS.**

**7.1. Presentation of Claims.**

MOTION by Councilmember Coop, second by Councilmember Stier, to approve the Presentation of Claims. ALL VOTED AYE. MOTION CARRIED.

**7.2. Resolution 17-020 Veterans Park Limited Public Forum Policy.**

City Administrator Votca explained that at the February 6, 2017 meeting the City Council requested the creation of a policy regarding a limited public forum at Veterans Memorial Park. The policy creates a forum in the lower portion of Veterans Memorial Park just north of the pond. One of the major legal items for this forum is distinguishing individual speech from that of the City. In order to achieve this, the displays will be the property of the requestor and insured by the requestor; the displays will only be permitted for one year; the City will mark the area with signage indicating that this area is a limited public forum and not speech of the City; and the City will mark the area to delineate the location of the forum. The City will accept requests via an application process. Applications will be processed in order of receipt. If more applications are submitted than spaces available, a waitlist will be created. Applications on the wait list will be processed in order of receipt once an opening in the forum is created. The proposed policy was attached with City Administrator Votca's memo.

City Administrator Votca read a letter from Councilmember Chard, who was unable to attend tonight's meeting. Councilmember Chard stated that Alliance Defending Freedom should establish a retainer or escrow of funds prior to approval of the proposed Veterans Park Limited Public Forum Policy to pay for all

CITY000005

legal fees that the Belle Plaine City and taxpayers may incur on this issue. If this request cannot be met, Councilmember Chard requested action be tabled until additional information can be obtained.

Mayor Meyer recommended modifications to the proposed policy that included adding reference to the branches of military and other clarifying language.

Councilmember Coop expressed his position regarding the proposed policy. He strongly believes there should be no religious or non-religious symbols on city property. He cited similar situations that occurred in other cities and the outcome. Councilmember Coop believes the adoption of the proposed policy will be a "gamble" for the City.

MOTION by Mayor Meyer, second by Councilmember Stier, to approve Resolution 17-020 Veterans Park Limited Public Forum Policy with modifications as recommended as presented by Mayor Meyer. Councilmember Coop VOTED NAY. ALL OTHERS VOTED AYE. MOTION CARRIED.

**7.3. Resolution 17-025 Accept Plans and Specifications and Authorize Advertisement for Bids on the 2017 Street and Utility Improvement Project, including the Meridian Street Trail as an Alternate Bid.**

City Administrator Votca explained that at the July 25, 2016 meeting, the City Council accepted the preliminary engineering report and called for the public hearing for the 2017 street improvement project. The hearing was held on August 15, 2016. The project consists of the reconstruction of street and utility improvements of West Main Street between Buffalo Street and Crest Street and Elk Street between Main Street and State Street. The Meridian Street Trail between Enterprise Drive and Century Street will be included as an alternate bid. The final plans and specifications have been prepared and the next step is for the Council to accept the final plans and specifications and authorize the advertisement for bids. Advertisement for bids will begin this week with the bid opening on Tuesday, March 28, 2017 at 11:00 a.m. at City Hall.

City Engineer Duncan explained that final plans and specifications have been prepared. The Meridian Street trail is included in the bid as alternate. The bid award will be presented at the April 3, 2017 Council meeting for action.

MOTION by Councilmember Coop, second by Councilmember Stier, to approve Resolution 17-025 Accept Plans and Specifications and Authorize Advertisement for Bids on the 2017 Street and Utility Improvement Project, including the Meridian Street Trail as an Alternate Bid. ALL VOTED AYE. MOTION CARRIED.

**8. ADMINISTRATION.**

**8.1. Upcoming Meetings.**
**1. City/School District Joint Workshop, 6:00 pm, Friday, February 24.**
**2. Joint Planning-Belle Plaine Township, 7:00 pm, Wednesday, March 1.**
**3. Design Committee, 5:15 pm, Monday, March 6.**
**4. City Council, 6:30 pm, Monday, March 6.**
**5. Work Session, 6:45 pm, Monday, March 6.**
**6. Closed Personnel Committee, City Admin Performance Eval, 7:00 pm, Monday, March 6.**
**7. Destination 2040, Joint Planning, 5:30 pm, Wednesday, March 8.**
**8. Public Works, 9:00 am, Thursday, March 9.**

The Council was reminded of the upcoming meetings as listed.

Belle Plaine City Council                                                                     Page 5 of 5
Regular Session
February 21, 2017


**9. ADJOURN.**

MOTION by Councilmember Stier, second by Mayor Meyer, to adjourn at 7:28 p.m. ALL VOTED AYE.
MOTION CARRIED.


                                        Respectfully submitted,


                                        Patricia Krings
                                        Recording Secretary

CITY000007

# Mills Decl. Ex. 37

**BELLE PLAINE CITY COUNCIL**
**RESOLUTION 17-020**

**ESTABLISHING A POLICY REGARDING A LIMITED PUBLIC FORUM IN**
**VETERANS MEMORIAL PARK**

WHEREAS, the City of Belle Plaine, Minnesota (the "City") owns and maintains Veterans Memorial Park to honor veterans who have served and sacrificed to protect the freedoms enjoyed by the citizens of this City; and

WHEREAS, the City Council (the "Council") adopted Resolution 09-74 Approving A Concept Plan for Veterans Park on August 3, 2009; and

WHEREAS, a stone monument is located on the grounds of the park, constructed on public land, listing the names of Belle Plaine residents who gave their lives in service to their country in wars from the Indian War of 1812 through the Vietnam War; and

WHEREAS, the Council wishes to allow private parties access to Veterans Memorial Park for the purpose of erecting displays in keeping with the purpose of honoring and memorializing veterans; and

WHEREAS, the Council now desires to adopt this formal, written policy to codify the procedure for private parties to recognize, honor, and memorialize veterans by erecting displays at Veterans Memorial Park; and

WHEREAS, the Supreme Court of the United States has found that governmental entities are permitted to establish limited public forums permitting restrictions on speech that are reasonable in view of the purposes of the forum. *See, e.g., Capitol Square Rev. and Advisory Bd. v. Pinette*, 515 U.S. 753 (1995); and

WHEREAS, the Council accepts as binding the applicability of general principles of law and all the rights and obligations afforded under the United States and Minnesota Constitutions.

NOW, THEREFORE, BE IT RESOLVED by the Council of the City of Belle Plaine, Minnesota, that the following written policy regarding Veterans Memorial Park is hereby adopted, to wit:

1. The City designates a limited public forum in Veterans Memorial Park for the express purpose of allowing individuals or organizations to erect and maintain privately owned displays that honor and memorialize living or deceased veterans, branch of military and Veterans organizations affiliated with Belle Plaine. This is an amendment to the concept plan approved on August 4, 2009.

2. Definitions. The following terms have the meanings attributed to them in this paragraph.

   a. "Veterans' Organization" is any organization whose purposes include providing support or benefits to veterans, their dependents, or their families.

   b. "Branch of Military" refers to Army, Navy, Marines, Air Force, Coast Guard, National Guard, Reserves and any other designated armed services of the United States of America.

