# Mills Decl. Ex. 43



| INVOICE | AMOUNT | PO | VENDOR | COMMENTS | DISCOUNT | S # 1 INVOICE TOTAL |
|---|---|---|---|---|---|---|
| | | | 7/18/2017 REASON ALLIANCE LTD | | | 051202 |
| 071717 | $100.00 | | | REFUND LIMITED PUBLIC FORUM PERMIT | $0.00 | $100.00 |

...Y OF BELLE PLAINE - BELLE PLAINE, MN 56011

C/O THE SATANIC TEMPLE SALEM MA 01970

Check Total     $100.00

FORM NO. 451    BUSINESS FORMS & SYSTEMS • 1-800-383-1696

CITY000085



A CITY THAT WORKS

July 18, 2017

Reason Alliance LTD
C/O The Satanic Temple
64 Bridge Street
Salem, MA 01970

Re:   Veteran's Memorial Park ("Park")

Dear Sir/Madam:

Last evening, the City Council adopted Resolution No. 17-090 eliminating the limited public forum that had previously been established in the Park. A copy of the Resolution is enclosed. Also enclosed is a check in the amount of $100.00 to fully reimburse the fee your organization paid to apply for a permit to locate a memorial in the Park.

Please contact me with any questions.

Very truly yours

Dawn Meyer
Interim City Administrator

7/19/17
mailed w/ check

BELLE PLAINE CITY COUNCIL
RESOLUTION 17-090

RESCINDING THE POLICY AND ELIMINATING THE LIMITED PUBLIC FORUM
IN VETERANS MEMORIAL PARK

WHEREAS, the City of Belle Plaine, Minnesota (the "City") owns and maintains Veterans Memorial Park to honor veterans who have served and sacrificed to protect the freedoms enjoyed by the citizens of this City; and

WHEREAS, the Park memorializes and honors resident veterans killed in service to their country in foreign wars from the Spanish American War through the Vietnam War; and

WHEREAS, the City Council (the "Council") adopted Resolution 17-020 on February 21, 2017 to establish a limited public forum in the Park to permit private memorials or displays expressing views in keeping with the Park's purpose; and

WHEREAS, the Resolution established a policy governing placement of memorials or displays in the Park and requiring application for a permit allowing such placement for 1-year; and

WHEREAS, the City Council has determined that allowing privately-owned memorials or displays in its Park no longer meets the intent or purpose of the Park; and

WHEREAS, the City Council has also determined that the continuation of the limited public forum may encourage vandalism in the Park, reduce the safety, serenity, and decorum of the Park, unnecessarily burden City staff and law enforcement, and negatively impact the public's health, safety and welfare.

NOW, THEREFORE, BE IT RESOLVED by the Council of the City of Belle Plaine, Minnesota:

1. The policy established in Resolution 17-020 is rescinded and the limited public forum established in the Park is hereby eliminated. Private displays or memorials placed in the Park shall be removed within a reasonable period by the owner thereof or, upon notice to such owner, or they will be deemed abandoned and removed by the City.
2. All application fees paid for permits to place a memorial or display in the Park will be reimbursed to the applicant.
3. City staff is directed to take such other steps or actions necessary to implement this Resolution.

The adoption of the foregoing Resolution was duly moved by Councilmember Coop and seconded by Councilmember McDaniel, and after full discussion thereof and upon a vote being taken thereon, the following Councilmembers voted in favor thereof: Coop, McDaniel, Chard, Meyer and Stier.

and the following voted against: None.

Whereupon said Resolution was declared duly passed and adopted.

Dated this 17th day of July, 2017.

_Christopher G. Meyer_
Christopher G. Meyer
Mayor

ATTEST:
_Dawn Meyer_   7/19/17
Dawn Meyer
Interim City Administrator

mailed w/
check

494597v1 BDL BE200-11

1

CITY000087

I **DOUGLAS MESNER** ~~~~~~~~~~~~~~~~~~~~~~~ hereby affirm that I will comply with the Limited Public Forum Policy of the City of Belle Plaine, Minnesota, that any display that is erected upon approval of this permit is my property and constitutes speech of myself or my organization and not that of the City of Belle Plaine, and that I will indemnify the City against any and all claims, demands or liabilities arising from the issuance of this permit, or performance of or failure to perform in accordance with the Limited Public Forum Policy.

