# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| The Satanic Temple,<br><br>   Plaintiff,<br><br>v.<br><br>City of Belle Plaine, Minnesota,<br><br>   Defendant. | Case No. 19-CV-01122 (WMW/LIB)<br><br>**REDACTED EX. 46 TO DECLARATION OF MONTE A. MILLS** |