# Mills Decl. Ex. 46

Transaction details

June 4, 2017 at 1:53:22 PM EDT  |  Transaction ID: 1NW75689PW094472F

**Payment sent to** [Lucien Greaves]

Payment Status: **Completed**

Payment Type: Personal Payment

Gross amount

−$2,000.00 USD

| Your Payment | |
|---|---|
| **Gross Amount** | −$2,000.00 USD |
| **PayPal Fee** | $0.00 USD |
| **Net Amount** | −$2,000.00 USD |
| **Paid to** | [Lucien Greaves]<br>The receiver of this payment is **Verified**<br>doug@process.org |
| **Funding details** | Funding Type: Bank Account<br>Funding Source: −$2,000.00 USD – TD BANK, NA ending in REDACTED PII<br><br>Backup Funding Source: VISA ending in REDACTED PII |

**PLF 38**

**Transaction details**   July 1, 2017 at 2:55:26 PM EDT  |  Transaction ID: 5MW08445J2296593X

---

**Payment sent to** [Lucien Greaves]                                                     Gross amount

Payment Status: **Completed**                                                          **−$2,000.00 USD**

Payment Type: Personal Payment

---

| **Your Payment** | |
|---|---|
| **Gross Amount** | −$2,000.00 USD |
| **PayPal Fee** | $0.00 USD |
| **Net Amount** | −$2,000.00 USD |
| **Paid to** | [Lucien Greaves] <br> The receiver of this payment is **Verified** <br> doug@process.org |
| **Funding details** | Funding Type: Bank Account <br> Funding Source: −$2,000.00 USD − TD BANK, NA ending in REDACTED PII <br><br> Backup Funding Source: VISA ending in REDACTED PII |