# UNITED STATES DISTRICT COURT
## District of Minnesota

Satanic Temple, The,

                Plaintiff,

v.

City of Belle Plaine, Minnesota, Mayor Christopher Meyer,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 19-cv-1122 WMW/JFD

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant's motion for summary judgment as to Plaintiff's promissory estoppel claim in *Satanic Temple I*, No. 19-cv-1122, (Dkt. 81), is **GRANTED**.

2. Plaintiff's motion to strike in *Satanic Temple I*, No. 19-cv-1122, (Dkt. 100), is **DENIED**.

3. The magistrate judge's January 26, 2021 Order in *Satanic Temple I*, No. 19-cv-1122, (Dkt. 79), is **AFFIRMED**.

4. Defendant's motion to dismiss the complaint in *Satanic Temple II*, No. 21-cv-0336, (Dkt. 10), is **GRANTED**.

5. Plaintiff's motion to strike in *Satanic Temple II*, No. 21-cv-0336, (Dkt. 29),

is **DENIED**.

6. Defendant's motion for sanctions in *Satanic Temple II*, No. 21-cv-0336, (Dkt. 17), is **GRANTED**. Within fourteen days after the date of this Order, Defendant shall file a motion and supporting evidence as to the attorneys' fees Defendant incurred responding to the complaint and seeking sanctions in *Satanic Temple II*, No. 21-cv-0336.

Date: 9/16/2021                                                              KATE M. FOGARTY, CLERK