UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Satanic Temple,

Plaintiff,

-vs-                                                                        19-cv-1122 WMW/JFD

City of Belle Plaine, Minnesota and
Mayor Christopher Meyer,

Defendants.

## **COST JUDGMENT**

The costs of the Defendants, City of Belle Plaine, Minnesota and Mayor Christopher Meyer, have been taxed and allowed by the Clerk of this Court against the Plaintiff, The Satanic Temple, as follows:

|  | **Claimed** | **Allowed** |
|---|---|---|
| Fees for Transcripts | $4,319.15 | $4,262.15 |
| Fees for Copies | $40.10 | $40.10 |
| Total | $4,359.25 | $4,302.25 |

Costs, therefore, are taxed against the Plaintiff, The Satanic Temple, in the amount of $4,302.25 and judgment is entered accordingly. Motion for review of the Clerk's decision may be made within 7 days hereafter in accordance with Local Rule 54.3(c).

Dated at St. Paul, Minnesota, on January 24, 2022.

                                                                                      KATE M. FOGARTY, CLERK

                                                                                       By: s/ M. Vicklund

                                                                                       M. Vicklund
                                                                                       Deputy Clerk