**TAXATION OF COSTS SUMMARY**

The Satanic Temple,

Plaintiff,

-vs-                                                                 19-cv-1122 WMW/JFD

City of Belle Plaine, Minnesota and
Mayor Christopher Meyer,

Defendants.
_____

Defendants, City of Belle Plaine, Minnesota and Mayor Christopher Meyer,
against Plaintiff, The Satanic Temple:

1. Fees for Transcripts:
	Claimed: $4,319.15         Allowed: $4,262.15
	Allowed: Sufficient explanation and documentation provided for transcript fees in the amount of $4,262.15 and no objections filed.

	Denied: $57.00. See table below for explanation of denied transcript fees.

| Transcript | Amount Claimed | Amount Allowed | Amount Denied | Reason for Denial |
|---|---|---|---|---|
| Greaves | $1,365.65 | $1,346.65 | $19.00 | Delivery and Handling charges are not taxable by the Clerk. |
| Jarry | $1,362.45 | $1,343.45 | $19.00 | Delivery and Handling charges are not taxable by the Clerk. |
| Greaves 30(b)6 | $1,273.50 | $1254.50 | $19.00 | Delivery and Handling charges are not taxable by the Clerk. |
| March 4, 2020 Transcript | $175.20 | $175.20 | $0 | Not applicable. |
| December 17, 2020 Transcript | $142.35 | $142.35 | $0 | Not applicable. |
| **Totals:** | **$4,319.15** | **$4,262.15** | **$57.00** | |

2. Fees for Copies:
	Claimed: $40.10          Allowed: $40.10
	Allowed: Sufficient explanation and documentation provided for Fees of the Clerk in the amount of $40.10 and no objections filed.

TOTAL ALLOWED:
$4,302.25

Dated: JANUARY 24, 2022
M. Vicklund, Deputy Clerk