3. Interested parties must submit an application to the City Administrator to erect a display within the limited public forum. The fee for the application shall be set at $100 for 2017. Starting in 2018, this fee shall be included in the City's Fee Schedule as set annually by

CITY000008

Resolution 17-020
Limited Public Forum Policy

Council resolution. The application fee shall not be pro-rated and is non-refundable. The application must include a description of the display, including its dimensions and construction materials.

4.   The area for the limited public forum shall be that portion of Veterans Memorial Park that lies to the South of the Veterans Park Landscaping Sign. The area shall be 84 feet by 42 feet with lines parallel to the southernmost portion of the Veterans Park Landscaping Sign outer edge. No display may be placed within seven feet from any edge of the Veterans Park Landscaping sign, the edge of a paved pathway, or any other memorial or display. Interested parties must submit an application to the City Administrator to erect a display within the limited public forum. The application must include a description of the display, including its dimensions and construction materials. No display may be installed without first obtaining a permit from the City.

5.   The City shall approve in writing and grant a permit to any party requesting to erect a display if and only if the display conforms to the following requirements, except that the City shall not allow more than ten (10) displays in the limited public forum at any given time:

   a.   Displays must be no larger than three feet wide by two feet deep by three feet tall.

   b.   Displays must be constructed of stone, concrete, metal, or some combination thereof.

   c.   Displays must serve the purpose of honoring and memorializing living or deceased veterans, military branch or Veterans organization affiliated with Belle Plaine, Minnesota.

   d.   Displays must be respectful and conform to Statues and City Code pertaining to public nuisance and decency.

6.   The City shall process requests in the order that they are received.

7.   Displays must be removed within a period of one (1) year from the date of approval. Prior to the expiration of the display period, the owner of the display may apply for another permit to display in the limited public forum. Such application will be treated the same as any other application, without any preference given.

8.   It shall be the responsibility of the requesting party to erect the display upon approval from the City and to keep the display in good repair at all times.

9.   The requesting party and not the City shall own any display erected in the limited public forum. The display must have liability coverage of $1,000,000, as per city procedure, which coverage must list the City as an additional insured. A copy of the policy must be provided to the City prior to installation of the display.

10.  In the event of damage to a display, or if a display is in a state of disrepair, the City Administrator will give the owner of the display notice of said damage or disrepair and require the owner to repair the display within 30 days. If the owner fails to repair the display within the notice period, the City Administrator will order removal of the display.

11.  Displays constitute the speech of the individual or organization erecting the display and not the speech of the City.

Page 2

CITY000009

Resolution 17-020
Limited Public Forum Policy

12.   The City shall erect a prominent disclaimer near or inside the limited public forum stating as follows: "The City of Belle Plaine has designated this area of Veterans Memorial Park a limited public forum, in order to accommodate privately owned displays that honor and memorialize veterans. Displays constitute the speech of the owners of the display, and not the City. The City does not endorse any speech, message or display herein."

13.    In the event the City desires to close the limited public forum or rescind this policy, the City, through its City Administrator, may terminate all permits by giving ten (10) days' written notice of termination to Owner, within which period the owner must remove their display from city property.

The adoption of the foregoing resolution was duly moved by Mayor Meyer, and seconded by Councilmember Stier, and after full discussion thereof and upon a vote being taken thereon, the following Councilmembers voted in favor thereof: Meyer, Stier and McDaniel. Councilmember Chard was not present.

and the following voted against the same: Coop.

Whereupon said resolution was declared duly passed and adopted. Dated this 21st day of February, 2017.


_____          ATTEST:

Christopher G. Meyer                     _____
Mayor                                    Michael J. Votca
                                         City Administrator

CITY000010

# Mills Decl. Ex. 38



## INFORMATION AND REQUIREMENTS FOR

## VETERANS MEMORIAL PARK LIMITED PUBLIC FORUM DISPLAY PERMIT

- The City of Belle Plaine designated a limited public forum in Veterans Memorial Park for the express purpose of allowing persons or organizations to erect and maintain privately owned displays that honor and memorialize living or deceased veterans, branches of the military, or veterans' organizations affiliated with Belle Plaine.
- Displays constitute the speech of the individual or organization erecting the display and not the speech of the City.
- The forum is limited to ten displays.
- Displays must be constructed of stone, concrete, metal or some combination thereof.
- Displays may only be placed in the designated limited public forum area once a permit has been issued. The placement will be done by the owner of the display. The owner will place the display under the supervision of the Public Works Department. Damages to the park created by placement of the display will be restored at the expense of the display owner.
- Displays must not be larger than three feet wide by two feet deep by three feet tall.
- The application fee, whether or not the permit is approved is nonrefundable and will not be prorated.
- The display will remain the property of the person who erects the display. Therefore, the owner of the display must maintain liability coverage of $1,000,000 and list the City of Belle Plaine as an additional insured.
- Displays must be removed after one year from the date of approval.
- In the event that the display is damaged or in disrepair the City Administrator will contact the owner of the display to have it repaired. If repair is not made within 30 days, the City Administrator will order removal and disposal of the display at the expense of the owner.
- You will be notified when the application is approved.
- The permit number and owner's name must be visible on the display for identification purposes.
- In the event the City desires to close the limited public forum or rescind this policy, the City, through its City Administrator, may terminate all permits by giving ten (10) days' written notice of termination to Owner, within which period the owner must remove their display from city property.

*Please contact us if you have any questions.  Thank you.*

**City of Belle Plaine - 218 North Meridian Street - P.O. Box 129, Belle Plaine, MN 56011**
**Phone 952-873-5553 Fax 952-873-5509**

CITY000157



**City of Belle Plaine**        **Phone**: 952-873-5553        **Fee:** **$100.00**
218 N. Meridian Street      **Fax**:    952-873-5509
P.O. Box 129
Belle Plaine, MN  56011                                   **PERMIT # LPF**_____

# Veterans Memorial Park Display Permit Application

**Date:**_____

| **Applicant** | Individual or Organizations Name:_____ |

Address:_____        City:_____

State:_____        Zip Code:_____        Phone:_____

E-mail:_____

| **Description of Display** | Dimensions: *Height:_____Width:_____Length:_____* |

Construction Materials: _____

General Description of display: _____

_____

**Please include a drawing or picture of the display.**

Intended Veteran, Branch of Military, or Veterans Organization honored by display_____

If this display request is intended to honor and memorialize a veteran or veterans' organization associated with Belle Plaine, please provide a description of the association to Belle Plaine and documentation regarding veteran status. _____

_____

CITY000158

I _____ hereby affirm that I will comply with the Limited Public Forum Policy of the City of Belle Plaine, Minnesota, that any display that is erected upon approval of this permit is my property and constitutes speech of myself or my organization and not that of the City of Belle Plaine, and that I will indemnify the City against any and all claims, demands or liabilities arising from the issuance of this permit, or performance of or failure to perform in accordance with the Limited Public Forum Policy.

**Applicant Signature:**_____     **Date:**_____

STATE OF MINNESOTA
COUNTY OF _____

This instrument was acknowledged before me on _____ day of
_____, 20_____ by _____.


_____
***Notary Public                                    ****Notary Stamp

My Commission Expires: _____

---

FOR OFFICE USE ONLY

**APPROVAL OF PERMIT**

Approved on this _____day of _____, 20_____


_____
City Administrator

[_] Application Fee Paid

[_] Copy of Certificate of Liability Insurance Provided

[_] Concept sketch or drawing of display

[_] Copy mailed to applicant on _____.