Applicant Signature: _[signature]_         Date: 2/23/17

STATE OF NEW YORK

COUNTY OF BRONX

This instrument was acknowledged before me on 23rd day of February, 2017 by

**DOUGLAS MESNER**

_[signature]_
***Notary Public

My Commission Expires: 7/20/17

****Notary Stamp:
CEVIN SOLING
NOTARY PUBLIC-STATE OF NEW YORK
01SO6209140
Qualified in Bronx County
My Commission Expires July 20, 2017

---

**FOR OFFICE USE ONLY**

**APPROVAL OF PERMIT**

Approved on this ~~27th~~ 29th day of March, 2017

_[signature]_
City Administrator

- [x] Application Fee Paid
- [x] Copy of Certificate of Liability Insurance Provided
- [x] Concept sketch or drawing of display
- [x] Copy mailed to applicant on 29 March 2017

---

7/19/17
Mailed w/
Check

ORIGINAL DOCUMENT HAS SECURITY FEATURES — SEE BACK FOR DETAILS



**Belle Plaine**
218 N. MERIDIAN STREET/P.O. BOX 129
BELLE PLAINE, MINNESOTA 56011
952-873-5553

STATE BANK OF BELLE PLAINE **051202**
BELLE PLAINE, MN 56011
75-316/919
VOID AFTER 60 DAYS

| DATE | AMOUNT |
|---|---|
| 7/18/2017 | $100.00 |

One Hundred Dollars and 0 Cents

BOTH SIGNATURES REQUIRED

PAY TO THE ORDER OF
REASON ALLIANCE LTD
C/O THE SATANIC TEMPLE
64 BRIDGE ST
SALEM MA 01970

*Christopher J May* — MAYOR
*Dawn Meyer* — CITY ADMINISTRATOR

REDACTED PII

CITY OF BELLE PLAINE - BELLE PLAINE, MN 56011        S # 1  051202

| INVOICE | AMOUNT | PO | VENDOR | COMMENTS | DISCOUNT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 071717 | $100.00 | | 7/18/2017 REASON ALLIANCE LTD REFUND LIMITED PUBLIC FORUM PERMIT | | $0.00 | $100.00 |

Vendor Account    Check Tot    $100.00

CITY OF BELLE PLAINE - BELLE PLAINE, MN 56011        S # 1  051202

| INVOICE | AMOUNT | PO | VENDOR | COMMENTS | DISCOUNT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 071717 | $100.00 | | 7/18/2017 REASON ALLIANCE LTD REFUND LIMITED PUBLIC FORUM PERMIT | | $0.00 | $100.00 |

C/O THE SATANIC TEMPLE SALEM MA 01970    Check Total    $100.00

FORM NO. 451    BUSINESS FORMS & SYSTEMS • 1-800-383-1696

CITY000089



City of Belle Plaine  Phone: 952-873-5553  Fee: $100.00
218 N. Meridian Street  Fax: 952-873-5509
P.O. Box 129
Belle Plaine, MN 56011

PERMIT # LPF 17-02

## Veterans Memorial Park Display Permit Application

Date: February 23, 2017

**Applicant**  Individual or Organizations Name: **Reason Alliance Ltd.**

Address: **c/o The Satanic Temple    64 Bridge Street**    City: **Salem**

State: **MA**    Zip Code: **01970**    Phone: **617-863-6660**

E-mail: **info@thesatanictemple.com**

**Description of Display**  Dimensions: Height: **36 inches**  Width: **23 inches**  Length: **23 inches**

Construction Materials: **Steel**

General Description of display: **Black steel cube with embossed inverted pentagrams with inlaid gold on four sides. An inverted helmet rests on the top of the cube. A plaque on one side of the cube reads: "In honor of Belle Plaine veterans who fought to defend the United States and its Constitution"**

**Please include a drawing or picture of the display.**

Intended Veteran, Branch of Military, or Veterans Organization honored by display: **All Belle Plaine veterans**

If this display request is intended to honor and memorialize a veteran or veterans' organization associated with Belle Plaine, please provide a description of the association to Belle Plaine and documentation regarding veteran status. **All Belle Plaine veterans are explicitly honored.**

*not mailed*

CITY000090

Original Payment

| Act Year | Batch Name | Act Code | Dr/Cr Amt | Tran Date | Refer | Check/Receipt Date | Comments |
|---|---|---|---|---|---|---|---|
| 2017 | POS 030717 | 101-000000-036260 | ($100.00) | 3/6/2017 | 142929 | 3/6/2017 | LPF 17-02; LIMITED PUBLIC FORUM MONUMENT - REASON ALLIANCE LTD |

not mailed

CITY000091