CITY000159

# Mills Decl. Ex. 39

**Sandy Ellingson**

| | |
|---|---|
| **From:** | Malcolm Jarry <satanictempleorg@gmail.com> |
| **Sent:** | Thursday, June 29, 2017 1:34 PM |
| **To:** | Michael Votca |
| **Cc:** | Al Fahey |
| **Subject:** | Re: Veterans Memorial Display Permit |

Dear City Administrator Votca:

We have completed work on our statue and would like to work with you to coordinate a date for installation. Please note that my organization believes that veterans fought to protect and preserve the liberties enshrined in the US Constitution and our participation in the limited forum is conceived to be an affirmation of these values. It is not our intent to take attention away from the sacrifices of veterans.

The City Council has displayed nothing but professional courtesy to us and it is our policy to do likewise by working with the City to make sure things go smoothly and as quietly as possible. We all want to honor veterans and none of us want differences of opinions regarding our statue's presence to divide a city. The good people of Belle Plaine can respectfully agree to disagree with regards to our presence and those who oppose its placement are probably best served by avoiding controversy beyond expressing their dissent.

Kindly let me know your thoughts on how we can best install the statue with a simple ceremony where order is maintained and attendees respect the solemnity of the event. We would like to work with the Council at every step.

Very truly yours,

Malcolm Jarry


On Thu, Apr 20, 2017 at 5:02 PM, Malcolm Jarry <satanictempleorg@gmail.com> wrote:

Dear City Administrator Michael Votca,

I understand that the monument must be removed in one year and that its removal is our responsibility.

Thank you for your assistance.

Very truly yours,

Malcolm Jarry

On Thu, Apr 20, 2017 at 4:55 PM, Michael Votca <mvotca@ci.belleplaine.mn.us> wrote:

Mr. Jarry,


This is a reasonable request. As you are aware these monuments are not permanent in nature, but are to be able to be removed. As long as the plate can be removed at a future time, that is fine with me.

1

CITY000027

Thanks,

Mike


**Michael Votca**

City Administrator

City of Belle Plaine

218 N. Meridian Street | Belle Plaine, MN 56011

P: 952.873.5553  | F: 952.873.5509


www.belleplainemn.com

https://www.facebook.com/City-of-Belle-Plaine-290209567707123/





**From:** Malcolm Jarry [mailto:satanictempleorg@gmail.com]
**Sent:** Thursday, April 20, 2017 3:50 PM
**To:** Michael Votca <mvotca@ci.belleplaine.mn.us>
**Subject:** Re: Veterans Memorial Display Permit


Dear City Administrator Michael Votca,


Thank you for all of your timely correspondences and the professional way you have overseen this process. As you are evidently aware, veterans risked and sometimes gave their lives defending the United States and its Constitution, which includes defending pluralism. Our monument was designed to be respectful of these sacrifices, which includes recognizing the diversity of American beliefs. We would never want our monument standing alone on public property.


We are currently in the process of construction which will take between 6 to 8 weeks to complete. We have a question about installation, though. In order to prevent the statue from being picked up and hauled away, we need to

2

CITY000028

place a small base plate underneath that would raise it off the ground about 3 to 6 inches which would then be anchored to the ground. I don't imagine there should be any issues with this, but wanted to reach out to confirm.

Very truly yours,

Malcolm Jarry

On Thu, Mar 23, 2017 at 1:12 PM, Michael Votca <mvotca@ci.belleplaine.mn.us> wrote:

To: Mr. Douglas Mesner,

The City of Belle Plaine has received your application for a display permit in Veterans Memorial Park. The City is currently working to mark the limited public forum area and erect signs in the limited public forum area. Once the construction is finished, we will send you notification of approval of your permit. Thanks you for your patience in this matter.

Thanks,

Mike

Michael Votca

City Administrator

City of Belle Plaine

218 N. Meridian Street | Belle Plaine, MN 56011

P: 952.873.5498  | F: 952.873.5509

www.belleplainemn.com



3

CITY000029

4

CITY000030

Mills Decl. Ex. 40

**Sandy Ellingson**

| | |
|---|---|
| **From:** | Malcolm Jarry <satanictempleorg@gmail.com> |
| **Sent:** | Tuesday, July 11, 2017 11:30 AM |
| **To:** | Al Fahey |
| **Cc:** | Dawn Meyer |
| **Subject:** | Re: Belle Plaine Vets Park |

Dear Mr. Fahey,

Thank you so much for your reply and follow up.

We want to work with you to keep things as orderly and smoothly as possible and we are open to any recommendations and suggestions you might have.

I do not know if the installation needs to be on a weekday or weekend, but we will obviously adhere to the City's guidelines and rules. We can install the statue any day from August 7th to August 13th. Kindly let me know what date and time work during that window or if I need to put forth additional dates.

In addition, the statue has an anchor in its base that requires a small hole be dug underneath. Kindly apprise me of whether we can contract with anyone to assist with that or if the contractor needs any kind of special permit. If the City has anyone they commonly use for this kind of work, I'd appreciate the referral.

Again, I want to express my appreciation for the courtesy everyone has displayed.

Very truly yours,

Malcolm Jarry

On Tue, Jul 11, 2017 at 11:51 AM, Al Fahey <publicworks@ci.belleplaine.mn.us> wrote:

> Good Morning Malcolm,
>
>
> I did not receive a response from you on my previous email and wanted to send another to make sure it was going to you. I will be available to assist you with the installation of the monument, but will require you to schedule the installation with me prior to arriving in Belle Plaine. If you are not ready yet that is fine, just wanted to know you are receiving my correspondences.
>
>
> Thank you,
>
>
> Alan Fahey
> Public Works Superintendent

1

CITY000055

City of Belle Plaine
952-873-6742

CITY000056

Mills Decl. Ex. 41

**Sandy Ellingson**

| | |
|---|---|
| **From:** | Dawn Meyer |
| **Sent:** | Friday, July 14, 2017 10:06 AM |
| **To:** | Malcolm Jarry |
| **Subject:** | RE: Belle Plaine Vets Park |
| **Attachments:** | 4.13.X. Rescind Policy and Eliminating Limited Public Form.pdf |

Mr. Jarry-

As a courtesy, I am writing to let you know the City Council will be considering the enclosed resolution, which would eliminate the Limited Public Forum in Veterans Memorial Park.

If you have any questions you may contact me at 952-873-5421, my schedule is booked the rest of the day, however I will be available Monday.

Thank you

Dawn Meyer
Interim City Administrator

**From:** Malcolm Jarry [mailto:satanictempleorg@gmail.com]
**Sent:** Thursday, July 13, 2017 8:13 AM
**To:** Al Fahey <publicworks@ci.belleplaine.mn.us>
**Cc:** Dawn Meyer <dmeyer@ci.belleplaine.mn.us>
**Subject:** Re: Belle Plaine Vets Park

Dear Mr. Fahey,

I was just writing to confirm that you received my email, and to find out if you are able to confirm which dates within the window proposed would work.

Thank you.

Very truly yours,

Malcolm Jarry

On Tue, Jul 11, 2017 at 12:29 PM, Malcolm Jarry <satanictempleorg@gmail.com> wrote:

Dear Mr. Fahey,

Thank you so much for your reply and follow up.

We want to work with you to keep things as orderly and smoothly as possible and we are open to any recommendations and suggestions you might have.

I do not know if the installation needs to be on a weekday or weekend, but we will obviously adhere to the City's guidelines and rules. We can install the statue any day from August 7th to August 13th. Kindly let me know what date and time work during that window or if I need to put forth additional dates.

CITY000068

In addition, the statue has an anchor in its base that requires a small hole be dug underneath. Kindly apprise me of whether we can contract with anyone to assist with that or if the contractor needs any kind of special permit. If the City has anyone they commonly use for this kind of work, I'd appreciate the referral.

Again, I want to express my appreciation for the courtesy everyone has displayed.

Very truly yours,

Malcolm Jarry

On Tue, Jul 11, 2017 at 11:51 AM, Al Fahey <publicworks@ci.belleplaine.mn.us> wrote:

Good Morning Malcolm,


I did not receive a response from you on my previous email and wanted to send another to make sure it was going to you. I will be available to assist you with the installation of the monument, but will require you to schedule the installation with me prior to arriving in Belle Plaine. If you are not ready yet that is fine, just wanted to know you are receiving my correspondences.


Thank you,



Alan Fahey
Public Works Superintendent
City of Belle Plaine
952-873-6742

CITY000069

 **MEMORANDUM**

| | |
|---|---|
| **DATE:** | July 17, 2017 |
| **FROM:** | Dawn Meyer, Interim City Administrator |
| **AGENDA ITEM:** | Resolution 17-090 Rescinding the Policy and Eliminating the Limited Public Forum in Veterans Memorial Park. |
| **BACKGROUND/ JUSTIFICATION:** | On February 21, 2017 the City Council adopted Resolution 17-020 Establishing a Policy Regarding a Limited Public Forum in Veteran Memorial Park.<br><br>Attached is Resolution 17-090 Rescinding the Policy and Eliminating the Limited Public Forum in Veterans Memorial Park. |
| **FISCAL IMPACT:** | None |
| **ACTION:** | Council may approve or deny Resolution 17-090 Rescinding the Policy and Eliminating the Limited Public Forum in Veterans Memorial Park. |
| **SIGNATURE:** | |

CITY000070

**BELLE PLAINE CITY COUNCIL**
**RESOLUTION 17-090**

**RESCINDING THE POLICY AND ELIMINATING THE LIMITED PUBLIC FORUM**
**IN VETERANS MEMORIAL PARK**

WHEREAS, the City of Belle Plaine, Minnesota (the "City") owns and maintains Veterans Memorial Park to honor veterans who have served and sacrificed to protect the freedoms enjoyed by the citizens of this City; and

WHEREAS, the Park memorializes and honors resident veterans killed in service to their country in foreign wars from the Spanish American War through the Vietnam War; and

WHEREAS, the City Council (the "Council") adopted Resolution 17-020 on February 21, 2017 to establish a limited public forum in the Park to permit private memorials or displays expressing views in keeping with the Park's purpose; and

WHEREAS, the Resolution established a policy governing placement of memorials or displays in the Park and requiring application for a permit allowing such placement for 1-year; and

WHEREAS, the City Council has determined that allowing privately-owned memorials or displays in its Park no longer meets the intent or purpose of the Park; and

WHEREAS, the City Council has also determined that the continuation of the limited public forum may encourage vandalism in the Park, reduce the safety, serenity, and decorum of the Park, unnecessarily burden City staff and law enforcement, and negatively impact the public's health, safety and welfare.

NOW, THEREFORE, BE IT RESOLVED by the Council of the City of Belle Plaine, Minnesota:

1.  The policy established in Resolution 17-020 is rescinded and the limited public forum established in the Park is hereby eliminated.  Private displays or memorials placed in the Park shall be removed within a reasonable period by the owner thereof or, upon notice to such owner, or they will be deemed abandoned and removed by the City.
2.  All application fees paid for permits to place a memorial or display in the Park will be reimbursed to the applicant.
3.  City staff is directed to take such other steps or actions necessary to implement this Resolution.

The adoption of the foregoing Resolution was duly moved by Councilmember _____ and seconded by Councilmember _____, and after full discussion thereof and upon a vote being taken thereon, the following Councilmembers voted in favor thereof:
and the following voted against:

Whereupon said Resolution was declared duly passed and adopted.

Dated this ____ day of July, 2017.

ATTEST:

_____                                    _____
Christopher G. Meyer                                        Dawn Meyer
Mayor                                                                Interim City Administrator

1

CITY000071

# Mills Decl. Ex. 42

**BELLE PLAINE CITY COUNCIL**
**REGULAR SESSION**
**JULY 17, 2017**

**1. PLEDGE OF ALLEGIANCE.**

Mayor Christopher Meyer led those present in the Pledge of Allegiance.

**2. CALL TO ORDER.  2.1.  Roll Call.**

The Belle Plaine City Council met in Regular Session on Monday, July 17, 2017 at 6:30 p.m. in the council chambers of City Hall, 218 North Meridian Street, Belle Plaine, MN.  Mayor Christopher Meyer called the meeting to order with Councilmembers Paul Chard, Ben Stier, Cary Coop, and Theresa McDaniel present.

Also present were Interim City Administrator Dawn Meyer, Community Development Director Cynthia Smith Strack, Public Works Superintendent Al Fahey, City Engineer Joe Duncan, Police Chief Tom Stolee and City Attorney Bob Vose. Wanda Savage served as the video recording operator.

**3. APPROVAL OF AGENDA.**

MOTION by Councilmember Coop, second by Councilmember Stier, to approve the agenda as presented. ALL VOTED AYE. MOTION CARRIED.

**4. APPROVAL OF CONSENT AGENDA.**

**4.1. Regular Session Minutes of June 19, 2017.**
**4.2. Work Session Minutes of June 19, 2017.**
**4.3. Closed Personnel Minutes of June 19, 2017.**
**4.4. Committee of the Whole Minutes of June 19, 2017.**
**4.5. Resolution 17-084 Authorize the Close of Fund 534 and Transfer Remaining Balance.**
**4.6. Approve Temporary On-Sale Intoxicating Liquor License for Belle Plaine Fire Relief**
    **Association for Event on August 19, 2017.**
**4.7. Approve Large Assembly Permit for Belle Plaine Lions Club for Beep Ball Event at Tiger Park**
    **on August 6, 2017.**
**4.8. Approve Temporary On-Sale 3.2% Intoxicating Liquor License for Belle Plaine Lions Club for**
    **Beep Ball Event at Union Square on August 6, 2017.**
**4.9. Approve Temporary On-Sale 3.2% Intoxicating Liquor License for Belle Plaine Softball Fund**
    **Raising Event at Prairie Park on September 15-17, 2017.**
**4.10. Resolution 17-087 Accept Cash Donation from the Belle Plaine Chamber of Commerce for**
    **Pool Improvements and Downtown Improvements.**
**4.11. Resolution 17-085 Adopt Park Shelter Rental Policy.**
**4.12. Accept Resignation of Building Official Scott McCarty Effective August 2, 2017 and Authorize**
    **Interim Services and Advertising to Seek Candidates for Fill Vacancy.**
**4.13. Resolution 17-090 Rescind Policy and Eliminating the Limited Public Forum in Veterans**
    **Memorial Park.**
**4.14. Resolution 17-086 Accept Cash Donation from Friends of the Library for Library**
    **Improvements.**
**4.15. Accept Resignation of Administrative Assistant Patricia Krings Effective December 31, 2017**
    **and Authorize Advertising to Seek Candidates to Fill Vacancy.**

MOTION by Councilmember Coop, second by Councilmember McDaniel, to approve the consent agenda as follows: 4.1. Regular Session Minutes of June 19, 2017, 4.2. Work Session Minutes of June 19, 2017, 4.3. Closed Personnel Minutes of June 19, 2017, 4.4. Committee of the Whole Minutes of June 19, 2017,

4.5. Resolution 17-084 Authorize the Close of Fund 534 and Transfer Remaining Balance, 4.6. Approve Temporary On-Sale Intoxicating Liquor License for Belle Plaine Fire Relief Association for Event on August 19, 2017, 4.7. Approve Large Assembly Permit for Belle Plaine Lions Club for Beep Ball Event at Tiger Park on August 6, 2017, 4.8. Approve Temporary On-Sale 3.2% Intoxicating Liquor License for Belle Plaine Lions Club for Beep Ball Event at Union Square on August 6, 2017, 4.9. Approve Temporary On-Sale 3.2% Intoxicating Liquor License for Belle Plaine Softball Fund Raising Event at Prairie Park on September 15-17, 2017, 4.10. Resolution 17-087 Accept Cash Donation from the Belle Plaine Chamber of Commerce for Pool Improvements and Downtown Improvements, 4.11. Resolution 17-085 Adopt Park Shelter Rental Policy, 4.12. Accept Resignation of Building Official Scott McCarty Effective August 2, 2017 and Authorize Interim Services and Advertising to Seek Candidates for Fill Vacancy, 4.13. Resolution 17-090 Rescind Policy and Eliminating the Limited Public Forum in Veterans Memorial Park, 4.14. Resolution 17-086 Accept Cash Donation from Friends of the Library for Library Improvements, and 4.15. Accept Resignation of Administrative Assistant Patricia Krings Effective December 31, 2017 and Authorize Advertising to Seek Candidates to Fill Vacancy. ALL VOTED AYE. MOTION CARRIED.

**5. DEPARTMENT REPORTS.**

**5.1. Community Services Department.**

Community Services Director Mindy Chevalier was present.  The Council acknowledged receipt of the Community Services Department report.

**5.2. Public Works Department.**

Public Works Superintendent Al Fahey was present.  The Council acknowledged receipt of the Public Works Department report.

**5.3. City Engineer Report.**

City Engineer Joe Duncan was present. The Council acknowledged receipt of the City Engineer report.

**5.4. Ambulance Department.**

Ridgeview Ambulance Supervisor Doug Sweeney was present. The Council acknowledged receipt of the Ambulance Department report.

**5.5. Fire Department.**

Fire Chief Matt Stier was present. The Council acknowledged receipt of the Fire Department report.

**5.6. Police Department.**

Police Chief Tom Stolee was present. The Council acknowledged receipt of the Police Department report.

**5.7. Community Development Department**.

Community Development Director Cynthia Smith Strack was present. The Council acknowledged receipt of the Community Development Department report.

**5.8. Administration Report.**

Interim City Administrator Dawn Meyer was present. The Council acknowledged receipt of the Administration report.

CITY000073

**5.9. MnDOT Representatives – Update on TH169 Overlay Project.**
**1. Jon Solberg, South Area Manager**
**2. Diane Langenbach, South Area Engineer**

Mayor Meyer welcomed Jon Solberg, South Area Manager, and Diane Langenbach, South Area Engineer, of MnDOT.

Ms. Langenbach provided an overview of the proposed TH169 overlay project between Highway 282/TH169 in Jordan to Highway 19/TH169 south of Belle Plaine. The north section, Jordan to Belle Plaine, will be constructed 2018. The south section is planned for 2019. Details of the project include concrete overlay, reconfiguration at County Road 59 and extending certain turn lanes. The crossover lanes will be constructed later this year.

Mayor Meyer inquired about the 4-way stop sign at Main and Walnut/TH25 and the extension of acceleration and de-acceleration lanes at County Road 3/TH169. Ms. Langenbach explained that enhancements such as a larger stop sign and adding reflective tape to increase safety are planned for the Main Street/Walnut Street intersection. There will be an extension of the de-acceleration lanes, however not the acceleration lane.

Mayor Meyer thanked Ms. Langenbach and Mr. Solberg for the informative presentation.

**5.10. ACKNOWLEDGEMENT**
**1. Green Step City Award – Diane McKeown**

Diane McKeown, on behalf of GreenStep Cities, presented awards for the City's completion of Step 1 and Step 2 of the program. Mayor Meyer accepted the award.

**5.11. VISITOR'S REQUEST.**
**1. Water Bill Appeal – Dan Whitney, 418 South Street West.**

Dan Whitney, 418 South Street West, appealed the amount of his water bill. Council took no action and the bill remains as is.

**6.0.  PUBLIC HEARINGS.**

**6.1. Liquor License – Ann Topic, dba Borough Bowl. The City Council will consider public comment on a request by Ann Topic, dba Borough Bowl, for an on-sale, off-sale and Sunday intoxicating liquor license at 235 South Ash Street.**

Interim City Administrator Meyer explained that Ann Topic, dba Borough Bowl, 235 South Ash Street, has requested approval of on and off sale and Sunday liquor licenses. Police Chief Stolee has conducted the required background investigation and recommends the City Council proceed with approval. The current liquor establishment at that address was operated by Ron Fry, HRF Management, LLC, and the City has obtained a written statement of his intent to sell the existing business to Ann Topic. Staff recommends approval of the liquor licenses with the conditions listed on proposed Resolution 17-079.

Mayor Meyer opened the public hearing at 7:08 p.m. and asked for public comment. There was no response.

MOTION by Councilmember Chard, second by Councilmember Coop, to close the public hearing at 7:09 p.m. ALL VOTED AYE. MOTION CARRIED.

Belle Plaine City Council                                                                 Page 4 of 9
Regular Session
July 17, 2017

**6.1.a. Resolution 17-079 Liquor Licenses for Ann Topic, dba Borough Bowl, 235 South Ash Street.**

MOTION by Councilmember Coop, second by Councilmember Chard, to approve Resolution 17-079 Liquor Licenses for Ann Topic, dba Borough Bowl, 235 South Ash Street. ALL VOTED AYE. MOTION CARRIED.

**6.2. Variance Request. The City Council will consider public comment on a request by Troy Cornelius, 325 Elm Street North, Belle Plaine, MN for a variance from Section 1105.07, Subd. 5(3)(a) to reduce the minimum front yard setback from 30 feet to 26 feet in the R-3, Single and Two Family Residential District, and a variance to Section 1105.07, Subd. 5(4)(a) to allow a detached accessory structure to be placed in front of an existing dwelling. If approved the variance would accommodate a 900 square foot detached accessory structure at the subject property.**

Community Development Director Smith Strack explained that Troy Cornelius, owner of property at 325 Elm Street North, requests consideration of variances from Section 1105.07, Subd. 5(3)(a) to reduce the minimum front yard setback from 30 feet to 26 feet in the R-3, Single and Two Family Residential District. He also is requesting a variance from Section 1105.07, Subd. 5(4)(a) to allow a detached accessory structure to be placed in front of an existing dwelling. The configuration of the structures on the lot presents challenges. In addition, there are existing encroachment issues.

If granted, the variance will allow for the construction of a 25' X 36' (900 square foot) detached garage. The proposed detached garage would replace an existing shed in the front yard. The dwelling is addressed on Elm Street and setback 62 feet from the front property line. A front yard setback of 26 feet is proposed so as to retain an existing mature tree on site. The remaining performance standards are met, including separation from adjacent buildings and side, rear yard setbacks. The existing dwelling, constructed in 1860, is placed almost entirely within the Court Street right of way. The proposed structure conforms with lot coverage requirement.

Community Development Director Smith Strack listed the criteria for determining action on the variances. Staff recommends approval of a variance to Section 1105.07, Subd. 5(4)(a) thereby allowing the proposed detached accessory structure to be located in front of the building line of an established dwelling. Staff is does not have a recommendation regarding the front yard setback variance (Section 1105.07, Subd. 5(3)(a)) due to relatively small degree of variance requested versus value of mature trees. The Planning Commission recommended approval of Comprehensive Plan Amendment and Rezone.

Mayor Meyer opened the public hearing at 7:13 p.m. and asked for public comment.

Troy Cornelius, applicant, requested approval of the variances.

MOTION by Councilmember Coop, second by Councilmember Chard, to close the public hearing at 7:14 p.m. ALL VOTED AYE. MOTION CARRIED.

**6.2.a. Resolution 17-080 Approve Variance to Allow a Detached Accessory Structure to be Placed in Front of an Existing Dwelling at 325 Elm Street North.**

MOTION by Councilmember Coop, second by Councilmember Stier, to adopt Resolution 17-080 Approve Variance to Allow a Detached Accessory Structure to be Placed in Front of an Existing Dwelling at 325 Elm Street North. ALL VOTED AYE. MOTION CARRIED.

**6.2.b. Resolution 17-081(A) Approve a Four (4) Foot Variance to a Required Front Yard at 325 Elm Street North.**

CITY000075

Belle Plaine City Council                                                                    Page 5 of 9
Regular Session
July 17, 2017

Councilmember Chard commented that he understands the variance request is to save a large tree. The foundation for the proposed structure will be placed near the tree line and questioned whether the tree will survive.

MOTION by Councilmember Coop, second by Councilmember McDaniel, to ADOPT Resolution 17-081(A) Approve a Four (4) Foot Variance to a Required Front Yard at 325 Elm Street North. Councilmembers Coop and McDaniel VOTED AYE. Councilmembers Meyer, Chard and Stier VOTED NAY. MOTION FAILED.

MOTION by Councilmember Chard, second by Councilmember Stier, to DENY a four (4) foot variance to a required front yard at 325 Elm Street North and to direct Staff to prepare a resolution for adoption at the next Regular Session. Councilmembers Chard, Stier, Meyer and McDaniel VOTED AYE. Councilmember Coop VOTED NAY. MOTION CARRIED.

**6.3. Comprehensive Plan Amendment and Rezoning Request. The City Council will consider public comment on a request by Troy M. Schrom, d.b.a. Schrom Construction and Dennis Moriarty on behalf of John E. Fogarty Estate (Property Owner). Schrom Construction requests consideration of a minor Comprehensive Plan amendment and rezoning for property at Church Street and Aspen Lane. The property is currently planned for and zoned as I-C Industrial Commercial. The Applicant requests rezoning to R-7 Mixed Housing. If approved, the requests will allow consideration of a 24-unit, two story apartment building on the subject property.**

Community Development Director Smith Strack explained that Troy M. Schrom d.b.a. Schrom Construction proposes a two story, 24-unit apartment building at Aspen Lane and Church Street on approximately 1.45 acres currently owned by the John E. Fogarty Estate. The building footprint is approximately 10,000 sf fronting on Aspen Lane North with parking east of the structure access from State and Church Streets. The proposed development requires rezoning from I-C Industrial Commercial to R-7 Mixed Housing. The development is consistent with the Comprehensive Plan in many respects, although the future land use map will need updating to reflect change from commercial/industrial to multiple family housing. If plan amendment is authorized and rezoning approved, then the Applicant will move forward with platting the property (currently subject to registered land survey) and site plan approval.

The proposed planned land use is medium density residential. The proposed Comprehensive Plan amendment has been approved for minor (administrative) processing under Metro Council policies. A local public hearing is required, but the adjacent jurisdiction review requirement has been waived and Met Council staff will act internally on the amendment. The proposed administrative amendment applies to approximately 1.45 acres. Overall, the proposed apartment is consistent with Comprehensive Plan policies and associated systems plans transportation, parks/trails, economic development, utilities, housing, land use). The locale is transitional with a variety of potential uses possible. Infill of existing lots with a full complement of urban services is prioritized under the 2008 Plan.

Community Development Director Smith Strack explained the R-7 Mixed Housing (Medium to High Density) Residential District is intended to provide a district which allows for a full and complete range and intermixing of residential activities, and to accommodate development areas which existed prior to the establishment of this Ordinance. The Planning Commission recommended approval.

Troy Schrom, Schrom Construction, addressed the City Council and asked for approval. He explained there is a need for workforce housing in Belle Plaine and is supported by the recent housing market study. The site is shovel ready, therefore more favorable than the adjacent R-7 zoned property to the north. Mr. Schrom said that the City will receive water and sewer connection fees in the amount of $190,000.

Mayor Meyer opened the public hearing at 7:31 p.m. and asked for public comment.

Belle Plaine City Council
Regular Session
July 17, 2017

Page 6 of 9

Mayor Meyer read a letter dated July 11, 2017 from Jerry and Christine Plambeck, 840 East State Street, stating their opposition to the Comp Plan Amendment and rezone request.

Brian Grant, 781 State Street East, asked why the developer is seeking construction on the subject site when other R-7 properties are available. He also had concerns that the manager of the apartment complex will be available only on a part-time basis. The apartment complex would add 144 vehicle trips per day to this area.  He said the stop sign is not being observed, with many drivers going through it without stopping, creating great danger for young children.

Ed Fogarty, 1155 Fall Circle, Chaska, MN, co-owner of the property, spoke in support of the project. He explained that he worked with Schrom Construction on the six duplexes that were recently built along Church Street and believes the apartment complex will provide needed housing for the City.

Ray Knutson, 820 State Street East, stated there is no need for rezoning because of available R-7, multi-family zoning adjacent to the subject property. The neighborhood will lose its character. The site of the proposed apartment complex is unfavorable due to its close proximity to Genesis and its chemical storage tanks. The traffic flow configuration of the apartment building will cause headlights to shine into his home.

Gwen Knutston, 820 State Street East, expressed concern for the safety of young children in the neighborhood due to increased traffic. She said no one stops at the stop sign, which is a safety concern. She also said that vehicle headlights will shine into her living room as a result of tenants leaving the apartment complex.

Jim Connolly, 320 Oak Street North, thanked Mr. Schrom for his willingness to make an investment in Belle Plaine. He asked if the project would generate enough property tax to offset the increase in emergency services.  He believes the developer should pay the traffic improvements at the intersection of Main Street and Aspen Lane. He supports requiring a traffic study to be done at the developer's cost. He was opposed to rezoning the property and commented on the vote by the Planning Commissioners, which passed with only two votes to approve. He commented on the six duplexes as to the lack of lawn sprinklers and questioned the classification at Scott County taxation.

Nick Zwick, 860 State Street East, was opposed to the rezone. He expressed concern for the safety of young children and the loss of small-town character.

MOTION by Councilmember Coop, second by Councilmember Stier, to adjourn at 7:59 p.m. ALL VOTED AYE. MOTION CARRIED.

**6.3.a. Resolution 17-082 Minor Comprehensive Plan Amendment for Schrom Construction for Property at Church Street and Aspen Lane.**

MOTION by Mayor Meyer, second by Councilmember Chard,to approve Resolution 17-082 Minor Comprehensive Plan Amendment for Schrom Construction for Property at Church Street and Aspen Lane. Councilmembers Chard, Stier, and McDaniel VOTED NAY. Mayor Meyer and Councilmember Coop VOTED AYE.  MOTION FAILED.

Councilmember Chard explained that he spoke with Mr. Schrom and Ed Fogarty at length about the proposed project. He suggested utilizing the existing R-7 parcel which would require the extension of State Street to the east. Councilmember Chard commented that traffic concerns will associated with either parcel. Mayor Meyer acknowledged that traffic is always a concern. Schrom Construction made a decision to provide needed housing options in the City. As with any project, the City will carefully review and make contingencies as required, including a traffic study at the expense of the developer. A commercial development at the proposed site may present increased disruptive issues for residents than

CITY000077

Belle Plaine City Council                                                        Page 7 of 9
Regular Session
July 17, 2017

a housing complex. Councilmember Stier agreed that a traffic study is needed to address the Main Street and Aspen Lane intersection. Councilmember Coop admitted that he was struggling as to a decision on this matter. He commented that the results of a traffic study will assist in his final decision as to the project. He has spoken with apartment dwellers who were in favor of having the apartment complex that would provide rental options.  Councilmember Chard suggested tabling action until further discussion on the extension of State Street East. Community Development Director Cynthia Smith Strack explained the 60-day rule regarding zoning requests. City Attorney Vose explained the Council must take action as to approve, deny or table. The applicant will need to extend the 60-day review period.

MOTION by Mayor Meyer, second by Councilmember McDaniel, to TABLE action on Resolution 17-082 Minor Comprehensive Plan Amendment for Schrom Construction for Property at Church Street and Aspen Lane to allow time for further research on the extension of State Street East by Council and Staff. ALL VOTED AYE. MOTION CARRIED.

**6.3.b. Adoption of Ordinance 17-09, An Ordinance Rezoning Certain Property at Church Street and Aspen Lane from I-C Industrial Commercial to R-7 Mixed Housing.**

MOTION by Mayor Meyer, second by Councilmember Chard, to TABLE action on the adoption of Ordinance 17-09, An Ordinance Rezoning Certain Property at Church Street and Aspen Lane from I-C Industrial Commercial to R-7 Mixed Housing to allow time for further research on the extension of State Street East by Council and Staff. ALL VOTED AYE. MOTION CARRIED.

**7. BUSINESS.**

**7.1. Presentation of Claims.**
>    **1. Pay Request No. 6 and Final by Chard Tiling & Excavating, Inc. for $24,359.44 for the 2016 Street Improvement Project.**
>    **2. Pay Request No. 2 and Final by Allied Blacktop for $9,433.72 for the 2017 Pavement Maintenance Project.**
>    **3. Pay Request No. 2 by Wm Mueller & Sons for $459,796.98 for the 2017 Street Improvement Project**.

MOTION by Councilmember Coop, second by Councilmember McDaniel, to approve the Presentation of Claims, Pay Request No. 6 and Final by Chard Tiling & Excavating, Inc. for $24,359.44 for the 2016 Street Improvement Project, Pay Request No. 2 and Final by Allied Blacktop for $9,433.72 for the 2017 Pavement Maintenance Project, and Pay Request No. 2 by Wm Mueller & Sons for $459,796.98 for the 2017 Street Improvement Project. ALL VOTED AYE. MOTION CARRIED.

**7.2. Resolution 17-083 Approving Final Plat for Buesgens Commercial Center.**

Community Development Director Smith Strack explained that in 2016 the City received a Scott County CDA grant to assist with platting of Buesgens Commercial Center as a means of creating shovel ready commercial lots. The plat differs from others in that a development project is not driving platting of the property. The City Council previously approved a preliminary plat for Buesgens Commercial Center. A development agreement has been approved by the Council. The plat is a four lot, four block subdivision of property. The Planning Commission reviewed the final plat at a regular meeting June 12, 2017 and recommended Council approval.

MOTION by Councilmember Coop, second by Councilmember Stier, to approve Resolution 17-083 Approving Final Plat for Buesgens Commercial Center. ALL VOTED AYE. MOTION CARRIED.

CITY000078

Belle Plaine City Council                                                                                    Page 8 of 9
Regular Session
July 17, 2017

**7.3. School District Request to Waive Permit Fees for Softball Complex.**

Interim City Administrator Meyer explained the Belle Plaine School District has submitted a building permit application to construct a Softball Complex.

The permit fees for the School District's building that has a valuation of $130,00.00 total $11,483.70. Included in this are the Permit Fee of $1,278.00 and Plan Review of $830.70. The Permit and Plan Review fees are associated with staff time and internal expenses, the State Surcharge is a pass through fee that must be submitted to the State of Minnesota, the Tracer Box and Meter Fees are direct costs for the equipment the City supplies for structures, the Sewer and Water Connection fees are related to the cost of infrastructure and its maintenance. Staff recommends the Permit and Plan Review fees totaling $2,108.70 which are associated with staff time and internal expenses be waived, as in-kind due to the City's partnership with the School District.

Mayor Meyer welcomed Dr. Ryan Laager, Superintendent of Belle Plaine Schools.

Dr. Laager asked for consideration of waiving permit fees associated with the construction of a building to service the School's softball complex.

Councilmember Coop was opposed to waiving or reducing the fee. He explained that City residents also pay School District taxes, creating additional burden on City taxpayers for fees waived or reduced.

MOTION by Councilmember Stier, second by Councilmember Chard, to waive the permit fee of $1,278.00 and the plan review fee of $830.70 for a total of $2,108.70 as requested by the Belle Plaine School District for the construction of a building at their softball complex located at 1101 Commerce Drive West. Councilmember Coop voted NAY. ALL OTHERS VOTED AYE. MOTION CARRIED.

**7.4. Resolution 17-088 Approving Plans and Specifications for the Block 102/104 Alley Improvement Project and Authorize Advertisement for Bids.**

Interim City Administrator Meyer explained that at the May 1, 2017 meeting, the City Council accepted the preliminary engineering report and called for the public hearing for Block 102 and Block 104 alley improvement project.  The hearing was held on June 5, 2017.  The project consists of bituminous for the alley ways and storm sewer improvements for Block 104. The final plans and specifications have been prepared and the next step is for the Council to accept the final plans and specifications and authorize the advertisement for bids. Advertisement for bids will begin soon with the bid opening on Thursday, August 17, 2017 at 11:00 a.m. at City Hall. The bid opening date is contingent upon Scott County review, with an alternate bid opening date of August 31st.

MOTION by Councilmember Coop, second by Councilmember Stier, to approve Resolution 17-088 Approving Plans and Specifications for the Block 102/104 Alley Improvement Project and Authorize Advertisement for Bids. ALL VOTED AYE. MOTION CARRIED.

**7.5. Resolution 17-89 Accepting Preliminary Report for the 2018 Street Improvement Project and Call for Hearing.**

City Engineer Duncan provided the preliminary report and a presentation on the proposed 2018 street improvement project. The construction area includes Oakwood Circle, Robert Circle and Oakwood Drive north of South Street West. The total estimated cost of the project is $945,720.00, with no sidewalks planned for the area. The preliminary hearing is slated for August 21, 2017.

CITY000079

Belle Plaine City Council                                                                    Page 9 of 9
Regular Session
July 17, 2017

MOTION by Councilmember Coop, second by Councilmember Chard, to approve Resolution 17-89 Accepting Preliminary Report for the 2018 Street Improvement Project and Call for Hearing. ALL VOTED AYE. MOTION CARRIED.

**8. 8. ADMINISTRATION.**

**8.1. Upcoming Meetings.**
**1. Design Committee, 5:15 pm, Monday, July 24.**
**2. City Council, 6:30 pm, Monday, August 7.**
**3. Work Session, 6:45 pm, Monday, August 7.**
**4. Public Safety, TBD.**
**5. Public Works, 9:00 am, Thursday, August 10.**

The Council was reminded of the upcoming meetings as listed.

**9. ADJOURN.**

MOTION by Councilmember Coop, second by Mayor Meyer, to adjourn the Regular Session at 8:50 p.m. ALL VOTED AYE. MOTION CARRIED.

Respectfully submitted,

Patricia Krings
Recording Secretary

CITY000080

# Mills Decl. Ex. 44

## Administrator

**From:**            Dawn Meyer
**Sent:**            Tuesday, July 18, 2017 2:17 PM
**To:**              Malcolm Jarry
**Subject:**         RE: Belle Plaine Vets Park
**Attachments:**     July-18-2017-Statement.pdf

Good Morning Mr. Jarry-

The resolution rescinding the limited public forum policy and eliminating the limited public forum area from Veteran's Park was passed last night at the City Council meeting.
This is email is to notify you that as per the resolution, the permit fee of $100.00 will be refunded to you and that the public forum area has been eliminated. Please confirm the mailing address of 64 Bridge Street, Salem, MN 01970 for the refund to be sent.

Attached is the press release the City has issued.

Please let me know if you have any other questions.

Thank you
Dawn

**From:** Malcolm Jarry [mailto:satanictempleorg@gmail.com]
**Sent:** Friday, July 14, 2017 11:40 AM
**To:** Dawn Meyer <dmeyer@ci.belleplaine.mn.us>
**Subject:** Re: Belle Plaine Vets Park

Dear Ms. Meyer,

Thank you for the courtesy of forwarding me that information and for being so kind as to make yourself available for a brief discussion on Monday. As you and the Council are undoubtedly aware, The Satanic Temple has sunk considerable expenses into designing and constructing the monument after receiving written approval. I trust the City Council will take that into consideration when voting on this resolution.

Very truly yours,

Malcolm Jarry

On Fri, Jul 14, 2017 at 11:05 AM, Dawn Meyer <dmeyer@ci.belleplaine.mn.us> wrote:

Mr. Jarry-

As a courtesy, I am writing to let you know the City Council will be considering the enclosed resolution, which would eliminate the Limited Public Forum in Veterans Memorial Park.

12

CITY000097

If you have any questions you may contact me at 952-873-5421, my schedule is booked the rest of the day, however I will be available Monday.


Thank you


Dawn Meyer

Interim City Administrator


**From:** Malcolm Jarry [mailto:satanictempleorg@gmail.com]
**Sent:** Thursday, July 13, 2017 8:13 AM
**To:** Al Fahey <publicworks@ci.belleplaine.mn.us>
**Cc:** Dawn Meyer <dmeyer@ci.belleplaine.mn.us>
**Subject:** Re: Belle Plaine Vets Park


Dear Mr. Fahey,


I was just writing to confirm that you received my email, and to find out if you are able to confirm which dates within the window proposed would work.


Thank you.


Very truly yours,


Malcolm Jarry


On Tue, Jul 11, 2017 at 12:29 PM, Malcolm Jarry <satanictempleorg@gmail.com> wrote:

Dear Mr. Fahey,


Thank you so much for your reply and follow up.

13

CITY000098

We want to work with you to keep things as orderly and smoothly as possible and we are open to any recommendations and suggestions you might have.

I do not know if the installation needs to be on a weekday or weekend, but we will obviously adhere to the City's guidelines and rules. We can install the statue any day from August 7th to August 13th. Kindly let me know what date and time work during that window or if I need to put forth additional dates.

In addition, the statue has an anchor in its base that requires a small hole be dug underneath. Kindly apprise me of whether we can contract with anyone to assist with that or if the contractor needs any kind of special permit. If the City has anyone they commonly use for this kind of work, I'd appreciate the referral.

Again, I want to express my appreciation for the courtesy everyone has displayed.

Very truly yours,

Malcolm Jarry

On Tue, Jul 11, 2017 at 11:51 AM, Al Fahey <publicworks@ci.belleplaine.mn.us> wrote:

Good Morning Malcolm,

I did not receive a response from you on my previous email and wanted to send another to make sure it was going to you. I will be available to assist you with the installation of the monument, but will require you to schedule the installation with me prior to arriving in Belle Plaine. If you are not ready yet that is fine, just wanted to know you are receiving my correspondences.

Thank you,

14

CITY000099

Alan Fahey
Public Works Superintendent
City of Belle Plaine
952-873-6742

CITY000100

# Mills Decl. Ex. 45



A CITY THAT WORKS

**7-18-2017**
**For Immediate Release**

---

### Press Release

**07/18/17 Statement from the City of Belle Plaine**

Last night, the Belle Plaine City Council voted to rescind a resolution enacted in February, 2017, that allowed individuals or organizations to place and maintain privately-owned displays in a designated space of the city-owned Veterans Memorial Park.

As called-for in the resolution, owners of all privately-owned Park displays currently located in the Park's designated space are now being given 10 days' notice to remove the displays. Our local veterans organizations are supportive of this action.

The original intent of providing the public space was to recognize those who have bravely contributed to defending our nation through their military service. In recent weeks and months, though, that intent has been overshadowed by freedom of speech concerns expressed by both religious and non-religious communities.

The debate between those communities has drawn significant regional and national attention to our city, and has promoted divisiveness among our own residents.

While this debate has a place in public dialogue, it has detracted from our city's original intent of designating a space solely for the purpose of honoring and memorializing military veterans, and has also portrayed our city in a negative light.

Therefore, the Council believes that it is in the best interests of our Belle Plaine community to rescind the resolution, and bring this divisive matter to closure.

CITY000103